Civil Action No. 1:05CV326LG-JMR

SOUTHERN DISTRICT OF MISSISSIPPI
AUG 12 2005
J. T. NOBLIN, CLERK
BY _____ DEPUTY

## ORDER

(A)     Invoke Pendent Jurisdiction Sheriff had duty to keep plainiff safe under the Constitution and laws of this state and of the United Stars, which duty inclues, but is not limited to, properly training and suppervising his subordinaties, including but not limited to, defendants Wayne Payne, Diane G Riley, Phil Tayor and John Does.

(B)     Invoke Pendent Jurisdiction Diane G. Riley had duty to keep plainiff safe under the Constitution and laws of this state and of the United States, which duty inclues, but is not limited to, properly training and suppervising his subordinaties, including but not limited to, defendants Wayne Payne, Phil Tayor and John Does

-1-

(C)   INVOKE PENDENT JURISDICTION
WAYNE PAYNE HAD DUTY TO KEEP PLAINIFF
SAFE UNDER THE CONSTITUTION AND LAWS
OF THIS STATE AND OF THE UNITED STATES,
WHICH DUTY INCLUES, BUT IS NOT LIMITED TO,
PROPERLY TRAINING AND SUPPERVISING HIS
SUBORDINATFES, INCLUDING BUT NOT LIMITED
TO DEFENDANTS PHIL TAYOR AND JOHN DOES.

(D)   INVOKE PENDENT JURISDICTION
PHIL TAYOR HAD DUTY TO KEEP PLAINIFF
SAFE UNDER THE CONSTITUTION AND LAWS
OF THIS STATE AND OF THE UNITED STATES,
WHICH DUTY INCLUES, BUT IS NOT LIMITED
TO, PROPERLY TRAINING AND SUPPERVISING
HIS SUBORDINATIES, INCLUDING BUT NOT
LIMITED TO DEFENDANTS JOHN DOES.

THE OFFICERS THAT ASSAULTED PLAINIFF DID NOT HAVE ON NAME TAGES.

DID NOT GIVE PLAINIFF INVESTIGATIVE REPORT OF GRIEVANCE ■ ON FILE AT JAIL.

PLAINIFF DO NOT HAVE INFORMATION TO QUESTIONS (E), (F), (G) ■ OF PAGE 2.

PLAINIFF IS NAMING THE DEFENDANTS BECAUSE THEY SUPERVISE THE OFFICERS WHO ALLEGEDLY ASSAULTED HIM.