**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**


**JAMES T. FARROW**                                                                                      **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:05cv326-LG-JMR**

**GEORGE PAYNE, JR., DIANE G. RILEY,**
**WAYNE PAYNE, PHIL TAYLOR and JOHN DOES**

<u>**ORDER TO RE-OPEN CASE**</u>

This matter is before the Court in order to re-open this case. On March 8, 2007, this matter

was administratively closed due to the criminal investigation of the Defendants. Since the Order [25-

1] closing the case was entered, the criminal trial involving the Defendants has concluded. Thus, this

case should now be re-opened for statistical purposes and this matter should be placed back on the

active docket.

This, the _26<u>th</u>_ day of September, 2007.


                                                     s/ JOHN M. ROPER
                        _____
                        CHIEF UNITED STATES MAGISTRATE JUDGE