cv-00326-LG-JMR    Document 30    Filed 10/23/2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

OCT 2 3 2007

J. T. NOBLIN, CLERK

BY_____ DEPUTY

R.T.S

Refused

Inmate

RECEIVED

Clerk, U.S. District Court
Southern District of Miss.

OCT 2 3 2007

_____ Farrow
#2____22
____ket #28____2)
451 Larkin Smith Drive

3950_____R022

NIXIE    392    5C

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 39501203503    *1966-01679-20-23

neopost

US POSTAGE

$0.410