UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT MISSISSIPPI
SOUTHERN DIVISION

*FILED JUL 25 2008 — J.T. NOBLIN, CLERK*

JAMES FARROW                                PLAINTIFF

V                                  CASE NO. 1:05cv326 LG-JMR

GEORGE PAYNE, JR., DIANE G. RILEY,
WAYNE PAYNE, PHIL TAYOR AND
JOHN DOES                                    DEFENDANTS


## MOTION TO COMPEL DISCOVERY

THE PLAINTIFF MOVES PURSUANT TO RULES 34(b) AND 37(a), FEB.R.CIV.P., FOR AN ORDER COMPELLING THE DEFENDANTS TO PRODUCE FOR INSPECTION AND COPYING THE DOCUMENTS REQUESTED ON JUNE 25, 2008.

RESPECTFULLY SUBMITTED THIS 24TH DAY OF JULY 2008

BY JAMES FARROW

7/24/08
JAMES FARROW #116411
S.M.C.I. E-1, A ZONE, BED 54
P.O. BOX 1419
LEAKESVILLE, MS 39451