CORRECTIONS DIVISION              NOVEMBER 21, 2002

To: Captain P. Taylor

Reference: Response to enter office memo concerning mandatory part-time officer's staff meeting
         November 13, 2002.

The following is a list of things that were covered during the meeting.
1.  Uniforms – Complete with duty belt. (Boots shined, etc.)
2.  Reporting any changes in Military duty assignment or hours worked.
3.  Work excuse or orders stating why officer failed to report or must miss duty.
4.  Time sheets – Neat with full name, badge number, date, and signature.
5.  Schedule – Must be followed strictly and any changes reported to Captain Taylor and Sergeant Reese.
6.  Hours worked per two-week pay period can't exceed seventy (70) hours unless approved first by
    Captain Taylor. No exceptions!
7.  Part-timers are not to work any holidays unless first approved by Captain Taylor.
8.  Training in towers and on floors.

Officers present:
Deputy Bourne #288
Deputy Celentano #160
Deputy Helton #174
Deputy Raiford #294
Deputy Young #295

Sergeant Reese, D. #243

cc: Major Gaston-Riley
    ADC Supervisors
    Officer file

# Harrison County Adult Detention Center
George Payne, Jr., Sheriff

## Shift Briefing Sign-up Roster

Date: 20 NOV 02                                    Shift Time: _____

| Print Name | Signature | Badge Number |
|---|---|---|
| Althea Raiford | Althea Raiford | 294 |
| John R Young | | 295 |
| Chris Celentaho | Chris Celentaho | 160 |
| Dwayne Smith | | 288 |
| Kevin Helton | Ken Helton | 174 |
| Reese, Damon | Damon Reese | #243 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Supervisor's Signature _Sgt. Reese, D #243_



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

INTER-OFFICE MEMO                CORRECTIONS DIVISION

NOVEMBER 13, 2002

To: Captain P. Taylor

Ref: Mandatory staff meeting with all shift part-timers

The following is a list of all part-timers who are required to be present November 20, 2002 for a mandatory staff meeting to be held in shift briefing at the Harrison County Adult Detention Center @ 1700 hours.

Deputy Bourne #288
Deputy Celentano #160
Deputy Cooke #216
Deputy Helton #174
Deputy McPhearson #193
Deputy Raiford #294
Deputy Williams #173
Deputy Young #295
Deputy Nagorka #202
Deputy Poage #318
Deputy Townsend #267
Deputy Wilson #232

Sergeant Reese, D #243

cc: Major Gatson-Riley
    ADC Supervisors
    ADC Staff

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

Phil L. Taylor _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED:  CHARACTER / ETHICS _____ .

ON   17 July 26, 2002   AND RECEIVED     1     .

TRAINING CREDIT **HOUR** (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: Norma Gates _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Phil L. Taylor_     ATTENDED A TRAINING CLASS
(NAME)

TITLED _Evidence / Crime Scenes_

ON _November 20_ 20_02_ AND RECEIVED _2.0_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE:

NAME OF CERTIFYING INDIVIDUAL: _Inv. Troy A. Carpenter #74_
(PRINT)



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**SPECIAL ORDER  #02-341**

DATE:  AUGUST 20, 2002

INDEX AS:  SPECIAL ASSIGNMENT

SUBJECT: .PHYSICAL FITNESS BRIEFING

TO:  MAJOR DIANNE RILEY
     MAJOR MELVIN BRISOLARA
     CAPT. TAYLOR
     LT. MCGOWIN
     LT. RANDALL

There will be a 45-minute Roll Call Physical Fitness Briefing on Wednesday, August 28, 2002, at 0700 hours, 1400 hours or 2200 hours.  The briefing is being held in the Multi-purpose Room (D Hallway).

Correction Officers, Deputies and any other personnel are invited to attend one of these briefing.

This Order is effective August 28, 2002.

