

# Harrison County Sheriff's Department

## Law Enforcement Training Academy

This Certifies That

## Sergeant Phil L. Taylor

has successfully completed a 80 hour course of instruction in

### Basic Jail/Correctional Officer Academy

conducted by the Harrison County Sheriff's Department University of Southern Mississippi - Gulf Coast Law Enforcement Training Academy

December 13, 1996

_Donald Weir_
Academy Director

_[signature]_
Sheriff, Harrison County, Mississippi

LITHO IN U.S.A.

MARCH 98

# American Correctional Association

FOUNDED 1870



## Certificate of Completion

Presents this

to

# Phil Taylor

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 20 Hour
**Suicide Prevention in Custody Correspondence Course**

July 1998

DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

# American Correctional Association

**FOUNDED 1870**



*Presents this*

## Certificate of Completion

*to*

### Phil Taylor

*In Recognition of Your Continued Professional Development*
*Through the Successful Completion*
*of The 40 Hour*

**Working with Special Needs Offenders Correspondence Course**

October 1998
_____
DATE

_____
DIRECTOR
PROFESSIONAL DEVELOPMENT

_____
EXECUTIVE DIRECTOR



Form 103

PPCT MANAGEMENT SYSTEMS, INC.

Certificate of Training

Certifies that

PHIL L. TAYLOR

has successfully completed PPCT Management Systems Course requirements for

PPCT Defensive Tactics System Instructor

At *Hattiesburg, MS*

This *6th* Day Of *November, 1998*

Seminar Instructor

Expiration Date *11/6/01*

*Bruce K. Siddle*
Executive Director
PPCT Management Systems, Inc.

# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
Sheriff

Post Office Box 1480
Gulfport, Mississippi 39502

SPECIAL ORDER NUMBER:  01-235

DATE:  JUNE 15, 2001

INDEX AS:  SPECIAL TRAINING ASSIGNMENT

SUBJECT:  METAL-TEC 1400

TO:    CAPT. PHIL TAYLOR
       SGT. WILLIAM DRECHSEL
       SGT. ALVIN KING
       SGT. KENNETH ROGERS
       DEPUTY SEAN O'NEILL

You have been scheduled to attend the above reference training, July 12, 2001 at the Mississippi Law Enforcement Training Academy in Pearl, MS.  The training is scheduled to begin at 10:00 am until 12:00 pm.

This Order effective July 12, 2001.

George H. Payne, Jr.
Sheriff

GHP:DGR/ds

Cc:  Major Cook
     Major Allen
     Chief Gaston
     Inv. Krieger
     Personnel File

Office: (228) 865-7092          Fax: (228) 865-7071          Dispatch: (228) 865-7060



# FREE Certification Course
## Exclusively for Law Enforcement/Corrections Trainers
### *Sponsored by*
### *Mississippi Police Supply Company, Inc. & METAL-TEC 1400*

> Learn how to improve officer safety, reduce liability and possible lawsuits by implementing the **METAL-TEC 1400**. Now each officer in your department can conduct a more thorough search for concealed weapons on suspects in the field.

**METAL-TEC 1400** is the only <u>Silent Vibrating</u> metal/weapons detector designed for law enforcement and corrections. Each person completing this *hands on training* will become certified by the factory to train the members of their department. *This course is a must for departments wishing to improve officer safety and reduce liability.*

Each department registered to attend will receive <u>**ONE FREE**</u> **METAL-TEC 1400**. Up to five trainers from each department may register to attend, **at no charge**. Each of the five trainers will receive a curriculum handbook and training video.

<u>**Topics Covered in this training & certification course**</u>
- Locating metal/weapons which may have been overlooked by a conventional hand search
- Determining the density of metallic objects being detected (is it a gun, knife or razor)
- How to pinpoint the location of metal objects once detected
- How to effectively search opposite sex/juvenile suspects with minimal physical contact
- Determining object's shape and size to identify threat level
- Plus many more topics!

**HOST:** Mississippi Law Enforcement Training Academy
Pearl, Mississippi
**DATE:** July 12, 2001
**TIME:** 10:00 a.m. to 12:00 p.m.
**TO REGISTER:** Fax the form below to Mississippi Police Supply Company at **662-756-2013**.

