

# HARRISON COUNTY FIRE SERVICE

## CERTIFICATE OF TRAINING

This Is To Certify That

**Sgt. Phil Taylor**

Has Satisfactorily Completed The Prescribed Course In

Fire Safety

This the 2nd day of October, 1997.

Tony Bond
Instructor

George M. Mixon
Fire Coordinator

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# CORRECTIONAL OFFICER PROGRAM
## *SERVICE TRAINING RECORD*

CLASS: Federal Consent Order Update
DATE: 7/1/97
LOCATION: HCSD ADC

HOURS OF TRAINING: 0800 - 0900
INSTRUCTOR: Deputy Michelle Herman

NAME: PHIL L. TAYLOR
SSN: 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

SEX: (✓) MALE ( ) FEMALE
DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.

CITY: GULFPORT
STATE: MS
ZIP: 39501

TELEPHONE: HOME (601) 865-0447
OFFICE: 896-3000

Phil L. Taylor #344
OFFICERS SIGNATURE

7-1-97
DATE

EMERGENCY INFORMATION

NAME: RACHEL TAYLOR
RELATIONSHIP: WIFE

TELEPHONE: HOME 865-0447
OFFICE: 452-4441

CLASS HOURS: 1.0
TEST SCORE: PRE ____ POST ____

CERTIFIED AREA: ____ (YES) (NO) (PASS) (FAIL)

[signature]
INSTRUCTORS SIGNATURE

7/1/97
DATE

RECORDED: ____ DATE ____ BY: ____

INSTRUCTOR COMMENTS ____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE, *Sheriff***
601-865-7060
601-865-7095

On 7-1-97 [Date], I, PHIL L TAYLOR [Officer's Name], attended a class conducted by the Harrison County Sheriff's Department for the purpose of refreshing my understanding of the two (2) United States District Court Consent Orders which pertain to the operation of the Harrison County Adult Detention Center. I again received copies of the two (2) Orders and I participated in the discussion of same.

I, PHIL L. TAYLOR [Officer's Name], state that I have again read the Consent Orders and I have an understanding of same.

**Name:** PHIL L TAYLOR **Badge No.:** 344

**Address:** 4628 28TH ST.
GPT. MS. 39501

**Social Security No.:** 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

[signature]
**Signature of Person conducting Class** — Date 7/1/97

Paralegal
**[Position]**

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** ***Sheriff***
601-865-7060
601-865-7095

MEMORANDUM

TO: SGT. CORVELLO SGT. STEUBE
SGT. LADEHOFF SGT. TAYLOR
SGT. DUBOIS

FROM: LT. RUPERT H. LACY

DATE: JUNE 25, 1997

RE: TRAINING EXERCISE DURING SHIFT BRIEFING

Be advise that you are to pass out this Fire Safety Exercise to your shift during shift briefing. Let the officers take 10 minutes to answer the questions. Collect them and review the answers.

You should follow up the next day, after the officers have reviewed General Orders 1011, 1016, and add information to the exercise.

Sign off on the exercises and return to me for review and placing in each officers file.

All officers should have this completed and returned to me by June 30.

cc: Captain Harmon
Lt. Weatherford

FILE COPY

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

7/3/97
RKL

**Harrison County Sheriff's Department**
**Correctional Officers' Program**
**Table Top Fire Safety Drill**

**Name:** SGT. Phil Taylor **Date:** 6-24-97

**Shift:** 1500-2300 **Badge #:** 344

Pursuant to the General Orders 1000 series, each officer should read and understand all Fire and Safety requirements. Under G.O. 1011, 1016. Each officer should be able to identify what is a Minor and Major Fires and what requirements each officer should do.

In the space below, write down what you would do for the following exercises:

1.) A Minor Fire is discovered by an employee in the Booking/Holding Area?
IMMEDIATELY ATTEMPT TO EXTINGUISH THE FIRE, NOTIFY SHIFT SUPERVISOR, DETERMINE WHETHER EVACUATION IS NECESSARY.

2.) What is more dangerous from a fire: Heat or Smoke ? SMOKE

3.) When you as a Correctional Officer discovers a fire (whether informed by an inmate or discover it yourself) you the officer shall immediately determine?
THE CAUSE OF THE FIRE

4.) After any emergency, it is required that the officer conduct what, and record the results?
AN INVESTIGATION

5.) You are on duty in B-Block as a floor officer and you see smoke showing in C-section 221. What are your responsibilities and actions?
EVACUATE ALL C-SECTION INMATES INTO B-SECTION, DETERMINE THE SOURCE OF THE SMOKE, AND THEN EXTINGUISH THE SOURCE.

6.) You are on duty in D-Block as a tower officer and you see fire coming out of A-section cell 108. What are your actions and responsibilities? IMMEDIATELY NOTIFY SHIFT SUPERVISOR, AND THEN ATTEMPT TO EVACUATE ALL INMATES IN A-SECTION. (TO THE EXERCISE YARD)

7.) You are on duty in C-Block, and you notice fire and smoke in E-section, cell 239. What are you actions and responsibilities? EVACUATE E-SECTION INTO F-SECTION, AND F-SECTION INTO EXERCISE YARD, THEN EVACUATE D-SECTION TO EXERCISE YARD, NOTIFY SHIFT SUPERVISOR AND DETERMINE IF ITS NECESSARY TO EVACUATE A, B, AND C-SECTIONS.

8.) How does a tower officer shut off the overhead sprinkler system in a section? BY DE-ACTIVATING CHAIN VALVE IN TOWER

9.) Where is a posted fire or emergency plan in :

A-Block: BEHIND CONTROL TOWER DOOR

B-Block: BEHIND CONTROL TOWER DOOR

C-Block: BEHIND CONTROL TOWER DOOR

D-Block: BEHIND CONTROL TOWER DOOR

Officer's Signature Sgt. Phil S. Taylor Date: 6-25-97

Supervisor Signature __________ Date: __________

Comments:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN SERVICE TRAINING RECORD*

CONFRONTATIONAL AVOIDANCE
*CLASS*

5-14-97
*DATE*

0800-1000
*HOURS OF TRAINING*

LT. LACY
*INSTRUCTOR*

HCDF
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: HCDF

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.

CITY,STATE,ZIP: GULFPORT, MS.

