Chapter 14
page 3

Name _____

I.D. # _____

7.  When making a meal stop, the escort officer should, if possible:

a.  Allow the inmate to make one telephone call.

b.  Accompany the inmate inside and sit near the door while eating.

c.  Let the inmate choose the restaurant in daylight hours only.

d.  Order food at a drive-in, and eat in the car.

e.  Remove or adjust restraint devices so as not to attract public attention.

8.  The following is NOT part of recommended procedure for escort officers who are in charge of an inmate attending a court trial:

a.  Secure the inmate in the courthouse lockup while awaiting trial.

b.  Remove handcuffs from the inmate, in most cases, before escort into the courtroom.

c.  Wear sidearms at all times in the courthouse.

d.  Allow the defense attorneys to sit with the inmate.

e.  Search the vehicle to be used for transport.

9.  When a female inmate must be transported, the situation most likely to lead to allegations of misconduct is when:

a.  The planned trip is longer than three hours.

b.  The inmate is held on a morals conviction.

c.  The trip must be made at night.

d.  The only available escort officer is a male.

e.  The inmate has had no previous offenses.

Chapter 14
page 4

10.  It is particularly important to search the car being
     used to transport an inmate:

     a.  When it is picked up from the garage.

     b.  When it shows signs of body damage.

     c.  Whenever the officer returns to it with the inmate.

     d.  Whenever there is a change of drivers.

     e.  Each time it is filled with gasoline.

11.  The main reason that transporting an inmate in a Boeing
     727 aircraft is risky when standard procedure is
     followed is that:

     a.  The 727 makes abrupt correction movements during
         flight.

     b.  The restroom doors are too strong to be opened
         forcibly without tools.

     c.  The aisles are too narrow to allow effective use
         of "come-along" holds.

     d.  The seating pattern obstructs forward vision.

     e.  The rear seats are near an exit door.

12.  The single most effective way to reduce the risk of escape
     when transporting an inmate by aircraft is:

     a.  To follow advance procedures so that the pilot is
         notified.

     b.  To warn the inmate of the danger to other passengers
         if he tries to escape.

     c.  To carry extra restraint devices in hand luggage.

     d.  To avoid aisle seats if the plane is not
         crowded.

     e.  To advise the flight attendants to act
         naturally.

RE-TEST

Name _Phil L. Taylor_

I.D. #_ID-4288_

## Examination Chapter 16

### RELEASE PROCEDURES

MULTIPLE CHOICE.    (Circle the correct answer on the ANSWER SHEET)

1.  The release or discharge of an inmate:

    a.  Is not considered a critical duty of the jail
        officer.

    b.  Does not require the same attentions as admitting
        an inmate.

    c.  Is not risky, because any mistakes can be corrected
        easily.

    (d.)  Is an exacting process during which the officer
        must not let his or her guard down.

    e.  Can safely be assigned to clerical staff, to save
        officers' time.

2.  Those individuals who have been charged with a crime and
    are held in jail until trial are called:

    a.  Probationers.

    (b.)  Pre-trial detainees.

    c.  Hold warrants.

    d.  Court retainers.

    e.  Custody charges.

Chapter 16
page 2

3.  A specific amount of bail which has been set by the court in a case:

    (a.) Can be reduced upon petition by the inmate if the court agrees.

    b.  Cannot be modified under any circumstances.

    c.  Is only a recommended amount for negotiation.

    d.  Acts as a disposition by the court, not an actual money requirement.

    e.  Must always be covered with cash paid to jail officials.

4.  An inmate who is released because a bond has been posted:

    a.  Is released essentially into the custody of the court.

    b.  Is released under an arrangement which has no similarity to bail.

    c.  Is released essentially into the custody of the jail.

    d.  Is released only upon an actual payment of cash.

    (e.) May be returned to the jail if the bondsman desires.

5.  Personal recognizance is a relatively new concept which means a:

    a.  Promise to put up cash for bail.

    (b.) Promise to appear at trial.

    c.  Statement by character witnesses.

    d.  Statement by the judge.

    e.  Review of personal history.

Chapter 16
page 3

Name _____

I.D. # _____

6. The concept of being released early with accumulated "good time":

   a. Means that inmates have traded their "good time" in exchange for other favors.

   (b.) Means that the court has reconsidered and given a release of sentenced inmates.

   c. Is a major category of release of sentenced inmates.

   d. Cannot be applied in smaller jails.

   e. Can only be used in the first sentence of consecutive sentences.

7. The term, "mandatory release date" means:

   a. The date which marks seven-eighths of the full term of the sentence.

   b. The date on which early release can occur when "good time" is considered.

   c. A date petitioned for by the inmate's lawyer in an appeal.

   d. A date calculated by taking the average of the current year's sentences.

   (e.) The date after which an inmate cannot legally be held.

8. Concurrent sentencing means:

   a. That the sentence given will not start until an appeal is heard.

   (b.) Giving two sentences, one following the other.

   c. That a person must serve two or more sentences at the same time.

   d. Giving more than two sentences.

   e. That the sentence will run at the same time that the appeal process occurs.

