PHIL
JD4288

L  TAYLOR    10/18/1994

Report for Chapter  5 Set  3    Score for this Chapter  87

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | B | Correct |
| 2 | D | Correct |
| 3 | B | Correct |
| 4 | C | Correct |
| 5 | D | Correct |
| 6 | B | INCORRECT |
| 7 | B | Correct |
| 8 | B | Correct |

Report for Chapter  6 Set  3    Score for this Chapter  90

| Question | Your Answer | Feedback |
|---|---|---|
| 1 | C | INCORRECT |
| 2 | A | Correct |
| 3 | D | Correct |
| 4 | D | Correct |
| 5 | C | Correct |
| 6 | A | Correct |
| 7 | A | Correct |
| 8 | D | Correct |
| 9 | D | Correct |
| 10 | C | Correct |

SECTION 2
CHAPTER(S) 7, 8, 9, 10, 11, 12, 13, 14, 15, 16
SET Three

NATIONAL SHERIFFS' ASSOCIATION

JAIL OFFICER'S CORRESPONDENCE TRAINING COURSE

EXAMINATION ANSWER SHEET

STUDENT NAME: **TAYLOR**          **PHIL**          **L**          JD- **4288**
　　　　　　　　(Last)　　　　　　　(First)　　　　　　(Middle)　　　Student ID No

DIRECTIONS: Carefully read each question and its answers. At the end of each chapter, carefully read each multiple choice question. When you decide which answer you feel is correct, enter your answer on the answer sheet by blackening the corresponding space with a soft lead pencil (#2 only). If you mistakenly circle the wrong answer or change your mind, be sure to erase your first mark completely.

SAMPLE QUESTION: 1. An appeal of a conviction argues:
　　　　　a. The facts of the case.　　　b. Errors of law during trial.
　　　　　c. Both a and b.

　　　　1　　A　　●　　C　　D　　E

## Security

**Chapter 7**

**Chapter 8**

**Chapter 9**

**Chapter 10**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1. | A | ● | C | D | E |
| 2. | A | B | C | ● | E |
| 3. | A | B | C | ● | E |
| 4. | A | B | C | ● | E |
| 5. | A | B | C | ● | E |
| 6. | A | B | ● | D | E |
| 7. | A | B | ● | D | E |
| 8. | A | B | ● | D | E |
| 9. | A | B | C | D | ● |
| 10. | A | B | ● | D | E |

**Chapter 11**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1. | A | B | C | ● | E |
| 2. | A | ● | C | D | E |
| 3. | A | B | ● | D | E |
| 4. | A | B | C | ● | E |
| 5. | A | ● | C | D | E |
| 6. | A | ● | C | D | E |
| 7. | A | B | ● | D | E |
| 8. | A | ● | C | D | E |
| 9. | A | B | ● | D | E |
| 10. | A | B | C | ● | E |

*Deputy Taylor*
*bocc*
*11/29/199*
*Pmd*



# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Bonding Procedure _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ DAY OF _____ August

### JOE PRICE
### SHERIFF

_____          _____
INSTRUCTOR                                    ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Patrol Procedures _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1995 _____ ON THIS ___ 29th ___ DAY OF ___ November ___

## JOE PRICE
## SHERIFF

_____
INSTRUCTOR

_____
ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



PHIL L. TAYLOR

HAS ATTENDED ___8___ HOURS

OF INSTRUCTION IN: _____A. S. P. BATON TRAINING_____

CONDUCTED BY
THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN ___1995___ ON THIS ___30TH___ DAY OF ___JULY___

## JOE PRICE
## SHERIFF

_____        _____
INSTRUCTOR                    ACADEMY DIRECTOR



Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast

Law Enforcement Training Academy

This is to Certify that

Phil Taylor

at the Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast
Law Enforcement Training Academy

has completed a 40 hour course

Presented
this 4th day of December, 1998

Dr. Michael A. McCaleb, Instructor

Sheriff Joe Price, Harrison County, Mississippi

Randy Cook, Academy Director



Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast

*Law Enforcement Spraying Academy*

This is to Certify That

**Phil Taylor**

has successfully completed the
40 hour instructor Development Course
at the Harrison County Sheriff's Department
University of Southern Mississippi - Gulf Coast
Law Enforcement Training Academy

