## O.C. BASIC WRITTEN EXAMINATION

Name _Phil L. Taylor_          SS# _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_

Date _8-30-94_          Location _Gulfport Jail_

*-Please Answer the Following Questions-*

[1]  What is the absolute minimum distance O.C. should be sprayed?
_2 feet_

[2]  What is the active ingredient in O.C.? _Capsicum_

[3]  How long do the effects last when a subject is sprayed?
_About 30 minutes_

[4]  Where is O.C. placed on the Ladder of Force? _Between light restraint and physical force_

[5]  Why is it important to read the OC Administrative  Warning ?
_Medical Liability_

[6]  What does O.C. Effect when sprayed on an subject: (list at least three effects)? _Swells mucous membranes_
_Disrupts thought process_
_Shuts your eyes_

[7]  When should medical treatment or assistance be rendered ?
_As soon as it is requested_

[8]  What type of spray pattern can contaminate other officers ?
_Horizontal_

[9]  What location on the body should O.C. be sprayed?
_Primarily the eyes/facial area_

[10]  How do you decontaminate a subject sprayed with O.C.?
_Cool water_


_Phil S. Taylor_
Student Signature

_Michael W Lucius_
MSI Instructor Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED ___3___ HOURS

OF INSTRUCTION IN: ___O.C. Spray Certification___

CONDUCTED BY
THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN ___Gulfport, MS___ ON THIS ___30th___ DAY OF ___August___ ___1994___

## JOE PRICE
## SHERIFF

_____
INSTRUCTOR

_____
ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

IN SERVICE TRAINING RECORD

2 Hours Cre Sit.

_OC Recertification_ (Not yet certified)
**CLASS**

Monitor Class

_8-18-94_
**DATE**

_0800 - 1000_                    _Lt. Lacy_
**HOURS OF TRAINING**              **INSTRUCTOR**

_Gulfport Jail_
**LOCATION**

NAME: _Phil L. Taylor_

DIVISION: _Jail_

SSN: _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_  SEX-MALE: _M_  FEMALE: _____  DOB: _10-11-64_

HOME ADDRESS: _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_
      CITY: _Gulfport, Ms._
   ZIP CODE: _39501_

TELEPHONE: _865-0447_
     HOME: _865-0447_
   OFFICE: _896-3000_

IN CASE OF EMERGENCY: _Classie Mae Taylor_
   TELEPHONE NUMBER: _864-0446_

_Phil S. Taylor_                    _8-18-94_
**OFFICERS' SIGNATURE**              **DATE**

INSTRUCTOR COMMENTS: _____

_____

CLASS HOURS _2.0_      TEST SCORE: PRE_____ POST_____

CERTIFIED AREA _Monitor_      YES      NO
                             (PASS _8/18/94_ FAIL)

**INSTRUCTOR SIGNATURE**            **DATE**

RECORDED          DATE:        BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
### LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

Harrison Co. Bonding Procedure
**CLASS**

August 9, 1994
**DATE**

07:30 – 09:30
15:30 – 17:30
**HOURS OF TRAINING**

Sgt. George Mixon
**INSTRUCTOR**

Harrison Co. ADC
**LOCATION**

NAME: *Phil L. Taylor*

DIVISION: *Jail*

SSN: *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*  SEX-MALE: *M*  FEMALE:_____  DOB: *10/11/64*

HOME ADDRESS: *4628 28th St.*
CITY: *Gulfport, MS.*
ZIP CODE: *39581*

TELEPHONE: *865-0447*
HOME: *865-0447*
OFFICE: *896-3000*

IN CASE OF EMERGENCY: *Classie M. Taylor*
TELEPHONE NUMBER: *864-0446*

*Phil S. Taylor*
OFFICERS SIGNATURE

*8/9/94*
DATE

INSTRUCTOR COMMENTS:_____

CLASS HOURS  *2.0*    TEST SCORE: PRE_____ POST_____

CERTIFIED AREA:_____    YES        NO
                                          (PASS      FAIL)
*George M. ___*                            *8/9/94*
INSTRUCTOR SIGNATURE                        DATE

RECORDED            DATE:            BY:

RECOGNIZANCE BOND

# STATE OF MISSISSIPPI

## HARRISON COUNTY

We, _Taylor , Phil Len_ , principal and _Lt. R. Lacy_ and _Sheriff Price_ sureties agree to bind ourselves and legal representatives to pay the State of Mississippi, $ _1.00_ unless the said _Taylor , Phil Len_ shall appear at the next term of the ___ ct. of said County, to be held on the _9th_ day of _August_ 19 _94_ [(RS.)]

___ to answer the charge of _Jailer_ ___ and remain from day to day and term to term until discharged by due course of law.

STREET: _4628 28th St._

CITY: _Gulfport, MS_  STATE: _MS_

TELEPHONE: _865-0447_

Approved by me this _9th_ day of _August_ , 19 _94_

CASE# _94-0000_

DOCKET# _01-00020_

A/O: _Sheriff Price_

X _Phil S. Taylor_

X _Lt. Lacy_

JOE PRICE, Sheriff

By _Phil S. Taylor  #344_  D.S.

