# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 09-26-04, I ___*Karl Stolze*___ RECEIVED a 15-MINUTE BLOCK
<span style="padding-left:2em;"></span>PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Gifts and Favors;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

___*Karl S. 251*___
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# GENERAL ORDERS

ON 9-24-04, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON GENERAL ORDER #59: USE OF THE REAR SALLY PORT CONTROL AREA;
DURING THE 1500-2300 HOUR SHIFT BRIEFING

_Karl Stolze 251_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-20-04_, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Juvenile Inmates**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_Karl St 251_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# GENERAL ORDERS

ON _9-18-09_, I ___Kane Spours___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON GENERAL ORDER #27: **NEWS MEDIA**, DURING THE 1500-2300 HOUR SHIFT
BRIEFING

_251_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-17-04 I ___*Karl Stolze*___ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Communication: Internal & External;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.



_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-13-04    *KARL STOLZE*    RECEIVED a 15-MINUTE BLOCK
             PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SPECIAL NEEDS INMATES**; DURING THE 1500-
2300 HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-12-04, _KARL STOLZE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Emergency Hurricane Procedure;** DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

_____ 251

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-11-04_, I ___Karl Stolze___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SEARCH**; DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.


_Karl St  251_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-10-04_, I ____Karl Stolze____ RECEIVED a 15-MINUTE BLOCK
                                    PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **USE OF FORCE;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_____ _251_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, __9-9-04¹__ _____KARL STOLZE_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **INMATE UNIFORM AND HYGIENE ISSUANCE;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____ 251
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *9-1-04*, I  *Karl Stolze*  RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  HURRICANE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

*251*

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _8-26th_    _KARL STOLZE_ _____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  SEARCHING; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.



_251_
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

### Harrison County Sheriff's Department
### The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## KARL STOLZE

*has successfully completed training in*

## DEFENSIVE TACTICS

*This the 20th day of August, 2004*

_Julian Allen, Ph.D., Major, HCSD_
Director, SRPSI

_Kenneth Rogers, Sgt. HCSD_
Instructor

© 1998 GCES 3910
All Rights Reserved

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _How Not to Be a Hostage_

ON _15th July_ 20 _04_ AND RECEIVED _4.00_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____KARL STOLZE_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED ___OC SPRAY RECERTIFICATION___

ON __24TH JUNE__ 20 _04_ AND RECEIVED __1.0__

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: ___R H LACY___
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_____Karl Stolze_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Sexual Harassment_

ON _May 13th_ 20 _04_ AND RECEIVED _3.00 hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Sgt April Kruge_

NAME OF CERTIFYING INDIVIDUAL: _April Kergon_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _First Aid / CPR_

ON _April 15_ 20 _04_ AND RECEIVED _3.00 Hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _[signature]_

NAME OF CERTIFYING INDIVIDUAL: _[signature]_
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/24/04, I _____*Karl Stolze*_____ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON, THE B - BLOCK FLOOR OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.


_____ 251
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR


SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/22/04, I _____Karl Stolze_____ RECEIVED a 15-MINUTE BLOCK
　　　　　　　　　　　PRINT NAME
TRAINING ON, THE A - BLOCK FLOOR OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.


_____ 251
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/21/04, I _____*Kirk Stout*_____ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON, THE A - BLOCK CONTROL OFFICER POST ORDERS, DURING THE 2300-0700
HOUR SHIFTS BRIEFING.


_____*signature* 251_____
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/17/04, I ___ *KARL STOLZE* ___ RECEIVED A 15-MINUTE BLOCK
                                        PRINT NAME
TRAINING, ON ACA STANDARD SEXUAL HARASSMENT, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING

_____ 251

DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/16/04, I ___Karl Stolze___ RECEIVED A 15-MINUTE BLOCK
                        PRINT NAME
TRAINING, ON ACA STANDARD PERSONNEL SELECTION AND RETENTION, DURING THE
2300-0700 HOUR SHIFTS BRIEFING

___Karl St 251___
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/15/04, I ___Karl Stolze___ RECEIVED A 15-MINUTE BLOCK
                                     PRINT NAME
TRAINING, ON ACA STANDARD AFFIRMATIVE ACTION PLAN, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/14/04, I _____*Karl Stolze*_____ RECEIVED A 15-MINUTE BLOCK
PRINT NAME
TRAINING, ON ACA STANDARD REVIEWING OF STAFFING REQUIREMENTS, DURING THE
2300-0700 HOUR SHIFTS BRIEFING

_____*(signature)* 251_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/10/04, I ___*Karl Stolze*___ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON, THE CORRECTIONAL OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.


___*signature* 251___
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. ROGERS #161
SHIFT SUPERVISORS/INSTRUCTOR


SGT. WOULLARD #265
SHIFT SUPERVISOR/INSTRUCTOR


SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/09/04, I____*Kane Stolze*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON, THE BOOKING OFFICER POST, DURING THE 2300-0700 HOUR SHIFTS
BRIEFING.



____*Kae St* 251_____
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. ROGERS #161
SHIFT SUPERVISORS/INSTRUCTOR

SGT. WOULLARD #265
SHIFT SUPERVISOR/INSTRUCTOR


SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On 02/14/04, I ___KARL STOLZE   251___ Received a 15 MINUTE BLOCK
OF TRAINING <u>Discipline Procedure</u> DURING THE 2200-0800 SHIFT BRIEFING.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Signing_

ON _Feb 5th_ 20 _04_ AND RECEIVED _4.00 Hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Shelley Mason_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Person / Cell Search Training_

ON _November 4 2003_ AND RECEIVED _1 Hr 15 min_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Karl St_

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# Shift Training

On _____10-19-03_____, I _____KARL STOLZE_____ received a 15 minute

Print Name

block of training on **Employees & the Inmate Culture**, during the

_____224S - 0700_____ shift briefing.

_____ 251

Officers Signature & Badge Number

**Memorandum Receipt**

Date: _011905_

_JERRED NECHISE_ received a copy of the memo generated by
(Print Name)

Captain Taylor's Office titled **Inmate Armbands** dated January 17, 2005.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: __10 3104__

I __JERRED NECAISE__ received a copy of the memo generated by
   (Print Name)

Captain Taylor's office titled **Inmate Worker Yard Call** dated October 26, 2004.

Officers Signature: _____ Badge # __221__

## Memorandum Receipt

Date: _IO 21 O4_

I _JERRED NECAISE_ received a copy of the memo generated by
          (Print Name)

Captain Taylor's office titled **Securing Cell Doors** dated October 19, 2004.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: 10-21-04

I _JERRED NECAISE_ received a copy of the memo generated by

(Print Name)

Captain Taylor's office titled **<u>Return of Food Carts</u>** dated October 19, 2004.

Officers Signature: _____ Badge # 221

# Memorandum Receipt

Date: _10 13 04_

I _JERRED NECAISE_ received a copy of General Order #51
          (Print Name)

titled **Computers, Data Entry, and Internet Use**.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _10 2104_

I ___JERRED NECAISE___ received a copy of the memo generated by
    (Print Name)

Captain Taylor's office titled **Escorting of Inmates** dated October 19, 2004.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _10 21 04_

I _JERROD NECAISE_ received a copy of the memo generated by
      (Print Name)

Captain Taylor's office titled **Inmate Worker Privileges** dated October 19, 2004.

Officers Signature: _____ Badge # _281_

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *058904*, I ___*JERRED NECAISE*___ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Juvenile Inmates**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285