# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, <u>09-26-04</u>, I _____*Karl Stolze*_____ RECEIVED a 15-MINUTE BLOCK
              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Gifts and Favors**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# GENERAL ORDERS

ON 9-24-04, I _____Karl Stolze_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON GENERAL ORDER #59: USE OF THE REAR SALLY PORT CONTROL AREA;
DURING THE 1500-2300 HOUR SHIFT BRIEFING

_____251_____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON, _9-20-04_, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Juvenile Inmates**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_Karl St 251_

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# GENERAL ORDERS

ON _9-18-09_, I ___Kane Sprouse___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON GENERAL ORDER #27: **NEWS MEDIA**, DURING THE 1500-2300 HOUR SHIFT
BRIEFING

_____ 251
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

---

ON, 9-17-04 1 _____*Karl Stolze*_____ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Communication: Internal & External;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.


_____

DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-13-04_   _KARL STOLZE_   RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SPECIAL NEEDS INMATES;** DURING THE 1500-
2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-12-04, _KARL STOLZE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Emergency Hurricane Procedure**; DURING
THE 1500-2300 HOUR SHIFTS BRIEFING.

_____ 251 _____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-11-04_, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SEARCH**; DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.


_Karl St____ 251_
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-10-04_, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **USE OF FORCE;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_Karl St 251_

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, **9-9-04**1 _____KARL STOLZE_____ RECEIVED a 15-MINUTE BLOCK
                           PRINT NAME
TRAINING ON POLICY AND PROCEDURES; INMATE UNIFORM AND HYGIENE ISSUANCE;
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.



_____
            DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _9-1-04_, I _Karl Stolze_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  HURRICANE PROCEDURES; DURING THE 2300/0700 HOUR SHIFTS BRIEFING.

_KLSt 251_

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _8-26th_      _KARL STOLZE_      RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  SEARCHING; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_K S 251_

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## KARL STOLZE

*has successfully completed training in*

## DEFENSIVE TACTICS

*This the 20th day of August, 2004*

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Kenneth Rogers, Sgt., HCSD
Instructor

©1998 GCES 3910
All Rights Reserved

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____Karl Stolze_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED _____How Not to Be a Hostage_____

ON _____15TH July_____ 20 04 AND RECEIVED _____4.00_____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____KARL STOLZE_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED ___OC Spray Recertification___

ON __24TH June__ 20 _04_ AND RECEIVED __1.0__

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: __R H Lacy__
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_____Karl   Stolze_____ ATTENDED A TRAINING CLASS
      (NAME)

TITLED __Sexual   Harassment_____

ON ___May 13th_____ 20_04_ AND RECEIVED __3.00 hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: __Sgt April Kruse_____

NAME OF CERTIFYING INDIVIDUAL: __APRIL KREGON____
                                     (PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _First Aid / CPR_

ON _April 15_ 20 _04_ AND RECEIVED _3.00 hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _[signature]_

NAME OF CERTIFYING INDIVIDUAL: _[signature]_
(PRINT)

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/24/04, I ___*Karl Stolze*___ RECEIVED a 15-MINUTE BLOCK
          PRINT NAME
TRAINING ON, THE B - BLOCK FLOOR OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.


_____ 251 _____
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR


SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/22/04, I _____Karl Stolze_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON, THE A - BLOCK FLOOR OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.


_____ 251 _____
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/21/04, I ___Kirk Stoltz___ RECEIVED a 15-MINUTE BLOCK
_PRINT NAME_
TRAINING ON, THE A - BLOCK CONTROL OFFICER POST ORDERS, DURING THE 2300-0700
HOUR SHIFTS BRIEFING.


