# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *05/21/04*, I _*JERRED WELCH*_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SECURITY SUPERVISION OF HOLDING CELLS;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *051504*, I ___*JERRED  NECAISE*___ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **Inmate Housing and Observation**; DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *050304*, I ___*JERRED NELAIGE*___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; INTER-OFFICE MEMO DATED: JANUARY 22, 2002;
**CARRYING OF UNAUTHORIZED BAGS;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *050304*, I _____*JERRED NECAISO*_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **GENERAL RULES OF CONDUCT**; DURING THE
1500-2300 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _05 03 08_     _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                            PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **FORCED CELL MOVES;** DURING THE 1500-2300
HOUR SHIFTS BRIEFING.

_____ #231
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285

# Memorandum Receipt

Date: _04  30  04_

I _JERRED  NECAISE_____ received a copy of the memo generated by
    (Print Name)

Captain Taylor's office titled **Searching of inmates** dated March 31, 2004**.**

Officers Signature:_____ Badge #_221_

# Memorandum Receipt

Date: _04 30 04_____

I _JERRED NECHISE_____ received a copy of the memo generated by
    (Print Name)

Captain Taylor's office titled **Damaged/destroyed wristbands** dated April 7, 2004**.**

Officers Signature:_____ Badge # _221_

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *043004*, I *JERRED NECAISE* RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; INTER-OFFICE MEMO DATED: NOVEMBER 15,
2002; **ALLOWED ITEMS;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

## Harrison County Sheriff's Department
### The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## Jerred Necaise

*has successfully completed the*

## BASIC CORRECTIONAL OFFICER'S TRAINING
## (80 HOURS)

*This the 21st day of June, 2002*

Parker Lacy, Captain, HCSD

Julian Allen, Major, HCSD
Director, SRPSI

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

## Professional Certificate

TO

### JERRED M. NECAISE

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No. _____ D-01390

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE



Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## JERRED NECAISE

*has successfully completed*

## DEFENSIVE TACTICS

*This the 19th day of June, 2002*

Marie Maxwell
Sgt. Marie Maxwell, HCSD
*Instructor*

Julian Allen
Julian Allen, Major, HCSD
*Director, SRPSI*

LITHO. IN U.S.A.

© 1998 GOEB P
All Rights Reserved



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

This is to certify that

JERRED NECAISE

has successfully completed

OLEORESIN CAPSICUM "O.C." SPRAY
(3 Hour Certification)

This the 21st day of June, 2002

Captain Robert Lack, Instructor, HCSD

Julian Allen, Major, HCSD
Director, SRPSI



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE



Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## Jerred Necaise

*has successfully completed the*

## BASIC CORRECTIONAL OFFICER'S TRAINING
### (80 HOURS)

*This the* 21st *day of* June , 2002

Rupert Lacy, Captain, HCSD

Julian Allen, Major, HCSD
Director, SRPSI

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

JERRED M. NECAISE

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No. D-01390

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## JERRED NECAISE

*has successfully completed*

### DEFENSIVE TACTICS

*This the 12th day of June, 2002*

Julian Allen, Major, HCSD
Director, SRPSI

Marie Maxwell
Sgt. Marie Maxwell, HCSD
Instructor

LITHO. IN U.S.A.

© 1998 GOES P
All Rights Reserved

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

## Harrison County Sheriff's Department
## The University of Southern Mississippi-Gulf Coast

*This is to certify that*

# JERRED NECAISE

*has successfully completed*

## OLEORESIN CAPSICUM "O.C." SPRAY
### (3 Hour Certification)

*This the 21st day of June, 2002*

Captain Robert Lash, Instructor, HCSD

Julian Allen, Major, HCSD
Director, SRPSI

## ACKNOWLEDGEMENT RECEIPT

I, _JERRED NECAISE_, have this date received the following
    (print full name)

document(s) from _SGT. Thomas #285_ :
                  (officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☑ Revised Booking Officer Post Orders

_____
(Officer Signature)

_03/25/04_
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 3/15/04, I _Jerred Nease_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON GENERAL ORDER #5 - LEAVE: PERSONAL & MEDICAL, DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____221_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. BOBBY MCLEMORE #236
SGT. EARNEST THOMAS #285

## ACKNOWLEDGEMENT RECEIPT

I, _JERRED NECAISE 221_ , have this date received the following
(print full name)

document(s) from _Sgt. Thomas #285_ :
(officer / supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☑ Booking In Process Checklist


_(signature)_ #221
(Officer Signature)

_03/11/04_
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

## ACKNOWLEDGEMENT RECEIPT

I, _JERRED NECAISE,_ have this date received the following
(print full name)

document(s) from _SGT_ / _____ :
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

