# SHIFT TRAINING

# ACA STANDARDS

ON 11-30-2004_____, I  *JERROD NELKISE*_____ RECEIVED a 15-
MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **Chain of Command;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *11 25 04*/ _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE, SEARCHES; DURING THE 2300/0700 HOUR SHIFTS
BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 14, 2004, I _____*JEXROD NECAISE*_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Custody Inquires, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Nathan Ellsberry #154
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 21, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Uniform And Personal Appearance, During The 2300-0700 Hour Shift Briefing.

_____

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Nathan Ellsberry #154
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

ON, _12.10.04_ (_Ferred Nethise_) RECEIVED a 15-MINUTE BLOCK
                                PRINT NAME
TRAINING ON ACA STANDARDS; **DENTAL SERVICES;** DURING THE 1500-2300 HOUR SHIFTS
BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON _120704/1_ ___JORRED NECHISE___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **AFFIRMATIVE ACTION PLAN** ; DURING THE 1500-2300
HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

## ACA STANDARDS

ON _12080h_ _TERRED NOCHESS_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON ACA STANDARDS; **SEXUAL HARASSMENT;** DURING THE 1500-2300 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON. *12-09-04* *JERROD NECAISE* RECEIVED a 15-MINUTE BLOCK
PRINT NAME

TRAINING ON ACA STANDARDS; **EMERGENCY POWER AND COMMUNICATIONS;**
DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# ACA STANDARDS

ON 12-3-2004_____, I _*Jerred Necaise*_ _____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURES; Uniform and Personal APPEARANCE DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 11 24 04, I _JERROD NEVAISE_ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON POLICY AND PROCEDURE, ON TELEPHONE USAGE; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. DEDRI CALDWELL #152

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 20, 2004, I ___JERRED NECAISE___ received a 15-Minute Block Training From policy And Procedure Directive on General Library Services, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# ACA STANDARDS

ON, 11-29-2004_____, I, _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURES; **HOUSEKEEPING;** DURING THE 1500-2300 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On November 19, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From policy And Procedure Directive on Deposits, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _111704_, I _JEFFREY NECAISE_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE, INMATE RIGHTS, DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. NATHAN ELLSBERRY #154

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON. _11 11 04_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, Natural Disasters; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *111304*, *JERRED NECHISE*____ RECEIVED a 15-MINUTE BLOCK
                          PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  FORCED CELL MOVES; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.


_____
        DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #157
SGT. NATHAN ELLSBERRY #154

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _063004_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                     PRINT NAME
TRAINING ON POLICY AND PROCEDURE, EMERGENCY NOTIFICATION PROTOCOL;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On November 7, 2004, I _JERRED NETHINS_ received a 15-Minute Block Training From The Policy And Procedure Directive On The Smoking Policy, During The 2300-0700 Hour Shift Briefing.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102204_  _JERROD NECAISE_ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

On October 31, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Riots And Disturbances Procedure, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102804_ _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
        **PRINT NAME**
TRAINING ON POLICY AND PROCEDURE, INMATE DEATHS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10290X_ _JERRED NECHISE_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____ 221
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 17, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Fire And Evacuation Procedure, During The 2300-0700 Hour Shift Briefing.

_(signature)_ 231

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 15, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From policy And Procedure Directive on Escape, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Leslie Mathis #228
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _102404_, I _JERRED NEWISE_ _____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  EMERGENCY KEYS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 12, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive Emergency Hurricane Procedure, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING


## POLICY AND PROCEDURE DIRECTIVE


On October 7, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive From Emergency Plans On General Emergency And Adverse Job Action Plan, During The 2300-0700 Hour Shift Briefing.


DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 990804, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON EVIDENCE COLLECTION PROTOCOL ;DURING THE 2300/0700 HOUR SHIFTS
BRIEFING.


_____ 221
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _090104_, _JERRED NECHISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  HURRICANE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 6, 2004, I _JERRED NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On General Rules of Conduct Procedures, During The 2300-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _090409_  _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  CLASSIFICATIONS; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _08 27 04_   _JERRED NECAISE_____   RECEIVED a 15-MINUTE BLOCK
                 PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  INMATE CUSTODY RECORDS; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On July 26, 2004, I _JERRED NECAISE_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Personnel Records, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 093004, I _____JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE,  SUICIDE WATCH; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 2, 2004, I _JERRED NECASE_ received a 15-Minute Block Training From Inter-Office Memo on Wearing of shank vests, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## INTER-OFFICE MEMO

On October 6, 2004, I _JERRED NECAISE_____ received a 15-Minute Block Training On An Inter-Office Memo On Wearing Of Shank Vest, During The 2300-0700 Hour Shift Briefing.

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor