# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 20, 2004, I _____JERRED NECAISE_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Security Supervision Of Holding Cells, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _0922_, I _JERRED NELMS_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.


DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 19, 2004, I _____JERRED NECAISE_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Inmate Population Sheet, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 12, 2004, I _JERROD NECAISE_ received a 15-Minute Block Training From The Policy And Procedure Directive On Counts, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _09110/_1 _JERRED NECAIGE_____ RECEIVED a 15-MINUTE BLOCK
                              PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES: DURING THE
2300/0700 HOUR SHIFTS BRIEFING.



_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _081904_, I ___JERRED NECAISE___ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CUSTODY INQUIRIES; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08 21 07_, _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON CORRECTIONS MEMO , PRE-TIRAL RELEASE FORMS; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _08 2004_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                           PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  PERSONAL PROPERTY INVENTORY; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *032304*, I _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER.

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _0925_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, BOMB THREAT; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *Corrections Division*

## POLICY SIGNATURE SHEET

I, ___Jerred Nelaise___ have received a copy of the

following updated policy & procedure:

### ORGANIZATION CHART

As supervisor, I will assure employees assigned to my command are taught the correct procedure and abide by it. Those employees found to be in violation after having been taught, will be counseled and a narrative written and forwarded to the Security Captain.   Repeated violations will results in disciplinary actions.

_____    _____
**Officer's Name**                                 **Date issued**

_____    _____
**Supervisor's Signature**                        **Date**

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _102304_ _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, INMATE WORKER GUIDELINES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On October 24, 2004, I ___*JERRED NECAISE*___ received a 15-Minute Block Training From The Policy And Procedure Directive On Escape Procedure, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _10230_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE, EMERGENCY NOTIFICATION PROTOCOL;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _102004_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, NATURAL DISASTER PLANS, DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _093004_, I _____JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
_____PRINT NAME_____
TRAINING ON POLICY AND PROCEDURE, SUICIDE WATCH; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _049304_, I _JERRED NECAISE_____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE, RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON *0922*, I _____*JERRED NEUMAN*_____ RECEIVED a 15-MINUTE BLOCK

PRINT NAME

TRAINING ON POLICY AND PROCEDURE, SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.

_____

DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, *091104* *JERREDNECAISE* _____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, CRIME SCENE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _090104_, _JERRED NELMISE_____ RECEIVED a 15-MINUTE BLOCK

                                   PRINT NAME

TRAINING ON POLICY AND PROCEDURE, HURRICANE PROCEDURES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
                    DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _08 27 04_ _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURE, INMATE CUSTODY RECORDS; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. DEDRI CALDWELL #314
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _082104_, I _JERRED NECAISE_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON CORRECTIONS MEMO , PRE-TIRAL RELEASE FORMS; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Donald Necaise_      ATTENDED A TRAINING CLASS
    (NAME)

TITLED _Report Writing_

ON _July 21_    20 _04_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Donald Necaise_

NAME OF CERTIFYING INDIVIDUAL: _____
                                   (PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_JERRED NECAISE_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _SEXUAL HARASSMENT_

ON _13 MAY_ 20_04_ AND RECEIVED _03_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Sgt April Krueger_

NAME OF CERTIFYING INDIVIDUAL: _APRA KREEGON_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _PPCT_

ON _3/18_ 20_04_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Kennoll Rogers_
(PRINT)

**ACKNOWLEDGEMENT RECEIPT**

I, JERRED NECAISE, have this date received the following
(print full name)

document(s) from SGT / :
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

[signature]
(Officer Signature)

02/15/04
(Date)

cc: Major Riley
Captain Taylor
Personnel File

Certificate No. _____ D-01390

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

## JERRED M. NECAISE

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

*Jerred Necaise*

*has successfully completed the*

## BASIC CORRECTIONAL OFFICER'S TRAINING
### (80 HOURS)

*This the 21st day of June, 2002*



Ralph Lola, Captain, HCSD

Julius Allen, Major, HCSD
Director, SRPSI

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_JERRED NECAISE_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _C.E.R.T. BASIC TRU OUT_

ON _AUG 1_ 20_02_ AND RECEIVED _5 HRS._

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _R H Gacy_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred NeCaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED:  <u>MECHANICAL ADVANTAGE CONTROL HOLD 3   M.A.C.H. 3</u>

ON  <u>2 July 26, 2002</u>  AND RECEIVED  <u>10</u> .

TRAINING CREDIT HOUR (S) / <u>MINUTE (S).</u>

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Norma Gates_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred   NeCaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED: MECHANICAL ADVANTAGE CONTROL HOLD 1, M.A.C.H. 1

ON ~~2 July 26, 2002~~ 25 Jun 02 AND RECEIVED ___10___ .

