# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee _____ TEEL #239 _____    F.T.O. A.KELLY 181

Date _____ 09-18-04 _____                    Page 01 of 01

**Narrative:** **Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Rover officer. Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____
Trainee's Signature

_____
F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CENTRAL CONTROL**

Trainee _Teel_

FTO _Kelly 18_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Properly control and document access to secure areas, monitor staff/inmate movement in hallways, assist with sorting/documentation of U.S. mail when needed, and in a professional manner communicate telephonically by radio, and overhead speakers. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Enter central control and receive a briefing by the on duty central control operator. Read any/all information in regards to the pass-on book, memos, observation sheets. | | | | | | |
| 2) Ensure that all keys are logged in/out and accounted for prior to relieving the on duty officer.  All keys are to be stored in a secure manner, in their proper location/area. | | | | | | |
| 3) Ensure that all inmates are logged in/out accurately on the movement sheet, in coordination with the booking control officer.  Transcribe inmate names onto new form if necessary – double check the accuracy with the sending control room or area. | | | | | | |
| 4) Relieve the on duty central control officer and assume post for duty.  Do not allow anyone to enter your area unless a sergeant or above, or if cleared by S-1 or higher. | | | | | | |
| 5) Answer all incoming telephone calls with "Harrison County Sheriff's Department Corrections Division, Deputy _____ speaking, may I help you"?  Direct all calls properly in accordance with the facility rules and regulations.  Always be helpful. | | | | | | |
| 6) Monitor all movements within your view concerning court, staff, inmates, and visitors.  Be security/safety minded in regards to all activities that you observe.  Report all security/safety infractions to the on duty supervisor, via southern line or telephone. | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 |
| 7) Monitor and track the locations of contractors  working in coordination with the maintenance staff – keep S-1 informed of their work details/use of equipment. | | | | | | |
| 8) Coordinate any/all emergencies by use of radio, southern line, and telephone.  Also use the public address system for notification(s) or to direct staff. | | | | | | |
| 9) Be familiar with all emergency contact numbers for police, fire, rescue, dispatch, and employees.  Do not give out any telephone numbers unless cleared by S-1 or higher. | | | | | | |
| 10) Access secure doors from the central control panel in a safe and secure manner.  At all times monitor secure areas to see that they remain secure and clear of inmates. | | | | | | |
| 11) Show proficiency in handling multiple tasks in a safe, secure, efficient manner.  At times you may have to handle many tasks at the same time, especially during  a busy shift or emergencies. | | | | | | |
| 12) Demonstrate the proper  way  to log and sort the U.S. Mail – always be on the alert for any suspicious package(s).  If any concern immediately notify S-1 for assistance. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _____ (date)

FTO _Kelly N1_

Trainee _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

Trainee _____R. TEEL #329_____          **F.T.O.** _A. KELLY #181_

Date _____09-18-04_____          **Page 01 of 01**

**Narrative: Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer TeeL for the position of Central Control Room Officer. Officer TeeL successfully explained and demonstrated all tasks and performance objectives for this post. END OF REPORT.

_____          _____
Trainee's Signature          F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **MEDICAL WATCH**

