# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON _9/10/01_ I _Ryan Teel_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, HOSTAGE SITUATIONS; DURING THE 2300/0700
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. NATHAN ELLSBERRY #231

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 7, 2004, I _R Teel_ received a 15-Minute Block Training From The Policy And Procedure Directive On special Needs Inmates, During The 2245-0700 Hour Shift Briefing.

_[signature]_ 325

DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Ryan Teel_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _PPCT_

ON _3/18_ 20_04_ AND RECEIVED _04_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Kenneth Rogers_
(PRINT)

## ACKNOWLEDGEMENT RECEIPT

I, _Ryan    Teel_, have this date received the following
(print full name)

document(s) from _SGT. McLEMORE #236_ :
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records


_____
(Officer Signature)


_____OC 1804_____
(Date)


cc: Major Riley
     Captain Taylor
     Personnel File

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

Ryan Teel _____ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Gang awarness_____

ON ___01 / 22 / 2004___ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Anthony Kelly_____
(PRINT)

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

## Professional Certificate

TO

### RYAN MICHAEL TEEL

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No. D-01430

Personnel File
0164



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

RYAN MICHAEL TEEL

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

This 1st day of September, 2003

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Certificate No. D-01430

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

# "INMATE UNIFORM & HYGIENE ISSUANCE"
## POLICY AND PROCEDURE DIRECTIVE

ON 02 MAY 2001 I, ~~Ryan Tul 165~~ _____ (PRINT NAME) DURING
THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A 10
MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "INMATE
UNIFORM & HYGIENE ISSUANCE" POLICY AND PROCEDURE DIRECTIVE
CONDUCTED BY SGT STEUBE #154.

_____
(DEPUTY'S SIGNATURE)

02 MAY 2001

# "TELEPHONE USAGE"
# POLICY AND PROCEDURE DIRECTIVE

ON 29 APRIL 2001 I, ~~Dep Ryan Tuel 165~~ _____ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "TELEPHONE
USAGE" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY SGT STEUBE
#154.


_____
(DEPUTY'S SIGNATURE)

29 APRIL 2001

# "SECURITY SUPERVISION OF HOLDING CELLS"
## POLICY AND PROCEDURE DIRECTIVE

ON 28 APRIL 2001 I, *Dep Ryan Teel 165*_____(PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "SECURITY
SUPERVISION OF HOLDING CELLS" POLICY AND PROCEDURE DIRECTIVE
CONDUCTED BY SGT STEUBE #154.


*Dep. Ryan Teel*_____
(DEPUTY'S SIGNATURE)
28 APRIL 2001

# "SPECIAL NEEDS INMATES"
## POLICY AND PROCEDURE DIRECTIVE

ON 27 APRIL 2001 I, _Dep Ryan Teel #/65_ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "SPECIAL
NEEDS INMATES" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY
SGT STEUBE #154.


_Dep Ryan Teel #/65_
(DEPUTY'S SIGNATURE)
27 APRIL 2001

# "INMATE CUSTODY RECORDS"
# POLICY AND PROCEDURE DIRECTIVE

ON 23 APRIL 2001 I, Dep. Ryan Teel #165 _____ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "INMATE
CUSTODY RECORDS" POLICY AND PROCEDURE DIRECTIVE CONDUCTED
BY SGT STEUBE #154.


Dep. Ryan Teel #165 _____
(DEPUTY'S SIGNATURE)
23 APRIL 2001

# "KEY CONTROL"
## POLICY AND PROCEDURE DIRECTIVE

ON 19 APRIL 2001 I, _Dep Ryan Toot 165_ _____(PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "KEY

CONTROL" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY SGT

STEUBE #154.


_Dep Ryan Toot 165_ _____

(DEPUTY'S SIGNATURE)

19 APRIL 2001

# FORCED CELL MOVES
# POLICY AND PROCEDURE DIRECTIVE

ON MAY 03, 2001 I, Dep. Ryan Teel 165 (PRINT NAME) DURING THE

SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A 10

MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "FORCED CELL

MOVES "POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY

SGT.STEUBE #154

Dep. Ryan Teel 165
(DEPUTY SIGNATURE)

03 MAY 2001

# PROFESSIONAL STANDARDS DIVISION
By:  Inv. April Krieger

On June 12, 2001, Investigator April Krieger reviewed the department policies and procedures for Use of Force (General Order #10 and Corrections Policy & Procedure Directive) with Deputy Coley Judy and Ryan Teel. The importance of teamwork to handle a combative inmate was specifically addressed.

