# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, SHERIFF

DATE: 9-8-99

NAME: Ryan M Teel

SSN: 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

I HAVE BEEN ADVISED OF AND UNDERSTAND THE POST ORDER FOR _Floor officer / Tower officer_ I UNDERSTAND IT IS MY RESPONSIBILITY TO KEEP CURRENT WITH CHANGES IN THESE ORDERS BY REVIEWING THE POSTED ORDERS AT MY DUTY STATION AND SIGNING THAT I HAVE READ SAID ORDERS

(SIGNATURE)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*This Is To Certify That*



RYAN MICHAEL TEEL

HAS COMPLETED _____ HOURS

OF INSTRUCTION IN: _____ PRE-SERVICE TRAINING CLASS 99-10 _____

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT

IN __1999__ ON THIS __10TH__ DAY OF __SEPTEMBER__
   YEAR          DATE              MONTH

_____
JOE PRICE
SHERIFF

_____    _____
INSTRUCTOR           ACADEMY DIRECTOR

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*This Is To Certify That*



RYAN MICHAEL TEEL

HAS COMPLETED _____ HOURS

OF INSTRUCTION IN: ___PRE-SERVICE TRAINING CLASS 99-10___

CONDUCTED BY

THE HARRISON COUNTY SHERIFF'S DEPARTMENT

IN __1999__ ON THIS __10TH__ DAY OF __SEPTEMBER__
    YEAR         DATE           MONTH

**JOE PRICE**
**SHERIFF**

_____     _____
INSTRUCTOR                    ACADEMY DIRECTOR

## SERVICE TRAINING RECORD

Fasttrack Officer
Session Overview        1/27/00        HCADF
CLASS                   DATE           LOCATION

0800-0915                          Staff Instructor
HOURS OF TRAINING                  Sgt David Dubois
                                   INSTRUCTOR

NAME Ryan M Teel        SSN 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

SEX: (✓) MALE ( ) FEMALE    DOB 02-23-1977

HOME ADDRESS 2380 Park Place Dr.

CITY Gulfport        STATE MS        ZIP 39507

TELEPHONE: HOME 896-6853        OFFICE

Ryan M Teel                        01-27-00
OFFICERS SIGNATURE                DATE

EMERGENCY INFORMATION

NAME Kim Teel        RELATIONSHIP Wife

TELEPHONE: HOME 896 6853        OFFICE

CLASS HOURS 10|15  TEST SCORE:  PRE_____  POST_____

CERTIFIED AREA: _____  (YES) (NO)  (PASS)  (FAIL)

_____                          1/27/00
INSTRUCTORS SIGNATURE             DATE

RECORDED:_____  DATE_____  BY:_____

INSTRUCTOR COMMENTS _____

HARRISON COUNTY ADULT DETENTION CENTER
JOE PRICE, SHERIFF

SEARCHING: PEOPLE, PLACES, AND THINGS
INSTRUCTOR: LT. PHIL L. TAYLOR

Date _9-9-99_
Student name _Ryan Teel_                          Badge# _376_

1.) Name the one thing you need when conducting any type of search.
_gloves_

2.) List at least three types of searches. _Frisk, cavity, cell_

3.) An officer should record all items taken during a search.
_(true)_ or false

4.) What is the only type of search you can trust?
_one you conduct yourself_

5.) How many officers should conduct a cell search? _2_

6.) All incoming mail should be searched prior to the inmate
receiving it.   _(true)_ or false

7.) It is acceptable to damage mail while searching it.
true  or _(false)_

8.) All items moved during a cell search should be placed in
their original position.   _(true)_ or false

9.) You should always make negative comments about a persons
body when conducting a strip search.   true  or _(false)_

10.) You should never search incoming property.
true  or _(false)_

*Ryan M Teel*
*#376*

## OFFICER CONDUCT
## TEST

1. INMATES AND OFFICERS ARE TO BE TREATED WITH *respect*

2. YOU ARE A *professional* LAW ENFORCEMENT OFFICER.

3. IT IS OK TO CURSE AT THE INMATES IF THEY CURSE AT YOU
   TRUE/FALSE

4. OFFICERS MUST AVOID A *conflict* OF INTEREST.

5. EMPLOYEES MAY NOT CAMPAIGN ON DEPARTMENT TIME.
   TRUE/FALSE

6. LIST FIVE TYPES OF BEHAVIOR TO AVOID.

   1. *Late to work*
   2. *abuse of dept time*
   3. *falceing records*
   4. *coming to work under the influence*
   5. *soqua l harasment*

Ryan Teel
- #376

# INMATES MEDICAL CARE
## HARRISON COUNTY SHERIFF'S DEPARTMENT

1) TO PROVIDE ADEQUATE TREATMENT FOR THE MEDICAL NEEDS OF THE INMATES, WE HAVE A _leagle_ OBLIGATION.

2) THE ABSENCE OF MEDICAL CARE IS CITED AS CRUEL AND UNUSUAL PUNISHMENT, WHICH IS A VIOLATION OF WHAT? Civil Rites

3) WHAT IS ONE EXAMPLE OF DELIBERATE INDIFFERENCE TO THE MEDICAL NEEDS OF AN INMATE BY THE JAIL STAFF? not giving the inmate proper medical care?

