OCT. 4. 2006  2:30PM    HARRISON COUNTY SHERRIF                    NO. 1066    P. 1

# HARRISON COUNTY BOARD OF SUPERVISORS

# PURCHASE ORDER

HARRISON COUNTY CHANCERY CLERK
ACCOUNTS PAYABLE DEPARTMENT
PHONE (228) 865-4034
P.O. DRAWER CC
GULFPORT, MS 39502

## HARRISON COUNTY
## PURCHASING DEPARTMENT
PHONE (228) 865-4028
FAX (228) 865-4223

Purchase Order
No.          127329
Date  10/ 4/2006
Request    153456
Page            1

AMERICAN RED CROSS
P O BOX 4514

BILOXI        MS 39535

**SHIP TO:** HARRISON COUNTY JOB SITE
DIRECTIONS WILL BE PROVIDED VIA
FAX OR TELEPHONE CONVERSATION

| QUANTITY | DESCRIPTION OF SUPPLIES, EQUIP, OR SERVICE | UNIT COST | EXTENDED |
|---|---|---|---|
| 1.00 | LT CPR/FIRST AID INSTRUCTOR CERTIFICATION FOR EARNEST THOMAS | 125.0000 | 125.00 |

FOR: SHERIFF ADMINISTRATION

TOTAL AMOUNT OF THIS PURCHASE ORDER  $125.00

PD-2

CONTROL NO. 246796
(THIS IS NOT THE PURCHASE ORDER NUMBER)

APPROVED BY _Melisa L Pope_
HARRISON COUNTY PURCHASING DEPARTMENT
MELISSA L. POPE, PURCHASE CLERK

INSTRUCTIONS FOR VENDOR
1. This purchase order number shall be shown by vendor on all related invoices, delivery memorandum, bills of lading and/or correspondence.
2. No unit price shall exceed the bid price.
3. If not previously provided, billings/statements with invoices should be rendered as soon as possible.
   **The original invoice should be sent to accounts payable, a duplicate should be sent to the purchasing department.**
4. All prices, unless otherwise specified, are not FOB destination with transportation charges prepaid.
5. Equipment, materials and/or supplies delivered on this order shall be subject to inspection and, if rejected, shall remain the property of the vendor.
6. If shipment is made by common carrier, the original prepaid bill shall accompany the original invoice.
7. Ship prepaid, best way unless otherwise instructed.

**VENDOR FILE**



TASER® X26 CERTIFICATION

EARNEST THOMAS

Certified User

This Certifies that

Earnest Thomas

is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor.

Certification will expire one year from date of signature.

In Witness Whereof, Certified Instructor

**Rupert H. Lacy**
Certified Instructor

has certified the successful completion of the training requirements this day:

**February 2, 2006**

_Certified Instructor:_

_Certified Instructor ID:_

0006080501914128713346C

© 2003, TASER International, Inc. TASER®, Shaped Pulse™ and the Globe Lightning Bolt Logo are trademarks of TASER International, Inc.



# Mississippi Automated Systems Project

Public Safety Technology & Training Programs
The University of Southern Mississippi-Gulf Coast

730 E. Beach Blvd.
Long Beach, MS 39560                                    1-800-ASP-HELP

March 22, 2006

Ms. Hentges,

On March 2, 2006 the following people attended 4 hours of JMS system administration training.

Major Riley
Sgt. Rogers
Ms. Rippy
Sgt. Thomas

On March 10, 2006 the following people attended 2 hours additional JMS system administration training.

Ms. Rippy
Sgt. Thomas

Kelly A. Morgan
Public Safety Applications Instructor
Mississippi Automated System Project
228.297.1107



# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800 FAX 301 • 918 • 1900
WWW.ACA.ORG

November 16, 2004

Earnest B. Thomas
Harrison County Sheriff's Dept.
Attn: Capt. Rupert H. Lacy
PO Box 1480
Gulfport, MS 39502-1480

Dear Mr. Thomas:

Congratulations on your successful completion of the American Correctional Association's **Correctional Supervision I Self-Instructional Course.**

Having completed this self-instructional course, you are now eligible to receive continuing education units (CEUs) from University of Maryland, College Park. If you would like to receive CEUs, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Once again, I commend your efforts and urge you to have a copy of this letter placed in your personnel file. If you have any questions or need additional information, please call the Professional Development staff at (301) 918-1861.

