# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

**NAME: KELLY, ANNIE**

**DATE HIRED:** 2/3/03

**BADGE #181**

**DIVISION:** CORRECTIONS

| | | 40 HOURS | REMARKS |
|---|---|---|---|
| 40-HOUR PRE-SERVICE TRAINING COURSE | X 6-Feb-03 | | |
| WORKING PLACE FIRST AID | X 6-Feb-03 | | |
| OC SPRAY | X 6-Feb-03 | | |
| USE OF RESTRAINTS | X 18-Feb-03 | | |
| CRIME SCENE PROCEDURES | 1-Mar-03 | 15 MIN | |
| EMERGENCY KEYS | 5-Mar-03 | 15 MIN | |
| EMERGENCY HURRICANE PROCEDURE | 8-Mar-03 | 15 MIN | |
| POST COMPLETION: BOOKING CONTROL | X 11-Mar-03 | 16 HRS | |
| POST COMPLETION: CONTROL ROOM | X 12-Mar-03 | 16 HRS | |
| POST COMPLETION: FLOOR OFFICER | X 18-Mar-03 | 16 HRS | |
| HUNGER STRIKE | 22-Mar-03 | 15 MIN | |
| PPCT TRAINING | X 19-Jun-03 | 5 HRS | |
| KEY REGISTRY AND CHIT ID TAGS | 25-Jun-03 | 15 MIN | |
| POST COMPLETION: FRONT DESK | X 26-Jun-03 | 16 HRS | |
| POST COMPLETION: MEDICAL ROVER | X 5-Jul-03 | 16 HRS | |
| ORDERS UPDATE, PAYROLL AND OVERTIME CHANGES | 27-Jul-03 | 15 MIN | |
| EMERGENCY KEY BOXES IN CENTROL ROOMS ( FIRE ) | 29-Jul-03 | 15 MIN | |
| POST COMPLETION: PERIMETER ROVER | X 6-Aug-03 | 16 HRS | |
| POST COMPLETION: ROVER | X 5-Sep-03 | 16 HRS | |
| FIRST AID AND CPR | X 11-Sep-03 | 4 HRS | |
| EMPLOYEES AND INMATE CULTURE | 8-Oct-03 | 15 MIN | |
| PERSON CELL SEARCH | X 6-Nov-03 | 4 HRS | |
| PROMOTION | X 1-Dec-03 | | |
| GANGS | X 21-Jan-04 | 4 HOURS | |
| SIGN LANGUAGE | X 12-Feb-04 | 4 HOURS | |
| SEXUAL HARASSMENT | X 13-May-04 | 3 HOURS | |
| OC SPRAY | X 24-Jun-04 | 1 HRS | |
| HOW NOT TO BECOME A HOSTAGE | X 15-Jul-04 | 4 HRS | |
| EVIDENCE | X 3-Aug-04 | 2HRS | |
| SECURITY SUPERVISION | 22-Sep-04 | 15 MIN | |
| USE OF FORCE | X 22-Sep-04 | 4 HRS | |
| RIOTS AND DISTURBANCES | 24-Sep-04 | 15 MIN | |

LAST UPDATED 2/28/2008

1 OF 8

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| CLASS/CERTIFICATION | DATE | TRAINING HOURS |
|---|---|---|
| REPLACEMENT OF INMATE ID BANDS | 16-Dec-04 | 15 MIN |
| MAIL, TELEPHONE, AND VISITING | 21-Dec-04 | 15 MIN |
| SUICIDE WATCH | 22-Dec-04 | 15 MIN |
| SUICIDE CRISIS INTERVENTION | 23-Dec-04 | 15 MIN |
| AREA RESTRICTED KEYS, VISITORS ARRIVAL TIME, GENERAL | | |

**NAME:** _____    **BADGE #:** _____

**DATE HIRED:** _____

## CONTINUATION SHEET

| CLASS/CERTIFICATION | DATE | TRAINING HOURS | REMARKS |
|---|---|---|---|
| ANNUAL, MILITARY, AND TRAINING LEAVE REQUEST | 28-Dec-04 | 15 MIN | |
| CODE OF ETHICS | 29-Dec-04 | 15 MIN | |
| SUICIDE WATCH AND COLOR CODE FOR FIRE EVACULATION | 30-Dec-04 | 15 MIN | |
| HEALTH CARE SERVICE | 3-Jan-05 | 15 MIN | |
| RELIGIOUS PROGRAMS | 4-Jan-05 | 15 MIN | |
| DRUG FREE WORK PLACE | 5-Dec-04 | | |
| HEALTH CARE SERVICE (SICK CALL) | 5-Jan-05 | 15 MIN | |
| CHANGE OF CUSTODY | 11-Jan-05 | 15 MIN | |
| EMPLOYEE DRESS AND GROOMING STANDARDS | 12-Jan-05 | 15 MIN | |
| CRIME SCENE PROCEDURES | 13-Jan-05 | 15 MIN | |
| INMATE ARMBANDS | 17-Jan-05 | 15 MIN | |
| SECURITY SUPERVISION | 20-Jan-05 | 15 MIN | |
| SEARCHING OF INMATES | 23-Jan-05 | 15 MIN | |
| MALE OFFICERS ENTERING FEMALE HOUSING AREA | 24-Jan-05 | 15 MIN | |
| TOWER CONTROL OPERATIONS MANUALS | 27-Jan-05 | 15 MIN | |
| CASE NUMBERS / NOTIFICATION | 30-Jan-05 | 15 MIN | |
| ATTENDANCE RECORDS | 31-Jan-05 | 15 MIN | |
| RADIO COMMUNICATION | 1-Feb-05 | 15 MIN | |
| ESCAPE / ASSAULT RISK INMATES | 8-Feb-05 | 15 MIN | |
| SEARCH OF AN INMATE | 14-Feb-05 | 15 MIN | |
| B/F HOUSING | 16-Feb-05 | 15 MIN | |
| SENDING HCADC STAFF TO MEDICAL | 20-Feb-05 | 15 MIN | |
| SPECIAL SECURITY | 21-Feb-05 | 15 min | |
| CONTACTING SHERIFF PAYNE | 22-Feb-05 | 15 MIN | |

