

Harrison County Sheriff's Department

This is to certify that

Annie Kelly

Has successfully completed.

WORKING PLACE-FIRST AID

This the 19th day of November, 2003

Deputy Anthony Kelly, Instructor



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

The University of Southern Mississippi-Gulf Coast

Harrison County Sheriff's Department

This is to certify that

ANNIE KELLY

has successfully completed training in

DEFENSIVE TACTICS

This the 21st day of November, 2003

Kenneth Rogers, Sgt., HCSD
Instructor

Julius Allen, Ph.D., Major, HCSD
Director, SRPSI



**SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE**

The University of Southern Mississippi-Gulf Coast
Harrison County Sheriff's Department

*This is to certify that*

**ANNIE KELLY**

*has successfully completed training in*

OLEORESIN CAPSACIN "O.C. SPRAY"

*This the 2nd day of November, 2003*

Jeff Brawner, Deputy, HCSD
*Instructor.*

Julius Allen, Ph.D., Major, HCSD
*Director, SRPSI*

©1998 ODSS 3401
All Rights Reserved

LITHO. IN U.S.A.

# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

## Annie Kelly

*has completed*

## BASIC CORRECTIONAL OFFICER TRAINING
### (80 HOURS)

This the 21ST day of November, 2003

Robert Isom, Consultant, FRCSD
Instructor

Julius Allen, Ph.D., Major, FRCSD
Director, SRPSI

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## TRAINING ATTENDENCE RECORD

_Annie Kelly_ ATTENDED A TRAINING CLASS
(NAME)

TITLED _Person / Cell Search_

ON _11 6_ 20 _03_ AND RECEIVED _4_

TRAINING CREDIT HOUR (S) / MINUTE (S).

CERTIFIED SIGNATURE: _____

NAME OF CERTIFYING INDIVIDUAL: _Chief Rick Gaston_
(PRINT)

## Shift Training

On _8 Oct 03_ , I _Annie Kelly_____ received a 15 minute
                        Print Name

block of training on **Employees & the Inmate Culture**, during the

_2245 - 0700_____ shift briefing.


_____
Officers Signature & Badge Number

Captain Kelly, Annie #162

In File 1) Defensive Tactics certificate -11-21-03.

In File 2) 80hr Basic Correctional Officer Training -11-21-03.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
### TRAINING DIVISION

9-11-03

ON _04 Sept 03_ I DEPUTY _Annie Kelly_ # _181_

COMPLETED THE FIRST AID AND CPR COURSE.  I HAVE ALSO RECEIVED AND COMPLETED

THE PRACTICAL AND WRITTEN TESTs.


TEST SCORE    (PASS)  FAIL

PRACTICAL    (PASS)  FAIL

181

SIGNATURE

ANTHONY KELLY
HARRISON COUNTY INSTRUCTOR


BOTH TESTS ATTACHED:

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 07/29/03, I ___*Annie Kelly*___ RECEIVED A 15 MINUTE BLOCK
PRINT NAME
OF TRAINING ON <u>Emergency Key Boxes in Control Rooms</u>, DURING THE    1445-2300 HR
SHIFT BRIEFING.

_____
DEPUTY SIGNATURE  AND BADGE NUMBER

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 07/24/03, I _____*Annie Kelly*_____ RECEIVED a 15-MINUTE BLOCK
                        PRINT NAME
OF TRAINING ON AREA RESTRICTED KEYS, VISITORS ARRIVAL TIME, GENERAL ORDERS
UPDATE , PAYROLL AND OVERTIME CHANGES , DURING THE     2245-0700 HR SHIFT
BRIEFING.



_____ 181
DEPUTY SIGNATURE AND BADGE NUMBER


SGT. KENNETH ROGERS #161
SHIFT SUPERVISORS/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 06-25-03, I _____Annie Kelly_____ RECEIVED A 15 MINUTE BLOCK
                        PRINT NAME
OF TRAINING ON Memos Key Registry and Chit I.D. Tags, DURING THE    2245-0700 HR
SHIFT BRIEFING.

