# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee K. Stolze #251                                          F.T.O.  L.J. LABAUVE #178

Date_____11-30-01_____                                          Page 01 of 01

Narrative:  **Give a brief description of training conducted today and outcome.**

Officer Stolze was assigned as C-Floor Officer and Rover 2 during the course of the night.  At 0345 hours Officer Stolze was reassigned as Perimeter Officer under training with F.T.O. LaBauve.

Officer Stolze and F.T.O. LaBauve conducted a Security Check of the Outer Perimeter Fence and lighting.  F.T.O. LaBauve pointed out what kind of discrepancies to look for, such as lights out, holes in or under the fence and to check all gates and locks.  It was pointed out to Officer Stolze that while conducting an Inner Perimeter Fence Security Check to basically note the same type discrepancies as the Outer Perimeter Fence in addition to noting the locks on the sewer accesses and the condition of the sally port rocks and razor wire.  Officer Stolze and F.T.O. LaBauve conducted an Inside Perimeter Security Check of C and D-Blocks.  F.T.O. LaBauve instructed Officer Stolze to walk approximately 10 to 15 feet away from the building while conducting an Inside Perimeter Security Check.  F.T.O. LaBauve explained that from such a vantage point she could properly check all cell windows for damage or signs of tampering and inmate movements within the cell without actually having to peer into each cell unnecessarily. As with the Outer and Inner Perimeter Fence Security Checks, F.T.O. LaBauve pointed out the discrepancies to look for. Officer Stolze was shown how to safely conduct Roof Security Checks and was advised, for safety reasons, that when it is raining, lightning, and/or high winds roof checks are not to be conducted.

F.T.O. LaBauve explained how to complete the Outside Security Inspection Checklist and the Outside Security Report after each security round.  Officer Stolze was advised to complete the Outside Security Report like a block log – log in start and stop times of each event (i.e. Outer Perimeter Fence Security Check, Inner Perimeter Fence Security Check, C/D Inside Perimeter, A/B Inside Perimeter, and Roof Security Check).  END OF REPORT.

_____  251                    _____
Trainee's Signature                                          F.T.O's Signature

HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Daily Observation Report

Trainee STOLZE, KARL                    FTO JORDAN #190

Date 24 OCTOBER '03                     Page 01   of 01

Narrative: Give a brief description of training conducted today and outcome.

DEPUTY STOLZE #251 CONDUCTED HEADCOUNT QUICKLY
AND EFFICIANTLY. UPON COMPLETING HEADCOUNT DEPUTY
STOLZE OBTAINED ALL THE NECCESSARY PAPERWORK, MADE
SECURITY ROUNDS, CONDUCTED INFORMAL COUNTS AND
PLACED NEW INMATES IN F SECTION FOR CLASSIFICATION.
DEPUTY STOLZE MAINTAINED A PROFESSIONAL ATTITUDE
AT ALL TIMES AND WAS ABLE TO PERFORM THE DUTIES
OF B FLOOR OFFICER WITHOUT MUCH GUIDEANCE.
DEPUTY STOLZE COMPLETED PROPERTY SIEZURE PAPERWORK
FOR THE FIRST TIME. DEPUTY STOLZE DID NOT NEED
ANY ASSISTANCE REGARDING THE PAPERWORK.

