

Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

O.C. SPRAY

This the 7th day of August 2003



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

O.C. SPRAY

This the 7th day of August, 2003



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

WORKING PLACE FIRST AID

This the 6th day of August, 2003

Sgt. William Drochak, Instructor

© 2058 148
All Rights Reserved

LITHO. IN U.S.A.



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

WORKING PLACE FIRST AID

This the 6th day of August, 2003

Sgt. William Drechsel, Instructor

© GOES #48
All Rights Reserved

LITHO. IN U.S.A.



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

40-HOUR PRE-SERVICE TRAINING COURSE

This the 7th day of August 2003

Sheriff George H. Payne, Jr.

Cert. Gilbert H. Lacy, Instructor



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

40-HOUR PRE-SERVICE TRAINING COURSE

This the 7th day of August 2003

Sheriff George H. Payne, Jr.

Print Sgt. A. R. Lacy, Instructor



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

KARL WALTER STOLZE

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

This 20th day of January, 2005

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Chairman
Board on Jail Officer
Standards and Training

Director
Board on Jail Officer
Standards and Training

Certificate No. D-01784



SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

This is to certify that

KARL STOLZE

has successfully completed training in

OLEORESIN CAPSACIN "O.C. SPRAY"

This the 20th day of August 2003



Harrison County Sheriff's Department

This is to certify that

Karl Stozle

Has successfully completed

First Aid-CPR

This, the 11th day of August, 2004

Deputy Anthony Kelly, Instructor

© 2004 GOES 441
All Rights Reserved

LITHO. IN U.S.A.



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

Harrison County Sheriff's Department
The University of Southern Mississippi-Gulf Coast

*This is to certify that*

*Karl Stolze*

*has successfully completed the*

## BASIC CORRECTIONAL OFFICER'S TRAINING COURSE
(80 HOURS)

*This the 20th day of August, 2004*

Julian Allen, Ph.D., Mayor, FHSD
Director, SRPSI

Robert Zahn, Captain, FHSD
Instructor



Harrison County Sheriff's Department

SHERIFF

This is to certify that

Karl W. Stolze

Has successfully completed

WORKING PLACE FIRST AID

This the 6th day of August, 2003

By: William O'Keefe, Instructor



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

O.C. SPRAY

The the ___ day of August, 2003

LITHO. IN U.S.A.

All Rights Reserved



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**KARL WALTER STOLZE**

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

This 20th day of January, 2005

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No.    D-01784



STATE OF
MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

KARL WALTER STOLZE
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

This 20th day of January, 2005

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training

Certificate No.

D-01784



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

O.C. SPRAY

This the 1st day of August, 2003



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

O.C. SPRAY

This the 7th day of August, 2003



© GOES 490
All Rights Reserved

LITHO. IN U.S.A.

Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

WORKING PLACE-FIRST AID

This the 6th day of August, 2003

Sgt. William Dreckheck, Instructor



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

WORKING PLACE-FIRST AID

This the 6th day of August, 2003

Sgt. William Dreschel, Instructor

© GOES 449
All Rights Reserved

LITHO. IN U.S.A.



Harrison County Sheriff's Department

This is to certify that

Karl W. Stolze

Has successfully completed

40-HOUR PRE-SERVICE TRAINING COURSE

This the 7th day of August 2003

Capt. Ralph A. Lacy, Instructor

Sheriff George Hürn, Jr.



Harrison County Sheriff's Department

This is to certify that

*Karl W. Stolze*

Has successfully completed

40- HOUR PRE-SERVICE TRAINING COURSE

This the 7th day of August, 2003

Sheriff George H. Payne, Jr.



STATE OF MISSISSIPPI

Board on Jail Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**KARL WALTER STOLZE**

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

This 20th day of **January, 2005**

As being qualified to be a Mississippi Detention Officer under
Provisions of Chapter 482, General Laws of Mississippi, 1999.

Certificate No. D-01784

Director
Board on Jail Officer
Standards and Training

Chairman
Board on Jail Officer
Standards and Training