# FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **FLOOR OFFICER**

Trainee _Annie Kelly 181_

FTO _Ronald Jordan 190_

| Performance Objective: Following demonstration by the designated Field Trainer the trainee will: Provide safety and security supervising all inmate activities within the block and sections. At all times be knowledgeable of inmate counts, requests and special requirements of the individual block assigned, to include recreation time. at all times monitor the safety of all staff and visitors to the block. Prepare inmates for transfer/receive arriving inmates. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) ENTER THE BLOCK AND REVIEW ALL PAPERWORK PERTAINING TO THE INMATES: PASS-ON BOOK, POPULATION, OBSERVATION SHEETS, POST ORDERS, AND VISITOR LOGS. REVIEW PAST THREE(03) DAYS. | 3-4-03 | 3-5-03 | 3-5-03 | 3-5-03 | 3-25-03 | 3-25-03 |
| 2) CONDUCT A PROPER HEADCOUNT IN ACCORDANCE WITH A.C.A. STANDARDS: IN A SAFE, ACCURATE, AND TIMELY MANNER. | | | | | | |
| 3) VERIFY AND CLEAR THE COUNT WITH THE CONTROL ROOM OFFICER. ASSUME FLOOR DUTIES. | | | | | | |
| 4) CONDUCT AN ACCURATE INVENTORY OF ALL RESTRAINTS PRESENTLY ASSIGNED TO THE BLOCK. DOCUMENT IF ACCOUNTED FOR OR MISSING. | | | | | | |
| 5) INITIATE SAFETY/SECURITY INSPECTIONS IN ALL SIX(06) SECTIONS OF THE BLOCK/YARD/VISITATION AREAS. CONTINUALLY CHECK DURING YOUR SHIFT, NOTING ANY DEFICIENCIES/WORK ORDERS. | 181 | 181 | 181 | 181 | 181 | 181 |
| 6) SERVE MEALS, ACCOUNT FOR ALL TRAYS ENTERING/EXITING BLOCK. NOTATE TIME IN, MENU, TIME OUT ~ NUMBER OF TRAYS IN/OUT. ALL TRAYS MUST BE ACCOUNTED FOR/HOLD TRAYS FOR INMATES OUT. | | | | | | |
| 7) PROVIDE SECURITY ESCORT FOR MEDICAL STAFF DURING MEDICATION PASS ~ ALSO IF INMATE IS INJURED/ILL. | | | | | | |
| 8) PROVIDE SECURITY FOR RECREATION/YARD CALL ~ SUPERVISE AND DOCUMENT THE SECTION AND AMOUNT OF INMATES PRESENT ON THE EXERCISE YARD LOG(ALSO IN THE PASS-ON BOOK). | | | | | | |
| 9) PROPERLY DEMONSTRATE PREPARING INMATE(S) FOR TRANSPORT OUT OF THE BLOCK(SEARCHING AND RESTRAINTS). PROPERLY NOTIFY ALL PARTIES INVOLVED(CONTROL ROOM, CENTRAL, ROVER). | | | | | | |
| 10) INVESTIGATE ANY RULE VIOLATIONS IN THE BLOCK, AND ANY/ALL BREACH OF SECURITY. DOCUMENT/NOTIFY ON DUTY SUPERVISOR. | F.T.O. Ref 190 | F.T.O. Ref 190 | F.T.O. Ref 190 | F.T.O. Ref 190 | F.T.O. Ref 190 | F.T.O. Ref 190 |
| 11) PROPERLY HANDLE/DIRECT ALL INMATE REQUESTS TO THE PROPER AUTHORITY. DEMONSTRATE HANDLING A BASIC INMATE REQUEST IN THE BLOCK. EXAMPLE: CLOTHING EXCHANGE, HYGIENE, ETC. | | | | | | |
| 12) PROPERLY BRIEF ALL ONCOMING OFFICERS OF BLOCK INFORMATION AND ANY SPECIAL CONCERNS. HAVE ALL INMATES READY FOR PROPER HEADCOUNT. ENSURE ALL MOVEMENT HAS STOPPED/TELEPHONES OFF. | | | | | | |

I certify that proficiency was demonstrated by the above trainee concerning this task on _04-18-03_ (date)

FTO _____ 190

Trainee _____ 181

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee *Deputy Annett Kelly* [181]          FTO *Deputy McDaniel*

Date *March 5, 2003*          Page ___1___ of ___1___

Narrative:  Give a brief description of training conducted today and outcome.

