IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 08-61027

United States Court of Appeals
Fifth Circuit
**FILED**
February 4, 2009

Charles R. Fulbruge III
Clerk

JAMES T FARROW

    Plaintiff - Appellant

v.

GEORGE H PAYNE, JR; DIANE G RILEY; WAYNE PAYNE; PHIL TAYLOR; UNKNOWN DEFENDANTS

    Defendants - Appellees

---

Appeal from the United States District Court for the
Southern District of Mississippi, Gulfport

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 4, 2009, for want of prosecution. The appellant failed to timely pay the docketing fee.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Dantrell Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

05 FEB 2009

New Orleans, Louisiana

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 4, 2009

Mr J T Noblin, Clerk
Southern District of Mississippi, Gulfport
United States District Court
Suite 403
2012 15th **Street**
Dan M Russell Jr US Courthouse
Gulfport, MS 39501

       No. 08-61027 Farrow v. Payne
          USDC No. 1:05-CV-326

Enclosed is a certified copy of the judgment issued as the mandate.

               Sincerely,

               CHARLES R. FULBRUGE III, Clerk

            By: _Dantrell Johnson_
               Dantrell Johnson, Deputy Clerk
               504-310-7689

cc: w/encl:
    Mr James T Farrow
    Mr Cyril T Faneca Jr

MDT-1



RECEIVED
FEB 11 2009
Clerk, U.S. District Court
Southern District of Miss.