IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMES FARROW                                                                     PLAINTIFF

VERSUS                       CIVIL ACTION NO. 1:05cv326LG-JMR

THOMAS PRESTON WILLS, et. al                     DEFENDANTS

### AFFIDAVIT

PERSONALLY appeared before me, IAN A. BRENDEL, who, after being placed under oath, did depose and state the following to-wit:

1. I am not a convicted felon and am of sound and disposing mind and memory, and have personal knowledge to all facts contained in this Affidavit.

2. Plaintiff named as Defendants, in his pleadings, "Preston Wills" and "Thomas Wills" in the above styled cause. In particular, Plaintiff named "Preston Wills" and "Thomas Wills" as Defendant in the second paragraph of his "Complete Amended Complaint" filed with the Court on January 30, 2009. [105].

3. On or about April 30, 2009, I made a "Special Notice of Appearance" as counsel of record for "Preston Wills" in the above styled cause.

4. On or about May 1, 2009, I filed a motion to dismiss and accompanying memorandum on behalf of "Thomas Wills."

5. My references to "Preston Wills" and "Thomas Wills" are actually in reference to one individual: "Thomas Preston Wills". For identification purposes, "Thomas Preston Wills" was a Defendant in a criminal matter in the United States District Court for the Southern District of Mississippi, Southern Division, Case Number

1

1:06cr00137LG-JMR.

FURTHER AFFIANT SAYETH NOT.

_____
IAN A. BRENDEL

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 5 DAY OF APRIL, 2010.

_____
NOTARY PUBLIC



My Commission Expires:

_____