IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES T. FARROW | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION 1:05CV326-LG-JMR |
| | § | |
| GEORGE PAYNE, et al. | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendations [205] entered by Chief United States Magistrate Judge John M. Roper on April 14, 2010, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendations [205] entered by Chief United States Magistrate Judge John M. Roper on April 14, 2010, be, and the same hereby is, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 12th day of May, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE