IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 9 2010
J. T. NOBLIN, CLERK
BY_____ DEPUTY

STATE OF MISSISSIPPI )
) AFFIDAVIT of JAMES FARROW
COUNTY OF HARRISON )

JAMES FARROW, BEING FIRST DULY SWORN, DEPOSES AS FOLLOWS:

1. THE AFFIANT IN THIS DOCUMENT AND PLAINTIFF OF CIVIL ACTION NO. 1:05cv326 LG-JMR IS REQUESTING THAT THE DEFENDANTS IN THAT CASE BE CHARGED WITH SEXUAL ASSAULT OR BATTERY, ASSAULT, ATTEMPTED MURDER,

2. AND CONSPIRACY, BRUTALITY AND THE AFFIANT SWEARS OR DECLARES THAT THE FACTS STATED IN ABOVE CIVIL ACTION NO. DOCUMENT ARE TRUE TO HIS KNOWLEDGE, AND THAT THE FACTS STATED ON INFORMATION AND BELIEF ARE TRUE TO THE BEST OF HIS KNOWLEDGE AND BELIEF

James Farrow #116411

SWORN TO BEFORE THE NOTARY ON THE 23rd DAY OF June 2010. Laura Lilley

James Farrow #116411
P.O. Box 1419
Leakesville, Ms. 39451

SMCI
LEGAL MAIL

Office of Legal Services
Inmate Legal Mail
South MS Correctional Institution
Leakesville, MS 39451

U.S.D.C. CLERK
SOUTHERN DIVISION
2012 15th Street, Suite 403
Gulfport, MS 39501

RECEIVED
JUL 09 2010
Southern District of Mississippi
Clerk, U.S. District Court