# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ MISSISSIPPI

James T. Farrow

V.

George H. Payne, Jr., Diane G. Riley, Wayne Payne, Phil Taylor

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05cv326LG-JMR

TO: (Name and address of Defendant)

Phil Taylor
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS  39505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James T. Farrow, #263122
10451 Larkin Smith Drive
Gulfport, MS  39505

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                      August 26, 2005
CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | MISSISSIPPI |

James T. Farrow

**SUMMONS IN A CIVIL CASE**

V.

George H. Payne, Jr., Diane G. Riley,
Wayne Payne, Phil Taylor

CASE NUMBER:   1:05cv326LG-JMR

TO: (Name and address of Defendant)

Wayne Payne
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS  39505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James T. Farrow, #263122
10451 Larkin Smith Drive
Gulfport, MS  39505

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                                August 26, 2005
CLERK                                                       DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN                        District of                MISSISSIPPI

James T. Farrow

**SUMMONS IN A CIVIL CASE**

V.

George H. Payne, Jr., Diane G. Riley,
Wayne Payne, Phil Taylor

CASE NUMBER:    1:05cv326LG-JMR

TO: (Name and address of Defendant)

Diane G. Riley
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS  39505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James T. Farrow, #263122
10451 Larkin Smith Drive
Gulfport, MS  39505

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                                August 26, 2005

CLERK                                                       DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     MISSISSIPPI

James T. Farrow

**SUMMONS IN A CIVIL CASE**

V.

George H. Payne, Jr., Diane G. Riley,
Wayne Payne, Phil Taylor

CASE NUMBER: 1:05cv326LG-JMR

TO: (Name and address of Defendant)

George H. Payne, Jr., Sheriff
Harrison County Adult Detention Center
10451 Larkin Smith Drive
Gulfport, MS  39505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James T. Farrow, #263122
10451 Larkin Smith Drive
Gulfport, MS  39505

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. T. NOBLIN                                        August 26, 2005

CLERK                                               DATE

(By) DEPUTY CLERK