George H. Payne, Jr.
Sheriff

GHP:ERC/ds

Cc:  Major Cook
     Deputy Ertle
     Sgt. Krieger
     File



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
*Sheriff*

**SPECIAL ORDER: 02-291**

**DATE:**    July 10, 2002

**INDEX AS:**    SPECIAL TRAINING ASSIGNMENT

**SUBJECTS:    LEEDA LEADERSHIP & MANAGEMENT SEMINAR**

TO:    CAPTAIN PHIL TAYLOR

You have been scheduled to attend the above-mentioned Seminar to be held on Monday, August 5 & conclude at 1 p.n. on Wednesday, August 7.  The Seminar will be held at the Clarion Hotel & Convention Center in Jackson, Ms.

Reservations have been made at the Clarion Hotel.  The confirmation number is #134102.

You are authorized the use of a Sheriff's Department vehicle for travel.

You will need to see Lt. Jim Randall in Transport to secure your perdiem and travel card.  Any out-of-pocket expense  (receipts) should be turned in at the end of this training to Lt. Jim Randall for reimbursement.

This Order is effective July 10, 2002.

George H. Payne, Jr.
Sheriff

GHP/sr

cc:  Personnel File
     Major Dianne Riley
     Sgt. Krieger
     Fran Palmer

TO:   Captain Taylor
     Correction Division

FROM:  Sgt. Krieger
     Professional Standards Division

DATE:  July 01, 2002

REF:   Training Instructor Critiques

    After reviewing the instructor critiques that were completed this past year, I would like to take this opportunity to inform you that you were rated above average by the attendees.  As an instructor, you are placed in a position that carries with it a great deal of responsibility.  Your dedication as an instructor is greatly appreciated.



cc:  Major Riley
   Capt. Smith
   Training File

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _28 Sep 01_    Training Title: _Jail security/Key control Conduct + professionalism_

Instructor: _Cpt. Taylor_

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training? _Instructor was very dedicated_

2. What did you dislike about the Training? _N/A_

3. Was the instructor well prepared? _yes_

4. Did the instructor appear to have knowledge of this course? _yes_

5. Was the Training material presented in such a way that it was easily understood? _yes_

6. Did you learn anything that you can apply to your job? _yes_

7. What was your overall evaluation of this program?

    Superior    (Above Average)    Average    Below Average    Poor

8. Any additional comments/suggestions: _No_

Evaluator Background (Name is Optional)

Name: _Bobby Smith_    Rank: _Corrections Officer_

Division: _Jail_

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _25 Sept. 01_

Training Title: _PROFESSIONALISM_ _JAIN SECURITY/ KEY CONTROL_

Conduct 3.

Instructor: _CAPT. TAYLOR._

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training?

   Very informative

2. What did you dislike about the Training?

   N/A

3. Was the instructor well prepared?

   Yes

4. Did the instructor appear to have knowledge of this course?

   Yes

5. Was the Training material presented in such a way that it was easily understood?

   Yes

6. Did you learn anything that you can apply to your job?

   Yes

7. What was your overall evaluation of this program?

   Superior    (Above Average)    Average    Below Average    Poor

8. Any additional comments/suggestions:


Evaluator Background (Name is Optional)

Name: _BETH DESPER_    Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: *9-25-01*                Training Title: *CONDUCT & Professionalism*

Instructor: *Capt. Taylor*

Please, answer all questions to assist with the continuing evaluation of Training.

1.   What did you like about the Training? *Very informable*

2.   What did you dislike about the Training? *Nothing*

3.   Was the instructor well prepared? *Very prepared*

4.   Did the instructor appear to have knowledge of this course? *yes*

5.   Was the Training material presented in such a way that it was easily understood? *YES*

6.   Did you learn anything that you can apply to your job? *yES*

7.   What was your overall evaluation of this program?

Superior    <u>Above Average</u>    Average    Below Average    Poor

8.   Any additional comments/suggestions: *NO*

Evaluator Background (Name is Optional)

Name: _____        Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _11-13,14, 2001_          Training Title: _Professionalism_

Instructor: _Capt. Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1.  What did you like about the Training? _To Be professional_