---

### Registration Form

Department Name: *Harrison County Sheriff Dept*

Contact Person: *Major Riley*     Telephone Number: *(228) 896 0677*

Number of Officers Attending: *05*

---

METAL-TEC is a Registered Trademark of Torfino Enterprises, Inc.
**Mississippi Police Supply Company, Inc. • P. O. Box 36 • Ruleville, MS 38771 • 800-488-7561**

*Participant Capt Phil Taylo*

# HARRISSON COUNTY SHERIFF'S DEPARTMENT
## IN – SERVICE TRAINING

*Ethics & Human Relations*
CLASS

*Feb 2, 2001*
DATE

TO: *1100 HRS.*    FROM: *0900 HRS.*
HOURS OF TRAINING

*Major Riley*
INSTRUCTOR

NAME: *Taylor*    *Phil*    *L*
LAST    FIRST    MIDDLE INITIAL

SSN: *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*    DOB: *10-11-64*
PHONE: *(228) 865-0447*    PGR: *867-3379*
DUTY ASSIGNMENT POST: *Captain (Security)*
SIGNATURE:
EMERGENCY CONTACT INFO (IN CASE OF EMERGENCY CONTACT)

MR./MRS. *Rachel Taylor*    PHONE: *(228) 865-0447*
ADDRESS: *4608 28th Street Gulfport, MS*
RELATIONSHIP: *Wife*

### DO NOT WRITE BELOW

CLASS HOURS FOR TIME SHEET
CERTIFIED AREA: YES    NO    #
GRADING SYSTEM: PASS    FAIL
RECERTIFICATION DATE:

INSTRUCTOR NAME    CERTIFICATION

3-ALDF-1D-02



# Public Agency Training Council

### National Criminal Justice
## CERTIFICATE OF ATTENDANCE

**PHIL TAYLOR**

Has Completed
24 Hours of Instruction In

# First Line Supervision, Leadership Skills

Biloxi, Mississippi
November 20, 21 & 22, 2000

James Currie
Instructor

James R. Alsip
Director

© 1991 DOES 990

LITHO. IN U.S.A.

INSTRUCTOR TRAINING COURSE

PRETEST/POST TEST

ANSWER SHEET

Name *PHIL L. TAYLOR*_____ SSN. *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*_____

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | (a) | (b) | Ⓒ | (d) | 18. | ⓐ | (b) | (c) | (d) |
| 2. | (a) | Ⓑ | (c) | (d) | 19. | (a) | (b) | (c) | ⓓ |
| 3. | (a) | (b) | Ⓒ | (d) | 20. | ⓐ | (b) | (c) | (d.) |
| 4. | (a) | (b) | Ⓒ | (d) | 21. | (a) | (b) | Ⓒ | (d) |
| 5. | (a) | (b) | Ⓒ | (d) | 22. | (a) | (b) | (c) | ⓓ |
| 6. | ⓐ | (b) | | | 23. | (a) | (b) | (c) | ⓓ |
| 7. | ⓐ | (b) | | | 24. | (a) | (b) | Ⓒ | (d) |
| 8. | (a) | Ⓑ | | | 25. | (a) | (b) | (c) | ⓓ |
| 9. | ⓐ | (b) | | | 26. | ⓐ | (b) | (c) | (d) |
| 10. | (a) | Ⓑ | | | 27. | (a) | (b) | (c) | ⓓ |
| 11. | ⓐ | (b) | | | 28. | (a) | (b) | Ⓒ | (d) |
| 12. | ⓐ | (b) | (c) | | 29. | (a) | Ⓑ | (c) | (d) |
| 13. | (a) | Ⓑ | (c) | | 30. | ⓐ | (b) | (c) | (d) |
| 14. | ⓐ | (b) | (c) | (d) | 31. | (a) | Ⓑ | (c) | (d) |
| 15. | (a) | Ⓑ | (c) | (d) | 32. | (a) | (b) | (c) | ⓓ |
| 16. | (a) | (b) | (c) | ⓓ | 33. | (a) | (b) | Ⓒ | (d) |
| 17. | (a) | Ⓑ | (c) | (d) | | | | | |



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**INTER-OFFICE MEMO**                    **Corrections Division: 00-**

**August 30, 2000**

**TO:**   Capt. Taylor

**REF:**  **INSTRUCTING NEW HIRE FTO TRAINING**

     Be advised that you have been selected to teach the following subject(s) for the above mentioned training for the Harrison County Correctional Division:

| | | |
|---|---|---|
| 9/1/00 | 1030-1130 | Professionalism & Ethics |
| | 1330- | Post Assignments |

We will need a copy of your Lesson Plan for the Training Files. If you need copies, please advise, so that we can have them ready for class.