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor
OFFICERS SIGNATURE

5-14-97
DATE

INSTRUCTOR COMMENTS: ______

CLASS HOURS: ______ TEST SCORE: PRE ______ POST ______

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

5-14-97
DATE

RECORDED: DATE: BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN SERVICE TRAINING RECORD*

CONFRONTATIONAL AVOIDANCE
*CLASS*

5-12-97
*DATE*

0800-1000
*HOURS OF TRAINING*

LT. LACY
*INSTRUCTOR*

ADC
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: HCDF

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST

CITY,STATE,ZIP: GULFPORT, MS

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Sgt. Phil L. Taylor #344
OFFICERS SIGNATURE

5-12-97
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: TEST SCORE: PRE POST

CERTIFIED AREA: (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

5-12-97
DATE

RECORDED: DATE: BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** ***Sheriff***
601-865-7060
601-865-7095

RETIRED

**SPECIAL ORDER NUMBER: 97-43**

DATE: MARCH 17, 1997

INDEX AS: SPECIALIZED TRAINING

---

SUBJECT: PRESSURE POINT CONTROL TACTICS SELF DEFENSE INSTRUCTOR SCHOOL - HARRISON COUNTY SHERIFF'S TRAINING ACADEMY MARCH 31 - APRIL 4, 1997

TO: SERGEANT MARIE MAXWELL
SERGEANT PHIL TAYLOR
DEPUTY STEVE SOLMON
DEPUTY KEVIN BRIGNAC

Be advised that you are to attend the above captioned. You shall report to Captain Donald Keith for training schedule. Captain Keith shall submit invoice for training manuals to Deputy Fran Palmer. It is understood that there is no cost for this instruction.

This Order effective March 31, 1997.

**JOE PRICE**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

JP/nk

Attachment

cc: Administrative Master File x1
Personnel File x4
Major E.R. Cook
Captain Ray Harmon
Captain Bruce Carver
Captain Roy Leslie
Captain Donald Keith
Lieutenant Dean Weatherford
Deputy Fran Palmer
Communications

**P.O. BOX 1480**
**GULFPORT, MISSISSIPPI 39502**

# HARRISON COUNTY SHERIFF'S DEPARTMENT

THE UNIVERSITY OF SOUTHERN MISSISSIPPI - GULF COAST
**LAW ENFORCEMENT TRAINING ACADEMY**
Memorandum

To: Sheriff Price

From: Donald Keith DK

Ref: PPCT School

Date: March 16, 1997

On March 31- April 4, the Academy is conducting a PPCT self-defense instructor school. There is no cost for training expect for the training manuals. The following deputies from have requested to attend the training:

Marie Breland
Steve Solmon
Kevin Brignac
Phil Taylor

Please let me know if they are permitted to do so.

S.O. 97-43

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN-SERVICE TRAINING RECORD*

OFFENSE I
*CLASS*

12-23-96
*DATE*

1300-1500
*HOURS OF TRAINING*

M. Saucier
LT. LACY
*INSTRUCTOR*

HCADC
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: ADC

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.

CITY,STATE,ZIP: GULFPORT, MS 39501

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor #344
OFFICERS SIGNATURE

DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: 2.0 TEST SCORE: PRE ______ POST ______

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

Michael Saucier RHC
INSTRUCTORS SIGNATURE

12/23/96
DATE

RECORDED: DATE: BY:

ol

# HARRISON COUNTY SHERIFF'S OFFICE

## OFFENSE FORM I

☐ JUVENILE INVOLVED

INCIDENT NUMBER 97-100000

1. Type Offense: POSSESSION OF MARIJUANA
2. Code:
3. Type Offense:
4. Code:
5. Offense Occurred — Earliest Date: 12-23-96; Time: 1930 — Latest Date: 12-23-96; Time: 1930
6. Date Offense Reported: 12-23-96
7. Time Offense Reported: 1930
8. Location of Offense (Street Address): A-BLOCK E-SECTION / CELL #133 UPPER OR LOWER
9. Firm Name (If Commercial): ADULT DETENTION CENTER
10. Grid: 2401
11. Patrol Area: JAIL
12. Shift: EVENING
13. Day(s) of Week Occured: S (M) T W T F S

1\.
14. Victim's Name (Last, First, Middle):
15. Residence Address:
16. Res. Phone:
17. Victim DOB:
18. Sex:
19. Race:
20. Employer/School:
21. Business/School Address:
22. Bus. Phone:

2\.
23.* ☐ V ☑ RP ☐ W ☐ P
24. Name (Last, First, Middle): TAYLOR, PHIL LEN
25. Residence Address: 4628 28TH STREET GPT. MS 39501
26. Res. Phone: 865-0447
27. DOB: 10-11-64
28. Sex: M
29. Race: B
30. Employer/School: HARRISON CO. SHERIFFS DEPT.
31. Business/School Address: 10451 LARKIN SMITH DR. GPT, MS
32. Bus. Phone: 896-3000

3\.
33.* ☐ V ☐ RP ☑ W ☐ P
34. Name (Last, First, Middle): WEATHERFORD, ROBERT
35. Residence Address: 6628 LYND RD GPT, MS 39502
36. Res. Phone: 896-2834
37. DOB: 11-14-62
38. Sex: M
39. Race: W
40. Employer/School: HARRISON CO. SHERIFFS DEPT
41. Business/School Address: 10451 LARKIN SMITH DR. GPT, MS
42. Bus. Phone: 896-3000

43. Victim/Suspect Relationship: Stranger 1 ☐ 2 ☑ 3 ☐ — Acquaintance 1 ☐ 2 ☐ 3 ☐ — Relative 1 ☐ 2 ☐ 3 ☐

44. ☐ Alcohol Related ☑ Drug Related

| 45. Status** | 46. Qty. | 47. Article | 48. Brand, Make or Manufacturer | 49. Model Name and Number | 50. Description (Color/Size) | 51. Serial No. And/Or Owner Applied No. | 52. Value |
|---|---|---|---|---|---|---|---|
| ☑ E ☐ S ☐ R ☐ D | Ø1 | CLEAR ZIPLOC BAG | | | APPROX 1/4 OUNCE GRN. LEAFY SUBST. | | $25.00 |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |

| VEHICLE | 53. License No. | 54. State | 55. Veh. Yr. | 56. Make/Style | 57. Model | 58. Color/Color | 59. Value |
|---|---|---|---|---|---|---|---|
| ☐ E ☐ S ☐ R ☐ D | | | | | | | |

60. VIN Number:
61. Vehicle Marks/Damage/Decals/Comments:

62. Narrative of Offense (Attach Additional Narrative If Needed)

ON 12-23-96 AT APPROXIMATELY 1900, SGT. TAYLOR / LT. WEATHERFORD ENTERED A-BLOCK E-SECTION, CELL #133 AND WERE IMMEDIATELY MET BY THE SMELL OF BURNING MARIJUANA. SGT. TAYLOR IMMEDIATELY BEGAN TO CONDUCT A FRISK SEARCH ON INMATE TOM JONES (CO-OCCUPANT OF CELL #133). WHILE SEARCHING INMATE JONES, SGT. TAYLOR DISCOVERED A BULGE UNDERNEATH INMATE JONES ARM. AT APPROXIMATELY 1930 SGT. TAYLOR RECOVERED THE ITEM, CONTAINING APPROXIMATELY 1/4 OUNCE OF A GREEN LEAFY SUBSTANCE. SGT. TAYLOR AND LT. WEATHERFORD THE EXITED A-BLOCK