Chapter 16
page 4

9.  An inmate with work release privileges:

    (a.)  May be entitled to good time.

    b.  Is not eligible for early release by a court.

    c.  Does not need to be searched on routine trips to
       and from the jail.

    d.  May not work in any other jurisdictions.

    e.  Cannot have those privileges removed.

10.  Until an inmate has served half of his or her sentence:

    a.  It is too early to attempt any kind of rehabilitation.

    b.  Only a maximum security classification should be made.

    c.  A permanent cell or tier assignment cannot be made.

    (d.)  Most courts will not consider a jail's recommendation
        for release.

    e.  Visiting privileges should be severely limited.

11.  When an inmate has been held in jail for failure to pay a
    fine, he or she:

    a.  Must not be given a temporary release under any
       circumstances.

    (b.)  Should be released immediately upon payment of the
        fine by anyone.

    c.  Is excused from standard jail rules.

    d.  Should not be released merely on payment of the fine
       by someone else.

    e.  Should automatically be given work release privileges
       by the jail.

Chapter 16
page 5

Name _____

I.D. # _____

12.   An inmate who is referred to as an "in-but-out" is
      probably:

      a.  Mentally unbalanced.

      b.  A good choice to be a trusty.

      c.  On some form of temporary release.

      d.  A repeat offender.

      e.  An extremely likely escape risk.


13.   An inmate who is sentenced with work release privileges to
      a particular jail:

      a.  Can work only in that jail's jurisdiction.

      b.  Can be transferred to another cooperating jail nearer to
          his or her job.

      c.  Cannot later be sentenced to "straight time."

      d.  Is excused from that jail's standard rules.

      e.  Is no longer under the court's authority.


14.   The accountability for making sure that jail officers know
      that a "hold" has been placed on an inmate should be
      assigned to the:

      a.  Other jurisdiction wanting the hold.

      b.  Court bailiffs.

      c.  Sheriff.

      d.  Jail officers themselves.

      e.  Supervising officers at the jail.

# RE-TEST

Name Phil L. Taylor

I.D. # JD 4288

Examination Chapter 17

SICK CALL

MULTIPLE CHOICE.    (Circle the correct answer on the ANSWER SHEET)

1.  Legally, the welfare and safe keeping of each inmate
    is the responsibility of the:

    a.   Inmate himself or herself.

    b.   Inmate's parents or guardians.

    (c.)  Jail.

    d.   Court.

    e.   County medical officer.


2.  Lawsuits alleging that officers denied inmates proper
    medical treatment are:

    a.   Very rare.

    (b.)  Very common.

    c.   Unheard of.

    d.   Impossible to bring to a court.

    e.   A thing of the past.


3.  When an inmate asks for medical assistance, the jail officer:

    a.   Should not get involved.

    b.   Does not have any objection to provide it.

    c.   Should usually handle the diagnosis and treatment
         personally.

    d.   Should only follow through for long-term inmates.

    (e)  Has a moral responsibility to obtain it.

4. <u>Hypochondria</u> is best described as the condition of a person who:

(a) Is not ill, but may feel pain or show visible symptoms.

b. Has a terminal disease.

c. Talks constantly about illness.

d. Has a history of poor health.

e. Comes from a physically weak family.

5. The recommended way to find out if a complaining inmate is really sick, or just "gold bricking," is to:

a. Ignore the complaints until something happens.

(b.) Refer the complaint to the proper medical authority.

c. Force him or her to exercise vigorously.

d. Give aspirin and see if there is improvement.

e. Ask for the opinion of another jail officer.

6. Inmates who are continually complaining of illness may or may not really be ill. These inmates should be regarded as:

a. Chronic liars.

b. Mentally unbalanced.

c. A nuisance to be ignored.

(d.) A medical problem.

e. A supervisory problem.

Chapter 17
page 3

Name _____

I.D. # _____

7.   The majority of jails in the United States:

 a.   Do not hold inmates long enough to present medical problems.

 b.   Have a full-time resident physician.

 c.   Are located within one block of a hospital or clinic.

 d.   Have jail officers who are fully qualified medically.

 (e.)  Do not have a physician or nurse on duty 24 hours a day.

8.   The first thing a jail officer should do when he or she discovers a medical emergency involving an inmate is:

 a.   Take the inmate's pulse.

 b.   Go get a stretcher.

 (c.)  Notify another officer or supervisor.

 d.   Check the inmate's personal belongings for drugs.

 e.   Attempt mouth-to-mouth resuscitation.

9.   In the case of an inmate who claims to be suffering from an allergy, the officer should:

 (a.)  Get treatment from a physician for the inmate.

 b.   Ignore the inmate's pleas for help.

 c.   Tell the inmate that it is all in his or her head.

 d.   Test out various foods and substances to call the inmate's bluff.

 e.   Give the inmate antihistamines from the supply cabinet.

Chapter 17
page 4

10.   It is preferable to schedule the jail's sick call once
      every:

      a.  Week, in the morning.

      b.  Day, in the evening.

      c.  Week, in the evening.

      (d.) Day, in the morning.

      e.  Week, at noon.


11.   Having a sick call line for inmates to wait in is a plan
      which is:

      a.  Not recommended when a physician sees inmates in a
          dispensary.