Presented
this 4th day of December, 1998

Dr. Michael A. McCaleb, Instructor

Sheriff Joe Price, Harrison County, Mississippi

Randy Cook, Academy Director

HARRISON COUNTY LAW ENFORCEMENT ACADEMY
GULF COAST
THE UNIVERSITY OF SOUTHERN MISSISSIPPI

© Goes 46242

LITHO. IN U.S.A.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ O.C. Spray Certification _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ Gulfport Park _____ ON THIS __30th__ DAY OF ____ August

### JOE PRICE
### SHERIFF

_____          _____
INSTRUCTOR                                       ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT

Phil L. Taylor



HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Officer Safety/Managing Groups _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN ____ 1994 ____ ON THIS ____ 15th ____ DAY OF ____ September ____

## JOE PRICE
## SHERIFF

_____          _____
INSTRUCTOR                        ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Philip Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Searching-Physical Plant _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ 28th _____ DAY OF _____ October

### JOE PRICE
### SHERIFF

Sgt Robert Rutherford _____ Chris Smith _____ INSTRUCTOR          ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

### THIS IS TO CERTIFY THAT



Phil L Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: Stress/Booze/Law Enforcement/Corrections

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ DAY OF December

## JOE PRICE
## SHERIFF

_____                _____
INSTRUCTOR                                ACADEMY DIRECTOR



# Certificate of Accomplishment

## NATIONAL SHERIFFS' ASSOCIATION

*This is to certify that*

### Phil L. Taylor

has successfully completed the *Jail Officers' Correspondence Training Program* administered by The National Sheriffs' Association.

Executive Director, National Sheriffs'

# HARRISON COUNTY SHERIFF'S DEPARTMENT









**JOE PRICE,** *Sheriff*
601-865-7060
601-865-7095

## SHERIFF'S DIRECTIVE

TO:    ALL NEW HIRE EMPLOYEES

FROM:  SHERIFF JOE PRICE

DATE:  MAY 9, 1995

re:    RESTRICTIONS OF DUTY

**EFFECTIVE IMMEDIATELY:** New employees will not be authorized to carry a firearm until after qualified by this Department, and the Sheriff authorizes the wearing of a firearm.

New employees will not take any law enforcement action, shall not arrest, conduct investigations, etc. until after appropriate training and certification has been attained.

JOE PRICE
SHERIFF
HARRISON COUNTY, MISSISSIPPI

JP/nk

cc: Administrative Master File
    Major E. R. Cook
    Major P.M. Ladner
    Captain Melvin Brisolara
    Captain Rick Gaston
    Captain Bruce Carver
    Captain James Johnson
    Captain Donald Keith
    Captain Victor Smith
    Captain Roy Leslie
    Patrol Shift Captain x3
    Lieutenant Ray Harmon
    Lieutenant Rupert Lacy
    Sergeant Walter Pitts
    Sergeant Jim Randall

Communications

**DIVISION SUPERVISORS ARE TO DISSEMINATE THIS INFORMATION TO NEW EMPLOYEES AND POST ON DIVISION BULLETIN BOARD.**

******TO ALL JAIL DIVISION EMPLOYEES *******

TAKE TIME TO READ THIS DIRECTIVE AND SIGN IT, THEN PLACE IT INTO LT. R. LACY'S MAIL BOX FOR PLACING INTO YOUR TRAINING FILE.

Phil S. Taylor
signature

344
unit #

5-18-95
date

**FILE COPY**

Date 5/22/95

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

STRESS / BOOZE / LAW ENFORCEMENT / CORRECTIONS
CLASS

December 8 ,1994
DATE

CIRCLE TIME:
07:30/09:30     15:30/17:30

HOURS OF TRAINING

Mr. Hugh S. Simcoe III
INSTRUCTOR

HCSD Adult Detention Center
LOCATION

NAME: _Phil L. Taylor_

DIVISION: _Jail_

SSN: _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_   SEX—MALE: _✓_ FEMALE: _____   DOB: _10-11-6A_