# HARRISON COUNTY SHERIFF'S DEPARTMENT

Date __8-9-94__

Name __Taylor__ __Phil__ ___
      Last      First      Middle

Charge __Failer__

Type Bond __Cash__    Bond Amount __1.00__    Set By __G. Mixon__

Court __ADC__    Date __8-9-94__    Surety d/b/a __N/A__    Agent ___

Arresting Officer __Lt. Lacy__    Agency __HCSD__

Dist. Jail At __Gulfport__

Receipt # __344__

Total $ __26.00__

| | | |
|---|---|---|
| Cash Bond | | 1.00 |
| Surety Bond | | N/A |
| Property Bond | | |
| Appeal Bond | | |
| O/R Bond | | |
| Appeal O/R Bond | | |
| S. O. fee | {$25.00} | 25.00 |
| Bond Fee After Indictment | | |
| Other | | |
| TOTAL .................. | | $ 26.00 |

Remarks ___

Docket __01-00020__ Page __75__ Line __2__

O/Red By ___

Jail Officer: ___

Deputy __Taylor__    Badge #__344__

JOE PRICE, SHERIFF

State of Mississippi

Harrison County

# SHERIFF'S OFFICE/JAIL
## RECEIPT

Receipt  N⁰

1st  Dist.

Gulfport Jail  Jail

PROCESS FEES .................. $ 25.00

CASH BONDS ...................... 1.00

BOND FEES ........................ N/A

PROFESSIONAL BONDSMEN FEES ... N/A

DEFENDANT BOND FEES ........... N/A

EXECUTION FEES ................. N/A

VENDING COMMISSIONS ........... N/A

SALE OF PROPERTY .............. N/A

BANK INTEREST ................. N/A

PETTY CASH .................... N/A

FEEDING PRISONERS ............. N/A

SALES INCOME .................. N/A

OTHER (Specify) ............... N/A

TOTAL ......................... $ 26.00

How Paid: Cash _____
          Check _____
          Money Order _____

Payment received from _____

the _____ day of _____ 19___

Dollars $ _____

By _____

JOE PRICE, _____ Sheriff

# HARRISON COUNTY SHERIFF'S DEPARTMENT LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____ Bonding Procedure _____

CONDUCTED BY
THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ 1994 _____ GULF PARK _____ ON THIS _____ 9th _____ DAY OF _____ August

**JOE PRICE**
**SHERIFF**

_____
**INSTRUCTOR**

_____
**ACADEMY DIRECTOR**

# HARRISON COUNTY SHERIFF'S DEPARTMENT









**JOE PRICE,** *Sheriff*
601-865-7060
601-865-7095

PROPERTY SHEET

HARRISON COUNTY SHERIFF'S DEPARTMENT

DEPUTY: *Phil L. Taylor*
Print

DIVISION: *Jail*

MISCELLANEOUS

1. *1-1000 Series General Orders*
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

*Phil S. Taylor*
SIGNATURE OF RECEIVING DEPUTY

DATE ___7/13/94___

DIVISION REP: _____

DATE ___7/13/94___

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
### LAW ENFORCEMENT TRAINING ACADEMY

## IN SERVICE TRAINING RECORD

Image
CLASS

7-13-94
DATE

07:30 - 0930
HOURS OF TRAINING

Cpt. Johnson
INSTRUCTOR

Jail
LOCATION

NAME: Phil L. Taylor

DIVISION: Jail

SSN: 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    SEX—MALE: M  FEMALE: ____    DOB: 10/11/64

HOME ADDRESS: 4628 28th St
CITY: Gulfport, Ms.
ZIP CODE: 39501

TELEPHONE: 865-0447
HOME: 865-0447
OFFICE:

IN CASE OF EMERGENCY:
TELEPHONE NUMBER: 865-0447

Phil S. Taylor
OFFICERS SIGNATURE

7-13-94
DATE

INSTRUCTOR COMMENTS:

CLASS HOURS 2.0    TEST SCORE: PRE_____ POST_____

CERTIFIED AREA:

INSTRUCTOR SIGNATURE

YES
(PASS

NO
FAIL)

DATE 7/13/94

RECORDED    DATE:    BY:

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



PHIL L. TAYLOR

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN _____ ON THIS ____ DAY OF ____ 1994

### JOE PRICE
### SHERIFF

INSTRUCTOR                          ACADEMY DIRECTOR



SECTION: One
SET: Three
CHAPTER(S): 1, 2, 3, 4, 5, 6

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*
601-865-7060
601-865-7095

PROPERTY SHEET

HARRISON COUNTY SHERIFF'S DEPARTMENT

DEPUTY: *Phil Taylor*
<u>Print</u>

DIVISION: *Jail*



MISCELLANEOUS

1. *1- 1000 Series Jail General Orders PC*
2. *1- NSA Manual · 92-06*
3. *1- NSA Test Manual  ID-4288*
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

*Phil L. Taylor*
SIGNATURE OF RECEIVING DEPUTY

DATE *8/9/94*

DIVISION REP: _____

DATE *8/9/94*

*46 28 28th st.*
*Gulfport, Ms.*
*39501*

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

YOUR PROGRAM IDENTIFICATION NO: **JD-**4288

## PERSONAL HISTORY INFORMATION

Please Print or Type.

STUDENT NAME ___Phil L. Taylor___          PHONE: (601) 896-3000

HOME ADDRESS: 4628 28th Street

CITY: Gulfport          STATE  MS          ZIP: 39501

EMPLOYER (AGENCY/SCHOOL): Harrison County Sheriff's Department

TITLE AND NAME OF DEPARTMENT HEAD: Sheriff Joe Price
  (Sheriff, Warden, Commissioner of Corrections, Jail Administrator, etc.)