_____ 251
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. BOBBY McLEMORE #236
SHIFT SUPERVISOR / INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR / INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/17/04, I ___*Karl Stolze*___ RECEIVED A 15-MINUTE BLOCK
                          PRINT NAME
TRAINING, ON ACA STANDARD SEXUAL HARASSMENT, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING

_____*Karl St 251*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/16/04, I _____Karl Stolze_____ RECEIVED A 15-MINUTE BLOCK
                        PRINT NAME
TRAINING, ON ACA STANDARD PERSONNEL SELECTION AND RETENTION, DURING THE
2300-0700 HOUR SHIFTS BRIEFING

_____ 251 _____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/15/04, I _____*Karl Stolze*_____ RECEIVED A 15-MINUTE BLOCK
PRINT NAME
TRAINING, ON ACA STANDARD AFFIRMATIVE ACTION PLAN, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING

_____*Karl St 251*_____
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/14/04, I _____*Karl Stolze*_____ RECEIVED A 15-MINUTE BLOCK

PRINT NAME

TRAINING, ON ACA STANDARD REVIEWING OF STAFFING REQUIREMENTS, DURING THE
2300-0700 HOUR SHIFTS BRIEFING

_____*Karl St* 251_____

DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WOULLARD #265
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/10/04, I ___KARL  STOLZE___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON, THE CORRECTIONAL OFFICER POST ORDERS, DURING THE 2300-0700 HOUR
SHIFTS BRIEFING.

___KL St 251___
DEPUTY SIGNATURE AND BADGE NUMBER

SGT. ROGERS #161
SHIFT SUPERVISORS/INSTRUCTOR

SGT. WOULLARD #265
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/09/04, I _____*Karl Stolze*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON, THE BOOKING OFFICER POST, DURING THE 2300-0700 HOUR SHIFTS
BRIEFING.


_____

DEPUTY SIGNATURE AND BADGE NUMBER


SGT. ROGERS #161
SHIFT SUPERVISORS/INSTRUCTOR

SGT. WOULLARD #265
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On 02/14/04, I _Karl Stolze  251_ Received a 15 MINUTE BLOCK
OF TRAINING Discipline Procedure DURING THE 2200-0800 SHIFT BRIEFING.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Signing_

ON _Feb 5th_ 20 _04_ AND RECEIVED _4.00 Hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Shelley Mason_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Karl Stolze_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Person / Cell Search Training_

ON _November 4_ 20_03_ AND RECEIVED _1 HR 15 MIN_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Karl St___

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# Shift Training

On ___10-19-03___, I ___KARL STOLZE___ received a 15 minute
                              Print Name

block of training on **Employees & the Inmate Culture**, during the

___2245 - 0700___ shift briefing.


_____ 251

Officers Signature & Badge Number

## Memorandum Receipt

Date: _011905_

_JERRED NECAISE_ received a copy of the memo generated by
(Print Name)

Captain Taylor's Office titled **Inmate Armbands** dated January 17, 2005.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _10 31 04_

I _JERRED NECAISE_ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **Inmate Worker Yard Call** dated October 26, 2004.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _102104_

I _JERRED NECAISE_ received a copy of the memo generated by
       (Print Name)

Captain Taylor's office titled **Securing Cell Doors** dated October 19, 2004.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: 10 21 04

I _JERRED NECAISE_ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **Return of Food Carts** dated October 19, 2004**.**

Officers Signature: _____ Badge # 221

# Memorandum Receipt

Date: _10 13 04_

I _JERRED NECAISE_ received a copy of General Order #51
(Print Name)

titled **Computers, Data Entry, and Internet Use**.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _10 21 04_

I ___JERRED NECAISE___ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **<u>Escorting of Inmates</u>** dated October 19, 2004.

Officers Signature: _____ Badge # _221_

# Memorandum Receipt

Date: _10 2104_

I _JERRED NECAISE_ received a copy of the memo generated by
(Print Name)

Captain Taylor's office titled **<u>Inmate Worker Privileges</u>** dated October 19, 2004.

Officers Signature: _____ Badge # _281_

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _058904_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Juvenile Inmates**; DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285