_____
(Officer Signature)

_02/15/04_____
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

## ACKNOWLEDGEMENT RECEIPT

I, _NECAISE , JORRED_ , have this date received the following
(print full name)

document(s) from _LT  DuBoIS_ :
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Property Receipt Procedures

_____ 221
(Officer Signature)

_2 - 3 - 4_
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1/02/04, I   _JERRED NECAISE_   RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON General Order #1 Code of Ethics, DURING THE  1445-2400 HOUR SHIFTS
BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

## ACKNOWLEDGEMENT RECEIPT

I, _NECAISE, JERROD #221_, have this date received the following
<span>(print full name)</span>

document(s) from _LT Dubois_ :
<span>(officer/supervisor)</span>

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☑ Booking Guidelines

_____ 221
(Officer Signature)

_12-9-3_
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

Office: (228) 865-7092      Fax: (228) 865-7071      Dispatch: (228) 865-7060



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

---

### ACKNOWLEDGEMENT RECEIPT

I, ___JERRED NECAISU___, have this date received the following
　　　　　　(print full name)

document(s) from ___LT Dubois___:
　　　　　　　　　　(officer/supervisor)


☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☐ Administrative Leave Letter

✓ BOOKING GUIDELINES


_____
(Officer Signature)


___120403___
(Date)


cc: Major Riley
　　 Captain Taylor
　　 Personnel File

---

Office: (228) 865-7092　　　　Fax: (228) 865-7071　　　　Dispatch: (228) 865-7060

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 05-22-2002, I  *JERRED NECAISE*                    RECEIVED A 10 MINUTE BLOCK
PRINT NAME

OF TRAINING ON **RIOTS AND DISTURBANCES**, DURING THE 1445-1500 HR SHIFT
BRIEFING.


_____ #221
DEPUTY SIGNATURE  AND BADGE NUMBER


FTO. KENT                                    LT. A KELLY
SHIFT SUPERVISOR                             WATCH COMMANDER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 05-16-2002, I ___JERRED NECABE___ RECEIVED A 10 MINUTE BLOCK
PRINT NAME
OF TRAINING ON **USE OF FORCE**, DURING THE 1445-1500 HR SHIFT BRIEFING.


_(signature)_ # 291
DEPUTY SIGNATURE  AND BADGE NUMBER


SGT. DRECHSEL                          LT. A KELLY
SHIFT SUPERVISOR                       WATCH COMMANDER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 04-23-2002, I, _JERRED NECAISE_ RECEIVED A 10 MINUTE BLOCK

PRINT NAME

OF TRAINING ON **CHAIN OF COMMAND**, DURING THE 1445-1500 HR SHIFT BRIEFING.


_(signature)_ 221

DEPUTY SIGNATURE  AND BADGE NUMBER


SGT. DRECHSEL
SHIFT SUPERVISOR

LT. A KELLY
WATCH COMMANDER

## Harrison County Adult Detention Facility
## George Payne, Sheriff

I   _JERRED NECAISE_____   have been advised and
received a copy of the HCADC policy and procedures on the **Code Of
Ethics**. This was conducted During Shift Briefing on April 21,2002.

Name: _____ Badge # __221__ Date: _4-21-02_



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

November 7, 2001

TO:         All Employees

FROM:       Sandy Rickets

RE:         General Orders

The new and revised General Orders has been printed and are now available for distribution.

They will be available in D warehouse, please pick up your copies as soon as possible.

**HARRISON COUNTY SHERIFF'S DEPARTMENT – POLICY &PROCEDURE**
**(GENERAL RULES OF CONDUCT)**


GENERAL RULES OF CONDUCT ISSUED TO          *Jerred Necaise*
                                                                    Print Name


                                                                    *Signature*


DATE RULES OF CONDUCT ISSUED          *08/07/01*



This information on Rules of Conduct is issued to you as an officer of the Harrison County Adult Detention Facility.



                                              Major Dianne Gatson-Riley
                                                 Director of Corrections

**HARRISON COUNTY SHERIFF'S DEPARTMENT – POLICY & PROCEDURE
(ACA STANDARDS)**

ACA STANDARDS MANUAL ISSUED TO          *NECAISE , JERRED*
                                              Print Name

                                              *Signature* 2?1

DATE ACA STANDARDS MANUAL ISSUED          6/5/02

This information on ACA Standards is issued to you as an officer of the Harrison County
Adult Detention Facility.

                                    Major Dianne Gatson-Riley
                                    Director of Corrections

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _111004_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  EVACUATION PLAN; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _110304_ _JERRED NECHISE_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  HUNGER STRIKES; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 110404, I _Jerred Necaise_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _110608_ _Jerred Nechuo_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE, USE OF FORCE; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228