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _NormA   GATES_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Jerred Necaise 221_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Control Force_

ON _July 23_ 20_02_ AND RECEIVED _2 Hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____ 221

NAME OF CERTIFYING INDIVIDUAL: _FTO Waillard_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Jerred Nechaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Stress Management_

ON _05 / 30_ 20 _02_ AND RECEIVED _1 hour_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _[signature]_

NAME OF CERTIFYING INDIVIDUAL: _Rupert H. Lacy_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

Jerred Necaise _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED ACA Program Audit _____

ON May 9 _____ 20 02 AND RECEIVED 15 _____

TRAINING CREDIT ~~HOUR~~ (S) / MINUTE (S)

CERTIFIED SIGNATURE: Norma Gates, Deputy

NAME OF CERTIFYING INDIVIDUAL: Norma J. Gates
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Jerred Necaise_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Corrections Emergency Policy_

ON _May 3_ 20_02_ AND RECEIVED _1.5_

TRAINING CREDIT HOUR (S) / ~~MINUTE~~ (S).

CERTIFIED SIGNATURE: _Norma Gates_

NAME OF CERTIFYING INDIVIDUAL: _NORMA GATES_
(PRINT)

Name _Necaise, Jerred   221_

Date _10-22-01_

# SUDDEN CUSTODY DEATH SYNDROME
# EXAM

1.  List 3 terms, conditions, that can cause SUDDEN CUSTODY DEATH.

    1. _Cocaine_ 2. _Excited Delirium_

    3. _Positional Restraint Asphyxia_ 4. _Psychosis_

2.  List 8 of the Identifiable Symptoms and Behavioral Patterns listed that may warn you of a potential Sudden Custody Death Syndrome susceptible subject.

    1. _violent behavior_ 2. _PARANOIA_

    3. _violence toward others_ 4. _Dialated Pupils_

    5. _violence toward objects_ 6. _sudden excesive strength_

    7. _incoherant_ 8. _self inflicted injuries_

3.  Impact weapons and pain compliance techniques usually work on these subjects.

    _____ True       X   False

4.  You should try to take these types of subjects down immediately when you encounter them, one on one.

    _____ True       X   False

5.  What restraint position should you never use to secure a violent prisoner?

    _"Hog tying"_

6.  What position should you get a subject into as quickly as possible after restraint?

    _sitting_

# 80 HOUR CORRECTIONAL TRAINING

STUDENT'S NAME _JERRED NECAISE_

STUDENT'S
AGENCY _HCSD_                                    DATE _____

1. _____ Administrative (7.25 hours)

2. _____ The Origin of the American Jail (1 hour)

3. _____ Legal Rights & Responsibilities (2 hours)

4. _____ Litigation Procedures (1 hour)

5. _____ Written Communication (1 hour)

6. _____ Interpersonal Communication Skills (1 hour)

7. _____ Dealing with Stress (1 hour)

8. _____ Basic Jail Security Principles (1.25 hours)

9. _____ Booking & Admissions (1 hour)

10. _____ Classification of Inmates (1.5 hours)

11. _____ Disciplinary Procedures (1.5 hours)

12. _____ Contraband Control (1.75 hours)

13. _____ Key & Tool Control (1 hour)

14. _____ Patrol Procedures (1.75 hours)

15. _____ Escort of Inmates (1 hour)

16. _____ Hostage Incidents (1 hour)

17. _____ Defensive Tactics (28 hours)

18. _____ Release Procedure (1.25 hours)



# Harrison County ~~~~~~
# Department Training Division

Post Office Box 1480
Gulfport, Mississippi 39502
(228) 896-0601

Re~

# EQUIPMENT RECEIPT

**Student Information**

| | |
|---|---|
| Name | *NEUASE, JERRED* |
| Agency | *HCSD* |
| Phone | *(228) 539-3841*   Badge # *221*   Rank *DEPUTY* |
| Department/Supervisor Phone # | |

| | |
|---|---|
| Date Out | *06-10-02* |
| Date Due In | |
| Date In | *6/21/02* |
| Received By | |

| Item | Description | Quantity | TOTAL |
|---|---|---|---|
| 1 | BROWN STUDENT - NATIONAL SHERIFFS' ASSOCIATION—~~~~ <br> JAIL OFFICER'S TRAINING MANUAL | 1 EACH | 1 EACH |
| | | Total Items | *Returned* |

**Signature**

○ Academy Property
○ Handouts (Return Any Extras)
● Training Department Equipment

*JERRED M.NEUASE*
(Print)

*Jerred M. Neuase*
(Signature)

**Equipment Return**
○ Good Condition
○ Poor Condition (Narrative Needed)

*EQUIPMENT ISSUED BY*
*CAPTAIN LACY*

Explanation

*By Signing this form I agree to reimburse H.C.S.D. the cost of my student handbook if it is lost or damaged. I also understand that my Department will be notified of any incidents involding H.C.S.D. property*