Trainee _Tell_

FTO _F-TO    181_

| Performance Objective: following demonstration by the designated Field Trainer, the trainee will: Provide safety and security to inmates assigned to D/F by constantly monitoring and logging events. Properly document in the pass on book and any assigned observation forms as required. Contact medical staff through the control room if any inmate is in need of attention. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER D/F MEDICAL SECTION AND REVIEW ALL INFORMATION IN THE PASS-ON BOOK, POPULATION LAY-OUT, OBSERVATION SHEETS, VISITOR LOG, AND SIGN POST ORDERS. REVIEW LAST THREE(03) DAYS EVENTS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER, ASSUME D/F MEDICAL DUTIES. | | | | | | |
| 4) CONTINUALLY MAKE SAFETY/SECURITY CHECKS OF THE SECTION THROUGHOUT THE SHIFT TO ENSURE CARE, CUSTODY, AND CONTROL. | | | | | | |
| 5) DUE TO THE FACT OF D/F BEING A MEDICAL SECTION; ENSURE THAT SANITATION AND HYGIENE ARE HIGHLY MAINTAINED. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 6) MAINTAIN A GOOD PROFESSIONAL RAPOR WITH THE INMATES IN D/F TO ENSURE ALL INMATES ARE SAFE AND RECEIVING PROPER CARE. | | | | | | |
| 7) HANDLE ALL INMATE REQUESTS IN A TIMELY MANNER AND DIRECT THE ONES YOU CANNOT ANSWER TO THE PROPER AUTHORITIES. | | | | | | |
| 8) BE AWARE OF ALL SUICIDAL INMATES, AS TO THEIR MEAL INTAKE, HYGIENE, ATTITUDE AND BEHAVIOR. ALWAYS KEEP A VISUAL. | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 |
| 9) SPEAK WITH MEDICAL STAFF FREQUENTLY IN REGARDS TO ANY TYPE OF CONCERN(S) ABOUT AN INMATE. UTILIZE THE CONTROL ROOM OFFICER, S-1, OR THE NURSE ON THE BLOCK PASSING MEDICATIONS. | | | | | | |
| 10) PROPERLY AND THOROUGHLY BRIEF THE ONCOMING OFFICER TO D/F TO ENSURE THAT ALL WATCHES, OBSERVATIONS, AND UNUSUAL/ SERIOUS CONCERNS ARE BROUGHT TO NOTE. PROVIDE ALL CONCERNS. | | | | | | |
| 11) FULLY UNDERSTAND AND ACKNOWLEDGE THAT AT NO TIME WILL ANY OFFICER LEAVE D/F FOR ANY REASON UNLESS CLEARED BY THE DIRECTOR OF CORRECTIONS AND/OR THE SHERIFF – *IMPORTANT* | | | | | | |
| 12) MAINTAIN A HIGH STANDARD OF CLEANLINESS – BE REMINDED THAT D/F IS A MEDICAL UNIT AND THAT UNIVERSAL PRECAUTIONS MUST BE USED AT ALL TIMES: C.P.R. AND FIRST AID CERTIFICATION MANDATORY. | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

I certify that proficiency was demonstrated by the above trainee concerning this task on _____ (date)

FTO _____

Trainee _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

### Corrections Division

### Proficiency Certification Report

Trainee ___M. Teel #239___          F.T.O. ___A.KELLY #181___

Date _____9-18-04_____          Page 01 of 01

**Narrative: Give a brief description of training conducted today and outcome.**

Officer Teel has been assigned as Rover in the past. Officer Teel reads and signs the Post Orders in de-briefing.

It was explained that the Rover will assist any Officer requesting copies or in need of any other assistance and when possible, short term/temporary relief from post.

Officer Teel showed the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuffing all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates). Officer Teel showed how to properly check and verify that no inmates are together that are on the "NO CONTACT" list prior to any movement. It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved.

Officer Teel was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially. Officer Teel was reminded that while making security rounds, check all doors to ensure they are secured and check all passageways for cleanliness and safety conditions then report any discrepancies to the Shift Supervisor.

Officer Teel has performed Classification Moves and explained that names should be double checked and I.D. bands verified (if they were issued) prior to making any move. If moving an inmate from B-F to general population the Rover must determine if the inmate has a full County Issue (2 sets of uniforms, mattress, mattress cover, 2 sheets, pillow, pillow case, blanket, towel, toilet tissue, cup, spoon, soap, toothbrush, and tooth paste) and if not, stop by Booking while in route to assigned block to obtain missing items.

In addition to the above, Officer Teel was reminded that any orders or tasks received from the Shift Supervisor are also to be carried out.