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 02/01/03, I ___Ryan M Teel  143___ RECEIVED A 15 MINUTE BLOCK

PRINT NAME/BADGE NUMBER

OF TRAINING ON **SERIOUS OR UNUSUAL INCIDENT REPORTING** DURING THE 2245–
0700hours SHIFT BRIEFING.

_____

DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# "POST ORDERS"
# POLICY AND PROCEDURE DIRECTIVE

ON 01 APRIL 2001 I, Deputy Ryan Teel 165 _____(PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE, "POST

ORDERS" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY SGT

STEUBE #154.



Deputy Ryan Teel 165 _____

(DEPUTY'S SIGNATURE)

01 APRIL 2001

# "SECURITY PROMOTIONS"
## POLICY AND PROCEDURE DIRECTIVE

ON 04 APRIL 2001 I, Ryan Teel _____(PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE,

"SECURITY PROMOTIONS" POLICY AND PROCEDURE DIRECTIVE

CONDUCTED BY SGT STEUBE #154.


Deputy Ryan Teel 165
(DEPUTY'S SIGNATURE)

04 APRIL 2001

# "PERSONAL PROPERTY INVENTORY"
# POLICY AND PROCEDURE DIRECTIVE

ON 18 APRIL 2001 I, _Deputy Ryan Teel 165_ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "PERSONAL
PROPERTY INVENTORY" POLICY AND PROCEDURE DIRECTIVE
CONDUCTED BY SGT STEUBE #154.


_Dep. Ryan Teel 165_
(DEPUTY'S SIGNATURE)

18 APRIL 2001

# "CLASSIFICATION"
## POLICY AND PROCEDURE DIRECTIVE

ON 14 APRIL 2001 I, _Deputy Ryan Teel #165_      (PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING,

"CLASSIFICATION" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY

SGT STEUDE #154    LT WSAHNGTON #153

_Deputy Ryan Teel 165_

(DEPUTY'S SIGNATURE)

14 APRIL 2001

# CUSTODY INQUIRIES
# POLICY AND PROCEDURE DIRECTIVE

ON 15 APRIL 2001 I, *Deputy Ryan Teel 165* _____ (PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "CUSTODY

INQUIRIES" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY

LT WEATHERFORD #153.


*Dep. Ryan Teel 165* _____

(DEPUTY'S SIGNATURE)

15 APRIL 2001

# BOOKING & RECEIVING
## POLICY AND PROCEDURE DIRECTIVE

ON 13 APRIL 2001 I, Deputy Ryan Teel #165 _____ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "BOOKING &
RECEIVING" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY LT
WEATHERFORD #153.


Deputy Ryan Teel #165
_____
(DEPUTY'S SIGNATURE)

13 APRIL 2001

# "MONTHLY STATISTICAL REPORTING"
# POLICY AND PROCEDURE DIRECTIVE

ON 10 APRIL 2001 I, *Deputy Ryan Teal 165* _____ (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING, "MONTHLY
STATISTICAL REPORTING" POLICY AND PROCEDURE DIRECTIVE
CONDUCTED BY SGT STEUBE #154.

*Dep Ryan Teal 165*
(DEPUTY'S SIGNATURE)

10 APRIL 2001

# PERSONNEL RECORDS
# POLICY AND PROCEDURE DIRECTIVE

ON 09 APRIL 2001 I, Dep. Ryan Tul #165_____(PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE,
"PERSONNEL RECORDS" POLICY AND PROCEDURE DIRECTIVE CONDUCTED
BY SGT STEUBE #154.

Dep. Ryan Tul #165_____
(DEPUTY'S SIGNATURE)

09 APRIL 2001

# "FACILITY GOALS, PURPOSE & MISSION"
## POLICY AND PROCEDURE DIRECTIVE

ON 05 APRIL 2001 I, *Deputy Ryan Teel 165* _____(PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE, "FACILITY
GOALS, PURPOSE AND MISSION" POLICY AND PROCEDURE DIRECTIVE
CONDUCTED BY SGT STEUBE #154.


*Deputy Ryan Teel 165*
(DEPUTY'S SIGNATURE)

05 APRIL 2001

# "PERSONNEL SELECTION & RETENTION"
## POLICY & PROCEDURE DIRECTIVE

ON 31 MARCH 2001 I, _Deputy Ryan Teel 165_ (PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE,

"PERSONNEL SELECTION & RETENTION" POLICY AND PROCEDURE

DIRECTIVE CONDUCTED BY SGT STEUBE #154.