4) WHAT ARE THE 2 WAYS AN INMATE CAN SEE THE MEDICAL STAFF telling an officer or putting in a request form

5) WHAT IS THE OFFICER'S RESPONSIBILITY IF AN INMATE TELLS HIM/HER THEY NEED MEDICAL ATTENTION? to get hem or her these

6) DOES THE JAIL STAFF MAKE MEDICAL DECISIONS? NO, just medical

7) IN A MEDICAL EMERGENCY, WHAT IS THE TOP PRIORITY OF THE JAIL STAFF? to take care & provide for the inmate

8) IF MEDICATION IS BROUGHT INTO THE JAIL BY AN INMATE OR FAMILY MEMBER, WHERE IS THE MEDICATION SENT? First to Front desk & then to medical

9) WHEN IS MEDICATION PASSED OUT BY THE OFFICERS? Some inmates get it First thing in the morning, others are spreadout through the day

10) WHAT ARE 3 SIGNS OF DRUG INTERACTIONS THAT OFFICERS SHOULD BE AWARE OF? Feaver, cold sweats, neausha

# HARRISON COUNTY SHERIFF'S DEPARTMENT

## FIRE EQUIPMENT OPERATIONS

### INSTURCTOR: STEVEN P. SOLMON

NAME: Ryan M Teel

DOB: 2-23-77

SS N: 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

**TEST SCORE**

Pass

## FIRE SAFETY TEST

1. **WHAT IS RACE?**

   R _rescue_

   A _alarn_

   C _contain_

   E _extinguish_

2. **WHAT ARE THE FOUR TYPES OF CLASSES OF FIRE?**

   CLASS "A" _wood , paper  cloth_

   CLASS "B" _flamable liquids_

   CLASS "C" _electrial  equpt_

   CLASS "D" _combustable meadols_

3. **ALL ALARM SYSTEMS WILL BE MONITORED WHERE?**

   _controll  central_

4. **WHERE WILL THE EVACUATION ROUTES BE POSTED?**

   _tower_

5. **HOW DO YOU USE A FIRE EXTINGUISHER?**

   _Pass_

6. **YOU CAN USE A CLASS "A" ORDINARY COMBUSTIBLE FIRE EXTINGUISHER TO PUT OUT AN ELECTRICAL FIRE.**

   TRUE_____     FALSE_____✓_____

7. **WHAT IS PASS?**

Pull the pin

Aim the nozzle

Squeeze handle

Sweep from side to side

8. **THERE IS A FIRE EXTINGUISHER THAT WILL PUT OUT ALL THREE TYPES OF FIRES.**

TRUE ✓                    FALSE

9. **LIST THREE OF THE SEVEN EVACUATION PROCEDURES.**

1. shift supervisor will care for safety of inmates & staff

2. supervisor will authorize release of inmates to yard

3. officers will be assigned to yard or primiter

10. **WHAT IS THE STAFF'S FIRST RESPONSIBILITY IN THE EVENT OF A FIRE?**

notify shift sergeant & central controll

Ryan MTeel

## QUIZ

1. Why should you *not* use a water extinguisher on a flammable liquid fire?

   A) Its limited range requires you to get too close to the fire.

   B) It will not discharge long enough to put this type of fire out completely.

   C) It may intensify the fire.

2. Which is true of $CO_2$ extinguishers?

   A) They don't leave corrosive residue which can damage equipment and is difficult to clean up.

   B) They must be used closer to the fire than other extinguishers.

   C) They may be used on Class B or C fires.

   D) All of the above statements are true.

3. Which technique is generally advisable for directing extinguishing agent at a fire?

   A) Aiming at center of fire, move from front edge to back edge.

   B) Start at front edge at base of fire; using side-to-side sweeping motion, work toward back edge.

   C) Start to one side of fire; using up-and-down motion, move slowly to other side of fire.

4. The extinguishment of which type of fire is complicated by the danger of electrical shock?

   A) Class A.

   B) Class B.

   C) Class C.

5. When exiting a smoke-filled space, you should:

   A) Stay low and close doors behind you to prevent spread of smoke.

   B) Stay low and leave doors open behind you to help disperse smoke.

   C) Keep head high and close doors behind you to prevent spread of smoke.

   D) Keep head high and leave doors open behind you to help disperse smoke.

6. Which statement about the Class A pressurized water extinguishers is true?

   A) It is the most common type.

   B) Using it on an electrical fire presents the danger of serious electric shock to the operator.

   C) It can be used on ordinary combustible fires (i.e., paper, wood, cloth, many plastics and rubber).

   D) All of the above statements are true.

7.  Which statement about the use of fire extinguishers is true?

   A) The locking pin must be removed prior to squeezing the handle in order to discharge the extinguisher.

   B) An extinguisher may need to be recharged even if it has never been used.

   C) An extinguisher may be used safely and effectively with training.

   D) All of the above statements are true.

8.  What is the first thing you should do when you discover a fire?

   A) Check the extinguisher gauge to see if it's fully charged.

   B) Sound the alarm.

   C) Read the extinguisher operating instructions.

*M Teel*

*# 376*

PURPOSE: IT IS THE PURPOSE OF THESE PROCEDURES TO PROTECT THE WELL-BEING OF THE INMATE BY INSTITUTING GUIDELINES DESIGNED TO PREVENT SUICIDE AND HARM RESULTING FROM INTENTIONAL SELF-INJURIOUS BEHAVIOR. IT IS ALSO THE PURPOSE OF THESE PROCEDURES TO RESPOND TO THE NEEDS OF SUCH INMATES AS PROMPTLY AS THE CIRCUMSTANCES PERMIT.

ENCLOSED ARE TEN QUESTIONS THAT NEED TO BE COMPLETED BY EACH CORRECTIONAL OFFICER.