Sincerely,

William W. Sondervan, Ed.D., CCE
Director
Professional Development

Participant ID# 10666463

Enclosures

Your Grade(s):
95

American Correctional Association



ACA
FOUNDED 1870

Certificate of Completion

Presents this

to

Earnest B. Thomas

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The  40 Hour
Correctional Supervision I Self-Instructional Course

November 2004
DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR



# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800  FAX 301 • 918 • 1900
WWW.ACA.ORG

May 18, 2005

Earnest B. Thomas
Harrison County Sheriff's Dept.
Attn: Paula Hentges
10451 Larkin Smith Drive
Gulfport, MS 39503-4615

Dear Mr. Thomas:

Congratulations on your successful completion of the American Correctional Association's **Suicide Prevention in Custody Self-Instructional Course.**

Having completed this self-instructional course, you are now eligible to receive continuing education units (CEUs) from University of Maryland, College Park. If you would like to receive CEUs, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Once again, I commend your efforts and urge you to have a copy of this letter placed in your personnel file. If you have any questions or need additional information, please call the Professional Development staff at (301) 918-1861.

Sincerely,

William W. Sondervan, Ed.D., CCE
Director
Professional Development

Participant ID#  10666463

Enclosures

Your Grade(s):

88

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

This is to certify that

## Earnest B. Thomas

has successfully completed

Impact Weapons
(6 hours)

This the 1ˢᵗ day of February 2008



Captain Clay Jones, Director

Lt. Joey L. Wilkerson, Deputy Director



American Correctional Association

FOUNDED 1870

Presents this

Certificate of Completion

to

Earnest B. Thomas

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 20 Hour
Suicide Prevention in Custody Self-Instructional Course

May 2005
DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

# Oleoresin Capsicum Re-Certification Exam

Name: _Sgt. EARNEST THOMAS_    Score: _PASS_

Instructor: _Capt. Lacey_    Date: _4/14/05_

*EXP 1/05*
*4/14/06*

Read the questions and select the **best** answer from the choices listed below. There is only one answer to each question. All answers are to be recorded on your answer sheet.

1. Which terms best describe the psychological effects of OC?
   a. Capsaicinoid concentrations from 0.66%, 1.33%, and 3.0% respectively.
   b. Vasodilation, Rhinorrhea, Dyspnea
   c. Anxiety, fear, and Panic
   d. None of the above

2. Of the following which high-volume delivery system would be best suited for cell extraction?
   a. Stream (MK-4)
   b. Fog (MK-9)
   c. Foam (MK-3 pepper foam)
   d. Cone (any brand)

3. Based on the health risk issue of "hydraulic needle effect" what is the distance recommendation offered as a guide unless the situation dictates otherwise?
   a. 36 inches
   b. 6 inches
   c. 12 inches
   d. 30 inches

## Memorandum Receipt

Date: _3/24/05_

I _EARNEST B. THOMAS_ received a copy of the memo generated by
       (Print Name)

Major Smith regarding **Off-Duty Uniform Guidelines** dated March 22, 2005.

Officers Signature: _Sgt. E.B. Thomas_ Badge # _160_

# Memorandum Receipt

Date: _2/4/05_

I _Sgt. EARNEST THOMAS #160_ received a Suicide Prevention Card.
     (Print Name)

Officers Signature: _Sgt. EA Thomas_ Badge # _160_

# SHIFT TRAINING

# POLICY AND PROCEDURES


ON, _1/1/05_, _EARNEST Thomas #160_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
TRAINING ON POLICY AND PROCEDURES; **SUICIDE WATCH;** DURING THE 0645-1500 HOUR
SHIFTS BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER


SHIFT SUPERVISORS/INSTRUCTOR
SGT. KENNETH ROGERS #161
SGT. EARNEST THOMAS #285
SGT. EDDIE COLLINS #254

## Harrison County Adult Detention Center
George Payne, Jr., Sheriff

### Inmate Worker Guidelines

**All officers will strictly enforce these guidelines; if you violate any of these guidelines you will be written up. If violations are not corrected you will be dismissed as an inmate worker, and lose all worker privileges.**

### *Privileges*

- 1-hour non-contact visit weekly.