LAST UPDATED 2/28/2008

2 OF 8

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| Item | Date | Time | |
|---|---|---|---|
| PERSONAL BAGS / MEDICAL SECTION | 24-Feb-05 | 15 MIN | |
| REPORT WRITING | 24-Feb-05 | 4 HR | X |
| EARLY RETURN OF KEYS | 27-Feb-05 | 15 MIN | |
| SCHEDULE FOR INMATES DAYROOM TIME | 28-Feb-05 | 15 MIN | |
| SCHEDULE FOR INMATES DAYROOM TIME | 2-Mar-05 | 15 MIN | |
| INMATE NON-CONTACT LIST | 3-Mar-05 | 15 MIN | |
| PERSONAL BAGS / MEDICAL SECTION | 7-Mar-05 | 15 MIN | |
| NOTIFICATION OF MEDICAL STAFF | 8-Mar-05 | 15 MIN | |
| 6/30/04 MEMO: MEDICATION PASS | 9-Mar-05 | 15 MIN | |
| PPCT | 10-Mar-05 | 4 HRS | X |
| 12-22-04 MEMO: DAMAGED OR DESTROYED PROPERTY | 10-Mar-05 | 15 MIN | |
| FOOD TRAY VERIFICATION | 13-Mar-05 | 15 MIN | |
| ACA STANDARDS OF TRAINING | 14-Mar-05 | 15 MIN | |
| 7/27/01 MEME: INMATE ACCOUNTABILITY | 15-Mar-05 | 15 MIN | |
| 9/30/01 MEMO: SEARCH OF MAIL | 16-Mar-05 | 15 MIN | |
| 9/10/01 MEMO: USE OF TOBACCO PRODUCTS | 17-Mar-05 | 15 MIN | |
| POLICY AND PROCEDURES: SEARCH | 22-Mar-05 | 15 MIN | |
| POLICY AND PROCEDURES: INMATE WORKERS | 23-Mar-05 | 15 MIN | |
| 3/22/05 MEMO: OFF-DUTY UNIFORM GUIDELINES | 24-Mar-05 | 15 MIN | |
| HEALTH CARE: INMATE ILLNESS OR DEATH | 27-Mar-05 | 15 MIN | |
| HEALTH CARE: INMATE ILLNESS OR DEATH | 28-Mar-05 | 15 MIN | |
| ACA 18.001 INMATE RELEASE PROCEDURES | 28-Mar-05 | 15 MIN | |
| ACA 21.004 PROGRAMS, RECREATION | 29-Mar-05 | 15 MIN | |
| ACA 09.002 SAFETY& EMERGENCY PROCEDURES: FLAMMABLE, TO: | 30-Mar-05 | 15 MIN | |
| POLICY & PROCEDURES: SPECIAL NEEDS INMATES | 31-Mar-05 | 15 MIN | |
| P&P: FOOD SERVICE-SPECIAL DIETS | 4-Apr-05 | 15 MIN | |
| P&P: SAFETY AND EMERGENCY-INMATE DEATHS | 5-Apr-05 | 15 MIN | |
| P&P:FLAMMABLE, TOXIC, AND CAUSTIC MATERIAL | 6-Apr-05 | 15 MIN | |
| P&P: INMATE ACCOUNTS | 7-Apr-05 | 15 MIN | |
| SECURITY AND CONTROL: CONTROL OF CONTRABAND | 10-Apr-05 | 15 MIN | |
| INMATE RELEASE PROCEDURES: ESCORTED LEAVES | 11-Apr-05 | 15 MIN | |
| 6/2/00 MEMO: MAINTENCE WORKERS | 12-Apr-05 | 15 MIN | |
| HEALTHCARE: INMATE MEDICAL RECORDS | 13-Apr-05 | 15 MIN | |
| SANITATION & HYGIENE: CLOTHING, BEDDING SUPPLIES, BATHING | 14-Apr-05 | 15 MIN | |
| ADMINISTRATION & MANAGEMENT: TABLE OF ORGANIZATION | 17-Apr-05 | 15 MIN | |
| 3/14/01 MEMO: FILING CHARGES / SIMPLE ASSAULT | 18-Apr-05 | 15 MIN | |
| 6/2/00 MEMO: MAINTENCE WORKERS | 19-Apr-05 | 15 MIN | |