_____  181
DEPUTY SIGNATURE AND BADGE NUMBER

**HARRISON COUNTY SHERIFF'S DEPARTMENT**
**TRAINING ATTENDANCE RECORD**

Annie Kelly #181 _____ ATTENDED A TRAINING CLASS

TITLED _____ PPCT _____

ON 6-19 _____ 2003 AND RECEIVED 5hrs _____

TRAINING CREDIT HOUR (S).

CERTIFIED SIGNATURE: _____ #161

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/22/03, I _Annie Kelly 181_ RECEIVED A 15 MINUTE BLOCK

PRINT NAME/BADGE NUMBER

OF TRAINING ON **HUNGER STRIKE** DURING THE 2245– 0700hours SHIFT BRIEFING.

_181_

DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/08/03, I ___*Annie Kelly 181*___ RECEIVED A 15 MINUTE BLOCK
PRINT NAME/BADGE NUMBER

OF TRAINING ON **EMERGENCY HURRICANE PROCEDURE** DURING THE 2245– 0700hours
SHIFT BRIEFING.

DEPUTY SIGNATURE AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/05/03, I _Annie Kelly_ (3)_____ RECEIVED A 15 MINUTE BLOCK
                    PRINT NAME/BADGE NUMBER
OF TRAINING ON **EMERGENCY KEYS** DURING THE 2245– 0700hours SHIFT BRIEFING.

_____181_____

DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 03/01/03,  I ___*Annie Kelly*___ RECEIVED A 15 MINUTE BLOCK
<u>PRINT NAME/BADGE NUMBER</u>
OF TRAINING ON **<u>CRIME SCENE PROCEDURES</u>** DURING THE 2245– 0700hours SHIFT
BRIEFING.

_____
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR

# SHIFT TRAINING

# POLICY AND PROCEDURE DIRECTIVE

ON 02/18/03, I ___Annie Kelly 181___ RECEIVED A 15 MINUTE BLOCK
PRINT NAME/BADGE NUMBER
OF TRAINING ON **USE OF RESTRAINTS** DURING THE 2245– 0700hours SHIFT BRIEFING.

_____181_____
DEPUTY SIGNATURE  AND BADGE NUMBER

SGT. WILLIAM M. DRECHSEL #284
SHIFT SUPERVISOR/INSTRUCTOR

SGT. DEDRI CALDWELL #314
SHIFT SUPERVISOR/INSTRUCTOR

SGT. JOHN GEAS #322
SHIFT SUPERVISOR/INSTRUCTOR



# Harrison County Sheriff's Department
## Correctional Division

This is to certify that

## Annie P. Kelly

Has successfully completed

# CORRECTIONAL OFFICER TRAINING COURSE
(40 Hour)

This the 6th day of February, 2003

Capt. Rupert H. Lacy, Instructor

Dianne Gatson-Riley, Director of Corrections



Harrison County Sheriff's Department
Correctional Division

This is to certify that

Annie P. Kelly

Has successfully completed

WORKING PLACE-FIRST AID

This the 6th day of February, 2003

Deputy Anthony Kelly, Instructor



# Harrison County Sheriff's Department
## Correctional Division

*This is to certify that*

*Annie P. Kelly*

*Has successfully completed*

## O.C. SPRAY

*This the 6th day of February, 2003*

Capt. Rupert Leov, Instructor

# HARRISON COUNTY
## ADULT DETENTION CENTER

This is to acknowledge that I have received a copy of the Harrison County Adult Detention Center Policy and Procedure Directives. I understand that if I should resign or be terminated I will be responsible for returning the completed copy in with my issued equipment. I further understand that within 48 hours of this date I will have a working knowledge of the contents and will adhere to the polices and guidelines expressed within.

_Annie Kelly_
_____
Name (print)

_2-4-03_
_____
Date

_____
Signature

_181_
_____
Badge No.