_____ 251                    _____ #190
Trainee's Signature                  FTO's Signature

                                     _____ #218

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____     Trainee _K. STOLZE 251_
Modular Title: **Booking Control**     FTO _L.J. LABAUVE 178_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security operations, control access in and out of booking area, registering on the proper logs persons who enter and exit. Professionally answer the telephones and provide information.  The primary function of this post is to be in control of access and departure of all persons. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Enter the booking control room and secure the door.  Receive a briefing from the on-duty deputy regarding daily events. | | | | | | |
| 2)Sign post orders and assume the duties of booking control-controlling all exiting and entering of the booking areas. | | | | | | |
| 3)Document all agencies, and all inmates coming in and out of the facility.  Example: Court, hospital, funeral, etc. | | | | | | |
| 4)Monitor the security cameras and report any unusual incidents to the on-duty supervisor, | | | | | | |
| 5)Monitor the two security gates and allow access and exit to those who are authorized.  Always check for identification on vehicle. | 8-25-03 | 8-25-03 3-2-6 | 8-25-03 3-2-6 | 8-25-03 3-2-6 3-2-6 | 3-2-6 9-3-3 | 9-3-3 9-3-3 |
| 6)Demonstrate the proper technique for opening both gates at the same time during an emergency(firetruck, ambulance, etc.) | | | | | | |
| 7)Control access and exit to the holding tanks in booking as directed by the booking staff-control on/off of telephones. | | | | | | |
| 8)Restrict access to anyone with a firearm on, excluding law enforcement using the elevator for upstairs access. | | | | | | |
| 9)Notify S-1 when any inmate(s) departs/returns through booking control by either ambulance or transport for the hospital. | | | | | | |
| 10)Answer the telephone for limited information to those calling for bonds, releases and general inquiries. | | | | | | LJLA 178 |
| 11)Brief the oncoming staff on all information in regards to booking and booking control. | | | | | | |
| 12)Upon departure from booking control, ensure that the relieving officer is fully briefed, and that the door is secure. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _9-3-3_ (date) FTO _____ Trainee _____ 251 | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Proficiency Certification Report**

Trainee K. STOLZE #251                          F.T.O. L.J. LABAUVE #178

Date_____September 3, 2003_____          Page 01 of 01

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. LaBauve carried out the proficiency test on Officer Stolze for the position of Booking Control Officer.
Officer Stolze successfully explained and demonstrated all tasks and performance objectives for this post.    END
OF REPORT.

_____ 251          _____ 178
Trainee's Signature                              F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee <u>K. STOLZE #251</u>                    F.T.O. <u>L.J. LABAUVE #178</u>

Date_____<u>September 2, 2003</u>_____                    Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze was assigned to Booking Control while F.T.O. LaBauve was assigned as A-Floor Officer.  F.T.O. LaBauve was able to check on Officer Stolze throughout the shift and each time Officer Stolze had a good handle on what was going on and his paperwork was up to the minute.

_____          _____
Trainee's Signature                                          F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

## Daily Observation Report

Trainee K. STOLZE #251                    F.T.O. L.J. LABAUVE #178

Date_____August 25, 2003_____                    Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze and F.T.O. LaBauve were assigned to Booking Control.  F.T.O. LaBauve gave Officer Stolze a guided tour of Booking Control explaining the touch screen and locations of all doors.  F.T.O. LaBauve provided a copy of the Performance Checklist of Booking Control for Officer Stolze to read over in addition to having him read and sign the Post Orders.  It was stressed to Officer Stolze that the only time both back gates may be open at the same time is with the express permission of the Shift Supervisor or when emergency vehicles (AMR or fire trucks) are entering the facility.  Additionally, Officer Stolze was advised that the back dock doors were not to be opened unless an officer was present on the dock.  Officer Stolze was instructed that under no circumstances should anyone be allowed into the facility that still had a weapon on their person.  All weapons must be left in the officer's vehicle or in the gun locker provided.  F.T.O. LaBauve explained the paperwork (Inmate Movement Sheet and Agency Movement Sheet), telephone procedures and operation of the intercom system.  F.T.O. LaBauve observed Officer Stolze for approximately two hours before leaving him on his own.  F.T.O. LaBauve did check on Officer Stolze throughout the shift and Officer Stolze reported all was going well and that he had no questions.  At the end of the shift Officer Stolze's paperwork was excellent - correct, neat and in order.  I have confidence that Officer Stolze would have no problems running this post on his own without an F.T.O. at this point but he should have an F.T.O. with him one more time if for nothing else, to certify him on this post.   END OF REPORT.