*Deputy McDaniel #195 showed Deputy Kelly #181 how to conduct informal headcount. Deputy Kelly was shown how to dress down female inmates in bookenll. Deputy McDaniel reviewed Deputy Kelly on D-Floor activities. Deputy Kelly was also shown how to log in Master/Resident.*

*F.T.O Ronald S. [signature] 190*

*Deputy McDaniel 195*

Trainee's Signature                          FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Deputy Annie Kelly 181_        FTO _Deputy McDaniel 195_

Date _March 4, 2003_        Page _1_ of _1_

Narrative:   Give a brief description of training conducted today and outcome.

_Deputy McDaniel #195 Trained Deputy Kelly #181 on D-Floor Duties. Deputy Kelly was Shown How to do the following paper work: Restraint Inventory Log, and 20-Minute Inmate Observation Log. Deputy Kelly was advised when ever taking over a post to sign the Post Order Book. Deputy Kelly was shown how to pass out Mail, and is passout Meals using Inmates._

_Deputy McDaniel Feels that Deputy Kelly is Capable of doing all Requirement in handling D-Floor._

_Ronald Kelly 180_

_Deputy McDaniel 195_

Trainee's Signature                    FTO's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: **ROVER**

Trainee _Annie Kelly_ AK

FTO _Ronald Jordan_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Provide escorts of inmates, visitors, contractors, and staff to areas of the facility. At all times display safety and security techniques, respond to emergency requests, and assigned details. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Report to the de-briefing area at the beginning of the shift to sign in the post orders book, after having read them. | 6-13-03 | 6-13-03 | 6-14-03 | 6-14-03 | 6-14-03 | 7-5-03 |
| 2) Receive briefing from the offgoing and oncoming rover and S-1. | | | | | | |
| 3) Receive and carry out any and all tasks assigned from the S-1. | | | | | | |
| 4) Assist all officers in need of help in any area(s) such as retrieving copies of forms, paperwork, and when possible relief from post. | | | | | | |
| 5) Properly escort inmates to and from the blocks, medical, church, C.I.D., attorney visits, etc.. At all times be security minded. | | | | | | |
| 6) Properly initiate and conduct a proper classification move from B/F to the blocks. At all times maintaining security and order - no talking. | | | | | | |
| 7) Properly check and verify that no inmates are together that are prohibited to be, by using the no contact book in de-briefing. | | | | | | |
| 8) Demonstrate proper procedure for moving inmates from one area to another; include properly demonstrating proper handcuffing/shackling. | | | | | | |
| 9) Keep central control aware of moves and when they are completed. If opposite sex are being moved, have central monitor. | R.S.J. # 190 | R.S.J. - # 190 | R.S.J. # 190 | R.S.J. # 190 | RSJ. # 190 | RSJ # 190 |
| 10) While in hallways check all doors to make sure they are secured. | | | | | | |
| 11) While in hallways check all areas for cleanliness, water spills, food trays, garbage, blue boats, and any other items to be stored. | | | | | | |
| 12) Upon completion of your shift, properly brief the offgoing S-1, the oncoming S-1, and the oncoming rover. | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _7-5-03_ (date) FTO _Ronald Jordan_ AO Trainee _Annie Kelly_ AK | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly 181_          FTO _Ronald Jordan 190_

Date _7-5-03_          Page _1_ of _1_

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan performs the proficiency test on Rover for Trainee Kelly. Trainee Kelly is asked to explain and demonstrate all tasks and performance objectives for Rover. Trainee Kelly successfully completes all tasks for Rover very well.

Trainee's Signature          FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Daily Observation Report

Trainee _Annie Kelly       181_                     FTO _Ronald S. Jordan 190_

Date _6-14-03_                                      Page ___1___ of ___1___

Narrative:   Give a brief description of training conducted today and outcome.