2.  What did you dislike about the Training? _Nothing_

3.  Was the instructor well prepared? _yes_

4.  Did the instructor appear to have knowledge of this course? _yes_

5.  Was the Training material presented in such a way that it was easily understood? _yes_

6.  Did you learn anything that you can apply to your job? _yes_

7.  What was your overall evaluation of this program?

    (Superior)    **Above Average**    **Average**    **Below Average**    **Poor**

8.  Any additional comments/suggestions: _None_

**Evaluator Background (Name is Optional)**

Name: _____          Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _09-26-01_     Training Title: _Jail security/Key control_

Instructor: _Capt. Taylor_

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training?

   _everything_

2. What did you dislike about the Training?

   _nothing_

3. Was the instructor well prepared?

   _yes_

4. Did the instructor appear to have knowledge of this course?

   _yes_

5. Was the Training material presented in such a way that it was easily understood?

   _yes_

6. Did you learn anything that you can apply to your job?

   _yes_

7. What was your overall evaluation of this program?

   ~~Superior~~     Above Average     Average     Below Average     Poor

8. Any additional comments/suggestions:


Evaluator Background (Name is Optional)

Name: _Jexter Burnside_     Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _Ø9-25-Ø1_     Training Title: _Conduct & Profess_

Instructor: _Capt. Taylor_

Please, answer all questions to assist with the continuing evaluation of Training.

1.  What did you like about the Training?

    _euerthing_

2.  What did you dislike about the Training?

    _nothing_

3.  Was the instructor well prepared?

    _yes_

4.  Did the instructor appear to have knowledge of this course?

    _yes_

5.  Was the Training material presented in such a way that it was easily understood?

    _yes_

6.  Did you learn anything that you can apply to your job?

    _yes_

7.  What was your overall evaluation of this program?

    (Superior)     Above Average     Average     Below Average     Poor

8.  Any additional comments/suggestions:

    _NONE_

Evaluator Background (Name is Optional)

Name: _Dexter Burnside_     Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _16 NOV 01_          Training Title: _____

Instructor: _CAPT. TAYLOR_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1.    What did you like about the Training? _ALL GOOD_

2.    What did you dislike about the Training? _NOTHING_

3.    Was the instructor well prepared? _YES_

4.    Did the instructor appear to have knowledge of this course? _YES_

5.    Was the Training material presented in such a way that it was easily _YES_ understood?

6.    Did you learn anything that you can apply to your job? _YES_

7.    What was your overall evaluation of this program?

(Superior)    **Above Average**    **Average**    **Below Average**    **Poor**

8.    Any additional comments/suggestions:

**Evaluator Background (Name is Optional)**

Name: _____          Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _14 Nov 01_                Training Title: _____

Instructor: _Capt Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1. What did you like about the Training?

   _Very Sincer and Very Motivating_

2. What did you dislike about the Training?

3. Was the instructor well prepared?

   _Yes_

4. Did the instructor appear to have knowledge of this course?

   _Yes_

5. Was the Training material presented in such a way that it was easily understood?

   _Yes_

6. Did you learn anything that you can apply to your job?

   _Everything_

7. What was your overall evaluation of this program?

   (Superior)    **Above Average**    **Average**    **Below Average**    **Poor**

8. Any additional comments/suggestions:

**Evaluator Background (Name is Optional)**

Name: _____        Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _9-19-01_          Training Title: _Jail Security_

Instructor: _Capt Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1.  What did you like about the Training?

    _everything_

2.  What did you dislike about the Training?

    _nothing_

3.  Was the instructor well prepared?

    _Yes_

4.  Did the instructor appear to have knowledge of this course?

    _Yes_

5.  Was the Training material presented in such a way that it was easily understood?

    _Yes_

6.  Did you learn anything that you can apply to your job?

    _Yes_

7.  What was your overall evaluation of this program?

    (Superior)    **Above Average**    **Average**    **Below Average**    **Poor**

8.  Any additional comments/suggestions:

**Evaluator Background (Name is Optional)**

Name: _Oacila Cee_          Rank: _Deputy_

Division: _HCDC_

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _8/19/01_          Training Title: _Jail Security_

Instructor: _Capt Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1. What did you like about the Training?