     Class will be conducted in the Shift Briefing Room.

     If you have questions or concerns, please contact me.

Rupert, Lacy
Services Captain

cc:   Training File
     Consent Order File

---

Office: (228) 865-7092                    Fax: (228) 865-7071                    Dispatch: (228) 865-7060

# SERVICE TRAINING RECORD

| CLASS | DATE _7-13-00_ | LOCATION _HARRISON COUNTY JAIL_ |

| HOURS OF TRAINING _3_ | INSTRUCTOR _RON ISAAC_ |

NAME _PHIL L TAYLOR_        SSN _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_

SEX: (✓) MALE  ( ) FEMALE        DOB _10-11-64_

HOME ADDRESS _4628 28TH STREET_

CITY _GULFPORT_        STATE _MS_        ZIP _39501_

TELEPHONE: HOME _(228) 865-0447_    OFFICE _(228) 896-3000_

_Phil J. Taylor #151_        _7-13-00_
OFFICERS SIGNATURE        DATE

## EMERGENCY INFORMATION

NAME _RACHEL J. TAYLOR_        RELATIONSHIP _WIFE_

TELEPHONE: HOME _(228)865-0447_    OFFICE _____

CLASS HOURS _3_        TEST SCORE: PRE _____    POST _____

CERTIFIED AREA: · _____    (YES) (NO)    (PASS) (FAIL)

_Ronald D. Isaacks_
INSTRUCTORS SIGNATURE        DATE

RECORDED:_____DATE_____BY:_____

INSTRUCTOR COMMENTS_____

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*
228-865-7060
228-865-7095

November 30, 1999



TO:  Lt. Michael McCaleb



FROM:  Lt. Phil Taylor

RE:  PPCT Classes

I would like to request permission to teach PPCT classes on December 20th and 21st.
There will be approximately 12 students.

LT. PHIL TAYLOR

P.O. BOX 1480



# Multijurisdictional Counterdrug Task Force Training

This Certifies That

## Phil L. Taylor

Has Attended and Successfully Completed

### Criminal Street Gangs Basic

**24 Training Hours**

November 8, 1999  -  November 10, 1999
Baton Rouge, LA



Florida National Guard

MCTFT Director





Corrections / Law Enforcement

# Instructor Certificate

*This is to certify that*

**Phil L. Taylor**

*has successfully completed all requirements for the listed Instructor Course, and can train
and certify other personnel in the Basic training program.*

## OC (Oleoresin Capsicum) Aerosol Instructor

OCTOBER 29, 2001
*Expires*

This, the 29th day of    OCTOBER    1999

MS 426238481
*Certification Number*

*Instructor Trainer*

*President*

# HARRISON COUNTY SHERIFF'S DEPARTMENT



### JOE PRICE, *Sheriff*
228-865-7060
228-865-7095

**SPECIAL ORDER NUMBER:** 99-242

**DATE:** OCTOBER 22, 1999

**INDEX AS:** SPECIALIZED TRAINING



**SUBJECT:** **O. C. AEROSOL SPRAY CERTIFICATION COURSE – OCTOBER 29, 1999 – MGCCC APPLIED TECHNOLOGY CENTER**

**TO:** LT. PHIL TAYLOR

Be advised that I have received and approve the above captioned. By copy of this Order, Deputy Fran Palmer will secure the registration/tuition fee. This course will be held October 29, 1999, 8:00 a.m. to 4:00 p.m., at the MGCCC Applied Technology Center, Gulfport, MS.

This Order effective October 22, 1999.

JOE PRICE
SHERIFF

JP/wr

cc:   Administrative Master File
      Personnel File
      Major Melvin Brisolara
      Warden Bill Haden
      ███████████████████
      Lt. Michael McCaleb

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** *Sheriff*
228-865-7060
228-865-7095

OCTOBER 4, 1999





TO:    LT. MICHAEL McCALEB

FROM:  LT. PHIL L. TAYLOR

RE:    PRESSURE POINT CONTROL TACTICS CLASS



IF POSSIBLE, I WOULD LIKE TO INSTRUCT A PRESSURE POINT CONTROL
TACTICS CLASS FOR APPROXIMATELY 12 STUDENTS ON OCTOBER 13th
AND 14th AT THE ADULT DETENTION FACILITY. EACH SESSION WILL
LAST FROM 0800 TO 1300 HOURS.