63. Evidence Disposition (Location): GIVEN TO DEPUTY LOUANN OBANNON (EVID TECH)

63A. Complainant/Victim Signature: Phil L. Taylor

64. MOI (Reverse Side)

| | CODE | | CODE |
|---|---|---|---|
| 1. Type of Premise | | 7. Weapon Type | |
| 2. Object of Attack | | 8. Use of Weapon | |
| 3. Point of Entry | | 9. Method of Departure | |
| 4. Method of Entry | | 10. Demeanor of Suspect | |
| 5. Method of Attack (Person) | | 11. Evidence Obtained | J |
| 6. Method of Attack (Property) | | 12. Place of Offense | K |
| | | 13. Solvability Factors | H |

65. OFFENSE STATUS

OPEN
- ☐ 60 Suspended Inactive
- ☐ 63 Patrol Follow-Up
- ☐ 66 Detective Follow-Up
- Signed Affidavit ☐ Yes ☐ No
- ☐ Will Sign Later

CLOSED
- ☐ 10 Cleared Adult Arrest
- ☐ 20 Cleared Exceptional Adt.
- ☐ 30 Cleared Juvenile Custody
- ☐ 40 Cleared Exceptional Juv.
- ☐ 50 Other Cleared Exception
- ☐ 70 Unfounded

66. Reporting Officer: No. 344 Name PHIL L. TAYLOR
67. Division: ADC
68. Reviewing Supervisor: No. Name
69. Date of Status:
70. Follow-Up Officer: No. Name
71. Date/Time Assigned:
72. Attachments: ☐ Offense Form II ☑ Narrative ☐ Custody Form ☐ Other (Describe)

V-Victim W-Witness RP-Reporting Party P-Parent **Status: E-Evidence R-Recovered S-Stolen D-Damaged

White-Records Canary-Crime Analysis Pink-Court/Detectives Gold-Reporting Officer/NCIC

Page Ø1 of Ø2

☐ Juvenile Involved

**Harrison County Sheriff's Office**
**NARRATIVE FORM**

Case Number: 97-100000

☐ Original Report
☑ Offense Supplement
☐ Custody Supplement
☐ Other

Type Incident/Crime: POSSESSION OF MARIJUANA

Date of This Report: 12-23-96

Date of Original Report: 12-23-96

Suspect/Victim Name: TOM JONES

List Complaint Numbers of Connected Cases:

| Status | Qty. | Article | Brand/Make | Model Name | Description | Serial No. or OAN | Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

THE EVIDENCE WAS THEN BAGGED/SEALED AND TURNED OVER TO DEPUTY LOU ANN OBANNON, (HCSD EVIDENCE TECHNICIAN).

DISPOSITION
☐ A. Cleared Adult Arrest
☐ B. Cleared Exceptional Adult
☐ C. Cleared Juvenile Custody
☐ D. Cleared Exceptional Juvenile
☐ E. Unfounded
☐ F. Other—Cleared Exceptional
☐ G. Suspended Closed

Reporting Officer: No. 344 Name PHIL L. TAYLOR

Division: ADC

Reviewing Supervisor: No. Name

Disposition Date:

White = Records Canary = Agency Use Pink = Court/Detectives Gold = Shift Capt/Jail



# Harrison County Sheriff's Department

## Law Enforcement Training Academy

This Certifies That

**Sergeant Phil L. Taylor**

has successfully completed a
80 hour course of instruction in

## Basic Jail/Correctional Officer Academy

conducted by the Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast Law Enforcement Training Academy

December 13, 1996

Academy Director

Sheriff, Harrison County, Mississippi

© Goes 462

LITHO. IN U.S.A.

March 98

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

## *IN-SERVICE TRAINING RECORD*

Observation and Communications
*CLASS*

Oct. 10, 1996
*DATE*

08:00 - 10:00
~~16:00 - 18:00~~
*HOURS OF TRAINING*

Lt. Rupert H. Lacy
*INSTRUCTOR*

HCSDADC
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: HCDF

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.

CITY,STATE,ZIP: GULFPORT, MS 39501

TELEPHONE: HOME#: 865-0447 OFFICE:

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor #344
OFFICERS SIGNATURE

10/10/96
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: 2.0 TEST SCORE: PRE ______ POST ______

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

10/10/96
DATE

RECORDED: DATE: BY:

pk

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN SERVICE TRAINING RECORD*

OBSERVATION /GO, 1010, 1032, 1033, 1034
*CLASS*

9-25-96
*DATE*

0800-1000
*HOURS OF TRAINING*

LT. LACY
*INSTRUCTOR*

HCDF
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: JAIL

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH STREET

CITY,STATE,ZIP: GULFPORT, MS 39501

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor #344
OFFICERS SIGNATURE

9-25-96
DATE

INSTRUCTOR COMMENTS: ______

CLASS HOURS: 20 TEST SCORE: PRE ______ POST ______

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

9/25/96
DATE

RECORDED: DATE: BY:

oll

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, *Sheriff*
601-865-7060
601-865-7095

On September 25, 1996, PHIL L. TAYLOR attended General Orders 1010, 1032, 1033, 1034 training at the Harrison County Sheriff's Department Jail.

During this program, Job Description, Floor Officer Duties, Cell Search, Frisk Search, Contraband Control, and Use of Force was taught to assist the Correctional Officer in performing his/her duties.

I, PHIL L. TAYLOR received a copy of the above HCSD General Orders, and have read and understand the above listed General Orders.

Name: PHIL L. TAYLOR Badge # 344

Address: 4628 28TH GULFPORT, MS

SSN# 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

Phil L. Taylor
Officer Signature

[signature]
Training Officer, Rupert H. Lacy

FILE COPY

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
# LAW ENFORCEMENT TRAINING ACADEMY

## *IN-SERVICE TRAINING RECORD*

Finger Print Review
*CLASS*

9-12-96
*DATE*

0800-0830
30 min
*HOURS OF TRAINING*

INV. STROUD
*INSTRUCTOR*

HCDF
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: HCDF

SSN: 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 SEX- ( ) MALE (✓) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28 TH G

CITY,STATE,ZIP: GULFPORT, MS

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor #344
OFFICERS SIGNATURE

9-12-96
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: .5 TEST SCORE: PRE ________ POST ________

CERTIFIED AREA: ________ (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

9/12/96
DATE

RECORDED: DATE: BY:

[initials]

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN SERVICE TRAINING RECORD*

ASP
*CLASS*

July 29, 0800-1200

29/31 July 1996
*DATE*

8.0
*HOURS OF TRAINING*

William Calvert
Brian Stewart
*INSTRUCTOR*

July 29 0800-1200
HC ADC
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: JAIL

SSN: 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 SEX- (X) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.