      (b.) Recommended for a jail with a medical examining room.

      c.  Too time-consuming to be practical.

      d.  Too risky in terms of security.

      e.  Useful only for discouraging inmates from coming to
          sick call.


12.   It is recommended that the medical supply cabinet in a jail
      should be inspected at least:

      a.  Once each week.

      b.  Twice each week.

      c.  Once each day.

      d.  Twice each day.

      (e.) Twice each shift.

Chapter 17
page 5

Name _____

I.D. # _____

13.    Inmates who are authorized to have regular administrations
       of medicine:

   a.  Can be given up to a month"s supply if they are
       trusties.

   b.  Should be taught to administer the medicine to
       themselves.

   c.  Will often try to hide pills in order to
       accumulate them.

   d.  Must be given cell assignments isolated from
       other inmates.

   e.  Must have it administered by an officer, never by
       a physician.

14.    When a jail officer must deal with an inmate medical
       situation in which a physician wants to give verbal
       orders over the telephone, the officer should:

   a.  Insist that the physician also send signed
       written orders.

   b.  Refuse to take them, and insist on a visit.

   c.  Get another officer to listen to the orders as a
       witness.

   d.  Ask the physician for some identification.

   e.  Get the advice of a second physician.

Name __Phil L. Taylor__

I.D. # __JD 4288__

RE-TEST

Examination Chapter 21

DRUG WITHDRAWAL IN THE JAIL

MULTIPLE CHOICE.  (Circle the correct answer on the ANSWER SHEET)

1.    Heroin withdrawal is normally not life-threatening,
      except when the addict:

      a.  Has had a history of taking LSD.

      (b.) Also has poor health or a major disease or
          disorder.

      c.  Has been diluting the heroin too much.

      d.  Attempts to go without sleep.

      e.  Has had methadone treatment.


2.    Which of the following is NOT a good procedure in managing
      the withdrawal of a heroin addict:

      a.  Place the inmate in the infirmary.

      b.  Arrange regular visits by a doctor.

      c.  Monitor vital signs every four hours.

      d.  Administer a tranquilizer.

      (e)  Keep diet at a minimum and withhold all water.


3.    What painkiller should be prescribed for an inmate in drug
      withdrawal:

      a.  Morphine.

      b.  Methadone.

      (c.) Aspirin.

      d.  Demerol.

      e.  Codeine.

Chapter 21
page 2

4.  A possible effect of heroin addiction that the officer
    should be aware of is:

    a.  Covering up of a psychotic disorder.

    b.  Changes in color of the urine.

    c.  An unusual sweet smell on the breath.

    d.  Delayed attacks of insomnia.

    e.  Self-mutilation.

5.  Weakness, high body temperature, convulsions, possible
    psychosis, and even death is a sequence of symptoms
    that indicate abrupt withdrawal from:

    a.  Methadone.

    b.  PCP.

    c.  Amphetamines.

    d.  Barbiturates.

    e.  Heroin.

6.  A newly admitted inmate who is excitable, talkative, restless,
    unable to sleep, and sweating profusely, has most likely been
    taking:

    a.  Amphetamines.

    b.  Barbiturates.

    c.  Heroin.

    d.  Methadone.

    e.  PCP.

Chapter 21
page 3

Name _____

I.D. # _____

7. A newly admitted inmate who has balance problems, numbness, and unusual, slow, slurred speech has most likely been taking:

   a. Methadone.

   b. Heroin.

   c. Barbiturates.

   d. Amphetamines.

   (e.) PCP.

8. Which drug is MOST likely to cause an inmate to react violently to acts by the officer that seem threatening or hostile:

   (a.) PCP.

   b. Demerol.

   c. Methadone.

   d. Heroin.

   e. Barbiturates.

9. The clearest evidence that an inmate has been a long-term abuser of heroin or "speed" would probably be:

   a. Dilated pupils.

   (b.) Skin abscesses.

   c. Balance problems.

   d. Inmate's own admission.

   e. Hand tremors.

Chapter 21
page 4

10. If "needle tracks" on an inmate's arms are not infected, and appear to be healing:

   a. The inmate is at a crucial stage of craving for the drug.

   b. Withdrawal can safely be speeded up.

   c. The inmate has successfully "kicked the habit."

   d. There is no need for concern about withdrawal.

   (e) It is uncertain as to the inmate's progress in withdrawal and a physician should be consulted.

11. Heroin withdrawal usually peaks about the following number of days after stopping the drug:

   a. ½.

   b. 1 to 1½.

   (c.) 3.

   d. 5.

   e. 7.

12. The nickname "bennies" is sometimes used for:

   a. Angel dust.

   b. Benzedrine.

   (c.) Amphetamines.

   d. Hash.

   e. Horse.

RE-TEST

Name Phil L. Taylor
I.D. # JD 4288

Examination Chapter 24

HOMOSEXUAL BEHAVIOR IN THE JAIL

MULTIPLE CHOICE.    (Circle the correct answer on the ANSWER SHEET)

1.  When homosexuals are studied as a group, it is clear
    that:

    a.  They show many qualities of the opposite sex.

    b.  They come from all population groups.

    c.  They are either maturally dominant or submissive.

    d.  The majority are over 45 years of age.

    e.  Most of the males are effeminate.