HOME ADDRESS: _4628 28th St_
CITY: _Gulfport_
ZIP CODE: _39501_

TELEPHONE: _865-0447_
HOME: _____
OFFICE: _896-3000_

IN CASE OF EMERGENCY: ___N/A___
TELEPHONE NUMBER: _____

_Phil S. Taylor_
OFFICERS SIGNATURE

December 8 , 1994
DATE

INSTRUCTOR COMMENTS: _____

CLASS HOURS _____2.0_____   TEST SCORE: PRE_____ POST_____

CERTIFIED AREA: _____

_M.H.Simcoe III_
INSTRUCTOR SIGNATURE

YES        NO
(PASS      FAIL)
December 8, 1994
DATE

RECORDED _____   DATE: _____   BY: _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: Stress/Booze/Law Enforcement/Corrections

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1991 ON THIS 18th DAY OF December

## JOE PRICE
## SHERIFF

_____          _____
INSTRUCTOR                        ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

"LIABILITY"
CLASS

November 22, 1994
DATE

07:30 – 09:00
15:30 – 17:00                          Mr. Horace Scruggs
HOURS OF TRAINING                      INSTRUCTOR

HCSD Adult Detention Center
LOCATION

NAME: _PHIL L. TAYLOR_

DIVISION: _JAIL_

SSN: _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_  SEX-MALE: _m_ FEMALE: _____ DOB: _10-11-64_

HOME ADDRESS: _4628 28TH STREET_
       CITY: _GULFPORT, MS._
   ZIP CODE: _39501_

TELEPHONE: _____
     HOME: _____
   OFFICE: _____

IN CASE OF EMERGENCY: _N/A_
   TELEPHONE NUMBER: _____

_Phil S. Taylor_                       November 22, 1994
OFFICERS SIGNATURE                     DATE

INSTRUCTOR COMMENTS: _____
_____
_____
_____

CLASS HOURS _0730-0830_    TEST SCORE: PRE_____ POST_____

CERTIFIED AREA: _____

                           YES        NO
                          (PASS      FAIL)
_____            _11/22/94_
INSTRUCTOR SIGNATURE        DATE

RECORDED        DATE:        BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Liability _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ 23rd _____ DAY OF _____ November _____

## JOE PRICE
## SHERIFF

_____
INSTRUCTOR

_____
ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
### LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

_CPR_
CLASS

_11-29-94_
DATE

_0900 - 1200_
HOURS OF TRAINING

_Mr. Mixon_
INSTRUCTOR

_New Jail_
LOCATION

NAME: _Phil L. Taylor_

DIVISION: _Jail_

SSN: _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_   SEX-MALE: _M_ FEMALE: _____   DOB: _10-11-64_

HOME ADDRESS: _4628 28th street_
CITY: _Gulfport, Ms._
ZIP CODE: _39501_

TELEPHONE: _865-0447_
HOME: _____
OFFICE: _____

IN CASE OF EMERGENCY: _____
TELEPHONE NUMBER: _____

_Phil S. Taylor_                                    _11-29-94_
OFFICERS SIGNATURE                                  DATE

INSTRUCTOR COMMENTS: _____

CLASS HOURS _3_          TEST SCORE: PRE_____  POST_____

CERTIFIED AREA: _CPR_                    (YES         NO
                                          (PASS) _11-29-94_   FAIL)
_George M. Mixon_
INSTRUCTOR SIGNATURE                      DATE

RECORDED          DATE:              BY:

# American Red Cross First Aid and CPR
## Answer Sheet

Name **PHIL L. TAYLOR**                                    Date **11-29-94**

Course Component:    ⌐ First Aid        ✓ Adult CPR        ⌐ Infant/Child CPR
Test                 ⌐ A                ⌐ B

DIRECTIONS: Fill in the correct answer for each question.



| | | | | |
|---|---|---|---|---|
| 1. | ● | (b) | (c) | (d) |
| 2. | ● | (b) | (c) | (d) |
| 3. | (a) | (b) | (c) | ● |
| 4. | (a) | (b) | (c) | ● |
| 5. | (a) | (b) | ● | (d) |
| 6. | (a) | ● | (c) | (d) |
| 7. | (a) | (b) | ● | (d) |
| 8. | (a) | (b) | ● | (d) |
| 9. | ● | (b) | (c) | (d) |
| 10. | (a) | ● | (c) | (d) |
| 11. | (a) | (b) | (c) | ● |
| 12. | (a) | ● | (c) | (d) |
| 13. | (a) | (b) | ● | (d) |
| 14. | ● | (b) | (c) | (d) |
| 15. | (a) | (b) | (c) | ● |
| 16. | (a) | (b) | ● | (d) |
| 17. | (a) | (b) | (c) | ● |
| 18. | (a) | ● | (c) | (d) |
| 19. | ● | (b) | (c) | (d) |
| 20. | ● | (b) | (c) | (d) |
| 21. | (a) | ● | (c) | (d) |
| 22. | (a) | (b) | (c) | ● |
| 23. | (a) | ● | (c) | (d) |
| 24. | ● | (b) | (c) | (d) |
| 25. | ● | (b) | (c) | (d) |

You may wish to go back and check your answers to be sure that you matched the right answer with the right question.



# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

_Weapons of Opportunity_
**CLASS**

_11-16-94_
**DATE**

_0730 - 0930_                          _LACY, PETERSON, WADE_
**HOURS OF TRAINING**                  **INSTRUCTOR**

_Gulfport, Ms._
**LOCATION**

NAME: _PHIL L. TAYLOR_

DIVISION: _JAIL_

SSN: _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_   SEX-MALE: _M_ FEMALE: _____   DOB: _10-11-64_

HOME ADDRESS: _4628 28th St_
    CITY: _Gulfport, Ms._
    ZIP CODE: _39501_

    TELEPHONE: _____
      HOME: _____
    OFFICE: _____

IN CASE OF EMERGENCY: _____
    TELEPHONE NUMBER: _____

_Phil L. Taylor_                          _11-16-94_
**OFFICERS SIGNATURE**                    **DATE**

INSTRUCTOR COMMENTS: _____
_____
_____

CLASS HOURS _____        TEST SCORE: PRE_____   POST_____

CERTIFIED AREA: _____        ( YES    NO
                                    PASS)    FAIL)
_#293_ _Wm. C. Wade_ _336_                _11-16-94_
**INSTRUCTOR SIGNATURE**                   **DATE**

RECORDED _____   DATE: _____   BY: _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil M. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Weapons of Opportunity _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 199A C/N THIS 20th _____ DAY OF _____ November _____

### JOE PRICE
### SHERIFF

INSTRUCTOR                          ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Liability _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ Gulfport Park _____ ON THIS _____ 22nd _____ DAY OF _____ November

1994

## JOE PRICE
## SHERIFF

_____
INSTRUCTOR

_____
ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Paul M. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Weapons of Opportunity _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ ON THIS _____ 20th _____ DAY OF _____ November _____ 199_

Gulf Park

## JOE PRICE
## SHERIFF

_____  _____
INSTRUCTOR                              ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Fingerprinting & Photo _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ 19th _____ DAY OF _____ October _____

## JOE PRICE
## SHERIFF

INSTRUCTOR                ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

### SEARCHING – PHYSICAL PLANT
CLASS

### OCTOBER 6, 1994
DATE

circle one
07:30 – 09:30
15:30 – 17:30
HOURS OF TRAINING

Sgt. D.Weatherford/Deputy Chris Smith
INSTRUCTOR

HCSD Adult Detention Center
LOCATION

NAME: _Phil L. Taylor_

DIVISION: _Jail_

SSN: _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_ SEX-MALE: _✓_ FEMALE: _____ DOB: _10-11-64_

HOME ADDRESS: _4628 28th st._
CITY: _Gulfport, Ms._
ZIP CODE: _39551_

TELEPHONE: _865-0447_
HOME: _865-0447_
OFFICE: _896-3000_

IN CASE OF EMERGENCY: _N/A_
TELEPHONE NUMBER: _864-0446_

_Phil L. Taylor_
OFFICERS SIGNATURE

_October 6,1994_
DATE

INSTRUCTOR COMMENTS: _____

CLASS HOURS _2.0_     TEST SCORE: PRE_____ POST _91_

CERTIFIED AREA: _____     YES     NO
                                       (PASS   FAIL)

_____
INSTRUCTOR SIGNATURE

_October 6,1994_
DATE

RECORDED          DATE: _____     BY: _____

—1  (a1)

October 6, 1994

NAME: Phil L. Taylor

SSN: 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

1.  Under no circumstance shall a correctional officer direct personal remarks to an inmate being frisked concerning his/her personal attire or physical appearance.   (T) or F

2.  Strip searches shall be conducted only when necessary and with the utmost respect to the person.   (T) or F

3.  A correctional officer shall strip search an inmate of the same sex as the officer.  There shall be one exception.  (T) or F