EMPLOYER'S ADDRESS: P.O. Box 1480

CITY: Gulfport          STATE:  MS          ZIP: 39502 -

COUNTY: Harrison                    PHONE (601) 865-4595

JOB POSITION AND/OR TITLE (YOURS): Deputy Sheriff/Correctional Officer

Supervisor
Signature: _____          DATE: 10/14/94

*Deputy Phil Taylor in training for E.R. 10/14/94 RM*

SECTION 1
CHAPTER(S) 1, 2, 3, 4, 5, 6
SET Three

NATIONAL SHERIFFS' ASSOCIATION

JAIL OFFICER'S CORRESPONDENCE TRAINING COURSE

EXAMINATION ANSWER SHEET

STUDENT NAME: Taylor          Phil          Len          JD-4288
(Last)              (First)              (Middle)          Student ID No.

DIRECTIONS: Carefully read each question and its answers. At the end of each chapter, carefully read each multiple choice question. When you decide which answer you feel is correct, enter your answer on the answer sheet by blackening the corresponding space with a soft lead pencil (#2 only). If you mistakenly circle the wrong answer or change your mind, be sure to erase your first mark completely.

SAMPLE QUESTION: 1. An appeal of a conviction argues:
a. The facts of the case.          b. Errors of law during trial.
c. Both a and b

1          A          ●          C          D          E

## Basic Issues

Chapter 1          Chapter 2          Chapter 3

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI, GULF PARK
## LAW ENFORCEMENT TRAINING ACADEMY

### IN SERVICE TRAINING RECORD

Fingerprinting - Jail
**CLASS**

October 12,1993
**DATE**

07:30 - 09:00
13:30 - 17:00
**HOURS OF TRAINING**

Investigator Joe Pevey
**INSTRUCTOR**

HCSD Adult Detention Center
**LOCATION**

NAME: Phil L. Taylor

DIVISION: Jail

SSN: 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    SEX-MALE: ✓  FEMALE: _____   DOB: 10-11-64

HOME ADDRESS: 4628 28th St.
CITY: Gulfport, Ms.
ZIP CODE: 39581

TELEPHONE: 865-0447
HOME: 865-0447
OFFICE: 896-3000

IN CASE OF EMERGENCY:    N/A
TELEPHONE NUMBER: 864-0446

Phil S. Taylor
**OFFICERS SIGNATURE**

October 12,1994
**DATE**

INSTRUCTOR COMMENTS: _____

CLASS HOURS ____1.5____    TEST SCORE: PRE_____ POST_____ 110

CERTIFIED AREA: _____

YES          NO
(PASS        FAIL)

October 12,1994

INSTRUCTOR SIGNATURE          **DATE**

RECORDED          DATE:          BY:

Phil L Taylor
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
10-12-94

1) Loop
2) Arch
3) Whorl
4) ~~Arch~~ 1 core
5) 1 delta
6) Your badge number
7) 2
8) Red
9) 1
10) None

11) 661

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# LAW ENFORCEMENT TRAINING ACADEMY

## THIS IS TO CERTIFY THAT



Phil L. Taylor

HAS ATTENDED _____ HOURS

OF INSTRUCTION IN: ___Fingerprinting & Photo___

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT
LAW ENFORCEMENT TRAINING ACADEMY

IN ___1994___ ON THIS ___12th___ DAY OF ___October___

**JOE PRICE**

**SHERIFF**

INSTRUCTOR                    ACADEMY DIRECTOR



CERTIFICATE OF

# Academic Excellence

THIS HONOR IS BESTOWED UPON

in recognition of academic excellence

PHIL .L. TAYLOR

for the period ___ NOVEMBER 28, ___ 19 88 ___ to ___ MARCH 3, ___ 19 89

at PROFESSIONAL CAREER CENTER this ___ 3RD. ___ day of ___ MARCH ___ 19 89

___ INSTRUCTOR

___ DIRECTOR



CERTIFICATE OF

# Perfect Attendance

THIS HONOR IS BESTOWED UPON

PHIL L. TAYLOR

in recognition of the perfect attendance record

for the period ——— NOVEMBER 28, ——— 19 88 to ——— MARCH 3, ——— 19 89

at PROFESSIONAL CAREER CENTER this ——— 3RD ——— day of ——— MARCH ——— 19 89

INSTRUCTOR

DIRECTOR



# Certificate
## of
# Achievement

_Phil Taylor_

_is presented this award of distinction for_

_outstanding performance and exceptional achievement in_

Law Enforcement Seminar

_This_ 3rd _day of_ March _,_ 1989 _._

_Signed_ _____ PSI Coordinator

T-601    © 1984 TREND enterprises, Inc. St. Paul, MN 55164                    Printed in U.S.A.



# Professional Career Centers

## This Certifies That

PHIL L. TAYLOR

has successfully completed the prescribed course of study in

PRIVATE SECURITY/INVESTIGATION

and is thereby awarded this

## Diploma

as a mark of knowledge

and in recognition of this accomplishment.



_Glenn Roland_
President

MARCH 3, 1989
Date



Director

METAIRIE, LA
City          State



This Certifies That

PHIL TAYLOR

has satisfactorily completed the program course of instruction for

FIREARMS

of _____ 8 _____ hours

and is hereby awarded this diploma from the

PROFESSIONAL SECURITY TRAINING, INC.

presented on the _____ 17th _____ day of February 19 _____ 89

_____
Director of Training



# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** *Sheriff*

601-865-7060
601-865-7095





M E M O R A N D U M

TO:  DEPUTY PHIL TAYLOR

FROM:  SHERIFF JOE PRICE

DATE:  DECEMBER 1, 1994

re:  REQUEST TO ATTEND CORRECTIONAL OFFICER TRAINING – HARRISON COUNTY
SHERIFF'S TRAINING ACADEMY – NOVEMBER 28 THROUGH DECEMBER 9, 1994



Be advised that I have received the above captioned and wish to thank you
for your commitment to furthering your education in law enforcement.