F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Roving Officer. Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____          _____
Trainee's Signature                          F.T.O's Signature

# FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: Medical Rover

Trainee _Tell  329_

FTO _Kelly 181_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Provide safety and security in the medical ward. Control inmates in need of medical attention. The trainee will control access to and from the exam rooms and at times will escort inmates to and from the blocks. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| Maintain Security in Medical Department at all times. | | | | | | |
| Provide Security for Medical Staff. | | | | | | |
| Transport Inmates to and from Medical. | | | | | | |
| Notify Shift Supervisor of any Medical Emergency. | | | | | | |
| Never leave your duty post unless authorized by medical staff. | | | | | | |
| Maintain Security of Medical Equipment and Medication at all times. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Over all Security of Medical Department, doors secure and Inmates Restrained. | | | | | | |
| Make sure that no Inmate is left in Medical Department without Security. | | | | | | |
| Escort Medical Staff and provide Security during Medication Pass. | | | | | | |
| Properly Brief Officer relieving Medical Security. | | | | | | |
| Perform all Duties as assigned. | | | | | | |
| | 9-4-04 | 9-4-04 | 9-4-04 | 9-4-04 | 9-04-04 | 9-04-04 |
| I certify that proficiency was demonstrated by the above trainee concerning this task on_____ (date)<br>FTO _Kelly 181_<br>Trainee _Tell 329_ | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## Corrections Division

### Proficiency Certification Report

Trainee ___R. Teel #329___                    **F.T.O.** ___A. Kelly___

Date ___9-18-04___                             Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

    Officer Teel was given a copy of the Medical Rover Performance Checklist to read over. It was stressed that while assigned as Medical Rover, the Officer's main function is to provide security for the Medical Staff, Medical Department equipment and medications.  The Medical Rover will escort Medical Staff and provide security during Medication Pass.  At no time will an inmate and a Medical Staff member be left alone together.   In the event of a Medical Staff member needing to examine a female inmate, there must be a female Officer present.  At no time will an inmate be left in the Medical Department without an Officer being present, even if the inmate is secured in the Waiting Room.  All three doors to the Medical Department Waiting Room must be secured while inmates are present in Medical.

    The proper way to escort inmates to and from Medical and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates) was discussed.  Hand cuffs and daisy chain cuffs may be removed only after entering then securing the Medical Department Waiting Room door.

    F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Medical Roving Officer.  Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____                    _____
Trainee's Signature                                              F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: **Perimeter Rover**

Trainee _Tec] 329_

FTO _Kelly 181_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Conduct safety and security inspections of the perimeter. These areas include the fences, rooftops, parking lot, walkways, windows, doorways, and grassy areas. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Receive briefing from S-1 on any information that may concern the perimeter of the facility-such as risk inmates, construction areas, etc.. | | | | | | |
| 2) Report to central to advise that you are now 10-08 on perimeter, and sign the perimeter keys out until the end of shift. | | | | | | |
| 3) Do a complete perimeter check of the fences/gates and verify that all is in order. Report any questionable areas immediately to S-1. | | | | | | |
| 4) Do a complete roof check. Check for holes, all air vents, and make sure maintenance didn't leave any tools behind. | | | | | | |
| 5) A 30 minute activity watch will be conducted along with an outside security inspection checklist. | | | | | | |
| 6) Do a complete check of all perimeter lighting and locks. Report any problems of maintenance to central control. | | | | | | |
| 7) Do a complete check of inner perimeter. Check the windows make sure theirs no holes in them, and man hole covers. | | | | | | |
| 8) Report all security infractions to the S1 on duty. | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _____ (date)  FTO _Kelly 181_  Trainee _Tec]_ | AC | AC | AC | AC | AC | AC |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee ____R. Teel #329_____     **F.T.O.** __A.KELLY #181___

Date_____9-18-04_____     Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Teel has been assigned as Perimeter Officer in the past.  When questioned about the post Officer Teel advised F.T.O. Kelly that upon assuming Perimeter Officer duties he meets with the regular Perimeter Officer in the parking lot to get a briefing on any special events that may be happening.