_Deputy Ryan Teel 165_

(DEPUTY'S SIGNATURE)

31 MARCH 2001

# "LEGAL ASSISTANCE"
## POLICY AND PROCEDURE DIRECTIVE

ON 30 MARCH 2001 I, *Ryan M Teel* (PRINT NAME)
DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A
10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE, "LEGAL
ASSISTANCE" POLICY AND PROCEDURE DIRECTIVE CONDUCTED BY SGT
STEUBE #154.

(DEPUTY'S SIGNATURE)

30 MARCH 2001

# "GENERAL RULES OF CONDUCT"
## POLICY AND PROCEDURE DIRECTIVE

ON 26 MARCH 2001 I, _Ryan McTeel_ (PRINT NAME)

DURING THE SHIFT BRIEFING FOR THE 1845-0700 HOURS SHIFT RECEIVED A

10 MINUTE BLOCK OF INSTRUCTION REVIEW CONCERNING THE, "GENERAL

RULES OF CONDUCT" POLICY AND PROCEDURE DIRECTIVE CONDUCTED

BY SGT STEUBE.

_Ryan M T_

(DEPUTY'S SIGNATURE)

26 MARCH 2001

# LARRISON COUNTY
## SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
Sheriff

Post Office Box 1480
Gulfport, Mississippi 39502

---

**SPECIAL ORDER: # 01-027**

**DATE:** JANUARY 19, 2001

**INDEX AS:** SPECIAL TRAINING ASSIGNMENT

---

**SUBJECT:** CULTURE DIVERSITY FOR OFFICERS TRAINING

TO:  OFFICER MARK ERVIN
    OFFICER GLORIA EWING
    OFFICER RONALD GRAY
    OFFICER BECKY HAGGARD
    OFFICER DEBRA LAMB
    OFFICER ROBIN MARR
    OFFICER RICHARD MCELHENY
    OFFICER KENNETH ROGERS
    OFFICER JUDY ROTHER
    OFFICER SANDY SMITH
    OFFICER ARCINIO STANLEY
    OFFICER THEODORE SURETTE
    OFFICER DERRICK WASH
    OFFICER RICKY YOUNG
    OFFICER RHONDALYN PUZZ
    OFFICER MATTHEW THIBEAULT

OFFICER GAILYA BEAL
OFFICER JASON CASE
OFFICER MICKEY DILL
OFFICER SEAN GARRETT
OFFICER FABIAN LADNER
OFFICER CATHERINE MASON
OFFICER JON MESSER
OFFICER CRYSTAL MOORE
OFFICER WILLIAM PACKARD
OFFICER VERDINA PEAVY
OFFICER ROBERT RHODES
OFFICER MARIE STEVENSON
OFFICER RYAN TEEL ᴺˢ
OFFICER AMY WOLSIEFFER
OFFICER TERRANCE CARMICHAEL
OFFICER DAVID SELLERS

Each of you has been scheduled to attend the above reference training, Tuesday, February 13, 2001 at the Adult Detention Center.  The hours of training will be 0900-1100 hours.

This Order effective February 13, 2001.

GEORGE H. PAYNE, JR
SHERIFF

GHP/ds

Cc:  Major Riley
    Major Cook    Deputy Waldrop      Personnel File
    Sheriff Gaston

---



# HARRISON COUNTY SHERIFF'S DEPARTMENT

This is to certify that

*Ryan Teel*

has completed the 16 hours needed for the

## Field Training Officer Basic Course

December 28 and 29 , 2000

LITHO. IN U.S.A.

©1988 GCES 3460
All Rights Reserved

To: MAJOR RILEY

RE: TRAINING

DATE: 11-27-2000

DEAR MAJOR RILEY I AM WRIGHTING YOU IN REGUARDS TO A P.P.C.T. INSTRUCTORS COURCE. THE COURCE WILL BE HELD DECEMBER 11th -15th AT THE UNIVERSITY OF SOUTHERN MISSISSIPPI IN LONGBEACH. I WOULD LIKE TO REQUEST TO ATTEND THIS CLASS. I THINK THIS WOULD BE A WAY TO ADVANCE MY LAW ENFORCEMENT CAREAR AND AT THE SAME TIME BENIFITING THE HARRISON COUNTY ADULT DETENTION CENTER.