1. SHOULD ALL CORRECTIONAL STAFF BE AWARE OF THE NECESSITY OF PROMPT REPORTING ANY OF THE FOLLOWING OBSERVATIONS?
   A. INTENTIONAL SELF-INJURIOUS BEHAVIOR.
   B. STATEMENTS OR THREATS WHICH SUGGEST THOUGHTS, INTENT OR PLANS TO HARM SELF.
   C. BEHAVIORS THAT SUGGEST INTENT OR PLANS TO HARM SELF, SUCH AS TYING OF CLOTHING, SHEETS, OR ROPE.
   D. NOTES WHICH SUGGEST THOUGHTS, INTENT OR PLANS TO HARM SELF.
   E. STATEMENTS SUGGESTING LACK OF HOPE OR PREOCCUPATION WITH DEATH OR DYING.
   F. EXTREME WITHDRAWAL OR LACK OF INTEREST IN SURROUNDING.
   G. SIGNIFICANT LOSS OF APPETITE OR UNEXPLAINED LOSS OF WEIGHT.
       (TRUE)          FALSE

2. IS IT THE CORRECTIONAL OFFICERS RESPONSIBILITY TO ASSESS THE SUICIDE RISK AND ASSIGN THE LEVELS OF THE SUICIDE WATCH?
       TRUE          (FALSE)

3. IS IT THE MENTAL HEALTH AND MEDICAL STAFFS RESPONSIBILITY TO ASSIGN THE LEVELS OF THE SUICIDE WATCH?
       (TRUE)          FALSE

4. WHICH OF THE FOLLOWING ARE THE REFERRED LEVELS OF RISK FOR SUICIDE OBSERVATIONS?
   (SOS) OR (SOS-1) OR (SOS-2) OR (SRS-1) OR (OS)

5. ASSIGNMENT OF A SOS LEVEL PRESUPPOSES A CLINICALLY SIGNIFICANT RISK FOR INTENTIONAL SELF-INJURY LIKELY TO CAUSE SERIOUS BODILY HARM?
       (TRUE)          FALSE

6. DISCONTINUATION OF SOS SHOULD BE DONE GRADUALLY RATHER THAN ABRUPTLY. THAT IS, SOS-1 SHOULD BE REDUCED TO SOS-2 BEFORE SOS STATUS IS DISCONTINUED ALTOGETHER. THEN, OS STATUS SHOULD BE INSTITUTED FOR AN APPROPRIATE PERIOD PRIOR TO FINAL DISCHARGE?
       (TRUE)          FALSE

7.  IF THE CORRECTIONAL OFFICER FEELS THAT THE INMATE WITH MENTAL /
OR / SUICIDE THOUGHTS NO LONGER ACTS LIKE THE INMATE WANTS TO
HARM HIM OR HER SELF THE CORRECTIONAL OFFICER CAN MOVE THE
INMATE BACK TO GENERAL POPULATION WITHOUT ANY MEDICAL
AUTHORIZATION?                TRUE          (FALSE)

8.  INMATES WHO ARE ASSIGNED A SOS WILL BE HOUSED IN THE MENTAL /
MEDICAL WARD?              (TRUE)          FALSE

9.  THE PSYCHOLOGIST OR THE PHYSICIAN SHALL ASSUME FINAL
RESPONSIBILITY FOR MANAGEMENT AND TREATMENT OF INMATES WHO
ARE JUDGED TO BE AT RISK FOR SUICIDE OR OTHER SELF-INJURY.
                          [TRUE]          FALSE

10. SOS-1
    (A.)  SEVERE RISK
    B.   GENERAL OBSERVATION

11. SOS-2
    A.   SEVERE RISK
    (B.)  MODERATE RISK
    C.   GENERAL OBSERVATION

12. DAILY BATHING SHOULD BE ENCOURAGED, UNLESS REFUSED BY INMATE,
WHICH SHOULD BE DOCUMENTED?
                          [TRUE]          FALSE

13. WITH THE INMATE OBSERVATION FOR SOS-1, WHAT IS THE TIME KEPT ON
THE NARRATIVE?
    (A.)  15 MIN
    B.   30 MIN
    C.   1 HOUR

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, *SHERIFF*
228-865-7092 228-865-7095

_Ryan M Teel_ _____ 376 _____ 9-7-99 _____
**Trainee's Name**          **Badge No.**    **Date**

1.] General Order __127__ is the Harrison County Sheriff's Department's order which sets out the Department's policy regarding Sexual Harassment.

### True or False

2.] One form of sexual harassment is when a supervisor demands sexual favors in return for job advancement or a raise, or to avoid firing or demotion - what is legally called a "tangible job loss".
(True) or False (circle one)

3.] An employee is harassed by a supervisor and/or other employee, only if management is aware of it.
True or (False) (circle one)

4.] Reports of sexual harassment may be verbal; but a written report is most desirable.
(True) or False (circle one)

5.] The Department is not responsible for harassment by non-employees (such as clients, consultants, inmates etc.) if management knew, or should have known the situation existed but failed to take corrective action.
True or (False) (circle one)

# HARRISON COUNTY SHERIFF'S DEPARTMENT

JOE PRICE, *SHERIFF*
228-865-7092 228-865-7095

**6.]**  **Sexual harassment does not occur until the person harassed believes he/she was harassed.  An act today may not be harassment; but tomorrow, it might be.  True or False (circle one)**

**7.]**  **All forms of sexual harassment are strictly forbidden in the Harrison County Sheriff's Department.  True or False (circle one)**

**8.]**  **Any employee believing that he/she has been sexually harassed shall report such harassment to his/her immediate supervisor, even if that officer is the officer accused of the harassment, or to the immediate supervisor's supervisor.  True or False (circle one)**

**9.]**  **It shall be unlawful for any jailer, guard, employee of the Department of Corrections, sheriff, constable, marshal or other officer to engage in any sexual penetration as defined in Section 97-3-97, Miss Code with any offender, with or without the offender's consent, who is incarcerated at any jail or any state, county or private correctional facility.  True or False (circle one)**

**10.]**  **All complaints of sexual harassment are kept confidential. True or False (circle one)**

USA v. Harrison County –
Consent Judgment Test

Name: _Ryan M Teel_
Badge No.: _376_
Date: _9-7-99_

1.]    According to Mississippi State law who is the jailer of the county?

    (a)    The Board of Supervisors of the County
    (b)    The Mayor of the largest City in the County
    (c)    The Chancery Clerk
    (d)    The Sheriff

2.]    The Consent Judgment provides that Harrison County shall:

    (a)    provide telephones and televisions to all inmates housed at HCDC.
    (b)    provide cards and board games to all inmates housed at HCDC.
    (c)    provide a safe and secure living environment to all inmates housed at HCDC.
    (d)    provide a weight room and basketball court for the inmates.