- Allowed to stay up until 12:00 p.m. Sunday thru Thursday, and until 1:00 a.m. on Friday and Saturday.

- 2-Hour yard call 7 days a week.

- Larger meal portions at lunchtime.

- Allowed to use the telephone until lockdown time.

### *Guidelines*

- Inmate workers must be properly groomed at all times; i.e. clean-shaven, shirts tucked, belts worn, short and neat haircut.

- All inmate workers must wear inmate worker tags whenever reporting for work. (Tags will only be worn on your shirt pockets.) I.D. tags will be picked up from the control tower before you exit the block for work, and will be returned to the control tower when returning from work.

- If a worker loses an I.D. tag, your supervisor will be immediately notified.

- Inmate workers will wear I.D. wristbands at all times.

- The inmate worker sections will be clean at all times. Any worker not practicing good housekeeping will be disciplined accordingly. All personal items must be stored in gray boxes.

- Workers are not allowed in the hallways without an escort. The only exception will be sanitation workers.

- Leaving your assigned area without an escort will result in your being disciplined.

- Inmate workers will not talk to inmates being held in holding cells.

- Inmate workers are not allowed outside the facility without an officer escort.

- No loitering.

- Inmate workers will not enter the loading dock area without an officer escort.

- Inmate workers are not allowed upstairs without an officer escort.

- When female inmates are being escorted in the halls, male workers will turn and face the nearest wall until the female has passed.

- Inmate workers will go from point A to point B without stopping.

- All officers will strictly enforce these guidelines and if you violate any of these guidelines you will be written up. If violations are not corrected you will be dismissed as an inmate worker.

Officer's Signature: _Sgt. Eckberomas #160_    Date: _12/8/04_

# Oleoresin Capsicum

# Re-Certification Exam

Name: _Sgt. Thomas, EARNEST_    #285    Score: _____

Instructor: _____    Date: _____

Read the questions and select the **best** answer from the choices listed below. There is only one answer to each question. All answers are to be recorded on your answer sheet.

1. Which terms best describe the psychological effects of OC?
   a. Capsaicinoid concentrations from 0.66%, 1.33%, and 3.0% respectively.
   b. Vasodilation, Rhinorrhea, Dyspnea
   c. Anxiety, fear, and Panic
   d. None of the above

2. Of the following which high-volume delivery system would be best suited for cell extraction?
   a. Stream (MK-4)
   b. Fog (MK-9)
   c. Foam (MK-3 pepper foam)
   d. Cone (any brand)

3. Based on the health risk issue of "hydraulic needle effect" what is the distance recommendation offered as a guide unless the situation dictates otherwise?
   a. 36 inches
   b. 6 inches
   c. 12 inches
   d. 30 inches

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Sgt. EARNEST THOMAS #285_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _How Not to become a Hostage_

ON _July 06_        20_04_  AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Sergeant Earnest Thomas #285_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Sexual Harassment_

ON _May   13_        20_04_  AND RECEIVED _3_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Sgt April Krieger_

NAME OF CERTIFYING INDIVIDUAL: _APRIL KRIEGER_
(PRINT)

American Red Cross

**INSTRUCTOR CERTIFICATE**

Name: EARNEST B. THOMAS

HAS COMPLETED THE INSTRUCTOR COURSE IN
First Aid/CPR/AED

Name of Course

AT MS Gulf Coast Chapter
Name of Facility or Organization Where Course Was Conducted

Biloxi, MS
City and State

31 Dec 05
Expiration Date

_Michael B. Fitz_
Signature of Instructor Trainer

---

**INSTRUCTOR TRAINER COMPLETES THIS SECTION**

Any alterations to this certificate other than those allowed by national policy make this certificate null and void.

INSTRUCTOR COURSE: Show completion and expiration dates below. The expiration date for courses completed January–September is the year of the second December 31 following the course completion date. For courses completed October–December, use the third of the third December 31 following the course completion date.