LAST UPDATED 2/28/2008

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| | | |
|---|---|---|
| MEMORANDUM-PERSONNEL: EMPLOYEE REIMBURSEMENT | 20-Apr-05 | 15 MIN |
| PERSONNEL: EMPLOYEE IDENTIFICATION CARDS | 21-Apr-05 | 15 MIN |
| MEMO–ADMIN & MANAG.:FACILITY GOALS, PUPOSE, & MISSION | 24-Apr-05 | 15 MIN |
| PERSONNEL: DRUG FREE WORK PLACE | 25-Apr-05 | 15 MIN |
| FOOD SERVICE: SPECIAL DIETS | 27-Apr-05 | 15 MIN |
| SECURITY & CONTROL: FORCED CELL MOVES | 16-May-05 | 15 MIN |
| PERSONNEL: REVIEW OF STAFFING REQUIREMENTS | 17-May-05 | 15 MIN |
| INMATE RIGHTS: ACCESS TO MEDIA | 18-May-05 | 15 MIN |
| INMATE RIGHTS: GENERAL LIBRARY SERVICES | 19-May-05 | 15 MIN |
| INMATE RELEASE PROCEDURES:RELEASE PREPARATION | 22-May-05 | 15 MIN |
| PERSONNEL: REVIEW OF STAFFING REQUIREMENTS | 23-May-05 | 15 MIN |
| SECURITY & CONTROL: CORRECTIONAL OFFICER ASSIGNMENTS | 24-May-05 | 15 MIN |
| SECURITY & CONTROL: ARMORY ENTRY PROCEDURES | 25-May-05 | 15 MIN |
| PERSONNEL: REVIEW OF STAFFING REQUIREMENTS | 26-May-05 | 15 MIN |
| RELIGIOUS SERVICES:INMATE MARRIAGE | 31-May-05 | 15 MIN |
| LIBRARY SERVICES: INMATE ASSISTANTS | 1-Jun-05 | 15 MIN |
| PERSONNEL:SEXUAL HARASSMENT | 2-Jun-05 | 15 MIN |
| TRAINING & STAFF DEVELOPMENT: REFERENCE SERVICES | 5-Jun-05 | 15 MIN |
| 6/2/05 MEMO: B/F CAPACITY | 6-Jun-05 | 15 MIN |
| SAFETY & EMERGENCY PROCEDURES | 8-Jun-05 | 15 MIN |
| HEALTH CARE: SPECIAL HEALTH CARE PROGRAMS | 9-Jun-05 | 15 MIN |
| PROHIBITATION ON MEDICAL EXPERIMENTATION | 12-Jun-05 | 15 MIN |
| CLASSIFICATIONS: SPECIAL NEEDS INMATES | 13-Jun-05 | 15 MIN |
| ADMINISTRATION: ROLE OF OUTSIDE AGENCIES & MANAGEMENT | 14-Jun-05 | 15 MIN |
| ADMIN: DETENTION CENTER INSPECTIONS & INVESTIGATIONS | 15-Jun-05 | 15 MIN |
| SECURITY AND CONTROL | 16-Jun-05 | 15 MIN |
| PERSONNEL: PERSONNEL SELECTION & RETENTION | 19-Jun-05 | 15 MIN |
| PERSONNEL: SEXUAL HARASSMENT | 21-Jun-05 | 15 MIN |
| SECURITY & CONTROL: USE OF RESTRAINTS | 22-Jun-05 | 15 MIN |
| SECURITY & CONTROL: CONTROL ACCESS, USE OF KEYS, LOCKS $ | 23-Jun-05 | 15 MIN |
| ADMIN. & MANAGEMENT: FACILITY GOALS, PURPOSE & MISSION | 24-Jun-05 | 15 MIN |
| ADMINISTRATION.: ROLE OF OUTSIDE AGENCIES & MANAG. | 28-Jun-05 | 15 MIN |
| CITIZEN INVOLVEMENT & VOLUNTEER | 29-Jun-05 | 15 MIN |
| SECURITY & CONTROL: USE OF FIREARMS | 30-Jun-05 | 15 MIN |
| EMERGENCY & SECURITY PROCEDURES | X 21-Jun-05 | 4 HRS |
| INMATE RIGHTS: ACCESS TO MEDIA | 5-Jul-05 | 15 MIN |
| SECURITY & CONTROL:CONTROLLED ACCESS & USE OF VEHICLES | 6-Jul-05 | 15 MIN |

LAST UPDATED 2/28/2008

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| Course | Date | Duration |
|---|---|---|
| SUICIDE PRECAUTIONS & SIGNS OF SUICIDE RISK | X 7-Jul-05 | 3 HRS |
| LIBRARY SERVICES: INMATE ASSISTANTS | 8-Jul-05 | 15 MIN |
| EMERGENCY HURRICANE PROCEDURES | 9-Jul-05 | 15 MIN |
| ADMIN & MANAGT: APPOINTED PERSONNEL & MANAGT TABLE OF C | 13-Jul-05 | 15 MIN |
| PERSONNEL: CODE OF ETHICS | 14-Jul-05 | 15 MIN |
| PERSONNEL: CODE OF ETHICS | 19-Jul-05 | 15 min |
| INFORMATION SYSTEM&RESEARCH:MASTER INDEX & DAILY RPTS | 20-Jul-05 | 15 MIN |
| SECURITY & CONTROL:SECURITY REVIEW OF PERSONS ENT/EXIT | 21-Jul-05 | 15 MIN |
| OFFICER SAFETY | 22-Jul-05 | 15 MIN |
| ADMINISTRATION: LEGAL ASSISTANCE | 26-Jul-05 | 15 MIN |
| PERSONNEL:EMPLOYEE DRESS & GROOMING STANDARDS | 27-Jul-05 | 15 MIN |
| INMATE RELEASE PROCEDURES:RELEASE PREPARATION | 29-Jul-05 | 15 MIN |
| FISCAL: FISCAL RESPONSIBILITY MGT AND BUDGETING CONTROL | 2-Aug-05 | 15 MIN |
| SPECIAL MGT INMATES:PRE-HEARING/DISCIPLINARY/PROTECTIVE | 3-Aug-05 | 15 MIN |
| SEXUAL HARASSMENT | X 4-Aug-05 | 3 HRS |
| POLICY & PROCEDURE: FEMALE INMATES | 4-Aug-05 | 15 MIN |
| ACA: HUNGER STRIKE | 5-Aug-05 | 15 MIN |
| POLICY & PROCEDURE: FACILITY GOALS,PURPOSE & MISSION | 9-Aug-05 | 15 MIN |
| POLICY & PROCEDURE: GENERAL RULES OF CONDUCT | 10-Aug-05 | 15 MIN |
| POLICY & PROCEDURE: CHAIN OF COMMAND | 11-Aug-05 | 15 MIN |
| POLICY & PROCEDURE: PERSONNEL RECORDS | 12-Aug-05 | 15 MIN |
| ACA CERTIFICATE: CORRECTIONAL SUPERVISION I | X 12-Aug-05 | 40 HRS |
| POLICY & PROCEDURE: DISABLE INMATES | 13-Aug-05 | 15 MIN |
| POLICY & PROCEDURES: KEY CONTROL | 16-Aug-05 | 15 MIN |
| POLICY & PROCEDURES: PERSONNEL SELECTION & RETENTION | 17-Aug-05 | 15 MIN |
| ACA CERTIFICATE: WORKING W/ MANIPULATIVE INMATES | X 17-Aug-05 | 24 HRS |
| POLICY & PROCEDURES: MONTHLY STATISTICAL REPORTING | 18-Aug-05 | 15 MIN |
| POLICY & PROCEDURES: LEGAL ASSISTANCE | 19-Aug-05 | 15 MIN |
| SECURITY & CONTROL: ARMORY ENTRY PROCEDURES | 23-Aug-05 | 15 MIN |
| FOOD SERVICE: DIETARY ALLOWANCES MEAL SERVICES | 25-Aug-05 | 15 MIN |
| POLICY & PROCEDURES: USE OF FORCE | 24-Nov-05 | 15 MIN |
| POLICY & PROCEDURES: DEPOSITS | 26-Nov-05 | 15 MIN |
| EVIDENCE COLLECTION PROTOCOL | 13-Jan-06 | 15 MIN |
| POLICY & PROCEDURES: HUNGER STRIKE | 14-Jan-06 | 15 MIN |
| CHARGING AN INMATE FOR ASSAULT | 19-Jan-06 | 15 MIN |
| POLICY & PROCEDURES: HEARING IMPAIRED INMATES | 20-Jan-06 | 15 MIN |
| POLICY & PROCEDURES: ROLE OF OUTSIDE AGENCIES & MGT | 21-Jan-06 | 15 MIN |