_____
Issuing By

_____
Badge No.

NAME: Kelly, Annie          BADGE#: 181

| POST | DATE COMPLETED | FTO |
|---|---|---|
| CONTROL ROOM | 3-12-03 | Jordan 190 |
| CENTRAL CONTROL | | |
| BOOKING CONTROL | 3-11-03 | Jordan 190 |
| FLOOR OFFICER | 4-18-03 | Jordan 190 |
| ROVER | 9-5-03 | Jordan 190 |
| MEDICAL ROVER | 7-5-03 | Jordan 190 |
| FRONT DESK | 6-26-03 | Jordan 190 |
| VISITATION ROVER | 7-5-03 | Jordan 190 |
| MEDICAL WATCH | | |
| PERIMETER OFFICER | 8-6-03 | Labauve 178 |
| 80 HOUR COURSE | | |
| | | |

FTO MODULE PERFORMANCE CHECKLIST

Chapter_____          Trainee Annie Kelly 181
Modular Title: **CONTROL ROOM**       FTO Ronald Jordan 190

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services.  Properly notate all activities relating to medical. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | | | | | | |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | 3-10-03 | 2-1-03 | 3-11-03 | 3-11-03 | 3-12-03 | 3-12-03 |
| 3) EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5) UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | | | | | | |
| 6) NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES).  THIS CAN BE TIME APPROXIMATE. | 181 | 181 | 181 | 181 | 181 | 181 |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | | | | | | |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | | | | | | |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | F.TO. RSS.190 | F.TO. RSS.190 | F.TO. RSS.190 | F.TO. RSS 190 | F.TO. RSS.190 | F.TO. RSS.190 |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | | | | | | |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY.  DO NOT LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |

I certify that proficiency was demonstrated by the above
trainee concerning this task on  3-12-03  (date)
FTO Ronald Jordan
Trainee

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Annie Kelly__ #181          FTO __Ronald Jordan__ #190

Date __3-12-03__          Page __1__ of __1__

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan goes over all tasks for control room with trainee kelly. F.T.O. Jordan observes trainee Kelly perform her objective. She safely and securely monitor inmates and officers. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections. Properly notate all activities in her block. Trainee kelly has come far in her training. She is doing very well.

_____
Trainee's Signature

__Ronald Steel__ #190
FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Annie Kelly /8/__          FTO __Ronald S. Jordan 190__

Date __2-25-03__          Page __1__ of __1__

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan asks trainee Kelly if she has
any questions on how to run C-Control
room. Trainee Kelly asks what is diffient in
C-Control. F.T.O. Jordan advises trainee Kelly
that she will have to keep up with Inmates
workers coming in and out of the block. F.T.O.
Jordan also goes over how to do a R.V.R.
to trainee Kelly. F.T.O. Jordan observes
trainee Kelly throught the night and
finds trainee Kelly doing very well.

_____ /8/          _____ 190
Trainee's Signature          FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Daily Observation Report

Trainee _Annie Kelly    181_          FTO _Ronald Jordan 190_

Date _2-20-03_                        Page _1_  of _1_

Narrative:   Give a brief description of training conducted today and outcome.

F.T.O. Jordan observes trainee Kelly throughout the night. F.T.O. Jordan asks trainee Kelly if she has any questions about control room duties. Trainee Kelly asked about the cart paper with inmates names, what it was for. F.T.O. Jordan explained it was for inmates going to court for the next day. F.T.O. Jordan feels trainee Kelly is doing very well in the Control room. Trainee Kelly has picked up her speed, and has brought all control room duties together and is getting caught up by 0230.

Trainee's Signature    181                    _____ 190
                                               FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee **Annie Kelly    # 181**                    FTO **Ronald Jordan 190**

Date **2-13-03**                    Page **1** of **1**

**Narrative:** Give a brief description of training conducted today and outcome.

F.T.O Jordan stops in on trainee Kelly in D-control
and checks on her. Trainee Kelly has no problems
and is running the control room well. F.T.O. Jordan
does not have to give any advise at this time. Trainee
Kelly was asked if she had any question about any
control room duties. Trainee Kelly said she was ok and
can run the control well. F.T.O. Jordan feels trainee
Kelly is handling the control duties well but needs to
pick up her pace alittle.

Trainee's Signature    181                    FTO's Signature    190

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly #181_                FTO _Ronald Jordan #190_

Date _2-12-03_                        Page _1_ of _1_

Narrative:   Give a brief description of training conducted today and outcome.