_____  251                    _____  178
Trainee's Signature                                         F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Proficiency Certification Report

**Trainee**_____ K. STOLZE #251 _____     **F.T.O.** L.J. LABAUVE #178

**Date**_____ September 3, 2003 _____     **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

F.T.O. LaBauve carried out the proficiency test on Officer Stolze for the position of Booking Control Officer.  Officer Stolze successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____ 251     _____ 178
Trainee's Signature                              F.T.O's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **CONTROL ROOM**

Trainee *STOLZE 251*

FTO *LABAUVE 178*

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will safely and securely monitor inmates and the block/sections. Answer requests by telephone, intercoms, and radio. Control and verify counts, control and document access in and out of the block/sections, and conduct and monitor visits/church services. Properly notate all activities relating to medical. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER CONTROL ROOM AND NOTIFY CENTRAL-RECEIVE BRIEFING FROM ON DUTY OFFICER. | | | | | | |
| 2) REVIEW ALL PAPERWORK, GREEN BOOK, POST ORDERS, AND CONFIRM COUNTS ON POPULATION SHEETS. | | | | | | |
| 3) EXIT CONTROL ROOM AND NOTIFY CENTRAL-MEET WITH OFFICERS TO CONDUCT SAFE/ACCURATE COUNTS. | | | | | | |
| 4) CONDUCT COUNTS SAFELY, ACCURATELY, QUICKLY, IN ACCORDANCE WITH A.C.A. STANDARDS. | | | | | | |
| 5) UPON COMPLETION OF COUNTS, SIGN TO VERIFY ON POPULATION SHEETS AND RE-ENTER CONTROL ROOM. | | | | | | |
| 6) NOTIFY CENTRAL OF ENTRY TO CONTROL ROOM AND THAT COUNTS ARE VERIFIED/CLEARED-ASSUME DUTY. | | | | | | |
| 7) MONITOR ALL SECTIONS AND MAKE AN ENTRY ON YOUR LOG STATING WHAT WAS OBSERVED(EVERY 30 MINUTES). THIS CAN BE TIME APPROXIMATE. | | | | | | 9-11-03 |
| 8) ANSWER RADIO AND TELEPHONE-ALSO ANSWER INTERCOM AND INMATE REQUESTS AS NEEDED. | | | | | | |
| 9) MAINTAIN ALL MOVEMENT IN YOUR BLOCK-IN/OUT OF YOUR BLOCK USING PROPER FORMS/DO CELL CHANGES. MONITOR ALL STAFF TO ENSURE THEIR SAFETY IN BLOCK. | | | | | | |
| 10) DOCUMENT ALL RECREATION RELATED ACTIVITIES-ALL MEALS IN/SERVED/OUT-WHAT WAS SERVED-# TRAYS. | | | | | | |
| 11) ACCURATELY MAINTAIN POPULATION SHEETS-IF ON MIDNIGHT SHIFT CONDUCT ACCURATE RE-WRITE. THIS SHOULD BE ACCOMPLISHED WITHIN TWO(02) HOURS. | | | | | | 178 |
| 12) PROPERLY BRIEF ONCOMING OFFICER AND ENSURE ALL PAPERWORK/BOOKS/FORMS WERE UTILIZED PROPERLY. DO NOT LEAVE UNTIL PROPERLY RELIEVED. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on *9-11-03* (date) FTO *Labauve 178* Trainee *Stolze 251* | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee <u>K. STOLZE #251</u>                     F.T.O. <u>L.J. LABAUVE #178</u>

Date          09-11-03                                    Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze has previously been assigned as Control Room Officer.  F.T.O. LaBauve carried out the proficiency test on for this post and Officer Stolze successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

Trainee's Signature                    F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee_____K. STOLZE #251_____          F.T.O.  L.J. LABAUVE #178