_F.T.O. Jordan has trainee Kelly explain and demonstrate_
_all tasks for Rover. Trainee Kelly demonstrates the_
_proper way to handcuff and shackle. F.T.O. Jordan_
_observed trainee Kelly throughout the night. Trainee_
_Kelly proformed all tasks very well._

Trainee's Signature   181                    _Ronald S. Jordan_   190
                                             FTO's Signature

HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Daily Observation Report

Trainee __Annie Kelly__  # 181   FTO __Ronald S. Jordan__ 190

Date __6-13-03__   Page __1__ of __1__

Narrative: Give a brief description of training conducted today and outcome.

F.T.O. Jordan explains and demonstrates all duties and tasks for Rover to trainee Kelly. F.T.O. Jordan walks through the tasks and explains to trainee Kelly how to assist all deputies if they need help, properly check and escort inmates to and from the blocks, check and verify that no inmates are together that are prohibited to be, make sure central control is aware of all movement, check all hallways and doors, and carry out any tasks assigned from the S.I.

181

Trainee's Signature

Ronald S Jordan 190

FTO's Signature

FTO MODULE PERFORMANCE CHECKLIST

Chapter_____
Modular Title: <u>Medical Rover</u>

Trainee *Annie Kelly*
FTO  *Ronald Jordan*

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Provide safety and security in the medical ward. Control inmates in need of medical attention. The trainee will control access to and from the exam rooms and at times will escort inmates to and from the blocks. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| Maintain Security in Medical Department at all times. | | | | | | |
| Provide Security for Medical Staff. | 6-13-03 | 6-13-03 | 6-14-03 | 6-14-03 | 6-14-03 | 7-5-03 |
| Transport Inmates to and from Medical. | | | | | | |
| Notify Shift Supervisor of any Medical Emergency. | | | | | | |
| Never leave your duty post unless authorized by medical staff. | | | | | | |
| Maintain Security of Medical Equipment and Medication at all times. | | | | | | |
| Over all Security of Medical Department, doors secure and Inmates Restrained. | | | | | | |
| Make sure that no Inmate is left in Medical Department without Security. | | | | | | |
| Escort Medical Staff and provide Security during Medication Pass. | RSJ # 190 | RSJ # 190 | RSJ #190 | RSJ #190 | RSJ # 190 | RSJ #190 |
| Properly Brief Officer relieving Medical Security. | | | | | | |
| Perform all Duties as assigned. | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on *7-5-03* (date) FTO *Ronald Jordan – 190* Trainee | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee ___Annie Kelly 181___        FTO ___Ronald Jordan___

Date ___7-5-03___        Page __1__ of __1__

Narrative:   Give a brief description of training conducted today and outcome.

_FTO Jordan proforms the proficiency test on trainee Kelly for medical rover. Trainee Kelly explains and demonstrates all tasks and performance objectives by walking through with FTO Jordan as if she was doing it. Trainee Kelly completes all tasks and performance objectives for medical rover successfully._

_____

Trainee's Signature                    FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly #481_          FTO _Ronald Jordan 190_

Date _6-14-03_          Page _1_ of _1_

Narrative: Give a brief description of training conducted today and outcome.

F.T.O. Jordan observes trainee Kelly while she explains and demonstrates all tasks and objectives for medical rover by walking through it. Trainee Kelly had no questions for F.T.O. Jordan about medical rover. Trainee Kelly is doing very well on the floor as rover and walked through the duties of medical rover very well.

Trainee's Signature          FTO's Signature

HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

Daily Observation Report

Trainee _Annie Kelly 181_    FTO _Ronald Jordan_

Date _6-13-03_    Page _1_ of _1_

Narrative:  Give a brief description of training conducted today and outcome.