   GOOD INFO.

2. What did you dislike about the Training?



3. Was the instructor well prepared?

   Yes

4. Did the instructor appear to have knowledge of this course?

   Yes

5. Was the Training material presented in such a way that it was easily understood?

   Yes

6. Did you learn anything that you can apply to your job?

   Yes

7. What was your overall evaluation of this program?

   **Superior    (Above Average)    Average    Below Average    Poor**

8. Any additional comments/suggestions:


**Evaluator Background (Name is Optional)**

Name: _____          Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: 19 Sept 01          Training Title: Jail Security

Instructor: ~~Taylor Chris~~ CAPT TAYLOR

**Please, answer all questions to assist with the continuing evaluation of Training.**

1.   What did you like about the Training?   Very straight up

2.   What did you dislike about the Training?   nothing

3.   Was the instructor well prepared?   yes

4.   Did the instructor appear to have knowledge of this course?   yes

5.   Was the Training material presented in such a way that it was easily understood?   yes

6.   Did you learn anything that you can apply to your job?   yes

7.   What was your overall evaluation of this program?

     (Superior)   Above Average   Average   Below Average   Poor

8.   Any additional comments/suggestions:

**Evaluator Background (Name is Optional)**

Name: Patricia Barnes          Rank: Deputy

Division: Corrections

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: 12, 11 04                    Training Title: Security

Instructor: CAPT TAYLOR

Please, answer all questions to assist with the continuing evaluation of Training.

1.  What did you like about the Training? Tour of outside The facility seeing improvements being made

2.  What did you dislike about the Training? NOTHING

3.  Was the instructor well prepared? YES

4.  Did the instructor appear to have knowledge of this course? Yes

5.  Was the Training material presented in such a way that it was easily Yes understood?

6.  Did you learn anything that you can apply to your job? YES

7.  What was your overall evaluation of this program?

    (Superior)    Above Average    Average    Below Average    Poor

8.  Any additional comments/suggestions:

Evaluator Background (Name is Optional)

Name: Russell E Tams

Rank: Correctional Officer

Division: HCADC

# HARRISON COUNTY SHERIFF DEPARTMENT
# TRAINING CRITIQUE

Date: _____          Training Title: *SECURITY*

Instructor: *CAPT. TAYLOR*

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training?
   *LEARNING WHAT CHANGES HAVE BEEN MADE AND WHAT CHANGES ARE IN THE FUTURE.*

2. What did you dislike about the Training?
   *NOTHING*

3. Was the instructor well prepared?
   *YES.*

4. Did the instructor appear to have knowledge of this course?
   *YES.*

5. Was the Training material presented in such a way that it was easily understood? *YES.*

6. Did you learn anything that you can apply to your job?
   *YES.*

7. What was your overall evaluation of this program?

   Superior     (Above Average)     Average     Below Average     Poor

8. Any additional comments/suggestions:

Evaluator Background (Name is Optional)

Name: _____          Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: → 12/11/01    Training Title: → SECURITY

Instructor: CPT. TAYLOR

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training? CPT. TAYLOR ESCORTED CLASS AROUND THE PERIMETER OF THE CLASS

2. What did you dislike about the Training? NOTHING

3. Was the instructor well prepared? YES

4. Did the instructor appear to have knowledge of this course? YES

5. Was the Training material presented in such a way that it was easily understood? YES

6. Did you learn anything that you can apply to your job? YES

7. What was your overall evaluation of this program?

   Superior    (Above Average)    Average    Below Average    Poor

8. Any additional comments/suggestions:

Evaluator Background (Name is Optional)

Name: _____    Rank: OFFICER

Division: CORRECTIONS

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: *12-14-01*          Training Title: ~~CPT TAYLOR~~ *SECURITY*

Instructor: *CPT TAYLOR*

Please, answer all questions to assist with the continuing evaluation of Training.