THANK YOU FOR YOUR CONSIDERATION

*Lt. Phil L. Taylor*
LT. PHIL L. TAYLOR

OK mom 10/4/99

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*
228-865-7060
228-865-7095



September 23, 1999



TO:  Lt. Michael McCaleb

FROM:  Lt. Phil Taylor

RE:  PPCT Class



If possible, I would like to teach a PPCT Class for approximately 17 students on September 29th & 30th at the Adult Detention Facility.

Thank you for your consideration.

*Lt. Phil S. Taylor*
LT. PHIL TAYLOR

OK  Lt. McCaleb  9/24/99

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# TEST
# USE OF FORCE

1. **WHAT ARE THE SEVEN STEPS IN THE FORCE CONTINUUM.**
   1) VERBAL PERSUASION
   2) VERBAL WARNING
   3) SHOW OF FORCE
   4) LESS THAN LETHAL WEAPON
   5) PHYSICAL CONTACT
   6) USE OF IMPACT WEAPON
   7) USE OF DEADLY FORCE

2. **WHEN CAN YOU USE DEADLY FORCE.**
   WHEN PROTECTING THE LIFE OF AN OFFICER OR ANOTHER PERSON FROM DEATH OR BODILY HARM.

3. **HOW MUCH FORCE MAY YOU USE.**
   ONLY THE AMOUNT OF FORCE NECESSARY TO MAKE THE INMATE STOP

4. **WHAT FOUR REQUIREMENTS ARE NEEDED IN REPORTING A USE OF FORCE.**
   1) AN ACCOUNTING OF EVENTS LEADING TO THE USE OF FORCE
   2) AN ACCURATE DESCRIPTION OF THE INCIDENT
   3) A DESCRIPTION OF THE FORCE AND HOW IT WAS USED
   4) A DESCRIPTION OF THE INJURIES SUFFERED

**NAME:** PHIL L. TAYLOR

**BADGE #:** 344

**DATE:** 5-17-99

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: *1-29-99*

NAME: *PHIL L. TAYLOR*

SSN: *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*

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR *WATCH COMMANDER LIEUTENANT* I UNDERSTAND IT IS MY RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY REVIEWING THE POSTED ORDERS AT MY DUTY STATION, AND SIGNING THAT I HAVE READ SAID ORDERS

*Phil S. Taylor*

SIGNATURE

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, SHERIFF

DATE: _1-22-99_

NAME: _PHIL L. TAYLOR_

SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_____ _BACK CONTROL_ _____. I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS.

_Phil S. Taylor #344_
(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, SHERIFF

DATE: _1-22-99_

NAME: _PHIL L TAYLOR_

SSN: _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_


I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_CENTRAL CONTROL / DISPATCH_. I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS.

_Phil S. Taylor #344_
#### (SIGNATURE)



# Harrison County Sheriff's Department
## Correctional Division

*This is to certify that*

## CAPT. PHIL TAYLOR

*Has successfully completed*

## CPR/FIRST AID

*This the 26th day of* JUNE, 2001

Lt A. Kelly
Instructor

© 1999 GOES 34825

# METAL-TEC 1400

## Factory Training Course
## Certificate of Completion

Issued The 12th Day of July, 2001 to

*Phil L. Taylor*

For successfully completing the Factory Training and Certification Course, and is now Factory Certified to Train others within their department in the proper use of the METAL-TEC 1400.

Certificate No. *101567*

Expiration Date
7/11/03

Tom Raines
Course Instructor



# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: _1-14-99_

NAME: _TAYLOR, PHIL #344_

SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_A-BLOCK TOWER_    I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS

_Phil T. Taylor #344_

(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, SHERIFF

**DATE:** _1-14-99_

**NAME:** _TAYLOR, PHIL #344_

**SSN:** _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR _A-BLOCK FLOOR_. I UNDERSTAND IT IS MY RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING THAT I HAVE READ SAID ORDERS.