CITY,STATE,ZIP: GULFPORT, MS. 39501

TELEPHONE: HOME#: 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: RACHEL TAYLOR

TELEPHONE: HOME#: 865-0447 OFFICE: 452-4666

Phil L. Taylor
OFFICERS SIGNATURE

7-31-96
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: 8.0 TEST SCORE: PRE ______ POST 95

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

B K Stewart 1312
INSTRUCTORS SIGNATURE

073196
DATE

RECORDED: DATE: BY:

Completed training

OK

File

# Armament Systems and Procedures, INC

## ASP Baton Certification Training Program
## Information Sheet

Please print

Course Title ASP CERTIFICATION Date 7-29-96

Full Name PHIL L. TAYLOR

Home Address 4628 28TH ST.

City GULFPORT State MS Zip 39501

Employing Agency HARRISON COUNTY SHERIFFS DEPT.

Agency Address 10451 LARKIN SMITH DR.

City GULFPORT State MS Zip 39503

Home Telephone: 865-0447 Office Telephone 896-3000

Sex M Date of Birth 10-11-64 Age 31 Height 5'10" Weight 220

Have you been exercising? YES Are you on any medication? NO

Do you have any knee, back or health problems? NO

Person to be notified in case of emergency

Name RACHEL TAYLOR Relationship WIFE

Phone 865-0447 Alternate Phone 864-0446

Briefly describe any health problems N/A

## Waiver

### Release from Liability and Assumption of Risk Agreement

1. Intending that this Agreement be legally binding upon me, my heirs, executors, administrators, and assigns, I hereby waive, release and forever discharge Armament Systems and Procedures, Inc., and all of their agents, representatives, heirs, executors, administrators, successors and assigns, of and from any and all claims, demands, rights and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen physical and mental injuries and consequences thereof, suffered by me during any and all ASP Baton Certification Training activities.

2. In signing this release, I assert that (a) I am presently in good physical and mental health; (b) I have no reason to believe that I am not in good physical and mental health; (c) I am fully aware of, and do acknowledge and assume all risk of injury inherent in my participation in this training seminar; (d) I have read and fully understand the terms and conditions of this agreement.

Signature Phil L. Taylor #344 Date 7-29-96

**ASP Basic Certification Program**

Techniques Test

Name: PHIL L. TAYLOR

Date: 7-31-96

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

| Technique | Pass | Fail |
|---|---|---|
| Interview Stance | ✓ | |
| Reaction Hand Defense | ✓ | |
| Proper Draw | ✓ | |
| Correct Opening | ✓ | |
| Ready Position | ✓ | |
| Loaded Position | ✓ | |
| Closed Weapon Strike | ✓ | |
| Closed Reaction Strike | ✓ | |
| Closed Straight Strike | ✓ | |
| Open Weapon Strike | ✓ | |
| Open Reaction Strike | ✓ | |
| Open Straight Strike | ✓ | |
| Correct Closing | ✓ | |
| Weapon Defense | ✓ | |
| Baton Retention | ✓ | |

✓ APPROVE CERTIFICATION

_ DISAPPROVE CERTIFICATION

Instructor Name: Brian K. Stewart

ASP Number: 1312

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

ASP Basic Certification Program Written Test SCORE: 95

Name: PHIL L. TAYLOR Date: 7-31-96

1. Which of the following is not a component of Body Mechanics?
X (a) Center
b. Power Generation
c. Strength
d. Position
e. Decentralization

2. A defensive tactic may be evaluated by balancing
(a) Control vs. Injury
b. Age vs. Size
c. Threat vs. Control
d. Action vs. Reaction
e. Attitude vs. Action

3. The primary striking surface when using the ASP in the open mode is the:
a. Butt Cap
b. Center of Blade
c. Handle
d. Mid-Section of Blade
(e) Last 3" of Blade

4. Which of the following is not a part of the Pyramid Concept?
a. Low Center
(b) Threat Level
c. Head Over Center
d. Deep Base
e. Wide Base

5. When documenting a use of force incident, the report should include:
a. Time of day
b. Number of persons
c. Type of call
d. Officers injuries
(e) All of the above

6. Officer-Subject Factors include all of the following except:
a. Age
b. Sex
(c) Weapon proximity
d. Size
e. Skill Level

7. The hand use to draw and fire the service firearm is referred to in ASP training as the
a. Weak Hand
(b) Weapon Hand
c. Back Hand
d. Reaction Hand
e. Combat Hand

8. When carried in pocket, scabbard or belt, the ASP Baton is positioned with
(a) Tip down
b. Handle horizontal
c. Handle concealed
d. Blade open
e. Tip up

9. The Reaction Strike is primarily executed as a
(a) Clearance strike
b. Combat strike
c. Closing strike
d. Closed Strike
e. b. or c.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

PHIL L. TAYLOR

HAS ATTENDED 8.0 HOURS

OF INSTRUCTION IN: A. S. P. BATON TRAINING

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN 1996 ON THIS 31ST DAY OF JULY

JOE PRICE
SHERIFF

INSTRUCTOR

ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### *IN SERVICE TRAINING RECORD*

PATROL PROCEDURES
*CLASS*

11-29-95
*DATE*

0730 - 0930
*HOURS OF TRAINING*

LT. LACY
*INSTRUCTOR*

HCDF
*LOCATION*

NAME: PHIL L. TAYLOR

DIVISION: HARRISON COUNTY JAIL

SSN: 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 SEX- (✓) MALE ( ) FEMALE DOB: 10-11-64

HOME ADDRESS: 4628 28TH STREET

CITY,STATE,ZIP: GULFPORT, MS 39501

TELEPHONE: HOME#: (601) 865-0447 OFFICE: 896-3000

IN CASE OF EMERGENCY: ~~864-0446~~ CLASSIE TAYLOR

TELEPHONE: HOME#: 864-0446 # OFFICE: —

Phil L. Taylor #344
OFFICERS SIGNATURE

11-29-95
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS: 2.0 TEST SCORE: PRE ______ POST ______

CERTIFIED AREA: ______ (YES NO) (PASS FAIL)

[signature]
INSTRUCTORS SIGNATURE

11/29/95
DATE

RECORDED: DATE: BY:

[initials]

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

THIS IS TO CERTIFY THAT

Phil L. Taylor

HAS ATTENDED 2 HOURS

OF INSTRUCTION IN: Patrol Procedures

CONDUCTED BY
THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN 1995 ON THIS 29th DAY OF November

JOE PRICE
SHERIFF

INSTRUCTOR

ACADEMY DIRECTOR

~~Jun 19, 1995.~~
Jul, 17, 1995

# Certificate of Accomplishment

## NATIONAL SHERIFFS' ASSOCIATION

*This is to certify that*

**Phil L. Taylor**

has successfully completed the *Jail Officers' Correspondence Training Program* administered by The National Sheriffs' Association.