2.  When persons who engaged in homosexual acts as inmates in
    jail are released into the community, they:

    a.  Usually continue homosexual behavior.

    b.  Lose all interest in sex.

    c.  Become bisexual.

    d.  Become totally perverted.

    e.  Usually resume heterosexual behavior.


3.  The American Psychiatric Association, in its classification
    of homosexuality, uses the key descriptive term:

    a.  Perversion.

    b.  Disease.

    c.  Disturbance.

    d.  Syndrome.

    e.  Disorder.

Chapter 24
page 2

4. A relationship between homosexual behavior and
   homosexuality:

   (a.) May or may not exist.

   b. Always exists.

   c. Never exists.

   d. Is not important to consider.

   e. Can never be determined in practical terms.

5. "Homosexual panic" occurs when:

   a. An inmate experiences a declining sexual desire.

   b. A very macho inmate gets loose in the jail.

   c. Very few inmates show any interest in sex.

   (d) An inmate realizes he may have homosexual desires.

   e. Jail policy is changed to give a single-cell layout.

6. "Homosexual panics" are most likely to occur in inmates
   who:

   a. Have been in and out of jail repeatedly.

   (b.) Have trouble adapting to the jail environment.

   c. Are over 60 years of age.

   d. Have never had heterosexual relations.

   e. Want to be popular as a sexual partner.

Chapter 24
page 3

Name _____

I.D. # _____

7.  Compared to other sexual assaults, homosexual rapes:

    a.  Have very little effect on the victim.

    b.  Has no effect on victim.

    c.  May have the same traumatic effect on the rapist as on the victim.

    d.  Cannot really be called "rape".

    (e)  Always are much more damaging to the victim.

8.  When officers identify the "drag queens" in a jail, they should:

    (a)  Isolate them in a specific area of the jail.

    b.  Assign them to share cells with heterosexuals.

    c.  Commit them to a mental health facility.

    d.  Send them to another jail.

    e.  Make them parade in the dining room to embarrass them.

9.  Jail officials have to be sure that they are not only protecting inmates who are segregated from the general population, but are also:

    a.  Not causing them excessive embarrassment.

    b.  Giving them better treatment as compensation.

    c.  Not creating potential danger for their families.

    d.  Punishing the general population for causing the trouble.

    (e)  Safeguarding their constitutional rights.

10. Group or individual psychotherapy as a treatment for homosexuality.

    a.  Is especially effective in jail settings.

    b.  Can be administered by jail staff without training.

    c.  Unfortunately removes the desire for sex in any form.

    (d.)  Usually proves unsatisfactory in jail settings.

    e.  Is an excellent preventive measure.

# RE-TEST

Name _Phill. Taylor_

I.D. # _JD 4288_

### Examination Chapter 25

### SUICIDE PREVENTION

MULTIPLE CHOICE.    (Circle the correct answer on the ANSWER SHEET)

1.  A person defined by experts as being in a "depressed" state mentally:

    a.  Has a case of the "blues."

    (b.)  Shows apathy and despondency.

    c.  Sleeps soundly for long periods.

    d.  Has an unusually high energy level.

    e.  Is socially active and talkative.


2.  A person who alternates manic and depressed behavior:

    a.  Is trying to manipulate the officers.

    b.  Is actually a very stable personality.

    c.  Can safely be treated outside a mental hospital.

    d.  Is showing typical inmate behavior.

    (e.)  Should be considered a suicide risk.


3.  Inmates who use the threat of suicide to manipulate officers and others:

    a.  Never actually die in their "attempts."

    (b.)  Are unbalanced and need professional help.

    c.  Actually have no real personality problems.

    d.  Should be ignored.

    e.  Can very easily be talked out of it.

Chapter 25
page 2

4.  For those individuals who take their own lives
    after confinement in a jail, most of the suicides
    occur within the first:

    a.  60 hours.

    b.  48 hours.

    c.  36 hours.

    (d.)  24 hours.

    e.  12 hours.

5.  "Jail shock" has the least effect on:

    a.  Alcoholics who are first offenders.

    b.  Active drug abusers.

    c.  Repeat offenders who are not addicted to drugs.

    (d.)  Normally respectable citizens.

    e.  Anyone undergoing withdrawal from a narcotic.

6.  People in jail who are actively and aggressively
    suicidal should be:

    (a.)  Transferred to a mental health facility.

    b.  Ignored: the officer cannot stop them.

    c.  Kept in restraining devices.

    d.  Assigned to an isolated cell.

    e.  Allowed maximum freedom in the jail.

Chapter 25
page 3

Name _____

I.D. # _____

7. Statistical studies prove that people who talk about suicide:

(a) Almost never try to kill themselves.

b. Want to talk others into killing themselves.

c. Have above-average mental health.

d. Cannot be talked out of suicide.

e. Will tend to try to kill themselves.

8. In recent years, the increase in suicide in the 15 - 19 age group has been over:

a. 30 percent.

b. 40 percent.

c. 50 percent.