4.  Any search of an inmate's genital or anal cavity shall be performed by medical personnel only!  (T) or F

5.  Shakedowns shall be performed periodically to prevent weapons and contraband from entering the jail system facilities.  (T) or F

6.  Strip searches shall be conducted in a private area.  (T) or F

7.  Name three items to be searched for during a frisk search.

    1. Weapons        2. Drugs        3. Money

8.  Officers shall inform inmates when a cell search, or shakedown is to be performed.   T or (F)

9.  Can I be held liable for a search?  (T) or F

10. During a cell search the officer shall closely and carefully examine:

    Name three:  1. elec. socket   2. under the toilet  3. inside books

11. The officer who inspects the cell shall leave it as neat as it was prior to the search and objects in approximately the same condition as existed prior to the search.  (T) or F

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Searching-Physical Plant _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ 6th _____ DAY OF _October_

## JOE PRICE
## SHERIFF

SGT. Robert Diveathesloe, J.J. Christmas
**INSTRUCTOR**

**ACADEMY DIRECTOR**

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

*Aids Awareness*
CLASS

*10-4-94*
DATE

*1530 - 1730*
HOURS OF TRAINING

*Augusta Toomer MSW*
*Smatf*
INSTRUCTOR

*Gulfport Jail*
LOCATION

NAME: *Phil L. Taylor*

DIVISION: *Jail*

SSN: *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*   SEX-MALE: *✓* FEMALE: _____   DOB: *10-11-64*

HOME ADDRESS: *4628 28th st.*
CITY: *Gulfport, Ms*
ZIP CODE: *39501*

TELEPHONE: *865-0447*
HOME: *865-0447*
OFFICE: *896-3000*

IN CASE OF EMERGENCY: *Classie Taylor*
TELEPHONE NUMBER: *864-0446*

*Phil S. Taylor*
OFFICERS SIGNATURE

*10-4-94*
DATE

INSTRUCTOR COMMENTS: _____

CLASS HOURS *2.0*      TEST SCORE: PRE_____ POST_____

CERTIFIED AREA: _____
                                    YES
                                    (PASS    *10/4/94*    NO
INSTRUCTOR SIGNATURE                          FAIL)
                                    DATE

RECORDED          DATE:          BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Aids Awareness

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ DAY OF _____ October

## JOE PRICE
## SHERIFF

_____
**INSTRUCTOR**

_____
**ACADEMY DIRECTOR**

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
### LAW ENFORCEMENT TRAINING ACADEMY

IN SERVICE TRAINING RECORD

*TEST 1 - INDEX*
*TEST 2 - INDEXES*
*TEST 3 - 7001,1002*

General Orders Testing 1000 Series
CLASS

9-29-94
DATE

1200 - 1600
HOURS OF TRAINING

Lieutenant R. H. Lacy
INSTRUCTOR

HCSD Adult Detention Center
LOCATION

NAME: Phil L. Taylor

DIVISION: Jail

SSN: 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 SEX-MALE: ✓ FEMALE: _____ DOB: 10-11-64

HOME ADDRESS: 4628 28th st
CITY: Gulfport, Ms.
ZIP CODE: 39501

TELEPHONE: 865-0447
HOME: 865-0447
OFFICE: 896-3000

IN CASE OF EMERGENCY: N/A
TELEPHONE NUMBER: 864-0447

Phil S. Taylor
OFFICERS SIGNATURE

9-29-94
DATE

INSTRUCTOR COMMENTS: _____

CLASS HOURS 4.0

CERTIFIED AREA: _____

INSTRUCTOR SIGNATURE

RECORDED _____ DATE: _____

TEST SCORE: PRE_____ POST_____

YES           NO
(PASS         FAIL)

DATE _____

BY: _____

HARRISON COUNTY SHERIFF'S DEPARTMENT

TESTS ON SERIES 1000 GENERAL ORDERS

TEST 1 - INDEXES

*Phil S. Taylor*
Correctional Officer Signature     *9-29-94*     Given by
                                   Date Taken

(FOR EACH QUESTION BELOW, IDENTIFY THE GO NO, GIVE THE TITLE, AND ANSWER THE QUESTION)