Therefore, your request will be placed on file and given consideration
for your attendance at the second Correctional Officer Training class.

JOE PRICE
SHERIFF
HARRISON COUNTY, MISSISSIPPI

JP/nk

cc:  Administrative Master File
Personnel File
Captain Rick Gaston
Captain Bruce Carver
Captain Donald Keith
Lieutenant Rupert Lacy

*Until the NSA course is completed this will be placed on hold*

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*

601-865-7060
601-865-7095

**SPECIAL ORDER NUMBER:** 96-116

**DATE:** NOVEMBER 26, 1996

**INDEX AS:** SPECIALIZED TRAINING

---

**SUBJECT:** HARRISON COUNTY SHERIFF'S CORRECTIONAL TRAINING ACADEMY
MONDAY, DECEMBER 2 - 13, 1996 - COUNTY JAIL SHIFT BRIEFING ROOM
8:00 AM

**TO:** SERGEANT RITA LADEHOFF, SERGEANT PHIL TAYLOR,
DEPUTY ANTHONY KELLY, DEPUTY DONALD MALONE,
DEPUTY MICKEY DILL, DEPUTY PAULINE BLACKWELL,
DEPUTY TOMMY DEAN, DEPUTY JAMES HIGHTON,
DEPUTY WADE DOMINEY, DEPUTY MARK MCGOWAN, DEPUTY KEN MASSEY

Be advised that you are to attend the above captioned.  You shall report to Lieutenant Rupert Lacy as indicated above.  It is understood that Captain Harmon will have all work assignments covered.

This Order effective December 2, 1996.

*Joe Price*

JOE PRICE
SHERIFF
HARRISON COUNTY, MISSISSIPPI

JP/nk

cc: Administrative Master File x1
     Personnel File x10
     Major E.R. Cook
     Captain Ray Harmon
     Captain Bruce Carver
     Captain Donald Keith
     Lieutenant Rupert Lacy
     Lieutenant Dean Weatherford
     Sergeant Murray Alexander
     Sergeant Chuck Mink
     Communications

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT











### JOE PRICE, *Sheriff*
601-865-7060
601-865-7095

**SPECIAL ORDER NUMBER:** 97-43

DATE: MARCH 17, 1997

INDEX AS: SPECIALIZED TRAINING

---

SUBJECT: PRESSURE POINT CONTROL TACTICS SELF DEFENSE INSTRUCTOR
    SCHOOL - HARRISON COUNTY SHERIFF'S TRAINING ACADEMY
    MARCH 31 - APRIL 4, 1997

TO:  SERGEANT MARIE MAXWELL
   SERGEANT PHIL TAYLOR
   DEPUTY STEVE SOLMON
   DEPUTY KEVIN BRIGNAC

Be advised that you are to attend the above captioned. You shall report to Captain Donald Keith for training schedule. Captain Keith shall submit invoice for training manuals to Deputy Fran Palmer. It is understood that there is no cost for this instruction.

This Order effective March 31, 1997.

**JOE PRICE**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

JP/nk

Attachment

cc: Administrative Master File x1
  Personnel File x4
  Major E.R. Cook
  Captain Ray Harmon
  Captain Bruce Carver
  Captain Roy Leslie
  Captain Donald Keith
  Lieutenant Dean Weatherford
  Deputy Fran Palmer
  Communications

**P.O. BOX 1480**
**GULFPORT, MISSISSIPPI 39502**

# HARRISON COUNTY SHERIFF'S DEPARTMENT



### JOE PRICE, *Sheriff*
601-865-7060
601-865-7095

**SPECIAL ORDER NUMBER:** 97-43 **AMENDED 03-27-97 PER CAPTAIN KEITH; THIS CLASS IS CANCELLED.**

DATE: MARCH 17, 1997

INDEX AS: SPECIALIZED TRAINING

SUBJECT:    PRESSURE POINT CONTROL TACTICS SELF DEFENSE INSTRUCTOR SCHOOL - HARRISON COUNTY SHERIFF'S TRAINING ACADEMY MARCH 31 - APRIL 4, 1997

TO:    SERGEANT MARIE MAXWELL
SERGEANT PHIL TAYLOR
DEPUTY STEVE SOLMON
DEPUTY KEVIN BRIGNAC

Be advised that you are to attend the above captioned. You shall report to Captain Donald Keith for training schedule. Captain Keith shall submit invoice for training manuals to Deputy Fran Palmer. It is understood that there is no cost for this instruction.

This Order effective March 31, 1997.