Officer Teel explained how to conduct a Security Check of the Outer Perimeter Fence and lighting.  He pointed out what kind of discrepancies to look for, such as lights out, holes in or under the fence and to check all gates and locks and that while conducting an Inner Perimeter Fence Security Check to basically note the same type discrepancies as the Outer Perimeter Fence in addition to noting the locks on the sewer accesses and the condition of the sally port rocks and razor wire.  F.T.O. Kelly advised Officer Teel that while conducting an Inside Perimeter Security Check of all four blocks to walk approximately 10 to 15 feet away from the building.  F.T.O. Kelly explained that from such a vantage point he could properly check all cell windows for damage or signs of tampering and inmate movements within the cell without actually having to peer into each cell unnecessarily.  As with the Outer and Inner Perimeter Fence Security Checks, F.T.O. Kelly pointed out the discrepancies to look for. Officer Teel has safely conducted Roof Security Checks and was advised, for safety reasons, that when it is raining, lightning, and/or high winds roof checks are not to be conducted.

Officer Teel explained how to complete the Outside Security Inspection Checklist and the Outside Security Report after each security round and that it should read like a block log – log in start and stop times of each event (i.e. Outer Perimeter Fence Security Check, Inner Perimeter Fence Security Check, C/D Inside Perimeter, A/B Inside Perimeter, and Roof Security Check).

Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____          _____
Trainee's Signature                                               F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____  Trainee _Toe l 3g9_

Modular Title: **Booking Control**  FTO _Kelly 181_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information. The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door. Receive a briefing from the on-duty deputy regarding daily events. | | | | | | |
| 2)Sign post orders and assume the duties of booking control-controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility. Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor, | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized. Always check for identification on vehicle. | | | | | | |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | | | | | | |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | | | | | | |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | 9-4-04 | 9-4-04 | 9-4-04 | 9-04-04 | 9-04-04 | 9-04-04 |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on_____(date) FTO _Kelly 181_ Trainee_____ | | | | | | |

# HARRIS COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Proficiency Certification Report**

Trainee_____R. Teel #329_____        **F.T.O.**  A.KELLY #181

Date_____9-18-04_____                **Page** 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Booking Control Room Officer.  Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____          _____
Trainee's Signature                                              F.T.O's Signature

# FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CONTROL ROOM**

Trainee _____

FTO _____

Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services. Properly notate all activities relating to medical.

| | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | | | | | | |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | | | | | | |
| 3) EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5) UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 6) NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES). THIS CAN BE TIME APPROXIMATE. | | | | | | |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | 9-18-04 | |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | | | | | | |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | | | | | | |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY. DO NOT LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _____ (date)

FTO _____

Trainee _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee __Teel #329__                        F.T.O. __M. KELLY  #181__

Date_____9-18-04_____        Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

    F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Control Room Officer.  Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____                        _____
Trainee's Signature                        F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____    Trainee _Tec 1_