THANK YOU

Deputy Ryan Teel



Form 112

# Training Certificate

**PPCT**

This is to certify that

## RYAN MICHAEL TEEL

has successfully completed the course requirements for

### PPCT Defensive Tactics System Basic Certification

Seminar Location: Southern Regional Public Safety Institute

Seminar #: 00-595

Instructor: *Mark Maxwell*

Expiration: 2002

Seminar Dates: November 18 – 20, 2000

*Bruce K. Siddle*

Executive Director,
PPCT Management Systems, Inc.



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## Ryan Michael Teel

*has successfully completed training in*

### ASP BATON

This the _17th_ day of _November_, 2000

Dean O'Neill, OIC Corrections Training SRPSI

Michael E. Adams, Instructor

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## Ryan Michael Teel

*has successfully completed training in*

## O.C. SPRAY

*This the* 15th *day of* November *, 2000*

Brian Smith, *Instructor*

Derrick Sebo O'Neill, OIC Corrections Training, SRPSI

Date _05/05/00_____

I deputy _Ryan M Teel_____ have received a copy of the
**Post Order** for corrections officer, and I will review and learn all aspects of this
order.

Signature _Ryan n Teel #165_

# *SERVICE TRAINING RECORD*

Report Writing _____ 04/19/00 _____ HCADC _____
CLASS                    DATE                     LOCATION

_____ 02. _____               Lt. Kelly _____
HOURS OF TRAINING             INSTRUCTOR

NAME _Ryan Teel_ _____ SSN 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 _____

SEX: (✓) MALE ( ) FEMALE        DOB 02/23/77 _____

HOME ADDRESS 282 Big lake Rd #61 _____

CITY _Biloxi_ _____ STATE _MS_ ZIP 39503 _____

TELEPHONE: HOME 388 4386 _____ OFFICE 896·3000 _____

_Ryan M Teel_ _____ 04/19/00 _____
OFFICERS SIGNATURE                      DATE

## EMERGENCY INFORMATION

NAME _Kim Teel_ _____ RELATIONSHIP _wife_ _____

TELEPHONE: HOME 3884386 _____ OFFICE 3884386 _____

CLASS HOURS 0900 to 1100 TEST SCORE: PRE _____ POST _____

CERTIFIED AREA: · _____ (YES) (NO)  (PASS) (FAIL)

_____
INSTRUCTORS SIGNATURE                      DATE

RECORDED: _____ DATE _____ BY: _____

INSTRUCTOR COMMENTS _____

_____

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## UNIVERSITY OF SOUTHERN MISSISSIPPI – GULF COAST

## LAW ENFORCEMENT TRAINING ACADEMY

This is to certify that

### Ryan Teel

Has successfully completed 12 hours of instructions in

## CRITICAL INCIDENT TRAINING

Issued this 28th Day of March, 2000

Dave Maxwell, Lieutenant, Coordinator

Lee Shelbourn, Lieutenant, Instructor



# HARRISON COUNTY SHERIFF'S DEPARTMENT
## UNIVERSITY OF SOUTHERN MISSISSIPPI – GULF COAST
## LAW ENFORCEMENT TRAINING ACADEMY

*This is to certify that*

### Ryan Teel

*Has successfully completed 12 hours of instructions in*

## CRITICAL INCIDENT TRAINING

*Issued this 28th Day of March, 2000*

Dave Maxwell, Lieutenant, Coordinator

Lee Shelburn, Lieutenant, Instructor

## *SERVICE TRAINING RECORD*

___b/west7___              ___03/02/00___              _____
CLASS                          DATE                          LOCATION

___0800 TO 0915___                          _____
HOURS OF TRAINING                          INSTRUCTOR

NAME _Ryan Teel_                    SSN _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_

SEX: (X) MALE  ( ) FEMALE          DOB _02/23/77_

HOME ADDRESS _282 Big Lake Rd_

CITY _Biloxi_                    STATE _MS_          ZIP _39503_

TELEPHONE: HOME _388-4386_        OFFICE _896-3600_

_Ryan M Teel_                          _03/02/00_
OFFICERS SIGNATURE                          DATE

### EMERGENCY INFORMATION

NAME _Kim Teel_                    RELATIONSHIP _wife_

TELEPHONE: HOME _388-4386_        OFFICE _____

CLASS HOURS_____    TEST SCORE:  PRE_____    POST_____

CERTIFIED AREA: _____    (YES)  (NO)    (PASS)  (FAIL)

_____          _____
INSTRUCTORS SIGNATURE                    DATE

RECORDED:_____ DATE_____ BY:_____

INSTRUCTOR COMMENTS _____

_____