3.]    According to the Consent Judgment how many officers are to be assigned to each of the four (4) <u>housing units</u>?

    (a)    three (3) officers on duty for all shifts
    (b)    two (2) officers on duty for all shifts
    (c)    two (2) officers on duty during the 3 p.m. to 11:00 p.m. shift
    (d)    none of the above – the Judgment does not discuss staffing.

4.]    This pre-service training is not recommended or required under the Consent Judgment.    *True* _____    *False* _✗_____

5.]    Inmates will gain access to the law library and the paralegal by:

    (a)    completing a request form entitled "Harrison County Sheriff's Department Legal Research Request"
    (b)    telling the tower officer that he needs to talk to the paralegal
    (c)    calling the paralegal using the telephone in the sections
    (d)    writing a letter to the paralegal and mailing the letter through the U.S. Mails

On _9 - 7 - 99_ , I, _Ryan  M. Teel_ ,
[Date]                          [Officer's Name]

attended a class conducted by the Harrison County Sheriff's Department for
the purpose of reviewing the United  States District Court Consent Judgment
which pertains to the operation of the Harrison County Adult Detention Center.
I received a copy of the Consent Judgment in the case styled **United States of
America v. Harrison County, Mississippi, et al** and I participated in the
discussion of same.

I, _Ryan  M  Teel_ , state  that  I have read  the
[Officer's Name]

Consent Judgment and I have an understanding of same.


Name: _Ryan M. Teel_                    Badge No.: _376_

Address: _2380 Park Place Dr._

_Gulfport, MS. 39507_

Social Security No.: _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_


_Ryan M Teel_                          _9-7-99_

Signature of Student/Officer            Date


_Michelle Rein_                         _9-7-99_

Signature of Person conducting Class    Date

_Paralegal #311_

[Position]

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *JOE PRICE*, SHERIFF

### HARRISON COUNTY INMATE DISCIPLINE

DATE: 9-7-57

PASS ✓   OR FAIL _____

STUDENT NAME: Ryan MTeel   BADGE #: 376

INSTRUCTOR NAME: C. Thy   BADGE #: 268

*THE FOLLOWING QUESTIONS ARE MATCHING. CHOOSE THE ANSWER THAT CORRESPONDS TO THE QUESTION.*

5.  HOW MANY TYPES OF VIOLATIONS ARE THERE? M

6.  WHAT IS THE FIRST STEP AFTER A VIOLATION HAS OCCURRED? A

7.  WHAT MUST ALWAYS BE FOLLOWED IN INMATE DISCIPLINE? P

8.  THE FOLLOWING ARE SANCTIONS THAT CAN BE AS PUNITIVE ACTION AGAINST AN INMATE. K

9.  THE FOLLOWING ARE SANCTIONS THAT CAN NOT BE USED AS PUNITIVE ACTION AGAINST AN INMATE. O

10.  THE FOLLOWING STEPS ARE THE FIVE MAJOR STEPS IN INMATE DISCIPLINE. A

11.  WHAT IS THE WARDENS ROLE IN INMATE DISCIPLINE? D

12.  HOW LONG AFTER A VIOLATION IS REPORTED MUST AN INVESTIGATION BE INITIATED? G

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *JOE PRICE*, SHERIFF

### HARRISON COUNTY INMATE DISCIPLINE

DATE: 9-7-99

PASS ✓ OR FAIL _____

STUDENT NAME: Ryan M Teel    BADGE #: 376

INSTRUCTOR NAME: C. TM    BADGE #: 255

*THE FOLLOWING QUESTIONS ARE FILL IN THE BLANK. READ EACH QUESTION CAREFULLY AND ANSWER EACH QUESTION THE BEST YOU CAN.*

1. WHAT IS DISCIPLINE?

   Discipline is the foundation in maintaining order, & providing a safe condition

2. WHAT IS THE PURPOSE OF INMATE DISCIPLINE?

   To maintain order in a correctional facility & to set examples to maintain in control

3. CAN AN INMATE BE PLACED IN DETENTION BEFORE A HEARING IS CONDUCTED?
   ( YES OR NO) EXPLAIN:

   Yes if he has made a threat to an officer, inmate or said he would harm himself

4. EXPLAIN THE TERM "DUE PROCESS" AND HOW IT EFFECTS INMATES AND LAW ENFORCEMENT.

   Due Process is the steps the officer & correctional facility uses to make sure everyone gets treated fairly

1

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *JOE PRICE*, SHERIFF

### HARRISON COUNTY INMATE HAND BOOK
### RULES & REGULATIONS TEST

DATE: *9-7-99*

PASS _✓_ OR FAIL _____

STUDENT NAME: *Ryan M Teel*   BADGE #: *376*

INSTRUCTOR NAME: *C. Th__*   BADGE #: *285*

*THE FOLLOWING QUESTIONS ARE FILL IN THE BLANK. READ EACH QUESTION CAREFULLY AND ANSWER EACH QUESTION THE BEST YOU CAN.*

1. WHO MUST RECEIVE A HANDBOOK?
*all inmates entering Harrison County Jail*

2. WHAT IS THE PURPOSE OF AN INMATE HANDBOOK?
*to explain what the inmate can + can't do (the rules)*

3. WHO IS RESPONSIBLE FOR THE CONDITION AND LIABILITY OF THE INMATE HANDBOOK?
*the inmate*

4. NAME TEN SUBJECTS THAT THE INMATE HANDBOOK COVERS:
*movement in the jail, visitations, Dress code, TV, telephones, meals, cell dors, cleaning, Head count, Canteen*