8/14/04
Course Completion Date

Date Certificate
Expires: December 31, 2005

INSTRUCTOR REVIEW COURSE: Show the completion date only. Write the word "Review" on an Expiration Date line in the upper left section of this form.

_____
Review Course Completion Date

Current Certificate
Expires: December 31, ___

Unit in Which the Instructor Who
Is "Reviewed" is Currently Authorized

**INSTRUCTOR-CANDIDATE**

---

Mo. Day Yr.
6 17 60
Date of Birth

(228) 931-4366
Home Telephone No.

(228) 896-3000
Business Telephone No.

SAMPLE DR.

Gulfport, MS 39503
City, State, ZIP Code

Business Name:
Harrison County Adult Detention Center

10461 Larkin Smith DR.

Gulfport, MS 39503
City, State, ZIP Code

As an authorized American Red Cross Instructor, I agree to conduct course in accordance with requirements and procedures established by the American Red Cross.

_Earnest B. Thomas_
Signature of Instructor

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
Social Security No.

A copy of this record will be filed for five (5) years at the location noted below. (Your Instructor trainer will provide this information.)

MS Gulf Coast Chapter
Instructor Trainer's Unit of Authorization

PO BOX 4514
Street Address

Biloxi, MS 39535
City, State, ZIP Code

Red Cross Unit Where Course Was Conducted (if different from above)

_Michael B. Fitz_
Name of Instructor Trainer (Print)

American Red Cross Form 5736 (Rev. 9-98)

This recognizes that
**EARNEST THOMAS**
has completed the requirements for
**FUNDAMENTALS OF
INSTRUCTOR TRAINING**

conducted by
**Mississippi Gulf Coast**

Date completed    05/06/2004

The American Red Cross recognizes this certificate
as valid for 1    year(s) from completion date.

*Together, we can save a life*



**American Red Cross**

## ACKNOWLEDGEMENT RECEIPT

I, _EARNEST B. THOMAS #285_, have this date received the following
       (print full name)

document(s) from _Captain Taylor #151_ :
                        (officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

_Sgt. E.B. Thomas #285_
( (Officer Signature)

_2/11/04_
      (Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_SGT. EARNEST B. THOMAS_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _SIGNING_

ON _FEBURARY 12_ 20_04_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Shelley Mason_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Sgt. Earnest B. Thomas_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Crime Scene and Evidence Recovery_

ON _August 12_ 20_04_ AND RECEIVED _2 hours_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _[signature]_ # 34

NAME OF CERTIFYING INDIVIDUAL: _Inv. Troy A. Carpenter #34_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Sgt. EARNEST THOMAS_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Use of Force_

ON _September 30_ 20_04_ AND RECEIVED _4. 0_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Beth Dean_ 2510

NAME OF CERTIFYING INDIVIDUAL: _Beth Dean_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Sgt. EARNEST B. THOMAS #285_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _GANG AWARENESS_

ON _JANUARY 22_ 20_04_ AND RECEIVED _4 hours_

TRAINING CREDIT HOUR (S) / MINUTE (S). _4 hours_

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Anthony Kelly_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_EARNEST B. THOMAS_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Personnel / Cell Searches_

ON _November 18_, 20 _03_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Earnest B Thomas #285_

NAME OF CERTIFYING INDIVIDUAL: _EARNEST B. THOMAS #285_
(PRINT)

# Shift Training

On _10/14/03_ , I _EARNEST. B. THOMAS #285_ received a 15 minute
Print Name

block of training on **Employees & the Inmate Culture**, during the

_____ shift briefing.


_Earnest B. Thomas_ #285
Officers Signature & Badge Number



Harrison County Sheriff's Department

This is to certify that

Earnest R. Thomas

Has successfully completed

WORKING PLACE-FIRST AID

This the 13th day of August, 2003

Deputy Anthony Kelly, Instructor

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

**Harrison County Sheriff's Department**
The University of Southern Mississippi-Gulf Coast



*This is to certify that*

*Earnest R. Thomas*

*has successfully completed*

## BASIC CORRECTIONAL OFFICER'S TRAINING COURSE
(80 HOURS)

*On the 22nd day of August, 2003*

*Stephen Glann, Captain HCSD*

*Julius Allen, Ph.D., Major, HCSD*
*Director, SRPSI*



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

This is to certify that

EARNEST R. THOMAS

has successfully completed training in

DEFENSIVE TACTICS

This the 19th day of August, 2003

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Kenneth Bishop, Sgt., HCSD
Instructor