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| | | |
|---|---|---|
| SECURITY & CONTROL: CENTRAL CONTROL | 22-Jan-06 | 15 MIN |
| POLICY & PROCEDURES: CLASSIFICATION | 26-Jan-06 | 15 MIN |
| GENERAL ORDERS #27: NEWS MEDIA | 9-Feb-06 | 15 MIN |
| ADMINISTRATION: LEGAL ASSISTANCE | 10-Feb-06 | 15 MIN |
| FISCAL: COMMISSARY/CANTEEN, MANAGEMENT & INMATE FUNDS | 12-Feb-06 | 15 MIN |
| PERSONNEL: CODE OF ETHICS | 17-Feb-06 | 15 MIN |
| POST ORDERS: BOOKING CONTROL OFFICER | 30-Mar-06 | 15 MIN |
| CENTRAL CONTROL POST ORDERS | 30-Mar-06 | 15 MIN |
| INMATE RELEASE PROCEDURES: ESCORTED LEAVES | 6-Apr-06 | 15 MIN |
| POLICY & PROCEDURES: CUSTODY INQUIRIES | 7-Apr-06 | 15 MIN |
| SANITATION & HYGIENE: CLOTH,BED,BATH & PERSONAL SUPPLIES | 8-Apr-06 | 15 MIN |
| POST ORDERS: MEDICAL WATCH | 13-Apr-06 | 15 MIN |
| POST ORDERS: PERIMETER SECURITY OFFICER | 14-Apr-06 | 15 MIN |
| ADMINISTRATION & MGT: FACILITY GOALS, PURPOSE & MISSION | 15-Apr-06 | 15 MIN |
| CELL EXTRACTION | | 4 HRS- |
| JMS TRAINING | X27-Feb-06 | 4 HRS |
| POLICY & PROCEDURES: PERSONNEL RECORDS | X10-Apr-06 | 15 MIN |
| SECURITY & CONTROL: CORRECTIONAL OFFICER ASSIGNMENT | 19-Apr-06 | 15 MIN |
| POLICY & PROCEDURES: EVACUATION PLAN | 30-Apr-06 | 15 MIN |
| INMATE RIGHTS: ACCESS TO PROGRAMS & SERVICES PROTECT | 3-May-06 | 15 MIN |
| GENERAL ORDER #41: MARRIAGE BETWEEN DEPARTMENT EMPLO | 14-May-06 | 15 MIN |
| POLICY & PROCEDURES: HEALTH CARE SERVICES | 17-May-06 | 15 MIN |
| ADMINISTRATION & MGT: APPOINTED PERSONNEL & MGT TABLE | 18-May-06 | 15 MIN |
| POLICY & PROCEDURES: CODE OF ETHICS | 22-May-06 | 15 MIN |
| POLICY & PROCEDURES: NATURAL DISASTER PLAN | 6-Jun-06 | 15 MIN |
| POLICY & PROCEDURES: FLAMMABLE, TOXIC & CAUSTIC MATERIAL | 11-Jun-06 | 15 MIN |
| 6/23/06 MEMO: MEAL ACCOUNTABILITY SHEET | 20-Jun-06 | 15 MIN |
| USE OF FORCE & USE OF RESTRAINTS POLICIES | 23-Jun-06 | 15 MIN |
| POLICY & PROCEDURE: GENERAL RULES OF CONDUCT: | 12-Oct-06 | 15 MIN |
| POST ORDERS: B BLOCK | 16-Oct-06 | 15 MIN |
| POINT CONTROL TARGET AREAS | 21-Oct-06 | 15 MIN |
| INMATE RIGHTS: ACCESS TO COUNSEL | 22-Oct-06 | 15 MIN |
| POST ORDER | 27-Nov-06 | 15 MIN |
| POLICY & PROCEDURES: SOCIAL SERVICE & SUBSTANCE ABUSE | 29-Dec-06 | 15 MIN |
| POLICY & PROCEDURES: CUSTODY INQUIRIES | 3-Jan-07 | 15 MIN |
| FOOD SERVICE MENU PLANNING: DIETARY ALLOWANCES MEAL S | 8-Jan-07 | 15 MIN |
| ADMINISTRATION: DETENTION CENTER INSPECTIONS & INVESTIGA | 12-Jan-07 | 15 MIN |
| | 14-Jan-07 | 15 MIN |