F.T.O Jordan lets trainee take control of control room. F.T.O Jordan stands back and observes trainee kelly running the control room and asks trainee kelly if she needs help with anything just ask. Trainee kelly performs her duties well but still alittle slow on paperwork. Trainee kelly keeps up with everybody coming in and out of her block. Trainee kelly also observes her floor officer everytime they enter a section. Trainee kelly needs alittle more work on monitor's functions. Trainee kelly asked very little questions on what to do. F.T.O. Jordan feels trainee kelly has picked up on all duties in the control room but needs to bring all duties together as one and get alittle faster.

Trainee's Signature  _181_

FTO's Signature  _Ronald J... 190_

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly_                    FTO _Ronald Jordan 190_

Date _2-11-03_                           Page _1_ of _1_

Narrative:   Give a brief description of training conducted today and outcome.

F.T.O. Jordan starts trainee Kelly on control room paperwork.
F.T.O. Jordan goes over control room log, inmate movement sheet,
green book, tower inspection sheet and popsheets. Trainee kelly
picks up on the control log well but is alittle slow right now.
F.T.O. Jordan feels trainee kelly will get faster with time.
trainee kelly kept up on the paperwork well. Trainee
kelly also answered questions for inmates somewhat ok. F.T.O.
Jordan goes over the proper way to set up paperwork. Trainee
Kelly is picking up all duties fast.

Trainee's Signature                      FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly    181_          FTO _Ronald Jordan 190_

Date _2-10-03_          Page _1_ of _1_

Narrative: Give a brief description of training conducted today and outcome.

F.T.O. Jordan goes over all control room duties with Trainee Kelly. F.T.O. Jordan talks about and shows Trainee Kelly how to use the moniters to pop open doors, walk around and observe each section, how to do the Control room log and movement log, goes over the popsheet and lets trainee Kelly do half the popsheet. F.T.O. Jordan also goes over the green pass on book, how to answer the phone, and what the picture books are used for, and how to do the picture books. Trainee Kelly is very observant and picks up tasks fast. F.T.O Jordan goes over medication pass duties and lets trainee assist the nurse with med. pass for O-Block female side. F.T.O. Jordan tells trainee Kelly is a fast learner and will do her job very well after she's trained.

Trainee's Signature                                   FTO's Signature

_181_                                            _190_

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____

Modular Title: **Booking Control**

Trainee _Annie Kelly 181_

FTO  _Ronald Jordan 190_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information. The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door. Receive a briefing from the on-duty deputy regarding daily events. | 2-18-03 | 2-18-03 | 2-18-03 | 2-18-03 | 2-18-03 | 3-11-03 |
| 2)Sign post orders and assume the duties of booking control- controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility. Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor. | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized. Always check for identification on vehicle. | 181 | 181 | 181 | 181 | 181 | 181 |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | | | | | | |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | F.T.O. Jordan 190 | F.T.O. Jordan 190 | F.T.O. Jordan 190 | F.T.O. Jordan 190 | F.T.O. Jordan 190 | F.T.O. Jordan 190 |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | | | | | | |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _3-11-03_ (date) FTO _Ronald Jordan 190_ Trainee _AK 181_ | | | | | | |

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly  #181_       FTO _Ronald S. Jordan_ #190

Date _3-11-03_       Page _1_ of _1_

Narrative:   Give a brief description of training conducted today and outcome.

_F.T.O. Jordan observes trainee Kelly in Booking control. Trainee Kelly explains and demonstrates all tasks and objectives for booking control. Trainee Kelly explains the importance of observing the monitors and gates. Trainee Kelly also explains how to use the push button monitor to open holding cells and gates. F.T.O. Jordan feels trainee Kelly has learned how to operate booking control safely and quickly. F.T.O. Jordan closes trainee Kelly out on booking control._

_181_

Trainee's Signature

_#190_

FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly 181_                    FTO _Ronald Jordan 190_

Date _2-18-03_                               Page _1_ of _1_

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan explains and demonstrates booking control duties to trainee Kelly. F.T.O. Jordan explains how to open doors for booking, how to keep watch on all monitors, how to open the back gates one at a time and how to do booking control paperwork. F.T.O. Jordan also explains how to keep up with the times an officer enters and exits the facility, who is aloud in the gate and who is not aloud to come in, emergancy vehicles coming in and out, and to make sure no inmate is on the dock with out an officer. Trainee Kelly picked up booking control pretty fast and is running booking control well.

Trainee's Signature    181                   FTO's Signature    190