Date_____August 21, 2003_____          **Page 01 of 01**

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze and F.T.O. LaBauve were assigned to B-Control.  Officer Stolze jumped right in counting/verifying his pop sheets.  Officer Stolze was uncomfortable with documenting the pop sheet and therefore verified the books during headcount while F.TO. LaBauve documented the pop sheet.  His discomfort was based on not knowing the inmates and felt it would be better for him to get to know the faces and observe behavior on the first time on the block.  Based on the past performance of some of our maximum security inmates F.T.O. LaBauve agreed with Officer Stolze's reasoning and in F.T.O. LaBauve's opinion showed good judgment on Officer Stolze's part.  During count Officer Stolze introduced himself to those inmates that inquired as to who he was but did not show any signs of nervousness.  He was very aware of where he was and kept his head on a swivel.  F.T.O. LaBauve pointed out the more "prominent" inmates and some of their peculiarities.   Once back up in the Control Room Officer Stolze immediately got his work area set up and started his log.  Once things got calmed down F.T.O. LaBauve gave Officer Stolze a Performance Checklist to review.  He had no questions other than to state that on our shift we did not do recreation yard time.  F.T.O. LaBauve explained the Yard Call procedures and reminded Officer Stolze that he may not always be on night shift.  Additionally we discussed B-F – felons on the top, juveniles behind the foyers, and misdemeanors on the dayroom or in cells 146 and 147.  It was discussed that any time an officer is in a section he should be observed by the Control Room Officer, especially while in B-D. END OF REPORT

_____ 251          _____ 198
Trainee's Signature                              F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee ___K. STOLZE #251___                    F.T.O. L.J. LABAUVE #178

Date ___August 20, 2003___                      Page 01 of 01

**Narrative: Give a brief description of training conducted today and outcome.**

Officer Stolze was assigned to C-Control while F.T.O. LaBauve was assigned to A-Control. Officer Stolze had no problems running the block on his own.   He even had the pleasure of doing his first RVR's.  The rest of his paperwork dealing directly with the Control Room was complete and accurate.  At De-briefing Officer Stolze gave no indication of being over stressed about being alone for the first time.

_____ 251                   _____ 178
Trainee's Signature                             F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee___K. STOLZE #251___          F.T.O. L.J. LABAUVE #178

Date___August 14, 2003___                Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze and F.T.O. LaBauve were assigned to C-Control. Officer Stolze was given complete control of the Control Room with F.T.O. LaBauve strictly observing. Officer Stolze performed fairly well under the minor pressure of keeping up all the paperwork and getting the Inmate Workers up and out on time. He is catching on very quickly to the Control Room routine and has been able to handle multiple tasks such as checking workers in/out, monitoring radio, answering phone calls, and keeping paperwork up all at once. As with any new officer, this seems to agitate him but he has kept his composure and got the job done.

___Trainee's Signature___ 251

___F.T.O's Signature___ 178

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee**    K. STOLZE #251      **F.T.O.** L.J. LABAUVE #178

**Date**    August 13, 2003       **Page 01 of 01**

**Narrative:** Give a brief description of training conducted today and outcome.

Officer Stolze and F.T.O. LaBauve were assigned to C-Control. Officer Stolze was given the responsibility of maintaining the Control Room Log, Inmate Movement Sheet, the green book, pop sheets, and verification of the print out. Officer Stolze seemed to pick up on everything rather quickly and had very few questions. He made regular security checks of each section varying his times between rounds while still maintaining the Control Room Log and getting the pop sheets verified and copied. Officer Stolze's only real "mistake" on the Control Room Log was not identifying the officers by badge number throughout the document. I have to take the hit on this, I forgot to mention that point but it was pointed out to him by F.T.O. Jordan when Officer Stolze turned in his paperwork at the end of shift. Officer Stolze carries a pocket notebook and keeps notes of things he deems necessary or important. Additionally, he keeps a "rough" log of block events then transfers these cryptic notes to his formal Control Room Log. His log was up to the minute at all times and was neat. His printing could be larger but is legible as is. In dealing with Inmates, Officer Stolze is polite in answering their questions but does not shoot from the hip – if he doesn't know the answer, he tells them so, gets the right answer, then gives the inmate the information. END OF REPORT.

Trainee's Signature        251          F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee** ___K. STOLZE #251___          **F.T.O.** L.J. LABAUVE #178

**Date** ___August 12, 2003___          **Page** 01 **of** 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze and F.T.O. LaBauve were assigned to C-Control.  F.T.O. LaBauve had Officer Stolze give a guided tour of C-Control to check his knowledge of where everything was and it's function (i.e. emergency keys, touch screens, sprinkler shut off chains, emergency equipment and intercom system).  Officer Stolze had retained the information given to him by F.T.O. Watford and was able to identify all of the above.  Officer Stolze was responsible for the pop sheets, print outs, movement sheet and operation of the touch screen.  F.T.O. LaBauve and Officer Stolze discussed the Control Room Log, green book, and the Control Room Sanitation Inspection sheet.  Officer Stolze was instructed on the verification of the picture books and assisted with getting them updated.  END OF REPORT.