_F.T.O. Jordan explains and demonstrates all tasks and performance objectives for medical rover to trainee Kelly. F.T.O. Jordan explains by providing security for medical staff, transport inmates to and from medical, notify the SI for emergencys, never leave medical unless told by a staff member, maintain security over medical equipment, make sure all doors are secure and escort medical staff during med pass. F.T.O. Jordan also states to trainee Kelly to perform all duties as assigned._

Trainee's Signature    FTO's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter _____

Modular Title: <u>Front Desk</u>

Trainee Annie Kelly ·181

FTO _Ronald Jordan 190_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct operations of the front desk and lobby to assist with bonds, visits, telephone calls, and direct any and all persons with requests in a professional manner. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) | |
|---|---|---|---|---|---|---|---|
| 1) Receive a briefing from the off-going watch as to the status of any pending items relating to the Front Desk. Read and sign post orders. | | | | | | | |
| 2) Conduct a sanitation security, and fire/safety hazard inspection of the lobby area at the beginning of each shift and immediately upon the completion of the last visitor leaving the facility. | 6-10-03 | 6-10-03 | 6-10-03 | 6-24-03 | 6-24-03 | 6-26-03 | |
| 3) Greet all visitors to the facility with professional courtesy. Register all visitors in the perspective visitation log ( i.e. bond, attorney, minister, or general). Ensure the visitor's name is on the inmate's visitation list. Inform visitors of the dress code for visitation, the rules of visitation and storage of all personal property in lockers. | | | | | | | |
| 4) Notify Control Room Officers what inmates have visitors standing by and what time the visit will commence. | | | | | | | |
| 5) Monitor all visitors while they are in the lobby. Ensure there is no smoking in the lobby. Notify the Shift Supervisor of any situations that could cause the termination of a visit or in the case of unruly visitors. | AK 181 | AK 181 | AK 181 | AK 181 | AK 181 | AK 181 | |
| 6) Ensure the accuracy and completeness of pre-release bond documents and perform bond duties in accordance with HCADC policy and procedures. | | | | | | | |
| 7) Issue a cash bond receipt to the person presenting cash for a cash bond <u>after</u> verification of the amount of cash by the Shift Supervisor and the Front Desk Officer. | R.S.J. # 190 | R.S.J. # 190 | R.S.J. # 190 | R.S.J. # 190 | R.S.J. # 190 | R.S.J. # 190 | |
| 8) Answer incoming phone calls in the following manner: "Harrison County Sheriffs Department, this is Deputy _____, may I help you?" Ensure to release only authorized information about inmates, i.e. if it is on the PUB screen, it may be released. | | | | | | | |

/181

I certify that proficiency was demonstrated by the above trainee concerning this task on  6·26·03  (date)

FTO _Ronald Jordan 190_

Trainee _____ 181

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee **Annie Kelly 181**                    FTO **Ronald Jordan**

Date **6-26-08**                    Page **1** of **1**

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan begins the proficiency test on trainee
Kelly for Front desk. F.T.O. Jordan has trainee
Kelly explain and demonstrate all tasks for front desk.
Trainee Kelly completes the proficiency test
successfully.

_____ 181/8
Trainee's Signature

_____ 190
FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee **Annie Kelly 181**          FTO **Ronald Jordan 190**

Date **6-24-03**          Page **1** of **1**

Narrative: Give a brief description of training conducted today and outcome.

F.T.O. Jordan observes trainee Kelly at front desk. FTO. Jordan has trainee Kelly explain and demonstrate all task. F.T.O. Jordan asked trainee Kelly if she has any questions about front desk. Trainee Kelly had no questions. FTO. Jordan feels trainee Kelly is doing very well on front desk and any other post she works.

_____ 181          _____ 190
Trainee's Signature          FTO's Signature

## HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee Annie Kelly 181          FTO Ronald Jordan 190

Date 6-10-03          Page 1 of 1

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan explains and demonstrates to Trainee Kelly on the performance objective and task for front desk. F.T.O. Jordan explains to trainee Kelly to always greet visitors with a professional attitude, Ensure the visitors' name is on the inmates visitation list. F.T.O. Jordan also shows trainee Kelly how to use the phone key board. Ensure there is no smoking in the lobby. Trainee Kelly is also shown how to do cash bonds and money receipts. F.T.O. Jordan shows trainee Kelly how to use public screen and how to answer the phone.