1.   What did you like about the Training?

     *INFORMATIVE*

2.   What did you dislike about the Training?


3.   Was the instructor well prepared?

     *Yes*

4.   Did the instructor appear to have knowledge of this course?

     *Yes*

5.   Was the Training material presented in such a way that it was easily understood?

     *Yes*

6.   Did you learn anything that you can apply to your job?

     *Yes*

7.   What was your overall evaluation of this program?

     (Superior)    Above Average    Average    Below Average    Poor

8.   Any additional comments/suggestions:


Evaluator Background (Name is Optional)

Name: *HW Squiers*          Rank: *OFFICER*

Division: *CORRECTIONS - WORK CENTER*

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: 12/11/01                     Training Title: Security

Instructor: Capt Taylor

Please, answer all questions to assist with the continuing evaluation of Training.

1.  What did you like about the Training? The teaching of how the Detention center has changed and how it can help you as a ~~peace~~ officer.

2.  What did you dislike about the Training?

    Nothing

3.  Was the instructor well prepared? Yes

4.  Did the instructor appear to have knowledge of this course? Yes

5.  Was the Training material presented in such a way that it was easily understood? Yes

6.  Did you learn anything that you can apply to your job? Yes

7.  What was your overall evaluation of this program?

    Superior    Above Average    (Average)    Below Average    Poor

8.  Any additional comments/suggestions:

Evaluator Background (Name is Optional)

Name: Ken Hilton                     Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: 12/11/01                    Training Title: SECURITY

Instructor: CPT. TAYLOR,

Please, answer all questions to assist with the continuing evaluation of Training.

1. What did you like about the Training?

   ACTUALLY SEEING POSSIBLE SECURITY BREACHES.
   WALKING AND HAVING AN OPEN DIALOUGE. INFORMAL & RELAXED
   PRESCENCE BY THE TRAINER

2. What did you dislike about the Training?

   NOT ENOUGH TIME

3. Was the instructor well prepared?

   YES

4. Did the instructor appear to have knowledge of this course?

   YES

5. Was the Training material presented in such a way that it was easily understood?

   YES

6. Did you learn anything that you can apply to your job?

   YES

7. What was your overall evaluation of this program?

   Superior    (Above Average)    Average    Below Average    Poor

8. Any additional comments/suggestions:


Evaluator Background (Name is Optional)

Name: _____        Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _10/29/01 - 11/02/01_    Training Title: _~~Capt Taylor~~ Professionalism - Radio Communicat_ _Inmate Game_

Instructor: _Capt Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1. What did you like about the Training? _Informative_

2. What did you dislike about the Training?

3. Was the instructor well prepared? _Yes_

4. Did the instructor appear to have knowledge of this course? _Yes_

5. Was the Training material presented in such a way that it was easily understood? _Yes_

6. Did you learn anything that you can apply to your job? _Yes_

7. What was your overall evaluation of this program?

   Superior    (Above Average)    Average    Below Average    Poor

8. Any additional comments/suggestions:

**Evaluator Background (Name is Optional)**

Name: _____    Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF DEPARTMENT
## TRAINING CRITIQUE

Date: _9-26-01_                    Training Title: _Jail Security/Key Control_

Instructor: _Capt. Taylor_

**Please, answer all questions to assist with the continuing evaluation of Training.**

1. What did you like about the Training? _Topic_

2. What did you dislike about the Training? _No dislike_

3. Was the instructor well prepared? _yes_

4. Did the instructor appear to have knowledge of this course? _yes_

5. Was the Training material presented in such a way that it was easily understood? _yes_

6. Did you learn anything that you can apply to your job? _yes_

7. What was your overall evaluation of this program?

   Superior    __Above Average__    Average    Below Average    Poor

8. Any additional comments/suggestions: _No_


Evaluator Background (Name is Optional)