_Phil T. Taylor #344_
(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, SHERIFF

DATE: _1-14-99_
NAME: _TAYLOR, PHIL_
SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_B-BLOCK TOWER_. I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS.

_Phil T. Taylor #344_
(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: _1-14-99_

NAME: _TAYLOR, PHIL #344_

SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR

_____B-BLOCK FLOOR_____ I UNDERSTAND IT IS MY RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING THAT I HAVE READ SAID ORDERS

_Phil J. Taylor #344_

(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, SHERIFF

DATE: *1-19-99*
NAME: *TAYLOR, PHIL #344*
SSN: *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*

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR _____ *C-BLOCK TOWER* _____ . I UNDERSTAND IT IS MY RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING THAT I HAVE READ SAID ORDERS.

_____*Phil S. Taylor #344*_____
(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: _1-14-99_

NAME: _TAYLOR, PHIL_

SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_C-BLOCK FLOOR_          I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS

_Phil S. Taylor #344_
SIGNATURE

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: *1-14-99*

NAME: *TAYLOR, PHIL #344*

SSN: *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*

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
*D-BLOCK TOWER* I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS

*Phil S. Taylor #344*

(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: _1-14-99_

NAME: _TAYLOR, PHIL #344_

SSN: _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_

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR
_D-BLOCK FLOOR_              I UNDERSTAND IT IS MY
RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY
REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING
THAT I HAVE READ SAID ORDERS

_Phil S. Taylor #344_

SIGNATURE



Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast

*Law Enforcement Training Academy*

This is to Certify that

*Phil Taylor*

has completed the Course

40 hours Instructor Development Course

at the Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast
Law Enforcement Training Academy

Presented
this 4th day of December, 1998

*Dr. Michael A. McCaleb, Instructor*

*Randy Cook, Academy Director*

GULF COAST
HARRISON COUNTY
LAW ENFORCEMENT ACADEMY
THE UNIVERSITY OF SOUTHERN MISSISSIPPI

# CIVIL LIABILITY RELEASE FORM

I, _PHIL L. TAYLOR_, ATTENDED THE COURSE CONDUCTED BY
<u>OFFICER'S NAME</u>
THE HARRISON COUNTY SHERIFF'S DEPARTMENT ENTITLED "INSTRUCTOR
DEVELOPMENT". I ACKNOWLEDGE RECEIPT OF MATERIALS PROVIDED BY
THE INSTRUCTOR, DR. MICHAEL MC CALEB, SPECIFICALLY THE PAPERS
ENTITLED, "FUNDAMENTALS OF PROFESSIONAL LIABILITY FOR LAW
ENFORCEMENT TRAINERS".


I, _PHIL L. TAYLOR_, STATE THAT I HAVE BEEN PROVIDED
<u>OFFICER'S NAME</u>
A COPY OF "THE FUNDAMENTALS OF PROFESSIONAL LIABILITY FOR LAW
ENFORCEMENT TRAINERS"AND I HAVE AN UNDERSTANDING OF SAME.


NAME: _PHIL L. TAYLOR_          BADGE #: _344_

ADDRESS: _4628 28TH STREET_

_GULFPORT, MS_

SOCIAL SECURITY #: _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_


_____          _12-_____
SIGNATURE OF PERSON CONDUCTING CLASS          DATE


_____
POSITION

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, *Sheriff*
228-865-7060
228-865-7095





**SPECIAL ORDER NUMBER: 98-118**

DATE:    NOVEMBER 24, 1998

INDEX AS:  SPECIALIZED TRAINING

SUBJECT:    INSTRUCTOR DEVELOPMENT COURSE – NOVEMBER 30- DECEMBER 4, 1998
0800 HOURS TO 1700 HOURS EACH DAY – HARRISON COUNTY SHERIFF'S
DEPARTMENT/USM

TO:  CAPTAIN VICTOR SMITH      INVESTIGATOR BILLY MCCONNELL
     LIEUTENANT WALTER PITTS    DEPUTY ANTHONY KELLY
     SGT. MURRAY ALEXANDER     DEPUTY ALAN GREEN
     SGT. DAVID DUBOIS         DEPUTY MICHELLE HERMAN
     SGT. PHIL TAYLOR          DEPUTY RAY POLK

I am in receipt of and approve the above captioned.   You will need to report to the Harrison County
Training Academy on November 30, 1998, at 0800 hours.  Students should park in Parking Lot "E."