Charles B. Meeks

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, *Sheriff*
601-865-7060
601-865-7095

## M E M O R A N D U M

**DATE:** **JULY 17, 1995**

**TO:** DEPUTY PHIL TAYLOR

**FROM:** SHERIFF JOE PRICE

**RE:** SUCCESSFUL COMPLETION OF NSA TRAINING
PAY INCREASE

I would like to take this opportunity to congratulate you on your successful completion of the NSA Jail Officer Training Program. Your dedication and ability to work independently is a testament to your professionalism.

Therefore, by copy of this memorandum to Captain Farley Rhodes, your monthly salary shall be $787.50 per pay day, effective August 1, 1995.

Joe Price

**JOE PRICE**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

JP/nk

cc: Administrative Master File
Personnel File
Captain Rick Gaston
Captain Bruce Carver
Captain Farley E. Rhodes
Lieutenant Rupert Lacy

Phil Taylor file
Deputy training
7/19/95
RHL

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, *Sheriff*
601-865-7060
601-865-7095

M E M O R A N D U M

TO: SHERIFF JOE PRICE

FROM: LIEUTENANT RUPERT H. LACY

RE: COMPLETION OF NSA PROGRAM

DATE: JULY 6, 1995

I am pleased to report that Deputy Phil L. Taylor has completed the National Sheriffs' Association Jail Officer Training Program.

Deputy Taylor's overall average for the program was 88%. And a final exam score of 88%.

cc: Training File
Deputy Nancy Kurowski

File Deputy Phil Taylor training file
7/6/95

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
*** Jail Officer's Correspondence Training Program ***
Report of Student Progress as of 6/27/1995

for OFFICER
PHIL L TAYLOR

Final Exam 88

Student ID: JD4288

Chapters Completed 30

SCORES

| Chapter | Score | Chapter | Score |
|---|---|---|---|
| Chapter 1 | 85 | Chapter 16 | 78 |
| Chapter 2 | 80 | Chapter 17 | 100 |
| Chapter 3 | 100 | Chapter 18 | 80 |
| Chapter 4 | 100 | Chapter 19 | 87 |
| Chapter 5 | 87 | Chapter 20 | 100 |
| Chapter 6 | 90 | Chapter 21 | 83 |
| Chapter 7 | 100 | Chapter 22 | 87 |
| Chapter 8 | 90 | Chapter 23 | 80 |
| Chapter 9 | 100 | Chapter 24 | 90 |
| Chapter 10 | 80 | Chapter 25 | 75 |
| Chapter 11 | 90 | Chapter 26 | 78 |
| Chapter 12 | 91 | Chapter 27 | 75 |
| Chapter 13 | 100 | Chapter 28 | 85 |
| Chapter 14 | 75 | Chapter 29 | 100 |
| Chapter 15 | 78 | Chapter 30 | 100 |

Average 88

Agency

RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

LT.
RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

If any of this information is incorrect, please correct and return to NSA

 # NATIONAL SHERIFFS' ASSOCIATION

1450 DUKE STREET • ALEXANDRIA, VIRGINIA 22314 • 703-836-7827

CHARLES "BUD" MEEKS
EXECUTIVE DIRECTOR

June 30, 1995

Officer Phil L. Taylor
Harrison Co. Sheriff's Office
P.O. Box 1480
Gulfport, MS 39502

Dear Officer Taylor:

Warm and sincere congratulations to you upon the study and completion of the Jail Officer's Correspondence Training Course. It highlights an important and necessary undertaking in the establishment of your credentials as a Jail Officer.

Knowledgeable criminal justice personnel are now beginning to understand the vital role of properly trained jail officers in the constitutional operation of the local jail. This achievement of yours should help you meet the challenge of the job. You'll find that you are now pointed in the direction of continued and progressively more difficult training as the scope of your responsibility increases.

It is the hope of the people who wrote the Jail Officers' Training Manual that you make a personal commitment to the pursuit of excellence in the jail field and that this course will be the basis on which you build a satisfying career as a professional Jail Officer.

Very truly yours,

Charles B. Meeks

Charles B. Meeks
Executive Director

Enclosures

# Certificate of Accomplishment

## NATIONAL SHERIFFS' ASSOCIATION

*This is to certify that*

**Phil L. Taylor**

has successfully completed the *Jail Officers' Correspondence Training Program* administered by The National Sheriffs' Association.



# HARRISON COUNTY SHERIFF'S DEPARTMENT

UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
LAW ENFORCEMENT TRAINING ACADEMY

IN SERVICE TRAINING RECORD

NSA FINAL EXAM
CLASS

6-19-95
DATE

Correspondence Course
HOURS OF TRAINING

LT. LACY
INSTRUCTOR

HCDF
LOCATION

NAME: PHIL L. TAYLOR

DIVISION: HCDF

SSN: 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 SEX-MALE: M FEMALE: ____ DOB: 10-11-64

HOME ADDRESS: 4628 28TH ST.
CITY: GULFPORT, MS.
ZIP CODE: 39501

TELEPHONE: 865-0447
HOME: 861-1921
OFFICE: 896-3000

IN CASE OF EMERGENCY: CLASSIE TAYLOR
TELEPHONE NUMBER: 864-0446

Phil L. Taylor
OFFICERS SIGNATURE

6-19-95
DATE

INSTRUCTOR COMMENTS: ____

CLASS HOURS 31.0 TEST SCORE: PRE ____ POST ____

CERTIFIED AREA: ____ YES (PASS NO FAIL)

[signature]
INSTRUCTOR SIGNATURE

6/19/95
DATE

RECORDED DATE: BY:

NATIONAL SHERIFFS' ASSOCIATION

NAME: TAYLOR (Last) PHIL (First) L. (Middle)

JD4288
Student ID No.