(d) 60 percent.

e. 70 percent.

9. For every three women who attempt suicide and fail, one woman succeeds. With men:

a. The ratio is the same.

(b) The ratio is reversed.

c. There are no failures.

d. There are comparatively more failures.

e. The ratio is very unstable.

10. Which of the following is not good advice for the officer who is trying to talk an inmate out of suicide? The officer:

a. Should be honest in responding.

b. Should not be judgmental.

c. Should try to understand the inmate's viewpoint.

(d) Should not make fun of the inmate.

e. Should take the lead and dominate the conversation.

SECTION 3
CHAPTER(S) 17, 18, 19, 20, 21, 22, 23, 24, 25
SET Three

NATIONAL SHERIFFS' ASSOCIATION

JAIL OFFICER'S CORRESPONDENCE TRAINING COURSE

EXAMINATION ANSWER SHEET

STUDENT NAME: TAYLOR         PHIL              LEN         **JD-4288**
                (Last)           (First)          (Middle)      Student ID No.

DIRECTIONS: Carefully read each question and its answers. At the end of each chapter, carefully read each multiple choice question. When you decide which answer you feel is correct, enter your answer on the answer sheet by blackening the corresponding space with a soft lead pencil (#2 only). If you mistakenly circle the wrong answer or change your mind, be sure to erase your first mark completely.

SAMPLE QUESTION: 1. An appeal of a conviction argues:
                 a. The facts of the case.        b. Errors of law during trial.
                 c. Both a and b.

              A        B        ●        C        D        E

## Special Procedures

### Chapter 17

### Chapter 18

### Chapter 19

### Chapter 20

### Chapter 21

Deputy Phil Taylor
12/9/01
RHL

SECTION 4
CHAPTER(S) 26, 27, 28, 29, 30
SET Three

NATIONAL SHERIFFS' ASSOCIATION

JAIL OFFICER'S CORRESPONDENCE TRAINING COURSE

EXAMINATION ANSWER SHEET

STUDENT NAME _TAYLOR_ (Last)  _PHIL_ (First)  _LEN_ (Middle)      JD- 4288  Student ID No.

DIRECTIONS : Carefully read each question and its answers. At the end of each chapter, carefully read each multiple choice question. When you decide which answer you feel is correct, enter your answer on the answer sheet by blackening the corresponding space with a soft lead pencil (#2 only). If you mistakenly circle the wrong answer or change your mind, be sure to erase your first mark completely.

SAMPLE QUESTION:  1. An appeal of a conviction argues:
a. The facts of the case.      b. Errors of law during trial.
c. Both a and b.

1       A       ●       C       D       E

## Supervision

**Chapter 26**

**Chapter 27**

**Chapter 28**

**Chapter 29**

**Chapter 30**



SECTION: Three
SET: Three
CHAPTER(S): 17, 18, 19, 20, 21,

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
*** Jail Officer's Correspondence Training Program ***
Report of Student Progress as of 12/15/1994

|  | Final Exam | 0 |
| --- | --- | --- |

Student ID: JD4288

for OFFICER
PHIL    L    TAYLOR

|  |  | Chapters Completed | 30 |
| --- | --- | --- | --- |

**SCORES**

| Chapter | Score | Chapter | Score |
| --- | --- | --- | --- |
| Chapter 1 | 85 | Chapter 16 | 60 |
| Chapter 2 | 80 | Chapter 17 | 70 |
| Chapter 3 | 100 | Chapter 18 | 80 |
| Chapter 4 | 100 | Chapter 19 | 87 |
| Chapter 5 | 87 | Chapter 20 | 100 |
| Chapter 6 | 90 | Chapter 21 | 58 |
| Chapter 7 | 100 | Chapter 22 | 87 |
| Chapter 8 | 90 | Chapter 23 | 80 |
| Chapter 9 | 90 | Chapter 24 | 70 |
| Chapter 10 | 100 | Chapter 25 | 66 |
| Chapter 11 | 90 | Chapter 26 | 78 |
| Chapter 12 | 91 | Chapter 27 | 75 |
| Chapter 13 | 57 | Chapter 28 | 85 |
| Chapter 14 | 50 | Chapter 29 | 100 |
| Chapter 15 | 78 | Chapter 30 | 100 |

Average    83

***** RETEST REQUIRED *****

| LT. | Agency |
| --- | --- |
| RUPERT     H  LACY | RUPERT     H  LACY |
| HARRISON CO. SHERIFF'S OFFICE | HARRISON CO. SHERIFF'S OFFICE |
| P.O. BOX 1480 | P.O. BOX 1480 |
| GULFPORT          MS  39502 | GULFPORT          MS  39502 |

If any of this information is incorrect, please correct and return to NSA

Deputy Phil Taylor
Training to be
12/21/94
RHL

PHIL        L   TAYLOR                                                    12/15/1994
JD4288

Question    Your            Feedback          Report for Chapter    17   Set   3        Score for this Chapter
            Answer                                                                        ****  70  ****
                                              **** RETEST IS REQUIRED FOR SCORES BELOW 75 ****