1. How many General Orders are there in the 1000 Series of General Orders? *63*  GO _____  Title _____
   Par No/Ans _____

2. Where would you look to find duties for the Information and Assistance Desk? GO *1012*  Title *Information/Assistance Desk*  Par No/Ans _____

3. Where would you look to find duties of the Floor Officer?  GO *1010*  Title *Floor officers duties*
   Par No/Ans _____

4. Where would you find special information on dealing with females?  GO *1027*  Title *Females*
   Par No/Ans _____

5. Where would you find special information on how to search inmates?  GO *1032*  Title *Searches (of inmates of facilities)*
   Par No/Par _____

6. Where would you find instructions on how to conduct a search of the jail?  GO *1032*  Title *Searches (of inmates of facilities)*
   Par No/Ans _____

7. Where would you look to find instructions on how trustys are made and what trustys can and cannot do?
   GO *1036*  Title *Trusty System*
   Par No/Ans _____

8. Where would you find instructions on duties of chaplains, and what chaplains can do? GO *1045*
   Title *Religious Services*  Par No/ Ans _____

9. How many health standards tests are required to be given on State Inmates? *3* GO *1048*  Title *Health standards for inmates*
   Par No/Ans _____

10. Where do you find rules on handling and control of keys? GO *1049*  Title *Key control*
    Par No/Ans _____

11. Where do you find the rules on inmate due process? GO *1056*  Title *Inmate due process*  Par No/Ans _____

TEST 2 - INDEXES

_Phil S. Taylor_       _9-29-94_       [signature]
Correctional Officer Signature    Date Taken       Given by

(FOR EACH QUESTION BELOW, IDENTIFY THE GO NO, GIVE THE
TITLE, AND ANSWER THE QUESTION)

1.   Where would you find the answer to, "How much mail can
an inmate keep in his/her possession? GO _1042_ Title
_Delivery_       Par No/Ans _IV_

2.   The Administrative Segregation Log is mentioned in how
many General Orders. _4_ List them and their titles.

| GO No | Title |
|-------|-------|
| _1006_ | _Administrative Segregation Log_ |
| _1021_ | _Administrative Segregation_ |
| _1056_ | _Administrative Segregation_ |
| _1006_ | _Administrative Segregation Log_ |

3.   In how many General Orders will you find instructions
on how to act if AIDS is concerned? _1_ List it(them) by
GO no and title.
_1050 Aids_

4.   List the Index Title, GO, and title of the GO in the
Alphabetical Index dealing with Arrestees.
_Admitting / Arrestee Intake 1003   Arrestee Classification_
_Admitting / Arrestee Intake 1003   Arrestee Searches_
_Admitting / Arrestee Intake 1003   Arrestee Property_
_Admitting / Arrestee Intake 1003   Arrestee Housing_
_Admitting / Arrestee Intake 1003   Arrestee Phone Calls_
_Admitting / Arrestee Intake 1003   Arrestee Issue of Clothing_

5.   Where do you find instructions on assigning cells to
inmates?
GO _1031_    Title _Inmate Housing_
GO _____    Title _____

6.   Where do you find information on classification of
inmates: GO _1030_ Title _Inmate Classification_

7.   An inmate is violent, where will you find information
pertaining to his/her housing? GO _1030_
Title _Inmate Classification_

8.   Can you take a hand gun into the secure area? _No_ Where do
you find the answer to this question? GO _1035_
Title _Security_

9.   You are in charge of a work crew working for a
non-profit agency. Where do you find instructions on
reports, etc you are required to comply with? GO _1058_
Title _Work Details_

**Test 3 – GO 1000, 1001, and 1002**

_Phil S. Taylor_                    _9-29-94_                    [signature]
Correctional Officer Signature          Date Taken          Given by

(FOR EACH QUESTION BELOW, IDENTIFY THE GO NO., GIVE THE
TITLE, AND ANSWER THE QUESTION)

1.  Who, by Statute, is the jailer of the county, and what
    is the statute establishing this responsibility?  GO
    No _1000_ Par_____ Who _The Sheriff_____ Statute
    No_____

2.  Why do we have General Orders of the 1000 Series?  GO
    _1000_ Par _I_ Ans _to insure legal operation of the_
    _HCJS and to insure that all local, state, and federal guidelines are complied_
    _with_