JOE PRICE
SHERIFF
**HARRISON COUNTY, MISSISSIPPI**

JP/nk

Attachment

cc: Administrative Master File x1
    Personnel File x4
    Major E.R. Cook
    Captain Ray Harmon
    Captain Bruce Carver
    Captain Roy Leslie
    Captain Donald Keith
    Lieutenant Dean Weatherford
    Deputy Fran Palmer
    Communications

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502



DEPARTMENT OF PUBLIC SAFETY
BOARD ON LAW ENFORCEMENT OFFICER
# STANDARDS & TRAINING

## LAW ENFORCEMENT APPLICATION FOR CERTIFICATION

READ THE INSTRUCTIONS ON THE BACK OF THIS PAGE

### PART I PERSONAL INFORMATION

In accordance with the Law Enforcement Officers Training Program (LEOTP) MCA § 45-6-1 et al. Warning: MCA § 97-7-10 Fraudulent Statements and Representations - provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to $10,000.00 and a jail sentence of up to five (5) years. Further, the LEOTP authorizes the Board in § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

1. Name: _PHIL L TAYLOR_
   Give Full Name - First Middle Last
2. SSN: _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_

3. Date of Hire: _7 / 9 /94_   4. Date of Birth: _10 / 11 /8A_   5. Title/Rank: _SERGEANT_

6. Department: _HARRISON COUNTY SHERIFFS DEPT_   7. Telephone: _865-7060_

8. Dept.'s Address: _P.O. Box 1480_                          _GILLPORT MS 39503_
   Post Office Box or Street                                City & Zip Code

9. Has the applicant ever been certified under the LEOTP? No ( ✓ ) Yes ( )  Certificate Number _____
                                    Number of
10. Education, Years Completed _12_ Degree(s) _____

11. Employment Record  List all employment. Begin with your most previous employment and work back. Use an additional 8.5 x 11 sheet of paper if necessary.

| Agency/Department | Position | City/State | | Month | Day | Year |
|---|---|---|---|---|---|---|
| BABERS LEASING | ACCOUNTS MANAGER | BILOXI, MS | From: | | | 1993 |
| | | | To: | | | 1994 |
| DNP INC. | AC MECHANICS ASSISTANT | BILOXI, MS | From: | | | 1990 |
| | | | To: | | | 1993 |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |

12. Training Record  List all completed law enforcement training consisting of eighty (80) hours or more. Include copies of certificates of completion. Use an additional 8.5 x 11 sheet of paper if necessary.

| Name of Course | Location | Course Length | | Month | Day | Year |
|---|---|---|---|---|---|---|
| 80 HOUR CORRECTIONAL ACAD | HC JAIL | 80 HOURS | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | | | |
| | | | From: | | | |
| | | | To: | F | | |

C:\OFFICE\WPWIN\WPDOCS\REGSTV&PLSB\MANUALEDITION.96

401 North West Street, 8th Floor
Post Office Box 23039
Jackson, Mississippi 39225-3039

# INSTRUCTIONS

Complete Parts I, II and III of the "Application for Certification" form for each newly hired full-time law enforcement officer, and return it to the Board on Law Enforcement Officer Standards and Training (BLEOST) within thirty days of the officer's date of hire. Parts I, II and III are to be completed for all newly hired officers who have yet to be BLEOST certified or who have transferred from an out-of-state agency. If the newly hired officer is transferring from a law enforcement agency within this state and has been certified by the BLEOST, only Parts II and III need to be completed and sent in with a Change in Status form.

### Type or print in ink when completing this form.

## Part I

1. Record the applicant's full name and social security number, the employing agency/department and the agency's mailing address and telephone number.

2. Enter the applicant's date of hire as a full-time law enforcement officer, the applicant's date of birth and the current position or rank held by the applicant.

3. Indicate whether or not the applicant has ever been certified under the Law Enforcement Officers Training Program (LEOTP) by checking "yes" or "no" in the space provided. If the answer is yes, enter the applicant's certificate number.

4. State the number of years of education completed by the applicant and any degrees earned (including GED, high school diploma, etc.).

5. List all past employment that has been held by the applicant, beginning with the applicant's most previous employment and working back. Include the name of the employer, the position held, the city and state where employed, and the dates of said employment.

6. List all law enforcement training consisting of eighty (80) hours or more that has been successfully completed by the applicant. Include copies of the certificates of completion and any other documentation available, such as a course curriculum.

## Part II

7. This portion of the form must be completed by the applicant. Any of the questions, items one (1) through nine (9), that are answered *"yes"* must be explained to the Board. The explanation must be typed or printed in ink, signed and dated by the applicant and include all related court documents. All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses, excluding alcohol and drug related offenses, where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months. **The applicant must sign and date the "Application for Certification" form, Part II, before a notary public.**

## Part III

8. This part of the application must be completed by the head of the agency/department or someone with authority to sign in his or her name. If the agency head delegates this authority to a designee, then there must be a letter on file, at this office, stating the name and rank/position of said designee. This letter will have to be authorized by the head of the agency. Each procedure must be initialed by the agency head or the authorized designee to indicate completion of said procedure. Enter N/A, in the space provided, if the procedure is not applicable to the officer in question. **The "Application for Certification" form, Part III, must be signed and dated before a notary public by the agency head or someone with authority to sign in his/her name.**

PART II   APPL     IT'S BACKGROUND INVES     TION REVIEW

**To be completed by the applicant.**

Warning: MCA § 97-7-10 Fraudulent Statements and Representations provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to ten thousand dollars ($10,000) and a jail sentence of up to five (5) years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

Any of the following questions, one (1) through nine (9) of Part II of the **"Application for Certification"** form, that are answered *"yes"* must be explained to the Board. *The explanation must be typed or printed in ink, signed and dated by the applicant and include all related court documents.* All crimes must be reported, to include alcohol and drug related offenses. The only exceptions to this requirement are traffic offenses, excluding alcohol and drug related offenses, where the fine is less than one hundred dollars ($100.00) and where the applicant has had fewer than four (4) traffic offenses within the preceding twenty-four (24) months.