Modular Title: **FLOOR OFFICER**    FTO _Tetly 181_

| Performance Objective: Following demonstration by the designated Field Trainer the trainee will: Provide safety and security supervising all inmate activities within the block and sections. At all times be knowledgeable of inmate counts, requests and special requirements of the individual block assigned, to include recreation time. at all times monitor the safety of all staff and visitors to the block. Prepare inmates for transfer/receive arriving inmates. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER THE BLOCK AND REVIEW ALL PAPERWORK PERTAINING TO THE INMATES; PASS-ON BOOK, POPULATION, OBSERVATION SHEETS, POST ORDERS, AND VISITOR LOGS. REVIEW PAST THREE(03) DAYS. | | | | | | |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS; IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER, ASSUME FLOOR DUTIES. | | | | | | |
| 4) CONDUCT AN ACCURATE INVENTORY OF ALL RESTRAINTS PRESENTLY ASSIGNED TO THE BLOCK. DOCUMENT IF ACCOUNTED FOR OR MISSING. | | | | | | |
| 5) INITIATE SAFETY/SECURITY INSPECTIONS IN ALL SIX(06) SECTIONS OF THE BLOCK/YARD/VISITATION AREAS. CONTINUALLY CHECK DURING YOUR SHIFT, NOTING ANY DEFICIENCIES/WORK ORDERS. | | | | | | |
| 6) SERVE MEALS, ACCOUNT FOR ALL TRAYS ENTERING/EXITING BLOCK. NOTATE TIME IN, MENU, TIME OUT – NUMBER OF TRAYS IN/OUT. ALL TRAYS MUST BE ACCOUNTED FOR/HOLD TRAYS FOR INMATES OUT. | 9-18-09 | 9-18-09 | 9-18-09 | 9-18-09 | 9-18-09 | 9-18-09 |
| 7) PROVIDE SECURITY ESCORT FOR MEDICAL STAFF DURING MEDICATION PASS – ALSO IF INMATE IS INJURED/ILL. | | | | | | |
| 8) PROVIDE SECURITY FOR RECREATION/YARD CALL – SUPERVISE AND DOCUMENT THE SECTION AND AMOUNT OF INMATES PRESENT ON THE EXERCISE YARD LOG(ALSO IN THE PASS-ON BOOK). | | | | | | |
| 9) PROPERLY DEMONSTRATE PREPARING INMATE(S) FOR TRANSPORT OUT OF THE BLOCK(SEARCHING AND RESTRAINTS). PROPERLY NOTIFY ALL PARTIES INVOLVED(CONTROL ROOM, CENTRAL, ROVER). | | | | | | |
| 10) INVESTIGATE ANY RULE VIOLATIONS IN THE BLOCK; AND ANY/ALL BREACH OF SECURITY. DOCUMENT/NOTIFY ON DUTY SUPERVISOR. | | | | | | |
| 11) PROPERLY HANDLE/DIRECT ALL INMATE REQUESTS TO THE PROPER AUTHORITY. DEMONSTRATE HANDLING A BASIC INMATE REQUEST IN THE BLOCK. EXAMPLE: CLOTHING EXCHANGE, HYGIENE, ETC. | | | | | | |
| 12) PROPERLY BRIEF ALL ONCOMING OFFICERS OF BLOCK INFORMATION AND ANY SPECIAL CONCERNS. HAVE ALL INMATES READY FOR PROPER HEADCOUNT. ENSURE ALL MOVEMENT HAS STOPPED/TELEPHONES OFF. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _____(date)

FTO _Kelly 18_

Trainee _____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

Trainee _____ R. Teel #239 _____          **F.T.O.** _ A.Kelly  #181 _

Date _____ 9-18-04 _____                          Page 01 of 01

**Narrative: Give a brief description of training conducted today and outcome.**

F.T.O. Kelly carried out the proficiency test on Officer Teel for the position of Floor Officer.  Officer Teel successfully explained and demonstrated all tasks and performance objectives for this post.   END OF REPORT.

_____                    _____
Trainee's Signature                                  F.T.O's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT
## FIREARMS QUALIFICATION/RANGE TRAINING

DATE: _09-17-99_ TIME IN: _0933_ TIME OUT: _10:00_

LAST NAME _Teel_ (PLEASE PRINT) FIRST NAME _Ryan_ MI _M_

SSN _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_ PHONE _896 6853_ DIVISION _Jail_

ADDRESS _2380 Park Place_ CITY _Gulfport_ STATE/ZIP _MS 39507_

WEAPON MAKE _Glock_ MODEL _19_ CALIBER _9MM_

SERIAL NO. _AGL 663 US_ BARREL LENGTH _____ ISSUED ____ YES _✓_ NO

TYPE OF COURSE _____ 60 ROUND _✓_ 50 ROUND _____ 30 ROUND _____ TRAINING
225/300        190/250        112/150

QUALIFIED _____ YES _✓_ NO _183_ SCORE INSTRUCTORS INITIALS _SS_

REFIRE _✓_ YES _____ NO _235_ SCORE COMMENTS _____

_____ INSTRUCTORS INITIALS _CLS_

WEAPON INSPECTED _✓_ YES _____ NO COMMENTS _____

_____ BRASS RETURNED _✓_ YES _____ NO

RANGE SAFETY BRIEFING _✓_ YES _____ NO COMMENTS _____

_____

_____ INSTRUCTORS INITIALS _____

HARRISON COUNTY SHERIFF'S DEPARTMENT
FIREARMS QUALIFICATION/RANGE TRAINING

DATE: _12-27-01_ TIME IN: _1030_ TIME OUT: _1200_

LAST NAME _Teel_ FIRST NAME _Ryan_ MI _M_

SSN _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_ PHONE _831-9442_ DIVISION _Transport_