1



# HARRISON COUNTY SHERIFF'S DEPARTMENT
## *JOE PRICE*, SHERIFF

### HARRISON COUNTY INMATE HAND BOOK
### RULES & REGULATIONS TEST

DATE: 9-7-99

PASS ✓ OR FAIL _____

STUDENT NAME: Ryan M Teel  BADGE #: 9-7-99

INSTRUCTOR NAME: C. Tm  BADGE #: 2e9

***THE FOLLOWING QUESTIONS ARE FILL IN THE BLANK. READ EACH QUESTION CAREFULLY AND ANSWER EACH QUESTION THE BEST YOU CAN.***

5. IN REFERENCE TO THE INMATE HANDBOOK HOW WOULD AN INMATE MAKE CONTACT WITH THE WARDEN?

by filling out a request form + turning it in to the request cart

6. ARE FEDERAL INMATES CHARGED FOR MEDICAL SERVICE?

NO

7. IF AN INMATES LAST NAME BEGINS WITH H, WHEN CAN HE VISIT?

Tuesday, Thursday or saturday  1:00 P.M. Till 8:30 P.M.

8. WHAT IS THE JAILS POLICY ON SMOKING?

Smoking is permitted in dayrooms or yard only, smoking in medical unit is limited to red painted area

#376

—DO NOT WRITE ON THIS EXAM—

### Core CPR Questions

Exam A

1.  The correct order of the three basic steps you should take in most emergencies are—
    a.  Call 9-1-1 or the local emergency number, check the scene and the victim, then care for the victim.
    b.  Check the scene and the victim, call 9-1-1 or the local emergency number, then care for the victim.
    c.  Check the victim, call 9-1-1 or the local emergency number, then care for the victim.
    d.  Care for the victim, call 9-1-1 or the local emergency number, then check the scene.

2.  An easy way to tell if a victim is conscious, breathing, and has a heartbeat is to—
    a.  Tap the victim and shake the victim's shoulder.
    b.  Look, listen, and feel for breathing.
    c.  Feel the carotid pulse at the neck.
    d.  Ask the victim a question.

3.  Which of the following is the most important reason for checking the scene before approaching to help a victim?
    a.  You must know what happened to give proper first aid.
    b.  Another rescuer might already be helping the victim.
    c.  You might become a victim yourself if the scene is unsafe.
    d.  The EMS dispatcher will want to know details about the scene.



4.  The Check step in Check-Call-Care is a check for all of these except—
    a.  Scene safety.
    b.  Life threatening conditions of the victim.
    c.  Number of victims.
    d.  Controlling bleeding.

5.  The first four links in the EMS Chain of Survival are—
    a.  Citizen response, rehabilitation, EMT care, first responder care.
    b.  Citizen response, calling 911, first responder care, EMT care.
    c.  Citizen response, EMT care, first responder care, hospital care.
    d.  EMT care, rehabilitation, hospital care, first responder care.

4/97

[152e]

—DO NOT WRITE ON THIS EXAM—

6.  An unconscious person must be checked carefully for signs of breathing. You should—
    a. Look, listen, and feel for signs of breathing.
    b. Feel the stomach for movement.
    c. Look at the mouth for air coming out.
    d. Check for at least 15 seconds to be sure.

7.  You must call EMS personnel immediately when which of the following conditions exist?
    a. The victim has a cough.
    b. The victim has a stomach ache that goes away.
    c. The victim has an earache.
    d. The victim has difficulty breathing.

8.  True or False: the most important thing you can do in an emergency is provide first aid and CPR.
    
    True
    False

9.  The best way to reduce the risk of disease transmission between you and a victim is to—
    a. Avoid contact with the victim's body substances whenever possible.
    b. Wash your hands with soap and water immediately before giving care.
    c. Disinfect all surfaces and body parts before touching them.
    d. Never eat when performing CPR—small sips of water are O.K.

10. Which would you do first if you think a person is not breathing?
    a. Feel for a pulse on the neck
    b. Perform the head-tilt/chin-lift technique
    c. Put your ear to the chest to listen for breathing
    d. Look, listen, and feel for breathing

[152f]                                                                    4/97

—DO NOT WRITE ON THIS EXAM—

11. Which should you see if you are performing rescue breathing correctly?
    a. The victim's eyes open with the first breath
    b. The victim's chest rise with each breath
    c. Nothing unusual
    d. The air coming out of the victim's nose with each breath

12. True or False: a victim who has a pulse does not require rescue breathing.
    a. True
    b. False

13. The head-tilt/chin-lift technique is used for—
    a. Stabilizing the head and neck.
    b. Removing a foreign object from an airway.
    c. Breathing for a non-breathing person.
    d. Opening the airway.

14. Which of the following is NOT a reason why people sometimes fail to act in an emergency?
    a. The presence of other bystanders
    b. Fear of disease transmission
    c. Fear of doing something wrong
    d. Desire to utilize first aid training

15. Which is a signal of breathing difficulty?
    a. Pain in the abdomen
    b. Pain radiating down the left arm
    c. Unusual noises such as wheezing or gurgling
    d. Ear ache

[152g]

4/97

—DO NOT WRITE ON THIS EXAM—

## *Adult CPR Questions*                                    *Exam A*

1. What should you do for a conscious adult who is choking and cannot cough, speak, or breathe?
   a. Give two slow breaths.
   b. Do a finger sweep.
   c. Give abdominal thrusts.
   d. Lower the victim to the floor and open the airway.

2. After giving abdominal thrusts to an unconscious adult with an obstructed airway, you should—
   a. Do a finger sweep, open the airway using the head-tilt/chin-lift and attempt 2 slow breaths, retilt the head, and reattempt 2 slow breaths.
   b. Give 2 slow breaths and then do a finger sweep.
   c. Check for a pulse, give 2 slow breaths, and then do a finger sweep.
   d. Do a finger sweep and then check for a pulse.

3. A woman is choking on a piece of food but is conscious and coughing forcefully. What should you do?
   a. Slap her on the back until she coughs up the food.
   b. Give abdominal thrusts.
   c. Do a finger sweep.
   d. Encourage her to continue coughing.