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast



*This is to certify that*

## EARNEST R. THOMAS

*has successfully completed training in*

## OLEORESIN CAPSACIN "O.C. SPRAY"

*This the 14th day of August, 2003*

Julian Allen, Ph.D., Major, HCSD
Director, SRPSI

Jeff Branner, Deputy, HCSD
Instructor

LITHO IN U.S.A.

©1996 GCES 0481
All Rights Reserved



# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/20/03, I *EARNEST THOMAS #285* RECEIVED A 15 MINUTE BLOCK
_____
PRINT NAME
OF TRAINING On Riots and Disturbance During The 0700-1500 HR SHIFT BRIEFING.


_____
DEPUTY SIGNATURE AND BADGE NUMBER



Lt.LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/19/03, I _EARNEST B. THOMAS_ #285_____ RECEIVED A 15 MINUTE BLOCK

                    PRINT NAME

OF TRAINING On Inmate Deaths  During The 0700-1500 HR SHIFT BRIEFING.

_Earnest Thomas #285_
DEPUTY SIGNATURE  AND BADGE NUMBER

Lt. LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/18/03, I _EARNEST B. THOMAS #285_ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING On Natural Disaster Plan During The 0700-1500 HR SHIFT BRIEFING.


_Earnest B Thomas #285_
DEPUTY SIGNATURE  AND BADGE NUMBER



Lt.LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/13/03, I _Earnest B. Thomas #285_ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING On Fire &Evacuation Plans During The 0700-1500 HR SHIFT BRIEFING.

_Earnest B. Thomas #285_
DEPUTY SIGNATURE AND BADGE NUMBER

Lt.LADEHOFF

# SHIFT TRAINING
# EMERGENCY PROCEDURES

On 03/12/03, I _EARNEST B. THOMAS #285_ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING On Evacuation Plans During The 0700-1500 HR SHIFT BRIEFING.


_Earnest Thomas #285_
DEPUTY SIGNATURE AND BADGE NUMBER



Lt.LADEHOFF



# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800  FAX 301 • 918 • 1900
WWW.CORRECTIONS.COM/ACA

February 11, 2003

Earnest Thomas
Harrison County Sheriff's Dept.
C/o Capt. Rupert H. Lacy
PO Box 1480
Gulfport, MS  39502

Dear Mr. Thomas:

Congratulations on your successful completion of the American Correctional Association's Working with Special Needs Offenders Self-Instructional Course.

Having completed this self-instructional course, you are now eligible to receive continuing education units (CEUs) from Eastern Kentucky University.  If you would like to receive CEUs, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Once again, I commend your efforts and urge you to have a copy of this letter placed in your personnel file.  If you have any  questions or need additional information, please call the Professional Development staff at (301) 918-1862.

Sincerely,

John J. Greene, III
Director
Professional Development

Participant ID#  10666463

Enclosures

Your Grade(s):
      96



**American Correctional Association**

FOUNDED 1870

*Presents this*

*Certificate of Completion*

*to*

*Earnest Thomas*

*In Recognition of Your Continued Professional Development*
*Through the Successful Completion*
*of The 40 Hour*
*Working with Special Needs Offenders Self-Instructional Course*

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

*February 2003*
DATE

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-22-2002, I _EARNEST B. THOMAS_ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
OF TRAINING ON Code Of Ethics, DURING THE 0700-1500 Hours SHIFT BRIEFING.

_Earnest Thomas #285_
DEPUTY SIGNATURE AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 11-21-2002, I _EARNEST B. THOMAS_____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
OF TRAINING ON Facility Goals and Mission, DURING THE 0700-1500 Hours SHIFT BRIEFING.

_Earnest S. Thomas  #285_____
DEPUTY SIGNATURE AND BADGE NUMBER