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| | | |
|---|---|---|
| OC RECERTIFICATION | | |
| FOOD SERVICE: SPECIAL DIETS | X 19-Jan-07 | 4 HRS |
| HEALTH CARE: DENTAL SERVICES | 22-Jan-07 | 15 MIN |
| FOOD SERVICE: HEALTH & SAFETY REGULATION INSPECTIONS | 23-Jan-07 | 15 MIN |
| POLICY & PROCEDURES: SECURITY SUPERVISION OF HOLDING CE | 26-Jan-07 | 15 MIN |
| POLICY & PROCEDURES: JUVENILE INMATES | 31-Jan-07 | 15 MIN |
| 2/6/07 MEMO: RECEIVING PERSONAL PROPERTY FROM INMATES | 10-Feb-07 | 15 MIN |
| POLICY & PROCEDURES: INMATE HOUSING & OBSERVATION | 15-Feb-07 | 15 MIN |
| POLICY & PROCEDURES: TOURS | 28-Feb-07 | 15 MIN |
| MEMO: SECURITY THREAT GROUP | 5-Mar-07 | 15 MIN |
| POLICY & PROCEDURES: FEMALE INMATES | 6-Mar-07 | 15 MIN |
| 3/6/07 MEMO: STG INMATE CEDRIC PAGE | 9-Mar-07 | 15 MIN |
| FISCAL: COMMISSARY/CANTEEN, MGT & INMATE FUNDS | 10-Mar-07 | 15 MIN |
| CORRECTIONAL COMMAND SPANISH | 11-Mar-07 | 15 MIN |
| PERSONNEL: AFFIRMATIVE ACTION PLAN | X 12-Mar-07 | 8 HRS |
| POLICY & PROCEDURES: INMATE HOUSING & OBSERVATION | 15-Mar-07 | 15 MIN |
| POLICY & PROCEDURES: TELEPHONE USAGE | 20-Mar-07 | 15 MIN |
| PERSONNEL SELECTION & RETENTION | 23-Mar-07 | 15 MIN |
| POLICY & PROCEDURES: SECURITY SUPERVISION OF HOLDING CE | 29-Mar-07 | 15 MIN |
| POLICY & PROCEDURES: COMMUNICATION: INTERNAL & EXTERNAL | 16-Apr-07 | 15 MIN |
| POLICY & PROCEDURES: GENERAL RULES OF CONDUCT | 21-Apr-07 | 15 MIN |
| POLICY & PROCEDURES: PERSONAL PROPERTY INVENTORY | 25-Apr-07 | 15 MIN |
| KEY CONTROL | 26-Apr-07 | 15 MIN |
| PERSONNEL: SEXUAL HARASSMENT | X 27-Apr-07 | 4 HRS |
| POLICY & PROCEDURES: USE OF RESRAINTS | 3-May-07 | 15 MIN |
| POLICY & PROCEDURES: EMERGENCY HURRICANE PROCEDURES | 9-May-07 | 15 MIN |
| POLICY & PROCEDURES: GENERAL RULES OF CONDUCT | 10-May-07 | 15 MIN |
| PERSONNEL: CODE OF ETHICS | 28-May-07 | 15 MIN |
| POLICY & PROCEDURES: COUNTS | 17-Jun-07 | 15 MIN |
| POLICY & PROCEDURES: FIRE & EVACUATION | 21-Jun-07 | 15 MIN |
| POLICY & PROCEDURES: NATURAL DISASTER PLAN | 26-Jun-07 | 15 MIN |
| POLICY & PROCEDURES: INMATE GRIEVANCE | 29-Jun-07 | 15 MIN |
| POLICY & PROCEDURES: CLASSIFICATION | 30-Jun-07 | 15 MIN |
| POLICY & PROCEDURES: INMATE HOUSING & OBSERVATION | 4-Jul-07 | 15 min |
| POLICY & PROCEDURES: SEARCH | 5-Jul-07 | 15 MIN |
| POLICY & PROCEDURES: RULES OF CONDUCT | 9-Jul-07 | 15 MIN |
| POLICY & PROCEDURES: DISCIPLINE PROCEDURES | 10-Jul-07 | 15 MIN |
| | 18-Jul-07 | 15 MIN |

LAST UPDATED 2/28/2008

# HARRISON COUNTY SHERIFF DEPARTMENT TRAINING RECORD

| | | |
|---|---|---|
| POLICY & PROCEDURES: LEGAL ASSISTANCE | | |
| POLICY & PROCEDURES: UNIFORM & PERSONAL APPEARANCE | 19-Jul-07 | 15 MIN |
| POLICY & PROCEDURES: FACILITY GOALS, PURPOSE & MISSION | 23-Jul-07 | 15 MIN |
| POLICY & PROCEDURES: FIRE & EVACUATION | 24-Jul-07 | 15 MIN |
| POLICY & PROCEDURES: JUVENILE INMATES | 6-Aug-07 | 15 MIN |
| ACA STANDARDS: HAIR CARE SERVICES | 7-Aug-07 | 15 MIN |
| ACA STANDARDS: DENTAL SERVICES | 10-Aug-07 | 15 MIN |
| POLICY & PROCEDURES: SECURITY SHIFT BRIEFINGS & SHIFT DUT | 11-Aug-07 | 15 MIN |
| ACA STANDARDS: SEXUAL HARASSMENT | 15-Aug-07 | 15 MIN |
| ACA STANDARDS: HEALTH CARE | 16-Aug-07 | 15 MIN |
| MEMO INTER-OFFICE: B BLOCK OPERATIONS | 10-Sep-07 | 15 MIN |
| IN-SERVICE TRAINING: VERBAL JUDO | 26-Sep-07 | 15 MIN |
| ACA STANDARDS: SECURITY & CONTROL; CONTROL OF CONTRABA | X25-Sep-07 | 8 HRS |
| | 19-Nov-07 | 15 MIN |