___Trainee's Signature___  *251*

___F.T.O's Signature___ *178*

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Trainee_____K. STOLZE #251_____          F.T.O.  L.J. LABAUVE #178

Date_____September 2, 2003_____          Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Stolze was assigned to Booking Control while F.T.O. LaBauve was assigned as A-Floor Officer.  F.T.O. LaBauve was able to check on Officer Stolze throughout the shift and each time Officer Stolze had a good handle on what was going on and his paperwork was up to the minute.

_____ 251          _____ 178
Trainee's Signature                           F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Trainee_____K. STOLZE #251_____          F.T.O.  L.J. LABAUVE #178

Date_____August 25, 2003_____                    Page 01 **of** 01

## Narrative:  Give a brief description of training conducted today and outcome.

Officer Stolze and F.T.O. LaBauve were assigned to Booking Control.  F.T.O. LaBauve gave Officer Stolze a guided tour of Booking Control explaining the touch screen and locations of all doors.  F.T.O. LaBauve provided a copy of the Performance Checklist of Booking Control for Officer Stolze to read over in addition to having him read and sign the Post Orders.  It was stressed to Officer Stolze that the only time both back gates may be open at the same time is with the express permission of the Shift Supervisor or when emergency vehicles (AMR or fire trucks) are entering the facility.  Additionally, Officer Stolze was advised that the back dock doors were not to be opened unless an officer was present on the dock.  Officer Stolze was instructed that under no circumstances should anyone be allowed into the facility that still had a weapon on their person.  All weapons must be left in the officer's vehicle or in the gun locker provided.   F.T.O. LaBauve explained the paperwork (Inmate Movement Sheet and Agency Movement Sheet), telephone procedures and operation of the intercom system.  F.T.O. LaBauve observed Officer Stolze for approximately two hours before leaving him on his own.  F.T.O. LaBauve did check on Officer Stolze throughout the shift and Officer Stolze reported all was going well and that he had no questions.  At the end of the shift Officer Stolze's paperwork was excellent – correct, neat and in order.  I have confidence that Officer Stolze would have no problems running this post on his own without an F.T.O. at this point but he should have an F.T.O. with him one more time if for nothing else, to certify him on this post.   END OF REPORT.

Trainee's Signature          251                          F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee K. Stolze #251                                F.T.O. L.J. LABAUVE #178

Date_____11-30-03_____                    Page 01 of 01

**Narrative: Give a brief description of training conducted today and outcome.**

Officer Stolze was assigned as C-Floor Officer and Rover 2 during the course of the night. At 0345 hours Officer Stolze was reassigned as Perimeter Officer under training with F.T.O. LaBauve.

F.T.O. LaBauve carried out the proficiency test on Officer Stolze for the position of Perimeter. Officer Stolze successfully explained and demonstrated all tasks and performance objectives for this post. END OF REPORT.

_____ 25 1                    _____ 1.78
Trainee's Signature                                F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee K. Stolze #251

F.T.O. L.J. LABAUVE #178

Date_____11-30-01_____

Page 01 of 01

Narrative:  **Give a brief description of training conducted today and outcome.**

       Officer Stolze was assigned as C-Floor Officer and Rover 2 during the course of the night.  At 0345 hours Officer Stolze was reassigned as Perimeter Officer under training with F.T.O. LaBauve.

       Officer Stolze was assigned as Rover under training from 0500 to 0700.  F.T.O. LaBauve noted that Officer Stolze had been assigned as Rover on 11-29-03 and that he had signed the Post Orders at that time.

       It was explained that the Rover will assist any Officer ~~Stolze~~ requesting copies or in need of any other assistance and when possible, relief from post.