/181
Trainee's Signature

Ronald Jordan 190
FTO's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____          Trainee _Annie Kelly_
Modular Title: **VISITATION ROVER**          FTO _Ronald Jordan_

| Performance Objective: following demonstration by the designated Field Trainer; the trainee will: Conduct safety and security inspections of all areas pertaining to front desk, lobby, and visitation rooms and hallways | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1)Report to the front desk area to confer with the front desk personnel and review any and all paperwork, memos, and pass on book. | | | | | | |
| 2)Inspect the lobby areas and the restrooms for contraband. Check out front(walkway) to ensure that contraband was not left hidden. | 6-13-03 | 6-13-03 | 6-14-03 | 6-14-03 | 6-14-03 | 7-5-03 |
| 3)Assist the front desk personnel with the running of visitation by using a number/ticket and maintaining fairness and order. | | | | | | |
| 4)Explain the rules and regulations to the visitors and ensure that all property(handbag, briefcase) is stored in the locker boxes in lobby. | | | | | | |
| 5)Escort the visitors to the visitation area when directed to do so by the front desk personnel. Maintain order in doing so. | | | | | | |
| 6)Monitor the ongoing visitation and the visitors in the lobby by continuously walking back and forth between the areas. | | | | | | |
| 7)When notified by the front desk personnel to do so, escort the visitors from visitation back to the lobby-repeat step #5. | | | | | | |
| 8)Demonstrate good communication skills with the vistors and maintain a professional appearance and positive attitude at all times. | | | | | | |
| 9)All areas that were accessed by visitors must be properly searched upon completion of visitation, as soon as all have departed the area. | | | | | | |
| 10)Any contraband found will be processed properly and turned in to the evidence technician, along with a narrative and a case number. | R.S.J #190 | R.S.J #190 | R.S.J #190 | R.S.J. #190 | R.S.J #190 | R.S.J #190 |
| | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _7-5-03_ (date) FTO _Ronald Jordan 190_ Trainee_____ | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Annie Kelly__          FTO __Ronald Jordan__

Date __7-5-03__          Page __1__ of __1__

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan has begun the proficiency test on trainee Kelly for visitation rover. Trainee Kelly explains and demonstrates to F.T.O Jordan all the performance objectives and tasks for visitation rover. Trainee Kelly completes the proficiency test successfully.

_____18_____          _____190___
Trainee's Signature          FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee  Annie Kelly 181          FTO  Ronald Jordan

Date  6-14-03                      Page  1  of  1

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O Jordan observes Trainee Kelly for the
night. F.T.O Jordan has trainee kelly explain
and demonstrate by walking through all tasks
and performance objectives for visitation rover.
F.T.O. Jordan askes trainee Kelly if she has
any questions about Visitation rover. Trainee
kelly had no questions at that time. F.T.O. Jordan
feels trainee kelly would perform this job well
if and when she does it.

Trainee's Signature                    FTO's Signature

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee _Annie Kelly 181_      FTO _Ronald Jordan 190_

Date _6-13-03_      Page _1_ of _1_

Narrative:  Give a brief description of training conducted today and outcome.

_F.T.O. Jordan explains and demonstrats all tasks and performance objectives for Visidation rover to Trainee Kelly. F.T.O. Jordan explains that visitation rover should assist front desk personnel, explain rules and regulations to visitors, inspect the lobby and bathroom for contraband, Escort visitors to the visitation areas; always monitor the ongoing visitation by walking back and forth between the areas, and demonstrate good communications skills with the visters and maintain a professional appearance and positive attitude at all times._