Name: _____    Rank: _____

Division: _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

Phil l. taylor _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED Corrections Emergency Policy

ON May 3 _____ 2002 AND RECEIVED 1.5

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: Norma Gates

NAME OF CERTIFYING INDIVIDUAL: NORMA GATES
(PRINT)



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

---

**INTER-OFFICE MEMO**                    **Corrections Division 02-48**

**May 1, 2002**

**TO:    Captain Taylor**

**REF:   Supervisory Training**

      Be advised, all Supervisors will be required to complete an ACA Correctional Supervision Course. It is a correspondence course and Captain Lacy has been tasked with setting deadlines and assuring the course is completed. Please assure supervisors understand the course is mandatory and they are expected to give Captain Lacy their full cooperation. The names of the first group of supervisor scheduled for the course are listed below:

| | |
|---|---|
| **Lt. Weatherford** | **Sgt. Steube** |
| **Lt. Kelley** | **Sgt. Drechsel** |
| **Lt. Ladehoff** | **Sgt. Perrone** |
| **Sgt. McLemore** | **Sgt. Rogers** |

If you have questions or concerns, please advise.

*Riley*

**Dianne Gatson-Riley**
**Director of Corrections**

cc:    **Captain Lacy**
       **Sgt. Krieger**

---

Office: (228) 865-7092          Fax: (228) 865-7071          Dispatch: (228) 865-7060

# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
Sheriff

Post Office Box 1480
Gulfport, Mississippi 39502

## MEMORANDUM

**TO:** PHIL L. TAYLOR

**FROM:** SHERIFF GEORGE PAYNE

**DATE:** FEB. 5, 2002

**RE:** PROFESSIONAL CERTIFICATE

Attached to this memorandum is a copy of your Professional Certificate. In accordance with the requirement of the Board of Jail Officer Standards and Training the original certificate will be retained in your personnel file.

GEORGE PAYNE, JR.
SHERIFF
HARRISON COUNTY, MISSISSIPPI

GHP/plp

cc: Major Dianne Riley
Personnel File



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**PHIL L. TAYLOR**

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

**This 17th day of January, 2002**

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No. D-00743



DEPARTMENT OF PUBLIC SAFETY
BOARD ON LOCAL CORRECTIONAL OFFICER

# STANDARDS & TRAINING

---

## FULL-TIME LOCAL CORRECTIONAL OFFICER APPLICATION FOR CERTIFICATION - PART I

**READ THE INSTRUCTIONS ON PAGE 2**

In accordance with the Jail Officers Training Program (JOTP) MCA § 45-4-1 et al. Warning: MCA § 97-7-10, "Fraudulent Statements and Representations", provides for severe penalties for misrepresentations or fraudulent statements to a board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to five (5) years. Further, the JOTP authorizes the Board on Local Correctional Officer Standards and Training (BLCOST) in § 45-4-9 (5)(b) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: _PHIL L. TAYLOR_
   Give Full Name - First Middle Last

2. SSN: _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_

3. Date of Hire: _7 / 9 / 94_  4. Date of Birth: _10/11/64_  5. Title/Rank: _SECURITY CAPTAIN_

6. Department: _HARRISON COUNTY SHERIFF'S DEPT._  7. Telephone: _(228) 865-7092_

8. Dept.'s Address: _P.O. BOX 1480_   _39503_
   Post Office Box or Street   City & Zip Code

9. Has the applicant ever been certified under the JOTP?  No (✓) Yes ( )  10. Certificate No. _____

11. **Education,** Years Completed _12_, High School Diploma _✓_ or GED ____, Degree(s) _____

12. **EMPLOYMENT RECORD**  List all employment. Begin with your most previous employment and work back. Use additional 8.5 x 11 sheets of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| DNP INC. | A/C MECHANIC | BILOXI, MS | From: | | | 1992 |
| | | | To: | | | 1994 |
| BABERS LEASING | ACCOUNTS MANAGER | GULFPORT MS | From: | | | 1990 |
| | | | To: | | | 1992 |
| GREGORY CONSTRUCTORS INC. | LABOR | GULFPORT | From: | | | 1982 |
| | | | To: | | | 1987 |
| | | | From: | | | |
| | | | To: | | | |