This Order effective November 30, 1998

By: Deputy Marie Lazzara
for:

**JOE PRICE**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

JP/ml

Attachment

cc:  Administrative Master File
     Personnel File
     Major E.R. Cook
     Warden Bill Haden
     Captain Bruce Carver
     Lieutenant Dean Weatherford
     Shift Captains x3

Form 103



PPCT MANAGEMENT SYSTEMS, INC.

Certificate of Training

Certifies that

PHIL L. TAYLOR

has successfully completed PPCT Management Systems Course requirements for

PPCT Defensive Tactics System Instructor

At

Hattiesburg, MS

This 6th Day Of November, 1998

Seminar Instructor

Expiration Date

11/6/01

Bruce K. Siddle

Executive Director
PPCT Management Systems, Inc.

# American Correctional Association

**FOUNDED 1870**



Presents this

## Certificate of Completion

to

# Phil Taylor

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 40 Hour
**Working with Special Needs Offenders Correspondence Course**

October 1998

DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

# American Correctional Association

FOUNDED 1870



## Certificate of Completion

Presents this

to

# Phil Taylor

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 20 Hour
**Suicide Prevention in Custody Correspondence Course**

July 1998

DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

# Suicide Prevention in Custody
# Final Test

## STUDENT ANSWER SHEET

Phil Taylor

Name _____ Date **7-6-98**

      (Please print.)

Address _____ Home    ✓ Work

      _____     C/O Lt. Rupert H. Lacy        _____

      _____     P. O. Box 1480        _____

      _____     Gulfport, MS 39502        _____

(Note: Your test results will be sent to the above address.)

Place of Employment _____ Harrison County Sheriff's Dept. _____

      (Please do not use acronyms/abbreviations.)

Phone Number _____ Home    ✓ Work   (    228-896-0601    - _____

## MULTIPLE CHOICE

Score _____

Write the letter of the correct answer in the space provided next to the number of each question.

1. _A_      8. _A_      14. _B_      20. _C_

2. _D_      9. _C_      15. _C_      21. _D_

3. _D_      10. _D_      16. _A_      22. _D_

4. _D_      11. _C_      17. _D_      23. _C_

5. _C_      12. _C_      18. _B_      24. _C_

6. _B_      13. _A_      19. _B_      25. _A_

7. _C_

FILE COPY

FINAL TEST    3



Certificate No. _11536_

STATE OF MISSISSIPPI

Board of Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

PHIL L. TAYLOR

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

This 4TH day of JUNE , 19 98

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

_____
Director
Board on Law Enforcement
Standards and Training

_____
Chairman
Board on Law Enforcement
Standards and Training

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# CORRECTIONAL OFFICER PROGRAM
## *SERVICE TRAINING RECORD*

_BOOKING & FORMS_     _3-10-98_          _HCDF_
CLASS              DATE            LOCATION

_1030_
_0730-0930_                    _SGT. ANTHONY KELLY_
HOURS OF TRAINING              INSTRUCTOR

NAME _PHIL L TAYLOR_          SSN _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_

SEX: (✓) MALE  ( ) FEMALE    DOB _10-11-64_

HOME ADDRESS _4628 28TH STREET_

CITY _GULFPORT_          STATE _MS_     ZIP _39501_

TELEPHONE: HOME _865-0447_     OFFICE _896-3000_

_Phil J. Taylor #344_                 _3-10-98_
OFFICER'S SIGNATURE                DATE

EMERGENCY INFORMATION

NAME _RACHEL J. TAYLOR_      RELATIONSHIP _WIFE_

TELEPHONE: HOME _865-0447_    OFFICE _____

CLASS HOURS _3.0_  TEST SCORE:  PRE _____  POST _____

CERTIFIED AREA: _____  (YES)  (NO)    (PASS)  (FAIL)

_A K 343._      _R#_      _3/10/98_
INSTRUCTOR'S SIGNATURE              DATE

RECORDED: _____ DATE _____ BY: _____

INSTRUCTOR COMMENTS _____



**CONTINUING EDUCATION/SPECIAL**
**INTEREST/WORKFORCE TRAINING**
**APPLICATION-REGISTRATION**

Individuals who wish to enroll in semester hour credit courses
must complete a MGCCC Application for Admission.