**FINAL EXAM BLUE**

DIRECTIONS: Carefully read each question and its numbered answers. When you decide which answer is correct, blacken the corresponding space on this sheet with a soft lead pencil. If you mistakenly mark the wrong space, or change your mind, be sure to erase your first mark completely.

SAMPLE QUESTION: 1 Indiana is:
a. a city
b. a state
c. an automobile
d. a county
e. a bird

| T F | T F | T F | T F |
|---|---|---|---|
| 1 a b c d e | 2 a b c d e | 3 a b c d e | 4 a b c d e |
| 5 a b c d e | 6 a b c d e | 7 a b c d e | 8 a b c d e |
| 9 a b c d e | 10 a b c d e | 11 a b c d e | 12 a b c d e |
| 13 a b c d e | 14 a b c d e | 15 a b c d e | 16 a b c d e |
| 17 a b c d e | 18 a b c d e | 19 a b c d e | 20 a b c d e |
| 21 a b c d e | 22 a b c d e | 23 a b c d e | 24 a b c d e |
| 25 a b c d e | 26 a b c d e | 27 a b c d e | 28 a b c d e |
| 29 a b c d e | 30 a b c d e | 31 a b c d e | 32 a b c d e |
| 33 a b c d e | 34 a b c d e | 35 a b c d e | 36 a b c d e |
| 37 a b c d e | 38 a b c d e | 39 a b c d e | 40 a b c d e |
| 41 a b c d e | 42 a b c d e | 43 a b c d e | 44 a b c d e |
| 45 a b c d e | 46 a b c d e | 47 a b c d e | 48 a b c d e |
| 49 a b c d e | 50 a b c d e | 51 a b c d e | 52 a b c d e |
| 53 a b c d e | 54 a b c d e | 55 a b c d e | 56 a b c d e |
| 57 a b c d e | 58 a b c d e | 59 a b c d e | 60 a b c d e |
| 61 a b c d e | 62 a b c d e | 63 a b c d e | 64 a b c d e |
| 65 a b c d e | 66 a b c d e | 67 a b c d e | 68 a b c d e |
| 69 a b c d e | 70 a b c d e | 71 a b c d e | 72 a b c d e |
| 73 a b c d e | 74 a b c d e | 75 a b c d e | 76 a b c d e |
| 77 a b c d e | 78 a b c d e | 79 a b c d e | 80 a b c d e |
| 81 a b c d e | 82 a b c d e | 83 a b c d e | 84 a b c d e |
| 85 a b c d e | 86 a b c d e | 87 a b c d e | 88 a b c d e |
| 89 a b c d e | 90 a b c d e | 91 a b c d e | 92 a b c d e |
| 93 a b c d e | 94 a b c d e | 95 a b c d e | 96 a b c d e |
| 97 a b c d e | 98 a b c d e | 99 a b c d e | 100 a b c d e |

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
*** Jail Officer's Correspondence Training Program ***
Report of Student Progress as of 5/ 1/1995

for OFFICER
PHIL L TAYLOR

Student ID: JD4288

Final Exam 0

Chapters Completed 30

SCORES

| Chapter | Score | Chapter | Score |
|---|---|---|---|
| Chapter 1 | 85 | Chapter 16 | 78 |
| Chapter 2 | 80 | Chapter 17 | 100 |
| Chapter 3 | 100 | Chapter 18 | 80 |
| Chapter 4 | 100 | Chapter 19 | 87 |
| Chapter 5 | 87 | Chapter 20 | 100 |
| Chapter 6 | 90 | Chapter 21 | 83 |
| Chapter 7 | 100 | Chapter 22 | 87 |
| Chapter 8 | 90 | Chapter 23 | 80 |
| Chapter 9 | 100 | Chapter 24 | 90 |
| Chapter 10 | 80 | Chapter 25 | 75 |
| Chapter 11 | 90 | Chapter 26 | 78 |
| Chapter 12 | 91 | Chapter 27 | 75 |
| Chapter 13 | 100 | Chapter 28 | 85 |
| Chapter 14 | 75 | Chapter 29 | 100 |
| Chapter 15 | 78 | Chapter 30 | 100 |

Average 88

LT.
RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

Agency

RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

If any of this information is incorrect, please correct and return to NSA

NAME Deputy Phil L. Taylor
SID: ID # 4288

National Sheriffs' Association
Jail Officers' Correspondence Training Program

Chapter 25

ESSAY QUESTIONS:

1. Discuss some common reasons why people attempt suicide, pointing out how this knowledge helps the jail officer do his or her job.

2. Explain why the booking process for new inmates has an important relationship to the potential for suicide in the jail, and comment on the role of the booking officer in this regard.

3. Some experts believe that many people who threaten suicide really don't want to kill themselves, and that "the real threat with a suicidal inmate is that he may by accident carry through his threat." Assuming that this is true, discuss how the jail officer should handle such inmates.

4. Describe briefly the general profile of suicide victims in our society.

5. Describe how the jail officer should handle a developing suicide situation in the jail, where the inmate is in full view of the officer, and seems determined to carry out the suicide threat.

Deputy Phil Taylor 4/24/95 [illegible]

CHAPTER 25

1.) THERE ARE MANY REASONS WHY PEOPLE ATTEMPT SUICIDE HERE ARE A FEW:

CONFINEMENT IN JAIL AND THE CIRCUMSTANCES THAT LED TO IT CAN CAUSE FEELINGS OF DESPERATION IN INMATES, PROMPTING SOME TO SERIOUSLY CONSIDER SUICIDE.

BEING SEXUALLY ASSAULTED - OFTEN INMATES CAN'T COPE WITH THE SHAME THEY FEEL AFTER A SEXUAL ASSAULT, OR THE FEAR OF BEING ASSAULTED AGAIN.

YOUNG INMATES CHARGED WITH A VIOLENT CRIME OFTEN MAKE A SUICIDE ATTEMPT OF HIGH LETHALITY DURING THEIR FIRST SEVEN DAYS OF INCARCERATION, USUALLY AS A REACTION TO CONFINEMENT IN JAIL.

NARCOTIC ADDICTS COMING DOWN FROM A HIGH AFTER ENTERING JAIL ARE PRONE TO SUFFER FROM SEVERE DEPRESSION WHICH CAN, AND OFTEN DOES LEAD TO SUICIDE.

BEREAVED INMATES SUFFERING A RECENT LOSS OF A LOVED ONE DUE TO DEATH OR DIVORCE.

EX-LAW ENFORCEMENT OFFICERS, PROFESSIONALS, PEOPLE WHO ARE RECOVERING FROM A MAJOR SURGERY, SUFFERING CHRONICAL OR TERMINAL ILLNESS, FIRST OFFENDERS, AND PEOPLE WHO COMMITT CRIMES OF PASSION ALSO ARE PRONE TO ATTEMPT SUICIDE.