1           D               Correct
2           C               Correct
3           D               INCORRECT
4           E               Correct
5           D               Correct
6           B               INCORRECT
7           D               Correct
8           C               Correct
9           B               INCORRECT
10          B               Correct

Question    Your            Feedback          Report for Chapter    18   Set   3        Score for this Chapter   80
            Answer

1           C               Correct
2           D               Correct
3           C               Correct
4           D               Correct
5           C               INCORRECT
6           E               Correct
7           D               Correct
8           B               Correct
9           D               INCORRECT
10          D               Correct

PHIL      L  TAYLOR                                                          12/15/1994
JD4288

Report for Chapter  19  Set  3        Score for this Chapter    87

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | D | Correct |
| 2 | C | Correct |
| 3 | D | Correct |
| 4 | A | INCORRECT |
| 5 | B | Correct |
| 6 | D | Correct |
| 7 | E | Correct |
| 8 | C | Correct |

Report for Chapter  20  Set  3        Score for this Chapter   100

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | C | Correct |
| 2 | C | Correct |
| 3 | E | Correct |
| 4 | B | Correct |
| 5 | C | Correct |
| 6 | D | Correct |
| 7 | C | Correct |
| 8 | B | Correct |

PHIL        L  TAYLOR                                                    12/15/1994
JD4288

Report for Chapter    21  Set   3          Score for this Chapter    58

****                    RETEST IS REQUIRED FOR SCORES BELOW 75    ****

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | E | INCORRECT |
| 2 | D | Correct |
| 3 | E | Correct |
| 4 | D | INCORRECT |
| 5 | C | Correct |
| 6 | C | Correct |
| 7 | E | Correct |
| 8 | B | Correct |
| 9 | E | Correct |
| 10 | D | INCORRECT |
| 11 | E | INCORRECT |
| 12 | D | INCORRECT |

Report for Chapter    22  Set   3          Score for this Chapter    87

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | C | Correct |
| 3 | D | Correct |
| 4 | E | INCORRECT |
| 5 | B | Correct |
| 6 | D | Correct |
| 7 | C | Correct |
| 8 | E | Correct |

PHIL        L  TAYLOR                                                        12/15/1994
JD4288

                                        Report for Chapter    23  Set   3          Score for this Chapter   80

Question   Your        Feedback
           Answer

   1        D          Correct
   2        A          INCORRECT
   3        A          Correct
   4        E          Correct
   5        E          Correct
   6        D          Correct
   7        C          Correct
   8        B          Correct
   9        C          Correct
  10        C          INCORRECT

                                        Report for Chapter    24  Set   3          Score for this Chapter   70

Question   Your        Feedback
           Answer

   1        C          INCORRECT
   2        E          Correct
   3        C          Correct
   4        B          Correct
   5        E          INCORRECT
   6        E          Correct
   7        A          INCORRECT
   8        E          Correct
   9        D          Correct
  10        A          Correct

                                        *****    RETEST IS REQUIRED FOR SCORES BELOW 75    *****

PHIL
JD4288          L   TAYLOR                    Report for Chapter    25   Set   3      Score for this Chapter      12/15/1994

***** RETEST IS REQUIRED FOR SCORES BELOW 75           66      *****

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | B | Correct |
| 2 | C | Correct |
| 3 | C | Correct |
| 4 | D | Correct |
| 5 | E | INCORRECT |
| 6 | A | Correct |
| 7 | E | Correct |
| 8 | B | Correct |
| 9 | B | Correct |
| 10 | D | INCORRECT |
| 11 | D | INCORRECT |
| 12 | E | Correct |

Report for Chapter   26   Set   3                Score for this Chapter    78

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | C | Correct |
| 2 | B | Correct |
| 3 | C | Correct |
| 4 | A | INCORRECT |
| 5 | D | Correct |
| 6 | E | Correct |
| 7 | D | Correct |
| 8 | B | Correct |
| 9 | A | Correct |
| 10 | C | Correct |
| 11 | B | Correct |
| 12 | E | INCORRECT |
| 13 | D | Correct |
| 14 | C | INCORRECT |

PHIL
JD4288    L  TAYLOR                                          12/15/1994

## Report for Chapter 27 Set 3                Score for this Chapter 75

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | E | Correct |
| 3 | D | Correct |
| 4 | D | Correct |
| 5 | E | INCORRECT |
| 6 | A | INCORRECT |
| 7 | C | Correct |
| 8 | B | Correct |

## Report for Chapter 28 Set 3                Score for this Chapter 85

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | A | INCORRECT |
| 3 | B | Correct |
| 4 | E | Correct |
| 5 | D | Correct |
| 6 | B | Correct |
| 7 | C | Correct |
| 8 | A | Correct |
| 9 | A | Correct |
| 10 | E | Correct |
| 11 | B | Correct |
| 12 | D | Correct |
| 13 | D | Correct |
| 14 | B | Correct |

PHIL
JD4288

L  TAYLOR

Report for Chapter  29  Set  3                    Score for this Chapter  100

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | E | Correct |
| 2 | C | Correct |
| 3 | B | Correct |
| 4 | D | Correct |
| 5 | D | Correct |
| 6 | E | Correct |
| 7 | B | Correct |
| 8 | A | Correct |