3.  What is the difference between a Correctional Officer,
    Fully Qualified, and Entry Level.  Cite areas of
    qualifications, and qualifications.  GO _1000_
    Attachment(s) _5_ Differences _Fully Qualified –_
    _Complete HCSD Correctional Officer Training; Two years experience_
    _in a correctional facility. Entry Level – Be enrolled in the HCSD_
    _Correctional Officer Training Program; Be employed in a correctional facility;_

4.  What is he objective of the Jail System, per GO 1001?
    GO _1001_ Par _I_____ What is the single-most
    important objective? _to strive for excellence in all phases of_
    _the operation._____
    _____

5.  You are rated overall at a "3" level on your
    evaluation.  Should you be satisfied with this number
    rating? _No_ GO _1001_ Par _II_ Ans _No_____

6.  You chose as your standard level of achievement a "6".
    Is this high enough?  GO _1001_ Par _II_ Ans
    _____ _No_____

7.  What should be your desired standard level of
    achievement your for evaluation?  GO _1001_ Par _II_
    Answer _8 or higher_____

8.  How many non-supervisory duties might a Correctional be
    rated on?  GO _1002_ Par _II_ Answer _30_

9.  How many levels of review will be involved in your
    personal evaluation? _5_ List, by name or title, all of
    the persons who will be involved in your evaluation.
    GO _1002_ Par _III_____ List of the persons who
    will                    be                    involved
    _The officer, the immediate supervisor, the immediate supervisors supervisor,_

_the second level review officer, The Captain Jail Division,_

10. Who enters the overall rating on an evaluation? GO 1002 Par III   Ans _the first level review officer_

11. How long shall evaluation records be retained? GO 1002 Par III   Ans _Will be retained for 3 years_

12. How often and when shall the following types of officers be evaluated? GO 1002   Par III

| | How Often | When |
|---|---|---|
| Entry Level Officer | Monthly | end of the month |
| Fully Qualified Officer | Quarterly | end of the month |
| Sergeant | Quarterly | end of the month |
| Lieutenant | Quarterly | end of the month |

13. What honors might a Correctional Officer work for? GO 1002   Par IV   Ans _Outstanding officer of the half year $50 and two days off / Officer of the year $100 and three days off._

14. What is the purpose of the column entitled "Previous Eval" on the Evaluation Instrument? GO 1002 Attachment 1   Answer _the year average of the Previous year._

15. If you actually performed only 12 of the functions in the first column of the evaluation instrument, how would you calculate the average rating at the bottom of the form? GO 1002   Attachment 1   Ans

_the number of functions X items evaluated_

10. Where do you find instructions on the Judge's report of attorney visits? GO *1055* Title *Attorney Visits*

11. How many references to you find to keys in the Alphabetical index? *8* List all the General Orders in which keys are listed.
GO No Title
*1006 Inmate Records    1021 Youth Center Operation*
*1049 Key Control*

12. In what General Order will you find your job description? GO *1000* Title *Jail System Organization*

13. In what GO do you find a definition, and some examples of major inmate infractions? GO *1037* Title *Discipline*

14. Provisions are made for indigent inmates in what General Orders? List the GO number and title
*1020 Indigent Inmate Purchases*
*1042 Indigent Mail*
*1046 Indigent Telephone Calls*

15. In what GO would you find the Floor Officer's duties?
GO *1010* Title *Floor Officers Duties*

An inmate is a suicide risk.  Where do you find the policy and procedures on what to do?  GO _1059_  Title _Suicide Watch_____  Par no/And _____  _____

13.  How often must headcounts be done?  GO _1052_  Title _Headcounts of Inmates_____  Par No/Ans _____ (At the beginning and end of every shift)

14.  May an inmate be allowed to go a week without a bath? _No_ GO _1053_  Title _Inmate Cleanliness_____  Par No/Ans _____

15.  May an inmate go swimming? _No_ Where would you find information on inmate recreation?  GO _1044_  Title _Recreation_____  Par No/Ans _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

OFFICER SAFETY 1
**CLASS**

September 15, 1994
**DATE**

(circle one)
**07:30 – 09:30**
15:30 – 17:30                                   Rupert H. Lacy
**HOURS OF TRAINING**                        **INSTRUCTOR**