1. Have you ever been a defendant in a court martial, Article 15, Captain's Mast or other nonjudicial punishment?                                                                                    Yes  (No)

2. Has a judgement ever been issued against you?                                               Yes  (No)

3. Have you ever declared bankruptcy?                                                          Yes  (No)

4. Have you ever been arrested for or charged with a crime?                                    Yes  (No)

5. Have you ever been found guilty of a crime or pled guilty or no contest to a crime?         Yes  (No)

6. Have you ever been refused a surety bond or turned down for employment that required a surety bond?                                                                                           Yes  (No)

7. Have you ever been involuntarily terminated from employment? **Or** Have you resigned to prevent immediate termination, or while there was either an ongoing investigation into your activities or at the conclusion of any such investigation?                                                  Yes  (No)

8. Have you ever been addicted to or hospitalized for the use of alcohol or drugs?             Yes  (No)

9. Have you ever had a certificate, license or privilege removed, revoked, suspended, or voluntarily relinquished the same under state, federal or other laws?                                      Yes  (No)

I, _Phil S. Taylor_____, (print name) do hereby swear and affirm that I am a citizen of the United States, by birth or naturalization, that I have never been convicted of a felony or a misdemeanor involving moral turpitude, that I have a valid high school diploma or its equivalent, that my discharge (if any) from the Armed Forces was under honorable conditions, that I am of good moral character, *that I have provided my employer with a full explanation (without any omissions) of each and every "yes" answer to the above questions, one (1) through nine (9) of Part II of the "Application for Certification" form, and that these explanations (if any) are attached to this form,* that I am at least twenty-one (21) years old, that I have read and do hereby confirm that all of the information contained in this application is correct, and that all other information I furnish in conjunction with my application is true and correct.

_Phil S. Taylor_____
Applicant's Signature

SWORN AND SUBSCRIBED BEFORE ME THIS THE _17_ OF _March_, 19_97_.

Notary Public _____

Notary's Seal

OFFICE\WPWIN\WPDOCS\BLEG.STUFA\PLS\MANUAL\EDITION.96

**PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE**

401 North West Street, 8th Floor
Post Office Box 23039
Jackson, Mississippi 39225-3039

## PART III AGENCY BACKGROUND INVESTIGATION REVIEW

### To be completed by the agency head or authorized signee.

**Warning:** MCA § 97-7-10 Fraudulent Statements and Representations provides for severe penalties for misrepresentations or fraudulent statements to a Board. This statute authorizes a fine of up to ten thousand dollars ($10,000) and a jail sentence of up to five (5) years. Further, the Law Enforcement Officers Training Program authorizes the Board in MCA § 45-6-11 (6) to cancel and recall any certificate obtained through misrepresentation or fraud.

The agency head or authorized signee must initial the procedures, listed below, that have been completed on the applicant named in this form. Enter N/A, in the space provided, if the procedure is not applicable to the officer in question (e.g., reviewing military discharge forms on an applicant who has not served in the military).

*M.T.B.* 1. A personnel file on the applicant has been created and is being maintained at this agency. The file includes a release of information form or a letter, either must be signed by the applicant, giving permission to release information contained in the file, and copies of all the documents referenced below, in items two (2) through seven (7) of Part III of the **"Application for Certification"** form. This file will be maintained as long as the applicant is employed with this agency, and the file will be made available to the BLEOST upon receipt of a written request.

*M.B.* 2. A complete background investigation on the applicant has been performed, has been reviewed by me and a copy of the background investigation is included in the applicant's personnel file.

*M.B.* 3. The applicant's fingerprints have been submitted to both the Federal Bureau of Investigation and the Criminal Investigation Bureau of the Mississippi Highway Safety Patrol as a part of the background investigation and a copy of the FBI report will be included in the applicant's personnel file.

*N/A* 4. The applicant's official Certificate of Release or Discharge From Active Duty (DD Form 214) has been reviewed by me and a copy is included in the applicant's personnel file.

*M.B.* 5. The applicant's official documentation certifying successful completion of high school or completion of the General Educational Development (GED) Testing Program has been reviewed by me and a copy is included in the applicant's personnel file.

*M.B.* 6. I have reviewed appropriate official documents certifying the applicant's age and citizenship and copies of said documents are included in the applicant's personnel file.

*M.B.* 7. The applicant has completed a medical examination by a licensed physician and the results have been reviewed by me. A copy of said examination is included in the applicant's personnel file.

I, the undersigned agency head or designee, do hereby swear or affirm that I or individuals under my supervision have made a thorough background investigation of this applicant, including the answers to questions one (1) through nine (9) in Part II of this form and the written explanations for those answers. I certify that all the procedures in Part III, one (1) through seven (7), that are applicable to the officer in question have been completed, that to the best of my knowledge the applicant is physically qualified to perform duties as a law enforcement officer, that the applicant is at least twenty-one (21) years of age, that I have contacted each of the applicant's past employers where applicable or available, that I am satisfied that the applicant is of good moral character, that the applicant has never been convicted of a felony or of a misdemeanor involving moral turpitude, and that the applicant is a law enforcement officer as defined in MCA § 45-6-3.

_M.T. _____                  CAPTAIN M.T. BRISOLARA
Agency Head's or Authorized Designee's Signature        1801 23rd AVENUE
                                        P.O. BOX 1480
_Capt._____                  GULFPORT, MS 39502
Title

SWORN AND SUBSCRIBED BEFORE ME THIS THE  20  OF  April , 19 98 .