ADDRESS _600 Tandy Dr_ CITY _Gulfport_ STATE/ZIP _MS 39503_

WEAPON MAKE _Glock_ MODEL _17_ CALIBRE _9mm_

SERIAL NO. _DAR 134_ BARREL LENGTH _4 in_ ISSUED _____ YES _N_ NO

TYPE OF COURSE _____ 60 ROUND ~~44/50~~ 50 ROUND _____ 30 ROUND _____ TRAINING

QUALIFIED _✓_ YES _____ NO _____ SCORE _____ INSTRUCTORS INITIALS _SR_

REFIRE _✓_ YES _____ NO _____ SCORE _____ COMMENTS _Needs To Requre_

_____ INSTRUCTORS INITIALS _SR_

WEAPON INSPECTED _✓_ YES _____ NO _____ COMMENTS _____

_____ BRASS RETURNED _____ YES _____ NO

RANGE SAFETY BRIEFING _✓_ YES _____ NO _____ COMMENTS _____

_____ INSTRUCTORS INITIALS _SR_

HARRISON COUNTY SHERIFF'S DEPARTMENT
FIREARMS QUALIFICATION/RANGE TRAINING

DATE: 10-17-01    TIME IN: 1130    TIME OUT: 1300

LAST NAME Teel    FIRST NAME Ryan    MI M

SSN 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    PHONE 228 831 3545    DIVISION Transport

ADDRESS 600 Tandy Dr    CITY Gulfport    STATE/ZIP MS 35503

WEAPON MAKE H&K    MODEL USP    CALIBRE 45

SERIAL NO. 25647015    BARREL LENGTH 5"    ISSUED ___ YES ✓ NO

TYPE OF COURSE ___ 60 ROUND ✓    50 ROUND ___ 30 ROUND ___ TRAINING
225/300    ~~42/50~~    112/150

QUALIFIED ✓ YES ___ NO ___ SCORE    INSTRUCTORS INITIALS JWR

REFIRE ___ YES ✓ NO ___ SCORE    COMMENTS _____

_____ INSTRUCTORS INITIALS JWR

WEAPON INSPECTED ✓ YES ___ NO    COMMENTS _____

_____ BRASS RETURNED ___ YES ___ NO

RANGE SAFETY BRIEFING ✓ YES ___ NO    COMMENTS _____

_____ INSTRUCTORS INITIALS JWR

#101  Pt HCSD

TRANSPORT

## HARRISON COUNTY SHERIFF'S DEPARTMENT
## FIREARMS QUALIFICATION/RANGE TRAINING

DATE: 10-17-01    TIME IN: 1130    TIME OUT: 1300

LAST NAME Teel    FIRST NAME Ryan    MI M

SSN 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    PHONE 228 831 3545    DIVISION Transport

ADDRESS 600 Tandy Dr.    CITY Gulfport    STATE/ZIP MS 39503

WEAPON MAKE H&K    MODEL USP    CALIBRE 45

SERIAL NO. 25047015    BARREL LENGTH 5"    ISSUED _____ YES ✓ NO

TYPE OF COURSE _____ 60 ROUND ✓ 50 ROUND _____ 30 ROUND _____ TRAINING
225/300    42/50    112/150

QUALIFIED ✓ YES _____ NO _____ SCORE    INSTRUCTORS INITIALS JWR

REFIRE _____ YES ✓ NO _____ SCORE    COMMENTS _____

_____ INSTRUCTORS INITIALS JWR

WEAPON INSPECTED ✓ YES _____ NO    COMMENTS _____

_____ BRASS RETURNED _____ YES _____ NO

RANGE SAFETY BRIEFING ✓ YES _____ NO    COMMENTS _____

_____

_____ INSTRUCTORS INITIALS JWR

#101 RR HCSD



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**Personnel Order: 03-0014**