4. CPR compressions on an adult are performed using—
   a. One finger on the lower half of the breastbone.
   b. Two fingers on the lower half of the breastbone.
   c. One hand on the lower half of the breastbone.
   d. Two hands on the lower half of the breastbone.

[152h]                                              4/97

---

**—DO NOT WRITE ON THIS EXAM—**

5. When you are performing CPR, the body position that is the least tiring for you, and provides the best blood flow to the victim's brain is—
   a. Pressing straight down onto the breastbone with your elbows locked and your arms straight.
   b. Kneeling beside the victim, your hands in the correct position, and your weight back on your heels.
   c. A position in which the rescuer uses a natural rocking back and forth motion to perform the compressions.
   d. Compressing, using primarily the muscles in your upper arms and shoulders.

6. Where on an adult victim should you feel for a pulse?
   a. Brachial artery in the upper arm.
   b. Femoral artery in the groin.
   c. Carotid artery in the groove of the neck.
   d. Radial artery in the wrist.

7. Which is the most common reason for an adult's heart to stop beating?
   a. Heart disease
   b. Electrocution
   c. Drowning/suffocation
   d. Drug overdose/poisoning

8. One cycle of CPR for an adult includes—
   a. 30 compressions and 5 breaths.
   b. 10 compressions and 2 breaths.
   c. 15 compressions and 2 breaths.
   d. 15 compressions and 5 breaths.

[152i]

4/97

—DO NOT WRITE ON THIS EXAM—

9. When performing CPR on an adult victim, why is it important to keep your shoulders directly over your hands and your elbows locked?

   a. So that you don't injure your elbow joints

   b. So that the proper wrist angle is maintained throughout the compression

   c. So that you use the weight of your upper body to compress the chest and don't tire out too quickly

   d. So that the chest is compressed exactly one inch

10. About how many cycles of Adult CPR should be performed in one minute?

   a. Two

   b. Three

   c. Four

   d. As many as possible

[152j]                                                              4/97

60

# HARRISON COUNTY SHERIFF'S DEPARTMENT



**JOE PRICE**, *Sheriff*
228-865-7060
228-865-7095

September 2, 1999

TO: Sheriff Joe Price



FROM: Lt. Michael McCaleb
Training and Compliance Officer

RE: New Hire Pre-Service Class PSC (99-10)



The following is a list of deputies that I have current record of that have not attended pre-service classes.

I recommend that they be enrolled in PSC 99-10 beginning September 7, 1999.

| | |
|---|---|
| Brown,Julie | Records |
| Mumford, Annie | Front Desk |
| ~~Turner,Carl~~ | |
| Lopez,Michael | |
| As Available | |
| Carlisle, Jeannie | Secretary |
| Miller,Pam | Inmate Accounting |
| Neely,Jackie | Medical |
| Sweat,Linda | Medical |

All New Hires

*Fleming, BRian Keith*
*Teal, Ryan michael*
*wallis, Micky T.*

LT. MICHAEL MCCALEB

cc: Warden Bill Haden
Major Randy Cook
Lt. Walter Pitts
Lt. Jim Randall

THE FOLLOWING EMPLOYEES TOOK THE CIVIL SERVICE TEST ON 9/15/99.
THEIR GRADES WERE:

BRIAN FLEMING          88
SHAWN JOHNSON          83
MICHAEL LOPEZ          88
ANN MUMFORD            91
RHONDALYN PUZZ         81
CHRISTOPHER SMITH      91
TODD WALLIS            92
ANNIE WILLIAMS         89

THE FOLLOWING EMPLOYEES DID NOT SHOW FOR EITHER TESTING TIME
ON 9/15/99.

DANIEL SULLIVAN
RYAN TEEL     (#376)

# HARRISON COUNTY SHERIFF DEPARTMENT
## JOE PRICE SHERIFF

### PRE-SERVICE TRAINING CLASS (PSC-99-9) 10
### Dr. Michael A. Mc Caleb

September 7-September 10, 1999

| | | | |
|---|---|---|---|
| 09/07/99 | 0730-0800 | PRE-SERVICE ORIENTATION | Dr. Michael McCaleb |
| | 0800-1100 | JAIL TOUR AND OPERATION | Warden Haden |
| | 1100-1200 | GENERAL / SPECIAL ORDERS | Dr. Michael Mc Caleb |
| | 1200-1230 | LUNCH | |
| | 1230-1330 | US JUSTICE CONCENT ORDER | Michele Herman |
| | 1330-1430 | SEXUAL HARASSMENT | Michele Herman |
| | 1430-1630 | INMATE RULES HANDBOOK | Deputy C. Taylor |
| | 1630-1900 | INMATE DISCIPLIN | Deputy C. Taylor |
| | | | |
| 09/08/99 | 0700-0800 | POST ORDERS | Sgt. Guynn |
| | 0800-0900 | MEDICAL INTERACTION | Staff |
| | 0900-1200 | TREATMENT OF INMATES | Warden Haden |
| | 1200-1230 | LUNCH | |
| | 1230-1530 | OFFICER SAFETY | Lt. Weatherford |
| | 1530-1730 | FIRE EQUIPMENT OPERATION | Staff |
| | 1730-1900 | CLASSIFICATION | Sgt. Parker |
| | | | |
| 09/09/98 | 0700-0900 | SUICIDE PREVENTION | Lt. Kelley |
| | 0900-1200 | EMERGENCY POLICY | Warden Haden |
| | 1200-1230 | LUNCH | |
| | 1230-1430 | OFFICER PROFESSIONALISM | Lt. Taylor |
| | 1430-1800 | SEARCHING (PEOPLE/PLACES) | Lt. Taylor |
| | | | |
| 09/10/99 | 0700-0930 | TOWER OPERATIONS | Staff |
| | 0930-1000 | COMMISSION/CERTIFICATES | Dr. Mc Caleb |
| | 1000-1200 | JAIL SECURITY | Warden Haden |
| | 1200-1230 | LUNCH | |
| | 1230-1800 | FIRST AID/CPR | Lt Kelly/Taylor |

## HARRISON COUNTY SHERIFF'S DEPARTMENT

## PRE SERVICE TRAINING CLASS (99-10) (44 HOURS)

### SEPTEMBER 7 – 10, 1999

| | |
|---|---|
| BROWN,JULIE | 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 |
| FLEMING,BRIAN KEITH | 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 |
| LOPEZ,MICHAEL G. | 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 |
| MUMFORD,ANN | 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 |
| TEEL,RYAN MICHAEL | 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 |
| WALLIS,MICKEY TODD | 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 |

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

NAME: THOMAS, EARNEST B.