LAST UPDATED 2/28/2008



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne Jr.*
*Sheriff*

March 25, 2007

Annie Kelly
Badge # 181

You have successfully completed the Oleoresin Capsicum (O.C.) Re-certification requirements. Your certification expires January 19, 2008. To keep you qualification to carry the O.C. spray, please continue to up-date your certification yearly. A copy of this letter will be placed in your personal training file in the training department.

If you have any questions or need additional information, you may contact the training department at 604-2361.

Sincerely,

Captain Kenneth Rogers
O.C. Instructor

Office: (228) 865-7092          Fax: (228) 865-7071          Dispatch: (228) 865-7060



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**Personnel Order: 07-0347**

August 30, 2007

SUBJECT:    PROMOTION

TO:    ANNIE KELLY

Effective, Saturday, September 15, 2007, you are hereby promoted to the rank of Captain assigned to the Corrections Division. Your I.D. number will remain the same and your salary shall be as indicated.

GEORGE H. PAYNE, JR.
SHERIFF
HARRISON COUNTY

GHP/plp
cc:    Personnel File
    Major Wayne H. Payne
    Dr. Donald Cabana, Warden
    Captain Walter Pitts
    Captain Steve Campbell
    Captain Windy Swetman
    Captain Alvin King
    Captain Kenneth Rogers
    Captain Joe Pevey
    Captain Tony Sauro
    Captain Patrick Coleman
    Captain Ron Pullen
    Lt. Phil Marr
    Lt. Bruce Dubuisson
    Lt Thomas Clifford
    Lt. Jim Randall
    Corporal James McMahan
    Regina Leslie, Records
    Kendra Necaise, Payroll
    Sherry Cruthirds, Inventory Administrator
    Civil Service Commission
    Rhonda Faul, Payroll
    Dina Bates, Harrison County Personnel
    Becky Collins, Recruiter

Office: (228) 865-7092                Fax: (228) 865-7071                Dispatch: (228) 865-7060



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**Personnel Order:     2006-0182**

Date:        AUGUST 3, 2006

Subject:     MILITARY ASSIGNMENT

To:          ANNIE KELLY

Effective, Monday,  July 3, 2006, you will be place on Military Leave thru Saturday,
September 30, 2006.


                                        **George H. Payne, Jr.**
                                        Sheriff
                                        Harrison County, Mississippi

GHP/plp
        Personnel File
        Major Wayne H. Payne          Captain Tony Sauro
        Major Dianne Riley            Captain Patrick Coleman
        Captain Rick Gaston           Captain Ron Pullen
        Captain Steve Campbell        Lt. Phil Marr
        Captain Rupert Lacy           Lt. Bruce Dubuisson
        Captain Phil Taylor           Lt. Thomas Clifford
        Captain Walter Pitts
        Captain Windy Swetman
        Lieutenant Joe Pevey
        Lieutenant Jim Randall
        Kendra Necaise, Payroll/Time
        Regina Leslie, Records Division
        Sherry Cruthirds, Supply/Inventory Clerk
        Civil Service Commission
        Rhonda Faul, Harrison County Payroll
        Dina Bates, Harrison County Personnel
        Norma Lear, Harrison County Chancery Clerks Office



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

Post Office Box 1480
Gulfport, Mississippi 39502

*George H. Payne, Jr.*
Sheriff

**Personnel Order:    2003-0240**

Date:        December 1, 2003

Subject:     PROMOTION

To:          CORRECTIONAL OFFICER ANNIE KELLY

Effective, Monday, December 1, 2003 you are hereby promoted to FTO Training Officer
with the Correctional Division. Your I.D. number will remain the same.

George H. Payne, Jr.
Sheriff

cc:    Personnel File
       Major Richard Smith
       Major Dianne Riley
       Chief of Security Rick Gaston
       Captain Lou Bissonnette
       Captain Rupert Lacy
       Captain Phil Taylor
       Lieutenant Walter Pitts
       Lieutenant Jim Randall
       Sergeant April Krieger
       Dee Greer, Payroll/Time
       Regina Leslie, Records Division
       Sandy Ricket, Inventory Administrator
       Civil Service Commission
       Rhonda Faul, Harrison County Payroll
       Londa Thorstenson, Harrison County Personnel
       Lynn Frederick, Harrison County Chancery Clerks Office



# HARRISON COUNTY
# SHERIFF'S DEPARTMENT

*George H. Payne, Jr.*
*Sheriff*

Post Office Box 1480
Gulfport, Mississippi 39502

**Personnel Order: 03-0029**

Date:  JANUARY 30, 2003

Subject: EMPLOYMENT FULL-TIME HOURLY

TO:  ANNIE KELLY

Effective Monday, February 3, 2003, you are employed with the Harrison County Sheriff's Department as a Correctional Officer. Your I.D. Number will be 181 and your hourly rate of pay shall be as indicated. Your supervisor will be Captain Phil Taylor.