       Officer Stolze was told and shown the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates) was discussed.  Officer Stolze was shown how to properly check and verify that no inmates are together that are on the "NO CONTACT" list prior to any movement.  It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved.

       Officer Stolze was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially.  Officer Stolze was instructed that while making security rounds, check all doors to ensure they are secured and check all passageways for cleanliness and safety conditions then report any discrepancies to the Shift Supervisor.

       Officer Stolze was unable to "actually" perform a Classification Move due to being on third shift.  It was explained that names should be double checked and I.D. bands verified (if they were issued) prior to making any move.  If moving an inmate from B-F to general population the Rover must determine if the inmate has a full County Issue (2 sets of uniforms, mattress, mattress cover, 2 sheets, pillow, pillow case, blanket, towel, toilet tissue, cup, spoon, soap, toothbrush, and tooth paste) and if not, stop by Booking while in route to assigned block to obtain missing items.

       In addition to the above, Officer Stolze was advised that any orders or tasks received from the Shift Supervisor are also to be carried out.

Trainee's Signature

F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee <u>K. Stolze #251</u>                     F.T.O.  <u>L.J. LABAUVE #178</u>

Date_____<u>11-30-03</u>_____                Page 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

       Officer Stolze was assigned as C-Floor Officer and Rover 2 during the course of the night.  At 0345 hours Officer Stolze was reassigned as Perimeter Officer under training with F.T.O. LaBauve.
       F.T.O. LaBauve carried out the proficiency test on Officer Stolze for the position of Rover (R-1).  Officer Stolze successfully explained and demonstrated all tasks and performance objectives for this post.    END OF REPORT.

_____  251            _____  178
Trainee's Signature                              F.T.O's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

Trainee_____K. Stolze #251_____    **F.T.O.** R.S. Jordan #190

Date_____11-28-03_____    **Page** 01 **of** 01

**Narrative: Give a brief description of training conducted today and outcome.**

**ROVER**

    Officer STOLZE was assigned as Rover. Officer STOLZE is advised to read and sign the Post Orders in de-briefing and was then given a copy of the Rover Performance Checklist to read over.

    It was explained that the Rover will assist any Officer STOLZE requesting copies or in need of any other assistance and when possible, relief from post.

    Officer STOLZE was told and shown the proper way to escort inmates from their block to church, court, Medical, etc. and the proper use of restraints (i.e. daisy chain – cuff all inmates left hand to chain prior to exiting block, cuff and shackle all B-Block inmates) was discussed. Officer STOLZE was shown how to properly check and verify that no inmates are together that are on the "NO CONTACT" list prior to any movement. It was stressed that when escorting inmates, notify Central Control to monitor the movement, especially when inmates of the opposite sex are being moved.

    Officer STOLZE was reminded that Safety, Security, and Sanitation is every Officers responsibility and as Rover especially. Officer STOLZE was instructed that while making security rounds, check all doors to ensure they are secured and check all passageways for cleanliness and safety conditions then report any discrepancies to the Shift Supervisor.

    Officer STOLZE was unable to "actually" perform a Classification Move due to being on third shift. It was explained that names should be double checked and I.D. bands verified (if they were issued) prior to making any move. If moving an inmate from B-F to general population the Rover must determine if the inmate has a full County Issue (2 sets of uniforms, mattress, mattress cover, 2 sheets, pillow, pillow case, blanket, towel, toilet tissue, cup, spoon, soap, toothbrush, and tooth paste) and if not, stop by Booking while in route to assigned block to obtain missing items.

    In addition to the above, Officer STOLZE was advised that any orders or tasks received from the Shift Supervisor are also to be carried out.

_____    _____
Trainee's Signature    F.T.O's Signature

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**KARL WALTER STOLZE**

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

This 20th day of January, 2005

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training





Certificate No. __D-01784__

# STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

## Professional Certificate

TO

**KARL WALTER STOLZE**

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

This 20th day of January, 2005

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Chairman
Board on Jail Officer
Standards and Training

Director
Board on Jail Officer
Standards and Training





Certificate No. D-01784