_181_

Trainee's Signature           _190_

                     FTO's Signature

## FTO MODULE PERFORMANCE CHECKLIST

Chapter_____          Trainee _KELLY 181_

Modular Title: **Perimeter Rover**          FTO _LABAUVE 178_

| Performance Objective: Following demonstration by the designated Field Trainer, the trainee will: Conduct safety and security inspections of the perimeter. These areas include the fences, rooftops, parking lot, walkways, windows, doorways, and grassy areas. | Trainee Reads/Review task document | FTO Explains and Demonstrates | Trainee explains as FTO demonstrates | Trainee Explains and demonstrates | Trainee Practices | Trainee Performs Successfully (Proficiency Test Completed) |
|---|---|---|---|---|---|---|
| 1) Receive briefing from S-1 on any information that may concern the perimeter of the facility-such as risk inmates, construction areas, etc.. | 7-22-03 | 7-22-03 | 7-22-03 | 8-2-2-03 | 7-22-3 6-53 | 8-6-3 |
| 2) Report to central to advise that you are now 10-08 on perimeter, and sign the perimeter keys out until the end of shift. | | | | | | |
| 3) Do a complete perimeter check of the fences/gates and verify that all is in order. Report any questionable areas immediately to S-1. | | | | | | |
| 4) Do a complete roof check. Check for holes, all air vents, and make sure maintenance didn't leave any tools behind. | | | | | | |
| 5) A 30 minute activity watch will be conducted along with an outside security inspection checklist. | 178 | 178 | 178 | 178 | 178 178 | |
| 6) Do a complete check of all perimeter lighting and locks. Report any problems of maintenance to central control. | | | | | | |
| 7) Do a complete check of inner perimeter. Check the windows make sure theirs no holes in them, and man hole covers. | | | | | | |
| 8) Report all security infractions to the S1 on duty. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| I certify that proficiency was demonstrated by the above trainee concerning this task on _8-6-3_ (date) FTO _____ Trainee _____ 181 | | | | | | |

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

### Daily Observation Report

Trainee __Annie Kelly #181__    FTO __Ronald S. Jordan__

Date __8-6-03__    Page __1__ of __1__

Narrative:  Give a brief description of training conducted today and outcome.

F.T.O. Jordan performs the proficiency test on perineter for trainee kelly. F.T.O. Jordan has trainee kelly explain and demonstrate all performance objectives and tasks for perineter. Trainee Kelly successfully completes the proficiency test for perineter.

Trainee's Signature    #181

FTO's Signature    190

# HARRISON COUNTY SHERIFF'S DEPARTMENT

*Corrections Division*

**Daily Observation Report**

**Trainee**      A. KELLY #181                        **F.T.O.**  L.J. LABAUVE #178

**Date**          07-22-03                             **Page** 01 of 01

**Narrative:  Give a brief description of training conducted today and outcome.**

Officer Kelly was assigned as Perimeter Officer with F.T.O. LaBauve.  Upon assuming Perimeter Officer duties F.T.O. LaBauve and Officer Kelly met with Officer Jaspers in the parking lot to get a briefing on any special events that may be happening.

Officer Kelly and F.T.O. LaBauve conducted a Security Check of the Outer Perimeter Fence and lighting.  F.T.O. LaBauve pointed out what kind of discrepancies to look for, such as lights out, holes in or under the fence and to check all gates and locks.  It was pointed out to Officer Kelly that while conducting an Inner Perimeter Fence Security Check to basically note the same type discrepancies as the Outer Perimeter Fence in addition to noting the locks on the sewer accesses and the condition of the sally port rocks and razor wire.  Officer Kelly and F.T.O. LaBauve conducted an Inside Perimeter Security Check of all four blocks.  F.T.O. LaBauve instructed Officer Kelly to walk approximately 10 to 15 feet away from the building while conducting an Inside Perimeter Security Check.  F.T.O. LaBauve explained that from such a vantage point she could properly check all cell windows for damage or signs of tampering and inmate movements within the cell without actually having to peer into each cell unnecessarily.  As with the Outer and Inner Perimeter Fence Security Checks, F.T.O. LaBauve pointed out the discrepancies to look for.  Due to the weather a Roof Security Check could not safely be conducted however, Officer Kelly was shown how to access the roof and "talked through" a roof check.

F.T.O. LaBauve explained how to complete the Outside Security Inspection Checklist and the Outside Security Report.  Officer Kelly completed the Outside Security Inspection Checklist and maintained the Outside Security Report after each security round.  Officer Kelly was advised to complete the Outside Security Report like a block log – log in start and stop times of each event (i.e. Outer Perimeter Fence Security Check, Inner Perimeter Fence Security Check, C/D Inside Perimeter, A/B Inside Perimeter, and Roof Security Check).