13. **TRAINING RECORD**  List all completed correctional officer training for which you can provide documentation. Include copies of certificates of completion. Use additional 8.5 x 11 sheets of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| BASIC JAIL CORRECTIONAL OFFICER ACADEMY | HARRISON COUNTY JAIL | 80 HOURS | From: | NOV | 30 | 1996 |
| | | | To: | DEC | 13 | 1996 |
| ACA CERTIFICATION FOR SUICIDE PREVENTION | CORRESPONDENCE | 20 HOURS | From: | JULY | | 1998 |
| | | | To: | JULY | | 1998 |
| ACA CERTIFICATION FOR SPECIAL NEEDS OFFENDERS | CORRESPONDENCE | 40 HOURS | From: | OCT | | 1998 |
| | | | To: | OCT | | 1998 |

H:\public\BLCOST\forms\2001\blcost full-time app & bl form (copier).wpd

adopted - 14December 2000     rev. -

Page 1 of 4

3750 I-55 Frontage Rd N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

**Warning:** MCA § 97-7-10, "Fraudulent Statements and Representations", provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to ten thousand dollars ($10,000) and a jail sentence of up to five (5) years. Further, the Jail Officers Training Program authorizes the Board in MCA § 45-4-9 (5)(b) to cancel and recall any certificate obtained through misrepresentation or fraud.

A "yes" answer to any of these questions does not automatically bar anyone from obtaining certification. Any of the following questions that are answered "yes" must be explained to the Board. The explanation must be typed or printed in ink on a separate eight and a half (8½") by eleven (11") inch sheet of paper, signed and dated by the applicant and include all related court documents. All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. All traffic offenses involving drugs or alcohol must be reported regardless of the fine. Any alternative to sentencing that has been decreed by any political subdivision must be reported including, but not limited to: probation, fines, restitution, or community service.

<u>Circle One</u>

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other non-judicial punishment?    Yes (No)

2. Has a judgement ever been issued against you?    (Yes) No

3. Have you ever been declared bankruptcy?    Yes (No)

4. Have you ever been arrested or charged with a crime?    Yes (No)

5. Have you ever received any alternatives to sentencing such as probation before judgement, pretrial diversion, non-adjudication of guilt or have you ever had an expungement?    Yes (No)

6. Have you ever been found guilty or pled guilty or no contest to a crime?    Yes (No)

7. Have you ever been refused a surety bond or turned down for employment that required a surety bond?    Yes (No)

8. Have you ever been involuntarily terminated from employment **or** have you resigned to prevent immediate termination either while there was an ongoing investigation into your activities or at the conclusion of any such investigation?    Yes (No)

9. Have you ever been addicted to or hospitalized for the use of alcohol or drugs?    Yes (No)

10. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws?    Yes (No)

I, the undersigned, do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through ten (10) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form, that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

Witness my signature this, the _____ day of _____, 20____.

_Phil S. Taylor_                                    PHIL L. TAYLOR
Applicant's Signature                              Print Applicant's Name

| **NOTARY PUBLIC** |
| --- |

I, the undersigned authority in and for _____ County and State, do hereby attest that the above individual did personally appear before me. Who being by me first duly sworn on oath, depose and state that he or she is the individual named in Part II of the "Application for Certification and Background Investigation Review" form, and that the said individual signed Part II of the foregoing "Application for Certification and Background Investigation Review" form.

GIVEN under my hand and official seal this, the _____ day of _____, 20____.