1. Social Security No.
   _426 - 23 - 8181_

2. Location (check one)
   ☐ George County Campus
   ☐ Jackson County Campus
   ☐ Jefferson Davis Campus
   ☐ Perkinston Campus
   ☐ Applied Tech. and Development Center
   ☐ Keesler Center
   ☐ West Harrison Center
   XX Other  _HCSD ADC_

3. _TAYLOR_        _PHIL_        _L_        _____
   Last Name        First Name        Middle Initial        Previous Last Name (optional)

4. _4628 28TH ST_        5. _GPT_        6. _MS_        7. _39501_
   Mailing Address        City        State        Zip Code

8. _HARRISON_        9. _(601) 865-0447_        10. _10 11 1164_        11. Ethnic/Racial Group
   County of Residence        Telephone        Date of Birth        ☐ American Indian or Alaskan Native (AI)
                                                                    ☑ Black/African American (BL)
                                                                    ☐ Hispanic (SA)
                                                                    ☐ White/Caucasian(CA)
12. Sex ☑ Male        13. Are you a high school graduate  ☑ Yes        ☐ Asian or Pacific Islander (OA)
        ☐ Female            or GED equivalent?  ☐ No        ☐ Other (OT)

14. If you have a disability, do you require accommodations? ☐ Yes   ☑ No
    If yes, please describe: _____

15. In case of emergency, please call: _RACHEL TAYLOR_        _865-0447_
                                        Name                    Phone No.

The Family Educational Rights and Privacy Act provides for the publication or disclosure of certain directory information on students.  Check below if you do not want
your name, photograph or other directory information included in these publications.

☐ Directory Information        ☐ News articles for publication in media        ☑ Other, specify

_12-15-97_                                        _Sgt. Phil S. Taylor #344_
Date                                               Student Signature

---

**FOR COLLEGE USE ONLY**

COLLEGE CODE (check one)
☐ 9093 Opportunity        ☐ 9286 Continuing Ed/AED        ☑ 9290 Ingalls (fee assessed)        ☐ 9993 Workforce        ☐ 9996 ABE
☐ 9107 New Horizons        ☐ 9287 Special Interest        ☐ 9994 Inplant        ☐ 9995 Basic Skills        ☐ 9997 GED
                                                                                                                ☐ 9998 ESL

| CE Class Prefix | Number | Name | | |
|---|---|---|---|---|

Suicide Prevention, Detection
and Review of Policy (Annual Training)

Cost of Class/es   Total Hours  _2.0_
                   ☐ Contact   ☐ CEU's

1. _____        Tuition _____        Cash _____
2. _____        Registration _____   Check _____
3. _____        Books _____          Money Order _____
4. _____        Supplies _____        Deferment _____
5. _____        Other Costs _____     Credit Card _____
6. _____        Total Costs _____

**FILE COPY**

---

Mississippi Gulf Coast Community College is an Equal Opportunity Employer and welcomes students and employees without regard to race, color, religion, national
origin, sex, age, or qualified disability.        SS-ADM-20 (REV. 1095)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL OFFICER PROGRAM
### *SERVICE TRAINING RECORD*

FIRE SAFETY     10-2-97     HCDF
CLASS        DATE        LOCATION

0815 - 1015        TONY BOND
HOURS OF TRAINING        INSTRUCTOR

NAME PHIL L. TAYLOR     SSN 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

SEX: (✓) MALE ( ) FEMALE     DOB 10-11-64

HOME ADDRESS 4628 28TH STREET

CITY GULFPORT     STATE MS     ZIP 39501

TELEPHONE: HOME 865-0447     OFFICE 896-3000

Phil L. Taylor        10-02-97
OFFICERS SIGNATURE        DATE

### EMERGENCY INFORMATION

NAME RACHEL TAYLOR     RELATIONSHIP WIFE

TELEPHONE: HOME 865-0447     OFFICE 452-4666

CLASS HOURS 2.0     TEST SCORE: PRE_____ POST_____

CERTIFIED AREA:_____ (YES) (NO) (PASS) (FAIL)

Tony Bond        10-2-97
INSTRUCTORS SIGNATURE        DATE

RECORDED:_____ DATE_____ BY:_____

INSTRUCTOR COMMENTS_____