II. HAVING KNOWLEDGE OF SUICIDE TYPES HELPS JAIL OFFICERS TO IDENTIFY SUICIDAL INMATES AND HELPS TO PREVENT SOME SUICIDES.

2) THE BOOKING PROCESS CAN BE THE KEY IN IDENTIFYING THOSE INMATES WHO ARE LIKELY TO BECOME SUICIDAL. THE BOOKING OFFICER IS RESPONSIBLE FOR OBSERVING AND IDENTIFYING SUCH INMATES. AFTER IDENTIFYING THESE INMATES IT IS HIS RESPONSIBILITY ALSO TO NOTIFY BLOCK OFFICERS OF THESE SUCH INMATES.

3) THE JAIL OFFICER MUST WALK A FINE LINE WHEN DEALING WITH A POTENTIALLY SUICIDAL INMATE, AND HE MUST TAKE EVERY SUICIDE THREAT SERIOUSLY. NO MATTER HOW MANY TIMES THE INMATE MAKES SUCH THREATS.

4) WHITE MALES ARE ON THE TOP OF THE SCALE WHEN REFERRING TO SUICIDE; HOWEVER SUICIDE AMONG MINORITIES IS ON THE INCREASE.

5) JAIL OFFICERS IN A DEVELOPING SUICIDE SITUATION SHOULD FIRST ASSESS ANY THREATS TO HIS OWN SAFETY OR TO THE SAFETY OF OTHERS. HE SHOULD THEN SECURE THE AREA AS QUICKLY AS POSSIBLE AND ESTABLISH A LINE OF SIGHT WITH THE SUICIDAL INMATE, MAKING SURE ALL ENTRANCES ARE CLEAR FOR OTHERS WHO WILL ASSIST HIM. START A NON-THREATENING CONVERSATION WITH THE SUICIDAL INMATE AND ENCOURAGE HIM TO RELEASE SOME OF THIS EMOTION. ALSO ALLOW HIM TO DO THE TALKING AND THEN OFFER A BETTER ALTERNATIVE.

PHIL L TAYLOR
JD4288

1/23/1995

Report for Chapter 13 Set 1

Score for this Chapter 100

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | D | Correct |
| 2 | B | Correct |
| 3 | A | Correct |
| 4 | C | Correct |
| 5 | E | Correct |
| 6 | C | Correct |
| 7 | B | Correct |
| 8 | A | Correct |
| 9 | D | Correct |
| 10 | B | Correct |
| 11 | E | Correct |
| 12 | A | Correct |
| 13 | C | Correct |
| 14 | D | Correct |

Report for Chapter 14 Set 1

Score for this Chapter 75

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | A | Correct |
| 2 | B | Correct |
| 3 | E | Correct |
| 4 | A | INCORRECT |
| 5 | E | Correct |
| 6 | D | INCORRECT |
| 7 | D | Correct |
| 8 | C | Correct |
| 9 | D | Correct |
| 10 | C | Correct |
| 11 | E | Correct |
| 12 | D | INCORRECT |

PHIL L TAYLOR
JD4288

1/23/1995

Report for Chapter 16 Set 1

Score for this Chapter 78

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | D | Correct |
| 2 | B | Correct |
| 3 | A | Correct |
| 4 | E | Correct |
| 5 | B | Correct |
| 6 | B | INCORRECT |
| 7 | E | Correct |
| 8 | B | INCORRECT |
| 9 | A | Correct |
| 10 | D | Correct |
| 11 | B | Correct |
| 12 | C | Correct |
| 13 | B | Correct |
| 14 | D | INCORRECT |

Report for Chapter 17 Set 1

Score for this Chapter 100

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | C | Correct |
| 2 | B | Correct |
| 3 | E | Correct |
| 4 | A | Correct |
| 5 | B | Correct |
| 6 | D | Correct |
| 7 | E | Correct |
| 8 | C | Correct |
| 9 | A | Correct |
| 10 | D | Correct |
| 11 | B | Correct |
| 12 | E | Correct |
| 13 | C | Correct |
| 14 | A | Correct |

PHIL L TAYLOR
JD4288

1/23/1995

Report for Chapter 21 Set 1

Score for this Chapter 83

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | B | Correct |
| 2 | E | Correct |
| 3 | C | Correct |
| 4 | E | INCORRECT |
| 5 | D | Correct |
| 6 | A | Correct |
| 7 | E | Correct |
| 8 | A | Correct |
| 9 | B | Correct |
| 10 | E | Correct |
| 11 | C | INCORRECT |
| 12 | C | Correct |

Report for Chapter 24 Set 1

Score for this Chapter 90

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | B | Correct |
| 2 | E | Correct |
| 3 | C | Correct |
| 4 | A | Correct |
| 5 | D | Correct |
| 6 | B | Correct |
| 7 | E | INCORRECT |
| 8 | A | Correct |
| 9 | E | Correct |
| 10 | D | Correct |

PHIL L TAYLOR
JD4288

1/23/1995

Report for Chapter 25 Set 1

Score for this Chapter 70 *****

***** RETEST IS REQUIRED FOR SCORES BELOW 75 *****

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | B | Correct |
| 2 | E | Correct |
| 3 | B | Correct |
| 4 | D | Correct |
| 5 | D | INCORRECT |
| 6 | A | Correct |
| 7 | A | INCORRECT |
| 8 | D | Correct |
| 9 | B | Correct |
| 10 | D | INCORRECT |

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
*** Jail Officer's Correspondence Training Program ***
Report of Student Progress as of 1/23/1995

for OFFICER
PHIL L TAYLOR

Final Exam 0

Student ID: JD4288

Chapters Completed 30

SCORES

| Chapter | Score | Chapter | Score | |
|---|---|---|---|---|
| Chapter 1 | 85 | Chapter 16 | 78 | |
| Chapter 2 | 80 | Chapter 17 | 100 | |
| Chapter 3 | 100 | Chapter 18 | 80 | |
| Chapter 4 | 100 | Chapter 19 | 87 | |
| Chapter 5 | 87 | Chapter 20 | 100 | |
| Chapter 6 | 90 | Chapter 21 | 83 | |
| Chapter 7 | 100 | Chapter 22 | 87 | |
| Chapter 8 | 90 | Chapter 23 | 80 | |
| Chapter 9 | 100 | Chapter 24 | 90 | |
| Chapter 10 | 80 | Chapter 25 | 70 | ***** |
| Chapter 11 | 90 | Chapter 26 | 78 | |
| Chapter 12 | 91 | Chapter 27 | 75 | |
| Chapter 13 | 100 | Chapter 28 | 85 | |
| Chapter 14 | 75 | Chapter 29 | 100 | |
| Chapter 15 | 78 | Chapter 30 | 100 | |

Average 88

***** RETEST REQUIRED *****

Agency

RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

LT.
RUPERT H LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT MS 39502

If any of this information is incorrect, please correct and return to NSA

Deputy Phil Taylor
training file
1/30/95
[initials]

RE-TEST

Name Phil L Taylor

I.D. # ID 4288

Examination Chapter 13

PATROL PROCEDURES

MULTIPLE CHOICE. (Circle the correct answer on the ANSWER SHEET)

1. In addition to keys to the cell block, the jail officer's most important possession is his or her:

   a. Clipboard.

   b. I.D. card

   c. Nightstick.