12/15/1994

Report for Chapter  30  Set  3                    Score for this Chapter  100

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | D | Correct |
| 2 | D | Correct |
| 3 | B | Correct |
| 4 | C | Correct |
| 5 | B | Correct |
| 6 | A | Correct |
| 7 | E | Correct |
| 8 | D | Correct |
| 9 | C | Correct |
| 10 | D | Correct |

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
Jail Officer's Correspondence Training Program
Report of Student Progress as of 12/ 1/1994

\*\*\*

\*\*\*

for   OFFICER
PHIL    L  TAYLOR

Student ID: JD4288

Final Exam    0

Chapters Completed  16

## SCORES

| | | | | |
|---|---|---|---|---|
| Chapter 1 | 85 | Chapter 16 | 60 | \*\*\*\*\* |
| Chapter 2 | 80 | Chapter 17 | 0 | |
| Chapter 3 | 100 | Chapter 18 | 0 | |
| Chapter 4 | 100 | Chapter 19 | 0 | |
| Chapter 5 | 87 | Chapter 20 | 0 | |
| Chapter 6 | 90 | Chapter 21 | 0 | |
| Chapter 7 | 100 | Chapter 22 | 0 | |
| Chapter 8 | 90 | Chapter 23 | 0 | |
| Chapter 9 | 100 | Chapter 24 | 0 | |
| Chapter 10 | 80 | Chapter 25 | 0 | |
| Chapter 11 | 90 | Chapter 26 | 0 | |
| Chapter 12 | 91 | Chapter 27 | 0 | |
| Chapter 13 | 57 | \*\*\*\*\* | Chapter 28 | 0 |
| Chapter 14 | 50 | \*\*\*\*\* | Chapter 29 | 0 |
| Chapter 15 | 78 | | Chapter 30 | 0 |

Average   84

\*\*\*\* RETEST REQUIRED \*\*\*\*

LT.       H  LACY
RUPERT
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT        MS  39502

Agency

RUPERT    H  LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT        MS  39502

If any of this information is incorrect, please correct and return to NSA

_Deputy Phil Taylor_
_training file_
_12/8/94_
_RHL_

PHIL          L  TAYLOR                                          Report for Chapter  7  Set  3          Score for this Chapter    100
JD4288                                                                                                                    12/ 1/1994

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | D | Correct |
| 2 | B | Correct |
| 3 | C | Correct |
| 4 | E | Correct |
| 5 | D | Correct |
| 6 | E | Correct |
| 7 | B | Correct |
| 8 | B | Correct |

Report for Chapter  8  Set  3          Score for this Chapter    90

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | C | Correct |
| 2 | B | Correct |
| 3 | B | Correct |
| 4 | E | Correct |
| 5 | C | Correct |
| 6 | D | Correct |
| 7 | C | INCORRECT |
| 8 | C | Correct |
| 9 | E | Correct |
| 10 | B | Correct |

PHIL
JD4288

L  TAYLOR

Report for Chapter  9  Set  3

12/ 1/1994

Score for this Chapter  100

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | D | Correct |
| 3 | E | Correct |
| 4 | C | Correct |
| 5 | B | Correct |
| 6 | A | Correct |
| 7 | D | Correct |
| 8 | C | Correct |
| 9 | D | Correct |
| 10 | A | Correct |

Report for Chapter  10  Set  3

Score for this Chapter  80

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | D | Correct |
| 3 | E | Correct |
| 4 | D | Correct |
| 5 | D | INCORRECT |
| 6 | C | Correct |
| 7 | C | Correct |
| 8 | A | INCORRECT |
| 9 | E | Correct |
| 10 | C | Correct |

PHIL
JD4268        L  TAYLOR                                                12/ 1/1994

Report for Chapter  11  Set  3                    Score for this Chapter  90

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | E | INCORRECT |
| 2 | B | Correct |
| 3 | D | Correct |
| 4 | C | Correct |
| 5 | B | Correct |
| 6 | D | Correct |
| 7 | C | Correct |
| 8 | D | Correct |
| 9 | C | Correct |
| 10 | D | Correct |

Report for Chapter  12  Set  3                    Score for this Chapter  91

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | C | Correct |
| 2 | E | Correct |
| 3 | A | Correct |
| 4 | D | Correct |
| 5 | E | Correct |
| 6 | C | Correct |
| 7 | E | Correct |
| 8 | E | INCORRECT |
| 9 | E | Correct |
| 10 | B | Correct |
| 11 | B | Correct |
| 12 | D | Correct |

PHIL
JD4288          L  TAYLOR                                        12/ 1/1994

                                        Report for Chapter   13  Set  3

                                                    Score for this Chapter    57  *****

                                                    RETEST IS REQUIRED FOR SCORES BELOW 75  *****

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | C | Correct |
| 2 | B | Correct |
| 3 | E | Correct |
| 4 | E | Correct |
| 5 | E | INCORRECT |
| 6 | D | Correct |
| 7 | D | Correct |
| 8 | E | Correct |
| 9 | E | INCORRECT |
| 10 | B | INCORRECT |
| 11 | E | Correct |
| 12 | E | INCORRECT |
| 13 | C | Correct |
| 14 | B | INCORRECT |