Harrison County Adult Detention
**LOCATION**

NAME: Phil L. Taylor

DIVISION: _Jail – Adult  – Work Center  – Juvenile_

SSN: 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   SEX-MALE: M  FEMALE: _____   DOB: 10-11-64

HOME ADDRESS: 4628 28th
         CITY: Gulfport, Ms
     ZIP CODE: 39501

    TELEPHONE: 865-0447
         HOME: 865-0447
       OFFICE: 896-3000

IN CASE OF EMERGENCY: Classie Taylor
    TELEPHONE NUMBER: 864-0446

Phil S. Taylor                             September 15, 1994
**OFFICERS SIGNATURE**                         **DATE**

INSTRUCTOR COMMENTS: _____
_____
_____

CLASS HOURS     2.0          TEST SCORE: PRE_____ POST_____

CERTIFIED AREA:                   YES          NO
                                  (PASS        FAIL)
                                  September 15, 1994
**INSTRUCTOR SIGNATURE**              **DATE**

RECORDED           DATE:          BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Officer Safety/Managing Groups

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ ON THIS _____ DAY OF _____ September

## JOE PRICE
## SHERIFF

INSTRUCTOR                                    ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
### LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

_OC Certification_
**CLASS**

_8-30-94_
**DATE**

O 1100 - 1400                          Lacy / Saucier
**HOURS OF TRAINING**                   **INSTRUCTOR**

Gulfport Jail
**LOCATION**

NAME: Phil L Taylor

DIVISION: Jail

SSN: 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      SEX—MALE: M  FEMALE: _____  DOB: 10-11-64

HOME ADDRESS: 4628 28th St
CITY: Gulfport
ZIP CODE: 39501

TELEPHONE: 865-0447
HOME: 865-0447
OFFICE: 896-3000

IN CASE OF EMERGENCY: Classie Taylor
TELEPHONE NUMBER: 864-0446

Phil S. Taylor                                   8-30-94
**OFFICERS SIGNATURE**                           **DATE**

INSTRUCTOR COMMENTS: _____

CLASS HOURS _____    TEST SCORE: PRE_____ POST_____

CERTIFIED AREA: _____    YES         NO
Michael W Saucier                     (PASS   8-30-94   FAIL)
**INSTRUCTOR SIGNATURE**               **DATE**

RECORDED              DATE:              BY:

## O.C. (OLEORESIN CAPSICUM) BASIC EXAMINATION

| TECHNIQUES | PASS/FAIL | COMMENTS |
|---|---|---|
| [1]  Tactical Priorities | | |
| [2]  Gripping Methods | | |
| [3]  Spraying Methods | | |
| [4]  Securing Arrestee | | |
| [5]  Personal Decontamination | | |
| [6]  Area Decontamination | | |
| [7]  Understands OC-5.5 as per Ladder of Force | | |
| [8]  Guidelines/Policy Read and Understood | | |
| [9]  Personally Experienced Effects of O.C. | | |

NAME _Phil L Taylor_ RANK _Deputy_ DEPARTMENT _Jail_

DATE TESTED/CERTIFIED _8-30-94_ , INSTRUCTOR _Lacy / Saucier_

_Phil S. Taylor_
Signature

_MS 425 41 3473_
MSI Instructor Certification#

_Michael W Saucier_

24

Ladder of f

4.) Deadly force          ⟩ Corrections

3.) Physical force (Combative) ⟩ Police / Jailers

2.) Light restraint (Hand cuffs) ⟩ Standard use of OC spray
                                    FBI

1.) Verbal commands

Effective range of OC is 16 feet

Minimum distance of Suspect is 2 feet (30 inches)

Fogger / Crowd control  1 pound container

Ballistic

Semi-Cone

Effects last at least 30 minutes

CN  tear gas

CS  concentrated tear gas

Used in your strong hand and worn on your strong side

Be sure to get your stance proper

4 spray patterns

1.) Circular – one on one

2.) Horizontal – multiple opponents

3.) Vertical – one on one

4.) Fog        – Riot situations

Paper work

Show viable reason

Show that you used the ladder of force

Three warnings

1.) ASK

2.) ADvise

3.) Warn

Purpose of Administration form— Medical Liability

Decontamination: Water, Flush the eyes, effects should be
completly gone within an hour, the cure for an adverse reation is
(benadril) Subject need to be under two hour observation for two hours