Notary Public  Evelyn Marie Logan

My Commission Expires 9-_____

Notary's Seal

# HARRISON COUNTY SHERIFF'S DEPARTMENT



### JOE PRICE, *Sheriff*
228-865-7060
228-865-7095

**SPECIAL ORDER NUMBER:**  98-90

DATE:     SEPTEMBER 14, 1998

INDEX AS:  SPECIALIZED TRAINING

SUBJECT:  FIRST AID/CPR INSTRUCTOR SCHOOL – AMERICAN RED CROSS, DEBUYS
ROAD, GULFPORT, SEPTEMBER 22-24, 1998, 8:00 A.M. EACH DAY

TO:     INVESTIGATOR JOE PEVEY
DEPUTY RAY POLK
DEPUTY PHIL TAYLOR
DEPUTY ANTHONY KELLY
DEPUTY ALAN GREEN

I am in receipt of and approve the above captioned.  You are to arrange to attend this training on the
above dates and time.  Should you have any questions, contact Major E.R. Cook at the Academy.

This Order effective September 14, 1998.

JOE PRICE
SHERIFF
**HARRISON COUNTY, MISSISSIPPI**

JP/ml

Attachment

cc:  Administrative Master File
Personnel File
Major E.R. Cook
Captain Melvin Brisolara
Shift Captains x 3

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### JOE PRICE, *Sheriff*
228-865-7060
228-865-7095





**SPECIAL ORDER NUMBER:** 98-93

DATE:    SEPTEMBER 22, 1998

INDEX AS:  SPECIALIZED TRAINING



SUBJECT:  PPCT DEFENSIVE TACTICS INSTRUCTOR CERTIFICATION
HATTIESBURG, MS. NOVEMBER 2-6, 1998

TO:    DEPUTY RAY POLK
DEPUTY CHAD SABLICH
SGT. PHIL TAYLOR
SGT. ANTHONY KELLY

I am in receipt of and approve the above captioned.  This office has secured your registration and you are authorized to use your Sheriff's issued vehicle for travel to and from Hattiesburg.

This Order effective November 2, 1998.

JOE PRICE
SHERIFF
**HARRISON COUNTY, MISSISSIPPI**

JP/ml

cc:  Administrative Master File
Major E.R. Cook
Captain Melvin Brisolara

**P.O. BOX 1480**
**GULFPORT, MISSISSIPPI 39502**

# HARRISON COUNTY SHERIFF'S DEPARTMENT





**JOE PRICE,** *Sheriff*
601-865-7060
601-865-7095

**8PECIAL ORDER NUMBER: 99-115**

DATE:    APRIL 9, 1999

INDEX AS:  SPECIALIZED TRAINING

SUBJECT:    LAW ENFORCEMENT DECISION MAKING – ASK QUESTION FIRST
SHOOT LATER – APRIL 15, 1999 – 12:00 P.M. TO 4:00 P.M.

TO:    LIEUTENANT PHIL TAYLOR
DEPUTY DIANE EDRINGTON
DEPUT JACKIE NEELEY

I am in receipt of and approve the above captioned.   This seminar will be held at the Holiday
Inn Airport, Highway 49 South in Gulfport.  You are to report at 11:30 a.m. for registration.

This order effective April 15, 1999.

BY: Deputy Marie Lopori

**JOE PRICE**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

JP/ml

cc:  Administrative Master File
Personnel File
Major Melvin Brisolara
Nurse Renee Garapic

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** *Sheriff*
228-865-7060
228-865-7095




**SPECIAL ORDER NUMBER:** 99-210

**DATE:** SEPTEMBER 24, 1999

**INDEX AS:** SPECIALIZED TRAINING



**SUBJECT:** HIDTA 'CRIMINAL STREET GANGS' COURSE –
NOVEMBER 08-10, 1999 – BATON ROUGE, LOUISIANA

**TO:** 
DEPUTY TERRY O'MAR
DEPUTY SHAWN PERRONE



Be advised that I am in receipt of and approve the above captioned. There is no enrollment or registration fee for this course. The course will be held November 08-10, 1999, 8:30 a.m. to 5:00 p.m., at the Louisiana State Police Training Academy, 7901 Independence Drive, Baton Rouge, Louisiana.

Motel accommodations have been secured at the Quality Inn Suites, 9138 Blue Bonnet, Baton Rouge, Louisiana. Check-in will be November 07, 1999; check-out will be November 10, 1999. Confirmation number for Lt. Taylor will be 102015; confirmation number for Deputies O'Mar and Perrone will be 102016.

You are authorized to use a departmental vehicle to Baton Rouge, Lousiana, and will need to contact Lt. Jim Randall for per diem and gas credit card.

This Order effective November 08, 1999.

JOE PRICE
SHERIFF

JP/wr

cc:    Administrative Master File          Captain Roy Leslie
                                            Warden Bill Haden
       Major Melvin Brisolara              Lt. Jim Randall

P.O. BOX 1480

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*

228-865-7060
228-865-7095

**SPECIAL ORDER NUMBER: 99-242**

**DATE:**    OCTOBER 22, 1999

**INDEX AS:**   SPECIALIZED TRAINING



**SUBJECT:**   O. C. AEROSOL SPRAY CERTIFICATION COURSE – OCTOBER 29, 1999 – MGCCC APPLIED TECHNOLOGY CENTER

**TO:**    LT. PHIL TAYLOR

Be advised that I have received and approve the above captioned. By copy of this Order, Deputy Fran Palmer will secure the registration/tuition fee. This course will be held October 29, 1999, 8:00 a.m. to 4:00 p.m., at the MGCCC Applied Technology Center, Gulfport, MS.