Date:        JANUARY 30, 2003

Subject:     CHANGE IN EMPLOYMENT STATUS / LIGHT DUTY

TO:          DEPUTY RYAN TEEL

Effective Thursday, January 30, 2003, your employment with the Harrison County Sheriffs Department has changed. You are temporarily transferred from the Transport Division to the Jail Division. Your I.D. Number will remain the same. Your pay status will change from full-time salary to full-time hourly. Your supervisor will be Captain Phil Taylor. Report to work at 10:30 P.M.

GEORGE H. PAYNE, JR.
SHERIFF
HARRISON COUNTY, MISSISSIPPI

GHP/plp
    Personnel File
    Major E. R. Cook
    Major Melvin Brisolara
    Major Dianne Riley
    Captain Phil Taylor
    Rick Gaston, Chief of Security
    Captain Lou Bissonette
    Captain Rupert H. Lacy
    Lieutenant Walter Pitts
    Sergeant April Krieger
    Regina Leslie, Records
    Sandy Ricket, Inventory Administrator
    Shirley Ross, Civil Service Commission
    Rhonda Faul, Payroll
    Londa Thorstenson, Harrison County Personnel
    Lynn Frederick, Chancery Clerks Office



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
*Sheriff*

**Personnel Order: 01- 240**

Date:        OCTOBER 9, 2001

Subject:     TRANSFER

TO:          RYAN TEEL

Effective Monday, October 15, 2001, you are reassigned from the Adult Detention Center to the Transport Division. Your I.D. number will change from 165 to 143. Report to Lt. Jim Randall for duty assignment. You will be on a 6 month probation period.

GEORGE H. PAYNE, JR.
SHERIFF
HARRISON COUNTY, MISSISSIPPI

GHP/plp

Personnel File
April Krieger
Major E. R. Cook
Major Melvin Brisolara
Major Dianne Riley
Rick Gaston, Chief of Security
Major Richard Giraud
Sergeant Walter Pitts, Communications
Regina Leslie, Records
Horace E. Cruthirds, Computer/Property Administrator
Shirley Ross, Civil Service Commission
Rhonda Faul, Payroll
Londa Thorstenson, Harrison County Personnel
Lynn Frederick, Chancery Clerks Office

Office: (228) 865-7092          Fax: (228) 865-7071          Dispatch: (228) 865-7060

**HARRISON COUNTY SHERIFF'S DEPARTMENT - POST ORDERS**

POST ORDERS ISSUED TO

Ryan Teel
Print Name

Ryan Teel
Signature

DATE POST ORDERS ISSUED

02262001

This post order manual is issued to you as an officer of the Harrison County Adult Detention Facility.

Major Dianne Gatson-Riley
Director of Corrections





# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

**Personnel Order: 01- 240**

Date:        OCTOBER 9, 2001

Subject:     TRANSFER

TO:          RYAN TEEL

> **FILE COPY**
> Date  **2 9** JAN 2002

Effective Monday, October 15, 2001, you are reassigned from the Adult Detention Center to the Transport Division. Your I.D. number will change from 165 to 143. Report to Lt. Jim Randall for duty assignment. You will be on a 6 month probation period.