DATE HIRED:

BADGE #: 160

DIVISION: CORRECTIONS

| CLASS/CERTIFICATION | | DATE | TRAINING HOURS | REMARKS |
|---|---|---|---|---|
| WORKING WITH SPECIAL NEEDS OFFENDERS | X | 4-Feb-03 | 40 HRS | |
| RIOTS AND DISTURBANCE | X | 1-Mar-03 | 15 MIN | |
| NATURAL DISASTER PLAN | X | 18-Mar-03 | 15 MIN | |
| INMATE DEATHS | X | 19-Mar-03 | 15 MIN | |
| EVACUATION PLANS | X | 12-Mar-03 | 15 MIN | |
| FIRE AND EVACUATION | X | 13-Mar-03 | 15 MIN | |
| DEFENSIVE TACTICS | X | 19-Aug-03 | | |
| BASIC CORRECTIONAL OFFICERS TRAINING | X | 22-Aug-03 | 80 HRS | |
| OLEORESIN CAPSACIN O.C. SPRAY | X | 14-Aug-03 | | |
| EMPLOYEES AND INMAT CULTURE | X | 10/14/2003 | 15 MIN | |
| PERSON CELL SEARCH | X | 11/18/2003 | 4 HRS | |
| GANGS | X | 1/22/2004 | 4 HOURS | |
| SIGN LANGUAGE | X | 2/12/2004 | 4 | |
| SEXUAL HARASSMENT | X | 5/13/2004 | 3 HOURS | |
| HOW NOT TO BECOME A HOSTAGE | X | 7/6/2004 | 4 HRS | |
| NCIC | X | 8/16/2004 | 2HRS | |
| EVIDENCE | X | 8/12/2004 | 2HRS | |
| CORRECTIONAL SUPERVISION COURSE CERTICATE OF COMPLETIO | X | 11/8/2004 | 40 HOURS | |
| USE OF FORCE | X | 9/30/2004 | 4 HRS | |
| INMATE WORKER GUIDELINES | X | 8-Dec-04 | 15 MIN | |
| SUICIDE WATCH | X | 1-Jan-04 | 15 MIN | |
| SUICIDE PREVENTION CARD | X | 4-Feb-05 | 15 MIN | |
| CORRECTIONAL EMERGENCY RESPONSE TEAM (INST. CERTIFI) | X | 3-Dec-04 | | |
| OFF DUTY UNIFORM GUIDELINES | | 24-Apr-05 | 15 MIN | |
| O.C. RE-CERTIFICATION EXPIRES IN 1 YR. | X | 14-Apr-05 | 2 HRS | |
| INMATE RIGHTS: ACCESS TO MEDIA | X | 17-May-05 | 15 MIN | |
| ACA SUICIDE PREVENTION IN CUSTODY CERTIFICATE | X | 18-Jun-05 | 20 HRS | |
| INMATE RIGHTS: GENERAL LIBRARY SERVICES | X | 18-May-05 | 15 MIN | |
| 5/26/05 MEMO: LIBRARY SERVICES | | 26-May-05 | 15 MIN | |
| 5/26/05 MEMO: LIBRARY SERVICES | | 29-May-05 | 15 MIN | |

LAST UPDATED 2/25/2008

1 OF 3

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

CONTINUATION SHEET

NAME:

DATE HIRED:

BADGE #:

| CLASS/CERTIFICATION | DATE | TRAINING HOURS | REMARKS |
|---|---|---|---|
| HEALTH CARE: SPECIAL HEALTH CARE PROGRAMS | 8-Jun-05 | 15 MIN | |
| 6/13/05 MEMO: ATTORNEY VISITATION | 14-Jun-05 | 15 MIN | |
| 6/10/05 MEMO: INNATE ACCOUNTS CONCERNS | 16-Jun-05 | 15 MIN | |
| EMERGENCY & SECURITY PROCEDURES | X 16-Jun-05 | 4 HRS | |
| SUICIDE PRECAUTIONS & SIGNS OF SUICIDE RISK | X 12-Jul-05 | 3 HRS | |
| GENERAL ORDER #27: NEWS MEDIA | 8-Aug-05 | 15 MIN | |
| GENERAL ORDER #41: MARRIAGE BETWEEN DEPARTMENT EMPLO | 10-Aug-05 | 15 MIN | |
| GENERAL ORDER #18: CRIME SCENE INVESTIGATIONS (PART 1) | 15-Aug-05 | 15 MIN | |
| GENERAL ORDER #45: SMOKING POLICY | 18-Aug-05 | 15 MIN | |
| 8-19-05 MEMO:PROXIGUARD SECURITY WANDS | 19-Aug-05 | 15 MIN | |
| POST ORDERS: FLOOR OFFICER D-BLOCK | 9-Nov-05 | 15 MIN | |
| POST ORDERS: KEY CONTROL | 11-Jan-06 | 15 MIN | |
| JMS AUTOMATED SYSTEM TRAINING | X 2-Mar-06 | 4 HRS | |
| CORRECTIONAL COMMAND SPANISH | X 6-Mar-07 | 8 HRS | |
| JMS AUTOMATED SYSTEM TRAINING | X X 10-Mar-06 | 2 HRS | |
| POLICY & PROCEDURES: HUNGER STRIKE | 9-May-06 | 15 MIN | |
| ADMINISTRATION & MGT: APPOINTED PERSONNEL & MGT TABLE | 22-May-06 | 15 MIN | |
| POLICY & PROCEDURES: LEGAL ASSISTANCE | 26-May-06 | 15 MIN | |
| POLICY & PROCEDURES: UNIFORM & PERSONAL APPEARANCE | 28-May-06 | 15 MIN | |
| POLICY & PROCEDURES: ADMINISTRATIVE SEGREGATION | 1-Jun-06 | 15 MIN | |
| SAFETY & EMER PROCEDURES: EMERGENCY POWER & COMM | 26-Jul-06 | 15 MIN | |
| FOOD SERVICE MENU PLANNING: DIETARY ALLOWANCES MEAL | 24-Aug-06 | 15 MIN | |
| USE OF FORCE & USE OF RESTRAINTS POLICIES | 20-Sep-06 | 15 MIN | |
| OC RECERTIFICATION | X 25-Jan-07 | 4 HRS | |
| SECURITY PROCEDURES & REGULATIONS/ SAFETY PROCEDURES | X 29-May-07 | 4 HRS | |
| POLICY & PROCEDURES: TOURS | 23-Aug-07 | 15 MIN | |
| ACA STANDARDS: SAFETY & EMERGENCY PROCEDURES | 13-Jul-07 | 8 HRS | |
| IMPACT WEAPONS | X 1-Feb-08 | 6 HRS | |