**GEORGE H. PAYNE, JR.**
**SHERIFF**
**HARRISON COUNTY, MISSISSIPPI**

GHP/plp
  Personnel File
  Major E. R. Cook
  Major Melvin Brisolara
  Major Dianne Riley
  Captain Phil Taylor
  Rick Gaston, Chief of Security
  Captain Lou Bissonette
  Captain Rupert H. Lacy
  Lieutenant Walter Pitts
  Sergeant April Krieger
  Regina Leslie, Records
  Sandy Ricket, Inventory Administrator
  Shirley Ross, Civil Service Commission
  Rhonda Faul, Payroll
  Londa Thorstenson, Harrison County Personnel
  Lynn Frederick, Chancery Clerks Office



**TASER INTERNATIONAL**

**TASER® X26 CERTIFICATION**

ANNIE KELLY

Certified User

*This Certifies that*

**Annie Kelly**

*is trained in the proper and safe use of the TASER® X26 Conducted Energy Weapon and has passed the requirements of the TASER X26 law enforcement and corrections training program under the supervision of a Certified Instructor. Certification will expire one year from date of signature.*

*In Witness Whereof, Certified Instructor,*

**Rupert H. Lacy**

*has certified the successful completion of the training requirements this day,*

**February 3, 2006**

Certified Instructor:

Certified Instructor ID:

000608050191412871346C

© 2004 TASER International, Inc. TASER®, Shaped Pulse™ and the Globe & Lightning Bolt Logo are trademarks of TASER International, Inc.



# AMERICAN CORRECTIONAL ASSOCIATION

4380 FORBES BOULEVARD • LANHAM, MARYLAND 20706-4322
301 • 918 • 1800  FAX 301 • 918 • 1900
WWW.ACA.ORG

August 17, 2005

Annie Kelly
Harrison County Adult Detention Center
Attn: Paula Hentges, Training Dept.
10451 Larkin Smith Drive
Gulfport, MS 39503-4615

Dear Ms. Kelly:

Congratulations on your successful completion of the American Correctional Association's **Working with Manipulative Inmates Self-Instructional Course.**

Having completed this training program, you are now eligible to receive continuing education units (CEU's)from University of Maryland, College Park. If you would like to receive CEU's, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Please note also that several of ACA's self-instructional courses have been reviewed by and recommended for college credits. The enclosed sheet provides information on how to go about getting the credits on your transcript. For information on other ACA programs eligible for college credit, please check our website at www.aca.org.

Once again, I commend your efforts and encourage you to have a copy of this letter placed in your personnel file along with your transcript. If you have any questions or need additional information, please email the Professional Development staff at collegecredits@aca.org.

Sincerely,

William W. Sondervan, Ed.D., CCE
Director, Professional Development

Participant ID# 10703271

Enclosures:
        Certificate, CEU Form, Request Form

Your Grade(s):
        97



**American Correctional Association**

FOUNDED 1870

Presents this

*Certificate of Completion*

*to*

*Annie Kelly*

In Recognition of Your Continued Professional Development
Through the Successful Completion
of The 24 Hour
Working with Manipulative Inmates Self-Instructional Course

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

*August 2005*
DATE

# Memorandum Receipt

Date: _B-24-05._

I _Annie Kelly_ received a copy of the memo generated by
(Print Name)

Major Smith regarding **Off-Duty Uniform Guidelines** dated March 22, 2005.

Officers Signature: _____    Badge # _81_

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On **8-18-05** , I _Anne Kelly_____ received a 15-Minute
   (DATE)          (NAME)

Block Training On Escape / Assault risk inmate During The 2300-0700 Hour Shift
Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Leonard #156
Supervisor / Instructor

Sgt. Reese #159
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On _1·7·05_ , I _Annie Kelly_ _____ received a 15-Minute
    (DATE)           (NAME)

Block Training On Items to be forwarded daily, During The 2300-0700 Hour Shift
Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Leonard #156
Supervisor / Instructor

Sgt. Reese #159
Supervisor / Instructor

# SHIFT TRAINING

On February 5, 2005, I _____Annie Kelly_____ received a 15-Minute Block Training On Inmate grievance report During The 2300-0700 Hour Shift Briefing.

_____181_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Leonard #156
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On ___D?-6·05___, I ___Annie Kelly___ received a 15-Minute
    (DATE)            (NAME)

Block Training On Return of issued radios, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Leonard #156
Supervisor / Instructor

Sgt. Reese #159
Supervisor / Instructor

# SHIFT TRAINING

On January 31, 2005, I *Annie Kelly* _____ received a 15-Minute Block Training On Attendance Records During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Leonard, E. #156
Supervisor / Instructor

Sgt. Reese, D. #159
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1-21-06 , Annie Kelly _____ RECEIVED A 15-MINUTE

TRAINING ON MEMO ON MALE OFFICERS ENTERING FEMALE HOUSING AREAS 2245-0700
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER


SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1-20-05, _Annie Kelly_ RECEIVED A 15-MINUTE
TRAINING ON MEMO ON SEARCHING OF INMATES 2245-0700 HOUR SHIFTS BRIEFING.

181

DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. REESE #159
SHIFT SUPERVISOR



# AMERICAN CORRECTIONAL ASSOCIATION

4380 Forbes Boulevard • Lanham, Maryland 20706-4322
301 • 918 • 1800  Fax 301 • 918 • 1900
WWW.ACA.ORG

August 12, 2005

Annie Kelly
Harrison County Adult Detention Center
Attn: Paula Hentges
10451 Larkin Smith Drive
Gulfport, MS 39503-4615

Dear Ms. Kelly:

Congratulations on your successful completion of the American Correctional Association's **Correctional Supervision I Self-Instructional Course.**

Having completed this training program, you are now eligible to receive continuing education units (CEU's) from University of Maryland, College Park.  If you would like to receive CEU's, complete the enclosed registration form and mail it to the American Correctional Association. Please make out your check or money order to ACA in the amount of $18.00.