_____ 181                      _____ 178
Trainee's Signature                                                F.T.O's Signature

FTO *Kelly* 8-9-05

---

**What Do You Know About Sexual Harassment? – A PreTest**
Mark your response to each of the following. True or False.

1. __F__ A subject of a sexual harassment complaint may avoid liability by demonstrating that the target's dress or appearance "invited" sexual comments.

2. __F__ You observe two male workers in the hallway as a female worker walks by. The men stop talking and "look her up and down" as she passes. One man smiles at the other man, lifts his eyebrows and nods in the woman's direction. The woman saw the men, but did not acknowledge them. She has not complained to you, or any other member of the leadership team. No follow-up action is necessary until a complaint is received.

3. __T__ Sexual harassment is a form of discrimination prohibited by federal law.

4. __F__ The absence of sexual harassment complaints in your section is a good indication that sexual harassment is not occurring there.

5. __F__ What may be sexual harassment to a recipient will not form the basis for liability if the person making the comments or doing the behavior can establish he meant nothing by them.

6. __T__ In most cases, it is okay for a recipient of alleged "quid pro quo" (sex for promotion, favored treatment, etc.) sexual harassment to personally meet with the alleged harasser to address her concerns and to end the harassment.

7. __F__ Good-intentioned, fun-loving, or playful physical contact or comments that may possibly be considered be of sexual nature are not forms of actionable sexual harassment.

8. __T__ An agency can be held accountable for sexual harassment of employees committed by an outside vendor visiting the premises.

9. __T__ What is sexual harassment to one person may not be sexual harassment to another person who heard the same comment or was subjected to the same behavior.

10. __F__ You hear rumors that an older agency member who has been with the agency for many years has been sexually harassing a new young female worker assigned to your unit, and that the woman has been visibly upset by the older member's conduct. The older member has a reputation of telling sex-based jokes, but "meaning nothing by it" when he says it. No complaint has been received. To be fair to all involved, you should avoid involvement as a supervisor unless and until a complaint has been lodged.

11. __T__ A co-worker who was once romantically involved with another co-worker can claim sexual harassment if the former co-worker continues to make comments of an unwelcome sexual nature to her.

12. __F__ A group of workers have worked together for years. Over time, they have developed a "group sense of humor" that often has resulted in risqué jokes being told or sexually explicit cartoons being circulated. No one in the group appears offended by the jokes or cartoons. As long as the group keeps the humor within the group, there is no cause for concern about sexual harassment liability.

13. __F❸__ Supervisors may be liable for sexual harassment occurring under their watch only if it can be established that the supervisor had actual knowledge of the harassment situation and failed to respond appropriately.

14. __F__ While sexual harassment may subject agency members to disciplinary action, retaliation against a complainant by one or more members of an agency is not an appropriate basis for disciplinary response.

15. __F__ A recipient of alleged harassment discusses her concerns with you, and asks you to do no more because "All I wanted to do was to talk to someone." Since the complainant has voluntarily waived an interest in agency follow-up, once you have documented the meeting, no further action will be necessary.

Lt Kelly #162

3-12-07

# WRITTEN EXERCISES

Numbers:    Write in the correct Spanish term after each indicated number:

3  Tra                    5  Quartro              9  Nueve

13  Trece               23  Veinte tres       38  Treinta siete

54  Cincuenta Quatro    67  Sesenta Siete   98  Noventa

100  Cin                 121  Cin Treinta uno  1000  mil

Quantities and Numbers:   Write in the indicated number of objects in Spanish:

3 cars  Tra  Coche

2 men  Doe  Hombre

5 houses  Cinto  Casa

6 pistols  Seis  Pistala

Dates: Write in the Spanish for indicated dates below:

5th of May  Cinca de Mayo        21st of June  Veinte uno de Junio

25th of December  Veinte cinco de     13th of July  treco de Julio

Deciembre

9