Notary Public _____

H:\public\JILCOST\forms\2001\bicost full-time app & bi form (copier).wpd

adopted - 14December 2000        rev. -

Page 3 of 4

3750 I-55 Frontage Rd N
Jackson, Mississippi 39211-6323
Telephone # - (601) 987-3096, Fax # - (601) 987-3086

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| Basic Law Enforcement Academy | USM Gulf Park Campus | 10 weeks | From: To: | Jan March | | 1998 1998 |
| PPCT Instructor Certification Training | Hattiesburg, Ms | 5 Days | From: To: | Nov Nov | | 1998 1998 |
| Instructor Development Course | USM Gulf Park Campus | 3 Days | From: To: | Dec Dec | | 1998 1998 |
| Instructor Certification O.C. | Intra-Plex Seaway Rd | 2 Days | From: To: | Oct Oct | | 1999 1999 |
| Basic Criminal Street Gangs | Baton Rouge Louisiana | 3 Days | From: To: | Nov Nov | 8 10 | 1999 1999 |
| First Line Supervision | Biloxi, Ms | 3 Days | From: To: | Nov Nov | 20 22 | 2000 2000 |
| First Aid / CPR Recert | Harrison County Jail | 4 hours | From: To: | June June | 26 26 | 2001 2001 |
| Metal-Tec 1400 Instructor Training | Pearl, MS | 2 Hours | From: To: | July July | 12 12 | 2001 2001 |
| | | | From: To: | | | |
| | | | From: To: | | | |
| | | | From: To: | | | |
| | | | From: To: | | | |
| | | | From: To: | | | |
| | | | From: To: | | | |

**Ref: A yes answered to question #2 of the Correctional Officer Application for Certification**

I was ordered to pay child support approximately 10 years ago by a judge in County court. Specific date is unknown.

I do not have court documents to support this.

Signature _Phil S. Taylor_    Date: _9/7/2001_

# METAL-TEC 1400

## Factory Training Course
## Certificate of Completion

Issued The 12th Day of July, 2001 to

*Phil L. Taylor*

For successfully completing the Factory Training and Certification Course, and is now Factory Certified to Train others within their department in the proper use of the METAL-TEC 1400.

Certificate No. 101567

7/11/03
Expiration Date

Tom Raines
Course Instructor



# Certificate of Accomplishment



## NATIONAL SHERIFFS' ASSOCIATION

*This is to certify that*

### Phil L. Taylor

has successfully completed the *Jail Officers' Correspondence Training Program* administered by The National Sheriffs' Association.

Executive Director, National Sheriffs' Association



Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast

Law Enforcement Training Academy

This is to Certify that

Phil J. Taylor

has successfully completed the
40 hour Instructor Development Course
at the Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast
Law Enforcement Training Academy

Presented
this 4th day of December, 1998

Dr. Michael A. McCaleb, Instructor

George Payne, Harrison County, Mississippi

Randy Cook, Academy Director



Corrections          Law Enforcement

Thomas J. Archambault
TJA TRAINING RESOURCE GROUP, INC.

# Instructor Certificate

*This is to certify that*

## Phil L. Taylor

*has successfully completed all requirements for the listed Instructor Course, and can train and certify other personnel in the Basic training program.*

## OC (Oleoresin Capsicum) Aerosol Instructor

*This, the 29th day of OCTOBER 1999*

OCTOBER 29, 2001
**Expires**

MS 426238481
**Certification Number**

*Instructor Trainer*

*President*



# Multijurisdictional Counterdrug Task Force Training

This Certifies That

## Phil L. Taylor

Has Attended and Successfully Completed

## Criminal Street Gangs Basic

### 24 Training Hours

November 8, 1999 - November 10, 1999
Baton Rouge, LA



Florida National Guard

MCTFT Director





Public Agency Training Council

National Criminal Justice
CERTIFICATE OF ATTENDANCE

PHIL TAYLOR
Has Completed
24 Hours of Instruction In

First Line Supervision, Leadership Skills

Biloxi, Mississippi
November 20, 21 & 22, 2000

James R. Alsup
Director

James Currie
Instructor



# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

## CAPT. PHIL TAYLOR

*Has successfully completed*

## CPR/FIRST AID

This the 26th day of JUNE, 2001

Lt. A. Kelly
Instructor