   (d.) Personal notebook.

   e. Flashlight.

2. The only kind of information that should be recorded in officers' notebooks is:

   a. Hearsay.

   (b.) Factual.

   c. Opinion.

   d. Rumor

   e. Consensus.

3. It is necessary for the officer to be totally familiar with the inmates he supervises so that he can:

   (a.) Immediately detect any abnormal behavior.

   b. Gain their complete trust.

   c. Play them off against each other.

   d. Use the knowledge to develop fear in them.

   e. Recognize their voices in the dark.

Deputy Phil Taylor training file 1/18/95 KK

4. If an officer has an intuitive feeling about some condition in the jail, he or she should:

   a. Ignore it until the facts are known.

   b. Ask several inmates, separately, if they agree.

   (c.) Let supervisors and fellow officers know.

   d. Keep it quiet.

   e. Check it out with a trusty.

5. The officer who is concerned about knowing what is going on in the jail should remember that every inmate:

   a. Is obligated to the others to keep quiet.

   b. Is fully aware of all plans for escapes and riots.

   c. Will tell the officer only what he or she wants to hear.

   d. Will lie to an officer.

   (e) Is a potential source of information.

6. The officer going off duty should not be permitted to leave the area until all inmates:

   a. Have been counted.

   b. Are locked in their cells.

   (c.) Have been counted and their identity verified.

   d. Have had their cells searched.

   e. Have had the next day's work assignments checked.

Name ____________

I.D. # ____________

7. For the jail officer, preventive patrol:

   a. Is good in theory, but impossible to carry out.

   (b.) Is the most effective method for maintaining order and control.

   c. Can only be attempted with the help of informants.

   d. Is a substitute for normal security measures.

   e. Is an improper application of a road technique.

8. The primary element of effective patrol involves creating the impression among inmates that:

   (a.) The officer is always present.

   b. The officers have a totally accurate "sixth sense."

   c. They will be severely punished for small infractions.

   d. The officers want to be their close personal friends.

   e. There are many more officers than actually exist.

9. The primary duties of the jail patrol officer in a jail homicide situation involve:

   a. Tagging evidence and authorizing press coverage.

   b. Notifying relatives and securing the scene.

   c. Identifying the body and tagging evidence.

   (d.) Securing the scene and keeping the inmates under observation.

   e. Authorizing press coverage and notifying relatives.

10. The jail officer should automatically assume that every inmate death in the jail:

    a. Will result in a lawsuit against him or her.

    (b.) Results from foul play.

    c. Could have been prevented by the officer.

    d. Is due to poor jail conditions.

    e. Is the work of the same gang of "insiders."

11. Before beginning a search in a jail homicide situation, all participating officers should:

    a. Be trained in advance forensic science.

    b. Sign a release form in case of injury.

    c. Be tested to determine their skill as investigators.

    d. Write a report on their beliefs on how it happened.

    (e.) Develop a search plan.

12. The security components of fire control plans should:

    (a.) Remain confidential and not be shared with the inmate population.

    b. Be changed monthly to avoid being found out.

    c. Be known only to the sheriff.

    d. Be standardized with all other jails in the state.

    e. Be known only to each shift commander.

13. In preparation for the occurrence of a civil disorder, the jail must have a plan to:

    a. Train citizens to replace the jail officers.

    b. Train all officers in large-scale feeding operations.

    (c.) Designate where large numbers of people will be housed.

    d. Use trusties to direct traffic.

    e. Evacuate all inmates to local police facilities.

Chapter 13
page 5

Name ______________

I.D. # ____________

14. Any point of escape in a jail facility should be treated as:

    a. A basis for restricting privileges of the remaining inmates.

    b. Off-limits to the press.

    c. A weakness of architectural design.

    (d.) A crime scene.

    e. A failure of security hardware design.

Name Phil L. Taylor
I.D. # JD-4288

RE-TEST

Examination Chapter 14

ESCORT OF INMATES

MULTIPLE CHOICE. (Circle the correct answer on the ANSWER SHEET)

1. Which of the following is the most effective step for you as an escort officer to take in preparing to transport an inmate?:

   (a.) Make a strip search of the inmate.

   b. Have a search of the inmate made by officers at the pickup point.

   c. Make a thorough records check on the inmate.

   d. Find out from jail personnel how the inmate is likely to behave.

   e. Make a frisk search of the inmate.

2. The best reason for dressing a dangerous inmate in clothing that stands out in a crowd, such as a "day-glo" jumpsuit, is that it:

   a. Makes the inmate self-conscious.

   (b.) Allows easier identification in case of escape.

   c. Makes it extremely difficult for the inmate to hide dangerous objects on his person.

   d. Permits standardization of supplies at all jails.

   e. Lets the public know that a prisoner is being transported.

3. Handcuffs are most effective when they are:

   a. Double locked.

   b. Interlocked.

   c. Comfortably snug on the wrist.

   d. Locked behind the prisoner's back.

   (e.) Attached to a waist chain.

4. Which of the following is the least desirable practice:

   (a.) Shackling an inmate to the officer's wrist.

   b. Shackling an inmate to a stationary object or vehicle.

   c. Locking the inmate's hands behind his back.

   d. Removing all personal effects other than clothing from the inmate.

   e. Requiring the inmate to ride in the back seat of the car with another officer.

5. Which of the following is the worst practice for an escort officer who sits in the back seat of a car with an inmate:

   a. Suspect any request by the inmate for rest stops.

   b. Keep any weapons on the side away from the inmate.

   c. Sit directly behind the driver.

   d. Sit as far away from the inmate as possible.

   (e.) Carry both a service revolver and handcuff keys.

6. The escort officer is most vulnerable when:

   a. Transferring custody to another officer.

   b. The inmate is taken from the car at the destination.

   c. Applying or removing restraint devices.

   (d.) The inmate fakes being asleep.

   e. There is an unscheduled rest stop.