                                        Report for Chapter   14  Set  3

                                                    Score for this Chapter    50  *****

                                                    RETEST IS REQUIRED FOR SCORES BELOW 75  *****

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | A | INCORRECT |
| 2 | E | Correct |
| 3 | C | Correct |
| 4 | B | Correct |
| 5 | E | Correct |
| 6 | B | Correct |
| 7 | A | INCORRECT |
| 8 | D | INCORRECT |
| 9 | C | INCORRECT |
| 10 | A | INCORRECT |

PHIL
JD4288          L  TAYLOR                                        12/ 1/1994

## Report for Chapter 15 Set 3          Score for this Chapter 78

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | D | INCORRECT |
| 3 | E | Correct |
| 4 | D | Correct |
| 5 | E | Correct |
| 6 | C | Correct |
| 7 | B | Correct |
| 8 | B | Correct |
| 9 | B | Correct |
| 10 | D | Correct |
| 11 | C | Correct |
| 12 | E | INCORRECT |
| 13 | D | Correct |
| 14 | D | INCORRECT |

## Report for Chapter 16 Set 3          Score for this Chapter 60

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | C | INCORRECT |
| 3 | C | Correct |
| 4 | D | Correct |
| 5 | B | Correct |
| 6 | C | INCORRECT |
| 7 | D | INCORRECT |
| 8 | E | Correct |
| 9 | D | INCORRECT |
| 10 | B | Correct |

**** RETEST IS REQUIRED FOR SCORES BELOW 75 ****

# HARRISON COUNTY SHERIFF'S DEPARTMEN
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED                    HOURS

OF INSTRUCTION IN:        Aids Awareness

CONDUCTED BY
THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN        1994      ON THIS     4th     DAY OF    October

## JOE PRICE
## SHERIFF

_____        _____
INSTRUCTOR                     ACADEMY DIRECTOR

National Sheriffs' Association
1450 Duke Street, Alexandria VA, 22314
*** Jail Officer's Correspondence Training Program ***
Report of Student Progress as of 10/18/1994

for
PHIL    L    TAYLOR    OFFICER

Student ID: JD4288

Final Exam    0

Chapters Completed    6

SCORES

| | | | |
|---|---|---|---|
| Chapter 1 | 85 | Chapter 16 | 0 |
| Chapter 2 | 80 | Chapter 17 | 0 |
| Chapter 3 | 100 | Chapter 18 | 0 |
| Chapter 4 | 100 | Chapter 19 | 0 |
| Chapter 5 | 87 | Chapter 20 | 0 |
| Chapter 6 | 90 | Chapter 21 | 0 |
| Chapter 7 | 0 | Chapter 22 | 0 |
| Chapter 8 | 0 | Chapter 23 | 0 |
| Chapter 9 | 0 | Chapter 24 | 0 |
| Chapter 10 | 0 | Chapter 25 | 0 |
| Chapter 11 | 0 | Chapter 26 | 0 |
| Chapter 12 | 0 | Chapter 27 | 0 |
| Chapter 13 | 0 | Chapter 28 | 0 |
| Chapter 14 | 0 | Chapter 29 | 0 |
| Chapter 15 | 0 | Chapter 30 | 0 |

Average    90

Agency

I.D.
RUPERT    H    LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT    MS    39502

RUPERT    H    LACY
HARRISON CO. SHERIFF'S OFFICE
P.O. BOX 1480

GULFPORT    MS    39502

If any of this information is incorrect, please correct and return to NSA

Training to be
10/23/94
forwarded to Deputy Taylor
RHL

PHIL
JD4288

L TAYLOR

10/18/1994

Report for Chapter   1   Set   3

Score for this Chapter   85

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | B | Correct |
| 2 | C | Correct |
| 3 | C | Correct |
| 4 | A | Correct |
| 5 | C | INCORRECT |
| 6 | B | Correct |
| 7 | A | Correct |

Report for Chapter   2   Set   3

Score for this Chapter   80

| Question | Your Answer | Feedback |
|----------|-------------|----------|
| 1 | E | Correct |
| 2 | B | Correct |
| 3 | A | Correct |
| 4 | B | Correct |
| 5 | C | Correct |
| 6 | D | Correct |
| 7 | C | Correct |
| 8 | D | Correct |
| 9 | D | INCORRECT |
| 10 | D | INCORRECT |

PHIL      L  TAYLOR
JD4288

                                                    Report for Chapter    3  Set   3                      10/18/1994

Question    Your                                                                            Score for this Chapter   100
            Answer    Feedback

1           E         Correct
2           B         Correct
3           A         Correct
4           B         Correct
5           B         Correct
6           D         Correct
7           C         Correct
8           C         Correct
9           E         Correct
10          A         Correct

                                          Report for Chapter    4  Set   3

Question    Your
            Answer    Feedback

1           E         Correct
2           A         Correct
3           C         Correct
4           D         Correct
5           C         Correct
6           B         Correct
7           A         Correct
8           C         Correct

                                          Score for this Chapter   100