This Order effective October 22, 1999.

**JOE PRICE**
**SHERIFF**

JP/wr

cc:    Administrative Master File

Major Melvin Brisolara
Warden Bill Haden
Lt. Robert Weatherford
Lt. Michael McCaleb

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE,** *Sheriff*

228-865-7060
228-865-7095

## M E M O R A N D U M

### December 7, 1999



TO:        LT. PHIL TAYLOR

FROM:      SHERIFF JOE PRICE

RE:        INSTRUCTOR FOR
           PPCT CLASSES ON DECEMBER 20TH AND 21ST

I have received and approve of your request for permission to teach the above captioned classes.

*Joe Price Jr.*

JOE PRICE
SHERIFF

JP/sr

Administrative File
Personnel File
Lt. Michael McCaleb

P.O. BOX 1480



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

**SPECIAL ORDER NUMBER: 00-282**

DATE:  August 22, 2000

INDEX AS:  SPECIAL TRAINING ASSIGNMENT

SUBJECT:  FRONTLINE SUPERVISORY TRAINING IN SEXUAL HARASSMENT ISSUES

TO:     ~~CAPT. PHIL TAYLOR~~          INV. LT. RON PULLEN
        LT. WINDY SWETMAN              LT. TONY SAURO
        LT. RITA LADEHOFF              LT. ANTHONY KELLY
        LT. GEORGE ALLEN               LT. DAVID DUBOIS

I am in receipt of and approve the above captioned training.  Your registration has been
secured and Fran Palmer will handle your registration costs. The class is being held at
USM Gulf Coast, 730 East Beach Blvd., Long Beach, MS, November 16, 2000 beginning
at 9:30 am until 12:00 pm.

This Order is effective November 16, 2000.

George H. Payne, Jr.
Sheriff

GHP/ds

Cc:  Major Cook
     Major Riley
     Capt. Calvanese
     Fran Palmer
     Continuing Education
     ~~File~~



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

**SPECIAL ORDER NUMBER: 00-392**

DATE: October 30, 2000

INDEX AS: SPECIAL TRAINING ASSIGNMENT

SUBJECT:    FIRST LINE SUPERVISION, LEADERSHIP, AND MANAGEMENT
SKILLS

TO:    SGT. PAUL GRIFFIN
SGT. DARWIN MCMAHAN
SGT. MIKE BLACKWELL
~~CAPT. PHIL TAYLOR~~
LT. MURRAY ALEXANDER
LT. MARK MCGOWIN

Each of you have been scheduled to attend the above reference training, November 20
–22, 2000 at the Holiday Inn, 2400 Beach Blvd, Biloxi.  Your will need to report at 8:00
am each day until 5:00 pm.

This Order effective November 20, 2000.

George H. Payne, Jr.
Sheriff

GHP/ds

Cc:    Major Cook
Major Riley
Lt. Bissonnette
Fran Palmer
~~File~~



*George H. Payne, Jr.*
Sheriff

# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

**SPECIAL ORDER: # 01-024**

DATE: JANUARY 19, 2001

INDEX AS:  SPECIAL TRAINING ASSIGNMENT

SUBJECT:  ETHICS & HUMAN RELATIONS FOR SUPERVISORS TRAINING

TO:  CAPT. RUPERT LACY
    LT. MURRAY ALEXANDER
    LT. RITA LADEHOFF
    LT. GEORGE ALLEN
    LT. GREGORY GARSTKA
    SGT. DAMON REESE
    SGT. BARBARA PARKER
    SGT. SHAWN PERRONE
    SGT. RONALD MCNAIR

~~CAPT. PHIL TAYLOR~~
LT. MARK MCGOWIN
LT. DEAN WEATHERFORD
LT. ANTHONY KELLY
SGT. WILLIAM DRESCHSEL
SGT. ALVIN KING
SGT. FRED STEUBE
SGT. BOBBY MCLEMORE

Each of you has been scheduled to attend the above reference training, February 2, 2001 at the Adult Detention Center.  The hours of training will be 0900-1100 hours.

This Order effective February 2, 2001.

GEORGE H. PAYNE, JR
SHERIFF

GHP/ds

Cc:  Major Riley
    Major Cook
    Chief Gaston
    Deputy Waldrop
    ~~Personnel File~~



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
Sheriff

Post Office Box 1480
Gulfport, Mississippi 39502

SPECIAL ORDER NUMBER:  01-235

DATE:  JUNE 15, 2001

INDEX AS:  SPECIAL TRAINING ASSIGNMENT

SUBJECT:  METAL-TEC 1400

TO:    ~~CAPT. PHIL TAYLOR~~
       SGT. WILLIAM DRECHSEL
       SGT. ALVIN KING
       SGT. KENNETH ROGERS
       DEPUTY SEAN O'NEILL

You have been scheduled to attend the above reference training, July 12, 2001 at the Mississippi Law Enforcement Training Academy in Pearl, MS. The training is scheduled to begin at 10:00 am until 12:00 pm.

This Order effective July 12, 2001.

George H. Payne, Jr.
Sheriff

GHP:DGR/ds

Cc:  Major Cook
     Major Allen
     Chief Gaston
     Inv. Krieger
     ~~Personnel File~~