GEORGE H. PAYNE, JR.
SHERIFF
HARRISON COUNTY, MISSISSIPPI

GHP/plp

    Personnel File
    April Krieger
    Major E. R. Cook
    Major Melvin Brisolara
    Major Dianne Riley
    Rick Gaston, Chief of Security
    Major Richard Giraud
    Sergeant Walter Pitts, Communications
    Regina Leslie, Records
    Horace E. Cruthirds, Computer/Property Administrator
    Shirley Ross, Civil Service Commission
    Rhonda Faul, Payroll
    Londa Thorstenson, Harrison County Personnel
    Lynn Frederick, Chancery Clerks Office

# HARRISON COUNTY SHERIFF'S DEPARTMENT

**JOE PRICE,** *Sheriff*

228-865-7060
228-865-7095



**PERSONNEL ORDER: 99-196**



**DATE:**      AUGUST 31, 1999

**INDEX AS:**   EMPLOYMENT



**RE:**      DEPUTY RYAN M. TEEL, BADGE #376 – JAIL DIVISION – FULL-
TIME HOURLY



Be advised that Ryan M. Teel is employed by the Harrison County Sheriff's Department
on a full-time hourly basis and his salary shall be as indicated.

On September 07, 1999, at 7:30 a.m., Deputy Teel will report to the front desk of the
Harrison County Jail where he will begin pre-service training classes.

This Order effective September 07, 1999.

**JOE PRICE
SHERIFF**

JP/wr

cc:    Administrative File          Deputy Wynette Render
      Personnel File             Deputy Pat Dobbs, Inventory Control
      Major Melvin Brisolara       Ms. Rhonda Faul, Payroll Department
      Lt. Walter Pitts            Ms. Londa Thorstenson, Personnel Dept.
      Lt. Michael McCaleb         Ms. Lynn Frederick, Chancery Clerk Office
      Deputy Shirley Ross

P.O. BOX 1480
GULFPORT, MISSISSIPPI 39502





**TASER® X26 CERTIFICATION**

**DEPUTY RYAN TEEL**

Certified User

This Certifies that

## DEPUTY RYAN TEEL

is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.

In Witness Whereof, Certified Instructor

**Rupert H. Lacy**

has certified the successful completion of the training requirements this day:

**April 27, 2005**

Certified Instructor:

Certified Instructor ID:

0006080501941287134 6C

© 2004 TASER International, Inc., TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON January 3, 2005, I _____ RECEIVED a 15-MINUTE
TRAINING ON HEALTH CARE SERVICES 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 29 2004, I _Ryan Teel_ RECEIVED a 15-MINUTE
TRAINING ON CODE OF ETHICS 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT REESE  #159
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 28 2004, I _____ RECEIVED a 15-MINUTE TRAINING ON ANNUAL LEAVE, MILITARY LEAVE, and TRAINING LEAVE REQUEST 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT REESE  #159
SHIFT SUPERVISOR

SGT LEONARD #156
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON December 27, 2004, I _____ RECEIVED a 15-MINUTE TRAINING ON CALLING IN SICK 2245-0700 HOUR SHIFTS BRIEFING.

_____ 329
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT REESE, D. #159
SHIFT SUPERVISOR

SGT LEONARD #156
SHIFT SUPERVISOR

# SHIFT TRAINING

On December 23, 2004, I _____ received a 15-
Minute Block Training On Suicide Crisis Intervention, During The 2300-0700 Hour Shift
Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Leslie Mathis #157
Supervisor / Instructor

# SHIFT TRAINING

On December 21, 2004, I _____ received a 15-Minute Block Training On Mail, Telephone and Visiting, During The 2300-0700 Hour Shift Briefing.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

On December 20, 2004, I _R Teel_____ received a 15-Minute Block Training On Health Care Services, During The 2300-0700 Hour Shift Briefing.

R Teel 325
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

On December 7, 2004, I _____Ryan Teel_____ received a 15-Minute Block Training From The Policy And Procedure Directive On Custody Inquires, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Leslie Mathis #157
Supervisor / Instructor

# SHIFT TRAINING

## INTER-OFFICE MEMO

On December 16, 2004, I _____Ryan Teel_____ received a 15-Minute Block Training On An Inter-Office Memo On Replacement Inmate ID Bands, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON, 9·30·04, I _____ RECEIVED a 15-MINUTE BLOCK
                      PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  SUICIDE WATCH; DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.



_____
DEPUTY SIGNATURE AND BADGE NUMBER



SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, 9-26-04, I  R Jcel _____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314