# AMERICAN CORRECTIONAL ASSOCIATION

206 North Washington Street, Suite 200 • Alexandria, Virginia 22314
703 • 224 • 0000  Fax: 703 • 224 • 0010
WWW.ACA.ORG

February 26, 2008

Earnest B. Thomas
Harrison County Sheriff's Dept.
Attn: Paula Hentges
10451 Larkin Smith Drive
Gulfport, MS 39503-4615

Dear Mr. Thomas:

Congratulations on your successful completion of the American Correctional Association's **Correctional Supervision II Self-Instructional Course**.

Having completed this training program, you are now eligible to receive continuing education units (CEU's)from University of Maryland, College Park. If you would like to receive CEU's, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $25.00.

Please note also that several of ACA's self-instructional courses have been reviewed by and recommended for college credits. The enclosed sheet provides information on how to go about getting the credits on your transcript. For information on other ACA programs eligible for college credit, please check our website at www.aca.org.

Once again, I commend your efforts and encourage you to have a copy of this letter placed in your personnel file along with your transcript. As of December 15, 2007 ACA is no longer issuing certificates. If you are an ACA Certified Correctional Professional, this letter will also serve as documentation for your recertification. If you have any questions or need additional information, please email the Professional Development staff at collegecredits@aca.org.

Sincerely,

*Kathy Black-Dennis*

Kathy Black-Dennis
Professional Development Director

Participant ID# 10666463

Enclosures:
CEU Form, Request Form

Your Grade(s):

88

Total course hours taken: **40.00**



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne Jr.*
*Sheriff*

March 25, 2007

Earnest Thompson
Badge # 160

You have successfully completed the Oleoresin Capsicum (O.C.) Re-certification requirements. Your certification expires January 25, 2008. To keep you qualification to carry the O.C. spray, please continue to up-date your certification yearly. A copy of this letter will be placed in your personal training file in the training department.

If you have any questions or need additional information, you may contact the training department at 604-2361.

Sincerely,

Captain Kenneth Rogers
O.C. Instructor

Office: (228) 865-7092                    Fax: (228) 865-7071                    Dispatch: (228) 865-7060

# Institute of Police
# Technology and Management

UNIVERSITY OF NORTH FLORIDA

This is to certify that

## Earnest Thomas

has successfully completed the 40 hour training course

### Verbal Judo: Train-the-Trainer

Conducted in Jacksonville, Florida

July 16, 2007 - July 20, 2007

COURSE DIRECTOR

UNF
UNIVERSITY of
NORTH FLORIDA.

IPTM DIRECTOR

IPTM
INSTITUTE OF POLICE
TECHNOLOGY AND MANAGEMENT



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**SPECIAL ORDER NUMBER:** 06- 279

**DATE:**    OCTOBER 4, 2006

**INDEX AS:** SPECIAL TRAINING ASSIGNMENT

---

**SUBJECT:** CPR/FIRST AID INSTRUCTOR CERTIFICATION

**TO:** SGT. EARNEST THOMAS

You have been scheduled to attend the above reference certification, October 16, 18 and 20th, 2006 at the American Red Cross, 2782 Fernwood Road, Gulfport, MS.

This Order is effective October 16, 2006.

George H. Payne, Jr.
Sheriff

Cc:  Warden Cabana
     Capt. Pitts
     Capt. Campbell
     Paula Hentges
     **Fran Palmer**
     **File**

---

Office: (228) 865-7092              Fax: (228) 865-7071              Dispatch: (228) 865-7060



George H. Payne Jr.
*Sheriff*

# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

October 5, 2006

To: Bertina Burg
From: Paula Hentges, Training Department
Subject: First Aid/CPR Instructor Training

We would like to enroll Sgt. Earnest Thomas from the Harrison County Sheriff's Department into your Oct. 16th, 18th, and 20th class for CPR/First Aid Instructor. Attached is purchase order to cover the cost of tuition and an instructor certification showing he was certified in the past. He is also our instructor for the sheriff's department and teaches a class about once a month depending on the amount of students. If you have any questions, please contact me at 228-604-2361. I am in and out of the office throughout the day, please leave a message and I will return your call.

Thank you,

*Paula Hentges*

Deputy Paula Hentges
Training Department

---

Office: (228) 865-7092          Fax: (228) 865-7071          Dispatch: (228) 865-7060