Please note also that several of ACA's self-instructional courses have been reviewed by and recommended for college credits.  The enclosed sheet provides information on how to go about getting the credits on your transcript. For information on other ACA programs eligible for college credit, please check our website at www.aca.org.

Once again, I commend your efforts and encourage you to have a copy of this letter placed in your personnel file along with your transcript. If you have any questions or need additional information, please email the Professional Development staff at collegecredits@aca.org.

Sincerely,

William W. Sondervan, Ed.D., CCE
Director, Professional Development

Participant ID# 10703271
Enclosures:
    Certificate, CEU Form, Request Form
Your Grade(s):
    87



**American Correctional Association**

FOUNDED 1870

*Certificate of Completion*

Presents this

to

**Annie Kelly**

In Recognition of Your Continued Professional Development

Through the Successful Completion

of The 40 Hour

Correctional Supervision I Self-Instructional Course

August 2005

DATE

DIRECTOR
PROFESSIONAL DEVELOPMENT

EXECUTIVE DIRECTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON L-19-05, I _Annie Vong_ RECEIVED A 15-MINUTE

TRAINING ON Post Orders 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. LEGE #155
SHIFT SUPERVISOR

SGT. REESE #159
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 1-10-04, ___Annie Kelly_____ RECEIVED A 15-MINUTE

TRAINING ON TIME SHEET 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT.LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON  _1-10-09,_  I  _Annie Kelly_  RECEIVED A 15-MINUTE

TRAINING ON CHANGE OF CUSTODY 2245-0700 HOUR SHIFTS BRIEFING.

_____

DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT.LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON January 4, 2005, I ___Annie Kelly_____ RECEIVED A 15-MINUTE
TRAINING ON RELIGIOUS PROGRAMS/CHAPLAINRY 2245-0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE   AND BADGE NUMBER

SGT. REESE #159
SHIFT SUPERVISOR

SGT. LEONARD #156
SHIFT SUPERVISOR

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON December 30 2004, I ___*Annie Kelly*___ RECEIVED a 15-MINUTE
TRAINING ON SUICIDE WATCH AND COLOR CODE FOR FIRE EVACUATION KEYS 2245-0700
HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. LEGE #155
SHIFT SUPERVISOR

# SHIFT TRAINING

On December 22, 2004, I _____ Annie Kelly _____ received a 15-Minute Block Training On Suicide Watch, During The 2600-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

ON, _9/29/04_ ____Annie Reily____ RECEIVED a 15-MINUTE BLOCK
                    PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  USE OF FORCE, DURING THE 2300/0700 HOUR
SHIFTS BRIEFING.

_____
    DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228

# SHIFT TRAINING

## INTER-OFFICE MEMO

On December 16, 2004, I __Annie Kelly_____ received a 15-Minute Block Training On An Inter-Office Memo On Replacement Inmate ID Bands, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# SHIFT TRAINING

On December 23, 2004, I _____Annie Kelly_____ received a 15-Minute Block Training On Suicide Crisis Intervention, During The 2300-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Dedri Caldwell #152
Supervisor / Instructor

Sgt. Leslie Mathis #157
Supervisor / Instructor

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 9-24-04, Annie Kelly _____ RECEIVED a 15-MINUTE BLOCK
PRINT NAME
TRAINING ON POLICY AND PROCEDURE, RIOTS AND DISTURBANCES; DURING THE
2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON, _8-22-04_ _Annie Kelly_ _____ RECEIVED a 15-MINUTE BLOCK
          PRINT NAME
TRAINING ON POLICY AND PROCEDURE,  SECURITY SUPERVISION OF HOLDING CELLS;
DURING THE 2300/0700 HOUR SHIFTS BRIEFING.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

SHIFT SUPERVISORS/INSTRUCTOR
SGT. LESLIE MATHIS #228
SGT. DEDRI CALDWELL #314

# SHIFT TRAINING

## POLICY AND PROCEDURE DIRECTIVE

On September 7, 2004, I ___Annie Kelly___ received a 15-Minute Block Training From The Policy And Procedure Directive On special Needs Inmates, During The 2245-0700 Hour Shift Briefing.

_____
DEPUTY SIGNATURE AND BADGE NUMBER

Sgt. Nathan Ellsberry #231
Supervisor / Instructor

Sgt. Dedri Caldwell #314
Supervisor / Instructor

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Annie Kelly_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _How not to become a Hostage_

ON _July 14_ 20 _04_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Annie kelly #18_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_____Annie Kelly_____ ATTENDED A TRAINING CLASS
(NAME)

TITLED _OC_____

ON ___June___ 2004 AND RECEIVED __1.0__

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Annie Kelly____
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Annie Kelly_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Sexual Harrassment_

ON _5 - 13_ 20_04_ AND RECEIVED _3_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _Sgt. April Krieger_

NAME OF CERTIFYING INDIVIDUAL: _Krieger_
(PRINT)

## ACKNOWLEDGEMENT RECEIPT

I, _Annie Kelly_____, have this date received the following
(print full name)

document(s) from _Sgt Rogers_____:
(officer/supervisor)

☐ Narrative(s)

☐ Informal Counseling

☐ Formal Written Counseling

☐ Intent to Initiate Corrective Measures

☒ Policy on Personnel Records

_____
(Officer Signature)

_____
(Date)

cc: Major Riley
    Captain Taylor
    Personnel File

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Annie Kelly_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Sign Language_

ON _2·12_ 20_04_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Shelley Nash_
(PRINT)

# HARRISON COUNTY SHERIFF'S DEPARTMENT
# TRAINING ATTENDENCE RECORD

_Annie Kelly_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _FTD Gang Awareness_

ON _1-21_ 20_08_ AND RECEIVED _____

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Anthony Kelly_
(PRINT)